*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

RECEIVED
7/21/2021  JG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Mark Bochra, individually and on
Behalf of all Others Similarly Situated,

        Plaintiffs,

    v.

U.S. DEPARTMENT OF EDUCATION
Lyndon Baines Johnson Dept. Of Education Bldg.
400 Maryland Avenue, SW
Washington, D.C. 20202,

And

Miguel Cardona
Secretary of Education
In his Official Capacity
Lyndon Baines Johnson Dept. Of Education Bldg.
400 Maryland Avenue, SW
Washington, D.C. 20202,

And

Suzanne Goldberg, in her official capacity as
Acting Assistant Secretary
For the Office for Civil Rights,
U.S. Department of Education, et al.,
Lyndon Baines Johnson Dept. Of Education Bldg.
400 Maryland Avenue, SW
Washington, D.C. 20202,

        Defendants.

Civil Action No. _____

**1:21-CV-03887**
JUDGE GETTLEMAN
MAGISTRATE JUDGE VALDEZ
**Random**

## COMPLAINT FOR INJUCTIVE AND DECLARATORY RELIEF

    COMES NOW, Plaintiff, Mark Bochra, Pro Se, and hereby brings this action against Defendants, U.S. Department of Education, Miguel Cardona (Secretary of Education), and Suzanne Goldberg (Acting Assistant Secretary for Civil Rights), in their official capacities, for the purpose of reforming the Department of Education, and in support thereof states as follows:

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

### <u>PRE-STATEMENT: THE PARABLE TO A JUSTICE SYSTEM</u>

To The Honorable Judge Assigned To This Case:

1.      And the disciples came and said to him, Master why do you speak in parables whenever crowds are near. And Jesus answered, the knowledge of the secrets of the kingdom of God has been given to you but to others it comes by means of parables, so they may look but not see, and listen but not understand [Mathew 13].[1]

2.      Jesus Christ answered; this is what the parables means. The seed is the Words of God. (1) The seed that fell along the path stand for those who hear but the devil comes and takes away the message from their hearts in order to keep them from believing and being saved. (2) The seed that fell on rocky grounds stands for those who hear the message and receive it gladly, but they have no root. They believe only for a while, but when time of testing comes, they fall away. (3) The seeds that fell among thorn stands for those who hear but the worries, and riches, and the pleasures of this life crowd in and shock them and their fruits never rips. (4) And the seed that fell in a good soil stands for those who hear the message and retained it in a good and obedient heart and they persist until they bear fruit.[2]

3.      No one lights a lamp and covers it with a bowl. Instead, they put it on a stand, so that those who come in can see the light. Whatever is hidden away will be brought out into the open, and whatever will be covered up will be found and brought out to light. Therefore take heed how you hear. For whoever has, to him more will be given; and whoever does not have, even what he seems to have will be taken from him [Luke 8:16-18].[3]

4.      Be reassured, God is the Pantocrator (in control of everything). He rules this World. God will never forsake mankind. God is the Lord of mankind. That is why he created human, and until today he creates men and women. Once someone asked —Does God love people or not? Does God approve of his creation or not? His response was — God continues to create humans, every day babies are born. This means that God still loves the World but he does not love the evil that is in the World which mankind have caused.

---

[1] See Mathew 13: 1-17 https://www.copticchurch.net/bible?r=Matthew+13%3A1-17&version=NKJV
[2] See https://youtu.be/0feZQkHbCkM?t=2619
[3] See https://youtu.be/0feZQkHbCkM?t=2712

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

5.     To the Honorable Court, these are not just pure words but the parable to the World we live in.[4] And with that, let me seek justice within the walls of this Court in order to reform the Department of Education because after more than 5 years channeling the hearts of various mighty proud Jewish-Israeli lobby who gained control within the federal government such as Kenneth Marcus; stubbornness persisted because no one told them to stop, and they couldn"t reform on their own because they took pride in their own power; power that was given to them from above.[5] With God"s help, a single Coptic "Blessed is Egypt my people" [Isaiah 19:25] brought to the middle-east, the *Abraham Accord* when the ears listened in order to learn about the Children of Abraham.[6] However, they took what great things the Plaintiff had to offer and sought to do injustice with him and others. And the asked question is, why is this Journey extending to be like this? There is an answer for this Judge:

> But God has chosen the foolish things of the world to put to shame the wise, and God has chosen the weak things of the world to put to shame the things which are mighty; and the base things of the world and the things which are despised God has chosen, and the things which are not, to bring to nothing the things that are, that no flesh should glory in his presence [1 Corinthians 1:27-29].[7]

## I. INTRODUCTION

6.     The Office for Civil Rights ("OCR") within the U.S. Department of Education ("DOE") has a special mission: "to ensure <u>equal</u> access to education and to promote educational excellence through vigorous enforcement of civil rights in our nation"s schools." https://www2.ed.gov/about/offices/list/ocr/aboutocr.html. This office serves "student populations facing discrimination and the advocates and institutions promoting systemic solutions to civil

---

[4] <u>See</u> https://youtu.be/A14THPoc4-4 <u>See</u> the change within Justice Clarence Thomas and he did indeed change recently, you will see him in his recent court rulings that he understood the parable to this World https://twitter.com/ClaremontInst/status/1262346233328304128
[5] <u>See</u> Kenneth Marcus previous Secretary for OCR https://www2.ed.gov/news/staff/bios/marcus.html see his goal before joining OCR https://youtu.be/XytkI7afHcQ?t=1958 , https://youtu.be/XytkI7afHcQ?t=2504 , https://youtu.be/XytkI7afHcQ?t=2004 (Leaked videos to the public). <u>See</u> also covert campaigns https://youtu.be/Mm-Dm4pO0xY?t=722 , https://youtu.be/_1OgxfCT044?t=929 , https://youtu.be/Mm-Dm4pO0xY?t=1349  <u>See</u> what was said Kenneth Marcus did it https://www.politico.com/f/?id=00000165-ce21-df3d-a177-cee9649e0000   So he had the intent + action to do evil.
[6] <u>See</u> https://www.state.gov/the-abraham-accords/ A Coptic did it https://trumpwhitehouse.archives.gov/briefings-statements/presidential-message-global-coptic-day-2020/
[7] <u>See</u> https://www.copticchurch.net/bible?r=1+Corinthians+1%3A27-29&version=NKJV

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

rights problems." *Id*. In fact, Secretary Miguel Cardona takes pride in promoting an agenda to be a pioneer for "Equity" rather than "Equality."[8] Yet, the reality is nothing more than a PR even when he advocates for "Equity"; words are one thing but action is another.

7.      To fulfill its mission, OCR notes that "an important responsibility is resolving complaints of discrimination." *Id*. Complaints of discrimination can be filed by anyone who believes that an educational institution that receives federal financial assistance has discriminated against someone on the basis of race, color, national origin, sex, disability, or age. The victim himself does not need to file – instead, an advocate or organization can file on an individual"s behalf or on behalf of a group. The ability to file a complaint and have it thoroughly reviewed is integral to the mission of the OCR.

8.      Indeed, some claims under the statutes enforced by DOE"s OCR, such as those alleging disparate impact discrimination, can only be enforced by the federal government. *Alexander v. Sandoval*, 532 U.S. 275 (2001) (finding that implementing regulation of Title VI of the Civil Rights Act of 1964 regarding disparate impact discrimination is only enforceable by the federal funding agencies).

9.      Contrary to its mission and without any public notice, DOE summarily eliminated substantive rights of the very people it purports to serve by changing its Case Processing Manual to abdicate its basic duty to investigate legitimate complaints of discrimination by students and their parents.

10.      Effective March 5, 2018, the DOE amended the U.S. Department of Education Office for Civil Rights Case Processing Manual ("2018 OCR Manual"). The changes include new provisions to require mandatory dismissal of certain complaints and the elimination of the appeal rights of complainants. This was under Trump"s Cabinet members Kenneth Marcus and Betsy DeVos leadership. Kenneth Marcus stance was "We Are Law Enforcement Officials, Not … Social Justice People."[9] Yet, Kenneth Marcus himself tried to be the social justice warrior when he infiltrated the Federal Government by adopting the IHRA definition without congress

---

[8] See https://twitter.com/SecCardona/status/1407387055953526784 and see https://twitter.com/usedgov/status/1407095987760476162
[9] See https://dailycaller.com/2018/07/31/education-department-social-justice/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

intent when he personally ruled on Zoa"s appeal without the knowledge of higher ups at OCR.[10] At that time, the Department of Education under Secretary Betsy DeVos released a statement — The Department has **not** adopted a definition of anti-Semitism, Hill said via e-mail.[11]

11.     After a public uproar, OCR backtracked by amending their manual and re-opened all dismissed complaints.[12] However, again without any public notice, discussion, and public comment on the regulation in the Federal Register, Office for Civil Rights has done two things to the manual under both the Trump and the Biden"s leaderships.

(A) Weakening the appeal process by limiting the appeal to 10 page double space while writing the appeal procedure in a way which makes the appeal process a never independent process but rather it relays on pleasing the Masters who rules over a federal building i.e., Office For Civil Rights; here equality and equity was denied again for many; and

(B) Without any notice or public comments, or even congress adopting such definition, Office for Civil Rights through Kenneth Marcus adopted the IHRA definition, a definition that makes the Jewish people superior in every way compare to the Gentiles.[13]

12.     By secretly adopting the IHRA definition with the stroke of a pen, without congress" intent or public notice and comments in the Federal Register.[14] The Jewish lobby by and through Kenneth Marcus with intent and malice taught America something very dangerous i.e., we are all *not created equal* and created on the image of God. The same mistake they did 2000 years ago when they set aside the children of Abraham i.e., Ishmael and Isaac.[15] The result was the birth of Islam, (refer to **Exhibit A** **page 31-36,** ***BAHIRA: THE CHRISTIAN MONK, THE TRUE FATHER OF MUHAMMAD***). The result of separating the children of Abraham (Ishmael & Isaac) is seen to the naked eyes in Arab culture throughout their movies and culture:

---

[10] See Kenneth Marcus personally approving the appeal https://www.politico.com/f/?id=00000165-ce21-df3d-a177-cee9649e0000  see Kenneth Marcus leaked videos prior to becoming a secretary for OCR https://youtu.be/XytkI7afHcQ?t=1958 , https://youtu.be/XytkI7afHcQ?t=2504 , https://youtu.be/XytkI7afHcQ?t=2004
[11] See Politico https://www.politico.com/story/2018/09/11/trump-anti-semitism-schools-781917
[12] See https://browngold.com/news/settle-lawsuit-against-doe/
[13] See https://www2.ed.gov/about/offices/list/ocr/docs/qa-titleix-anti-semitism-20210119.pdf
[14] See https://www.federalregister.gov/
[15] Mighty proud hearts is never the answer https://youtu.be/97a0fLC4S-0?t=167

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Passage, a movie speaks about the events that happened starting with June 5, 1967 till the victory of 6th October 1973, and the war of attrition lead by the qualified war commander "Nour" who is played by Ahmed Ezz.[16] From the movie, came a particular scene between an Israeli Captain and an Egyptian Captain. The Mission was a rescue mission, to destroy enemy"s territories and retrieve the hostages and when possible capture some of the enemies. Here the Egyptian captain captured an Israeli captain and the conversation went as follow.[17]

- Israeli captain: You are their Captain, right?
- Israeli captain: If you let me go, I will let you go free back to Egypt.
- Egyptian captain: I trust you, so you want to tell me, you don't want war?
- Israeli captain: That is right.
- Egyptian captain: Now remember these words so you can tell them to the entire World.
- Israeli captain: We all believed *in one God* and God said in the Torah that *this land is for the seed of Abraham and we are the children of Isaac*.
- Egyptian captain: Yes true, in the book of Genesis it said so but *you forgot one thing*. You always forget that *Ishmael* came *first*, the father of the Arabs. And when you disobeyed God, he scattered you across the World.[18] Aren"t these also the words of the Torah?



*Ishmael (The Seed of Arabs) and Isaac (The Seed of the Jews)*

13.    The result of the IHRA definition is that it never brings protection or blessings to the Jewish people but rather hate and destruction because when a Jewish person commits

---

[16] See https://www.imdb.com/title/tt10443808/
[17] See the scene https://dai.ly/x7m529t?start=735 , movie https://ok.ru/video/1701708892892
[18] See the Torah, Genesis chapter 16:9-16 https://www.chabad.org/library/bible_cdo/aid/8211

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

wickedness against a non-Jewish person; he or she is still protected under the banner of the IHRA definition rendering Title VI worthless.

14.     A clear example of this scenario was my journey in the law school I attended "Florida Coastal School of Law" and how OCR tried to destroy my case more than once across a span of 4 years until the closure of my law school in order to try to render my civil right complaint moot. The IHRA definition has a far more overreaching implication when a Federal Court reviews the definition one item at a time. It calls for supremacy, power, censorship, and control in a deceptive manner; something that is already being discussed among the public when it comes to who are the top richest people in the world who didn"t pay their fair share of taxes, the answer is and was the Jewish Oligarch according to Pro Publica.[19]

15.     It was further pointed out by the Office of Inspector General in their recent May 11, 2021 report that OCR is not in compliance when it leaves recipient in non-compliance; finding the following on page 33.[20]

> Dismissing complaints where investigations have been completed and/or are in resolution wastes time and effort spent by OCR staff investigating and working with those recipients, and identified issues that were in the process of being resolved may be left unresolved and *the recipient may remain in noncompliance*.

16.     Because these changes violate the federal Administrative Procedure Act ("APA"), 5 U.S.C. Chapter 5, §§ 551, *et seq*., and are contrary to OCR"s mission, Plaintiff, on his own behalf and on behalf of other members who are or may be victims of discrimination in the education system, ask the Court (1) to declare the amendments to the August 26, 2020 OCR Manual in violation of the law[21], (2) to declare that the adoption of the IHRA definition by OCR is unconstitutional[22], (3) to enjoin Defendants from enforcing these new provisions of the 2020 OCR Manual, and (4) to set aside the changes; and (5) to seek a judicial review of OCR clear discriminatory and retaliatory behaviors concerning Plaintiff"s civil right complaint and the violations to OCR manual.

---

[19] See https://www.propublica.org/article/the-secret-irs-files-trove-of-never-before-seen-records-reveal-how-the-wealthiest-avoid-income-tax see https://twitter.com/SenWarren/status/1402772111270240256
[20] See https://www2.ed.gov/about/offices/list/oig/auditreports/fy2021/a19t0002.pdf
[21] See https://www2.ed.gov/about/offices/list/ocr/docs/ocrcpm.pdf
[22] See https://www2.ed.gov/about/offices/list/ocr/docs/qa-titleix-anti-semitism-20210119.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## II. PARTIES & JURISDICTION

17.     Plaintiff, Mark Bochra, on his own behalf and on behalf of other members have been or are being injured by the Defendants" failure to comply with the requirements of Chapter 5 of the Federal APA.

18.     Plaintiff on his own behalf and behalf of other members have suffered, and continued to experience injustice by Office for Civil Rights failure to ensure equal access to education when recipients of federal financial assistance are in violation of federal civil rights law.

19.     Plaintiff his own behalf and behalf of other members bring this suit on behalf of himself and other similarly situated members.

20.     Defendants are the U.S. Department of Education ("DOE"), current U.S. Secretary of Education Miguel Cardona, and Suzanne Goldberg, Acting Assistant Secretary for Civil Rights. Mr. Cardona and Ms. Goldberg are sued in their official capacities.

21.     As the U.S. Secretary of Education, Miguel Cardona is responsible for the administration of the DOE in accordance with law, including adoption of rules and regulations pursuant to the rule-making procedures set out in the federal Administrative Procedure Act, 5 U.S.C. Chapter 5, §§ 551, et seq.

22.     As the Acting Assistant Secretary for Civil Rights, Ms. Golberg is responsible for the administration of the DOE"s Office for Civil Rights ("OCR") in accordance with law, including mandating procedures for the handling and processing of complaints of illegal discrimination made to OCR for investigation.

23.     This Court has subject matter jurisdiction over this matter pursuant to 5 U.S.C. §701 – 706; 28 U.S.C. §§ 1331 and 2201; HEA, 20 U.S.C. § 1082; and Federal Rule of Civil Procedure 23.

24.     This Court has authority to issue declaratory relief pursuant to 28 U.S.C. § 2201-2202.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

25.     Venue is proper in this judicial district because Named Plaintiff Mark Bochra resides in this district and no real property is involved in the action. 28 U.S.C. § 1391(e)(1).

26.     Venue is proper in this Court under 28 U.S.C. §1391(e)(1)(C), because the United States, its agencies, and its officials acting in their official capacity may be sued in the federal judicial jurisdiction in which the plaintiff reside, so long as no real property is involved in the suit.

27.     On review, the APA empowers courts to set aside agency action that is, among other things, "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law."

### III. ALLEGATIONS COMMON TO THE CLASS:

### Administrative Procedure Act

28.     The APA requires a federal agency to render responsive decisions on matters within its purview in a prompt and definite fashion.

29.     For example, the APA requires that, "[w]ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." 5 U.S.C. § 555(b).

30.     The APA similarly requires that "prompt notice shall be given of the denial in whole or in part of a written application, petition, or other request of an interested person made in connection with any agency proceeding." 5 U.S.C. § 555(e).

31.     And, the APA requires that "[e]ach agency . . . [g]ive an interested person the right to petition for the issuance, amendment, or repeal of a rule." 5 U.S.C. §553(e).

32.     "A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof." 5 U.S.C. §702. "Agency action "includes the "failure to act."5 U.S.C.§553(e).

33.     A Court "shall – compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. §706(1).

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

34.     A Court shall also "hold unlawful and set aside agency action, findings, and conclusions found to be . . . arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. §706(2)(A).

## IV. LEGAL BACKGROUND

35.     The head of a federal Executive Department may adopt rules for the conduct and government of her agency. 5 U.S.C. §301.

36.     Adoption of such rules must comply with the requirements of the rule-making procedures of the federal Administrative Procedure Act ("APA"), 5 U.S.C. §551, et seq., if the proposed rules meet the definition of "rule" found in 5 U.S.C. §551(4): " … the whole or a part of an agency statement of general or particular applicability and future effect designed to implement, interpret, or prescribe law or policy or describing the organization, procedure, or practice requirements of an agency . . . ."

37.     The APA requires that courts "shall … hold unlawful and set aside agency action, findings, and conclusions found to be … arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2)(A), (B).

38.     The APA also requires that rules proposed by a federal agency first be published in the Federal Register, with the terms or substance of the proposed rule, the legal authority for the proposed rule, and specific information regarding when a public hearing on the proposed rule will take place. 5 U.S.C. §§ 553(b), (d).

39.     Under the APA, the proposing agency must consider, prior to adoption of the rule, all written data, views, or arguments submitted by interested persons regarding the proposed rule. 5 U.S.C. §§ 553(c), (d). This set of APA provisions for publication and consideration of comments is referred to as the "notice-and-comment requirement."

40.     5 U.S.C. §702 creates a cause of action in federal court for any person who has suffered legal wrong because of, or been adversely affected or aggrieved by, an agency action or failure to act as required by the rule-making statutes. The statute waives the sovereign immunity of the federal government for such a lawsuit, so long as the lawsuit is against a federal agency or

a federal employee who acted or failed to act in her official capacity or under color of legal authority, and the suit does not request monetary damages.

41.     28 U.S.C. § 2201 permits this Court to issue a declaratory judgment that the Defendants have violated 5 U.S.C. Chapter 5 in adopting certain provisions in the 2018 OCR Manual, as identified below

## V. RELEVANT FACTS

42.     Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794, *et seq.* ("Section 504"), prohibits discrimination by recipients of federal financial assistance, including assistance from the DOE, from discriminating against individuals with disabilities.

43.     Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, *et seq.* ("Title VI"), prohibits discrimination by recipients of federal financial assistance, including assistance from the DOE, from discriminating on the basis of race, color, or national origin.

44.     The DOE"s Title VI regulations provide:

> The responsible Department official or his designee *will* make a prompt investigation *whenever* a compliance review, report, complaint, or any other information *indicates a possible failure to comply* with this part.

34 C.F.R. § 100.7(c) (Title 34, Subchapter B, Chapter 1, Part 100: Non-Discrimination Under Programs Receiving Federal Assistance Through the Department of Education Effectuation of Title VI of the Civil Rights Act of 1964) (emphasis added).

45.     Section 504 requires agencies that provide federal funding to apply the same remedies, procedures, and rights set forth in Title VI to the civil rights of persons with disabilities. 29 U.S.C. § 794a(a). DOE adopted the Title VI rights and procedures, including 34 C.F.R. § 100.7, for complaints of violations of Section 504. 34 C.F.R. § 104.61.

46.     In 2015, the OCR issued a Case Processing Manual ("2015 OCR Manual"), which adopted "procedures to promptly and effectively investigate and resolve complaints, compliance reviews and directed investigations to ensure compliance with the civil rights laws enforced by OCR," including Title VI and Section 504. 2015 OCR Manual, Introduction.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

47.     The 2015 OCR Manual set out the process by which OCR staff received and investigated complaints from individuals who allege that a person or entity that receives funding from the DOE has violated the civil rights laws by illegally discriminating on the basis of race, color, national origin, sex, disability, or age. *Id.*

48.     The 2015 Manual also provided that, if an investigation concluded that the preponderance of the evidence did not support a conclusion that the recipient had violated applicable law, OCR would issue a letter of findings explaining the reasons for its decision. 2015 Manual § 303. The 2015 Manual stated that "OCR affords an opportunity to the complainant to appeal" such a letter of findings to the *<u>Director of the Enforcement Office</u>* that issued the letter. 2015 OCR Manual §§ 303(a) and 306. The appeal process of the Manual was also left untouched with no limits to the number of pages an appeal needs to be along with the only agency and/or person who rules on the appeal is OCR Headquarter; mainly the Deputy Assistant Secretary for Enforcement; currently Mr. Randolph Wills, (*See* Page 8 of the OIG Complaint against Kenneth Marcus).[23]

> The unique handling of the ZOA appeal decision is also reflected in its outcome. Of those 183 appeals resolved between September 29, 2014, and August 27, 2018, by OCR's Deputy Assistant Secretary for Enforcement, only two were reopened (on April 12, 2013, and April 18, 2013).[20] Indeed, if one considers an even broader time period of almost six years (from December 11, 2012, to November 5, 2018) in which 743 appeals were resolved by OCR's Deputy Assistant

49.     In March 2018 under the leadership of Kenneth Marcus, OCR issued a new "U. S. Department of Education, Office for Civil Rights, Case Processing Manual. The Introduction to the 2018 OCR Manual states:

> The Case Processing Manual (CPM) provides OCR with the procedures to promptly and effectively investigate and resolve complaints, compliance reviews, and directed investigations to ensure compliance with the civil rights laws and regulations enforced by OCR.

2018 OCR Manual, Introduction. Upon information and belief, the 2018 Manual replaces the 2015 OCR Manual.

---

[23] <u>See</u> 2015 OCR Manuel
https://web.archive.org/web/20150302165238/https://www2.ed.gov/about/offices/list/ocr/docs/ocrcpm.pdf See Complaint with OIG revealing that it is the Deputy Assistant Secretary for Enforcement who rules on the appeals, in this case Mr. Randolph Wills https://www2.ed.gov/about/offices/list/ocr/contactus2.html ,
https://static1.squarespace.com/static/548748b1e4b083fc03ebf70e/t/5ec593062f7cfc3aa7e3deac/159000653463
1/Letter+from+Civil+Rights+Groups+to+Office+of+Inspector+General.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

50.   Unlike the 2015 OCR Manual, dismissal is mandatory, and there is no requirement that the previous complaints have been found to be without merit, or even that the undefined "pattern" involves the same or similar allegations.

51.   The first change ("Rule Change 1") means that, as of March 5, 2018, OCR will no longer investigate a claim of illegal discrimination if the claim is part of "a pattern" of complaints by an individual complainant against multiple recipients. "Pattern" is undefined and may cover as few as two complaints, involving different allegations against different entities over an unspecified period of time. This provision, as written, is not limited to those complaints that would place an "unreasonable burden" on OCR. Nor is this provision limited to instances where the prior complaints were meritless.

52.   This new restriction affects both individuals who have been subjected to more than one incident of illegal discrimination and organizations that represent individuals who cannot afford to bring claims on their own. The latter groups often submit claims over time for multiple individuals against multiple recipients. These groups include entities like Plaintiffs, civil rights advocates and attorneys, and the Protection and Advocacy systems, which are federally authorized and funded to pursue administrative, legal and other claims of discrimination on behalf of individuals with disabilities under 54 U.S.C. § 15043, 29 U.S.C. § 3004, and 42 U.S.C. § 10803-07.

53.   According to the language of §108(t) of the 2018 OCR Manual, such entities will be blocked from bringing multiple claims on behalf of their multiple constituents. Because DOE provided no opportunity for notice and comment. In addition, the 2018 Manual precludes any civil right organization and/or individuals from bringing a single complaint against multiple recipients (even if those recipients acted together), if OCR, in its sole judgment, and on the basis of unknown factors, decides that investigating would place an undefined "unreasonable burden" on OCR"s resources ("Rule Change 2").

54.   These two distinct and substantive changes mean that, as of March 5, 2018, OCR has unilaterally eliminated a right of claimants that was created by the DOE"s regulations and maintained in prior Case Processing Manuals: the right to have one"s claim of discrimination investigated if it indicates a possible failure to comply with federal civil rights laws.

55.   Rule Changes 1 and 2 to the 2018 OCR Manual were arbitrary, capricious, and not in accordance with law.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

56.     In addition to adding § 108(t), DOE made a third change that eliminated complainants" right to appeal OCR findings of insufficient evidence ("Rule Change 3").

57.     The 2015 OCR Manual included a right for complainants to appeal OCR decisions to close their complaints for lack of evidence. In the 2018 OCR Manual, DOE eliminated the entire "Appeals" section. There is no provision in the 2018 OCR Manual offering an appeal or reconsideration of an OCR determination not to pursue a claim of discrimination. The appeal right was eliminated without notice and comment and without any stated rationale to support it.

58.     None of the three 2018 OCR Manual rule changes is merely an interpretative rule, a general statement of policy, or a rule of agency organization, procedure, or practice. All the changes shift and affect rights and interests of complainants, and make substantive changes to prior rules. Therefore, all three changes were required to be subject to notice and comment under the APA.

59.     DOE did not comply with the federal APA rule-making procedures set out in 5 U.S.C. Chapter 5, §§ 551, *et seq*., before issuing the 2018 OCR Manual. The proposed 2018 OCR Manual was not published in the Federal Register, nor were public comments on the proposal sought, received, or considered, prior to the 2018 OCR Manual"s adoption. The public did not have an opportunity for notice and comment before the Manual was adopted and put into effect.

60.     After a public uproar, OCR backtracked by amending their manual and re-opened all dismissed complaints.[24] However, again without any published notice in the Federal Register, comments and discussion on the regulation, Office for Civil Rights has done two things to the manual under both the Trump and the Biden"s cabinet leaderships.

(A) They brought back the appeal process, however, weakened it the by limiting the appeal to 10 page double space while writing the appeal procedure in a way which makes the appeal process a never independent process but rather it relays on pleasing the Masters who rules over a federal building i.e., Office For Civil Rights, depending on the leadership own political agenda; here equality and equity was denied again for many; and

---

[24] See https://browngold.com/news/settle-lawsuit-against-doe/

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

(B) Without any notice published in the Federal Register or public comments, or even congress adopting such definition, Office for Civil Rights adopted the IHRA definition, first by Kenneth Marcus himself and later continued and enforced under the leadership of Suzanne Goldberg under the Biden"s administration (both Kenneth Marcus and Suzanne Goldberg are Jews); a definition that makes the Jewish people superior in every way compare to the Gentiles.[25] See OCR Response to a call for reformation after my 1st letter to Secretary Miguel Cardona. OCR said I can complaint to OIG.



61.     However, on June 7, 2018, Office of Inspector General (OIG) said I need to complaint to OCR, sending my file back to OCR after it was open for an investigation by OIG.

---

[25] See <u>https://www2.ed.gov/about/offices/list/ocr/docs/qa-titleix-anti-semitism-20210119.pdf</u>

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF INSPECTOR GENERAL**

June 7, 2018

Mark Bochra
5757 N. Sheridan Road Apt 13B
Chicago, IL 60660

Ref: OIG Complaint C18HQ02716

Dear Mr. Bochra:

I am writing in response to your emails dated June 6, 2018 and June 7, 2018, regarding the status of your Office of Inspector General (OIG) complaint. I am the Special Agent in Charge of Headquarters Operations. I work closely with Director Yessyka Santana and Special Agent in Charge Neil Sanchez. I understand you submitted your complaint through various individuals within the Office of Inspector General, and we have all reviewed the matter and discussed the appropriate path forward. After review our office determined that is not a criminal matter and should be handled through the appropriate appeals process with Office of Civil Rights (OCR). As stated in an email to you dated June 6, 2018, we referred your matter to the OCR, and the OIG complaint is closed. If you have new allegations, unrelated to your OCR case, please direct them to our hotline portal, www.oighotline.ed.gov, for timely and efficient processing.

Respectfully,

Nicole Gardner
Special Agent in Charge
Headquarter Operations

cc:

SAC Neil Sanchez
Director Yessyka Santana

62.     While U.S. Office of Government Ethics, on August 8, 2019, said I need to complaint to Office of Inspector General (OIG). The end result is that no one wanted to take responsibility into reforming Office for Civil Rights. They all ping-ponged the complaints around; throwing their own responsibilities onto the other. See further **Exhibit A** pages 186 – 190 Complaint to DOJ Senior leadership.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



*OGE referring the Complaint to OIG*

63.     DOE's action in adopting the changes to OCR Manual is final. DOE's action in adopting the IHRA definition is final. There is no other remedy for this injury except suit in federal court.

## **VI. THE IHRA DEFINITION: A CALL FOR INJUSTICE & SUPREMACY**

64.     The IHRA definition was a political charged definition by multiple Jewish lobbyists and advocated by Israel in order to deflect the truth about many realities rather than seeking reformation. In order to understand what the IHRA is doing to the World, see **Exhibit A** pages 88 – 96, see also **Exhibit A** pages 101, 102, 103; see also **Exhibit A** pages 104 – 111.

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

65.　　The IHRA calls good-evil, and evil-good; it calls light-darkness and darkness-light; it calls hate-love and love-hate.[26] Humanity has lost its path toward identifying *good* vs. *evil*. See **Exhibit A** pages 136 – 138.



66.　　The first major issue with the IHRA is to claim that Jews did *not* kill Jesus Christ and claiming so is anti-Semitic. Kenneth Marcus himself wrote a distorted paper on Anti-Semitism under the title "Jurisprudence of the New Anti-Semitism" by attacking everyone around the World starting with the followers of Jesus Christ who were all Jews and persecuted by other Jews for their faith in Jesus Christ.[27] Kenneth Marcus on page 24 wrote the following:

> The *advent of Christianity* radically altered the *place of Jews in the world*, establishing the basic themes of anti-Judaism that endure to the present. . . Early Christianity,

---

[26] <u>See</u> the IHRA definition https://www.holocaustremembrance.com/working-definition-antisemitism
[27] <u>See</u> Kenneth Marcus paper https://brandeiscenter.com/wp-content/uploads/2017/10/jurisprudence.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

however, developed a particular hostility for the Jews, based on a perception that Jews had *rejected Jesus as their savior* and been *complicit in his death*.

67. Plaintiff started by addressing Kenneth Marcus'' lies first by reaching out to him directly via e-mails in a hope for him to backtrack his evil ways, and second by writing to former President Donald Trump and Congress showing and explaining that it was the Jews who persecuted the followers of Jesus Christ starting with the story of Saul of Tarsus who changed his name to Paul.[28] History even showed that even during the Arab Conquest of Egypt, a Mizrahi Jew under the name *Jacob Ibn Killis,* a minister of finance*,* fearing a loss of his position, developed a plan to destroy the Coptic Community entirely by challenging a verse within the bible wherein, the Sultan demanded for such verse to be fulfilled or suffer the consequences.

> If you have faith as small as a mustard seed, you can say to this mountain, `Move from here to there,' and it will move. Nothing will be impossible for you [Matthew 17:20].

This well established living miracle in Egypt "The Movement of Mokattam Mountain" came as a living proof to a clear reality. See **<u>Exhibit A</u>** pages 75 – 79.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



*Saint Tanner Monastery and Church where the miracle took place.[226]*

---

[28] <u>See</u> true scene https://youtu.be/nBwcTDZRmkY?t=1222

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

68.     However, nothing is further from the truth than what was written by Prophet Isaiah in chapter 53 regarding the identity of the Jewish Messiah backed by a clear miracle "The Holy Light" that happens every year inside the tomb of Jesus Christ on Easter Eve in Israel; a fire that never burns the body; the difference between human and divine power on the Earth.[29]

69.     Kenneth Marcus prior to being nominated the Secretary for OCR had the intent, backed by his own action to infiltrate the Federal Government on behalf of Israel and force the United States of America to adopt the IHRA definition. In a series of leaked videos, Kenneth Marcus showed his intent with malice by saying the following:

> The goal is to have the federal government to establish a definition of anti-Semitism that is parallel to the State Department Definition [*sic*] said Kenneth Marcus in a leaked video under the title "the Lobby USA."[30]

The creator of such documentary "the Lobby USA" is Qatar; however, Qatar themselves also has its own documentary of funding terrorism; see "Blood Money" documentary.[31] Plaintiff saw an evil of two sides; one which wishes to gain power through divide and conquer, and the other to gain power through destruction and terrorism. From that point on, Plaintiff started his journey by seeking to reform stubborn hearts which refuses to change by writing to the White House.

70.     Kenneth Marcus in his first move after he gained the position for Secretary of OCR approved personally Zoa"s appeal under *OCR 2015 Manual*; Zoa is a register foreign lobby for Israel.[32] Kenneth Marcus granted ZOA"s appeal under the IHRA definition without congress intent violating Title VI and the equal protection clause by enforcing a definition that is exclusive for the Jewish people. However, with the Plaintiff, Mark Bochra, who was discriminated and retaliated in law school by Jews, Kenneth Marcus attempted to destroy Plaintiff"s case more than once; every time the truth came out, OCR hated the truth; see **Exhibit B** letter to Kenneth Marcus.

71.     Initially the Plaintiff"s case was handled by Secretary Candice Jackson, who instructed Deputy Enforcement Director Randolph Wills by saying "*I need this case to be handled properly*" The case initially was handled by OCR HQ and OCR Atlanta Director

---

[29] See https://youtu.be/s0XHvQWtMoM?t=848 , https://youtu.be/4kZu87tyqJ4 , https://youtu.be/VeVZRZlt-7Q see also Isaiah 53 https://www.chabad.org/library/bible_cdo/aid/15984/jewish/Chapter-53.htm
[30] See https://youtu.be/XytkI7afHcQ?t=2004
[31] See https://youtu.be/lFimy3QXqSc
[32] See https://www.israellobby.org/ZOA/DOJ-149-1603-ZOA/default.asp

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Melanie Velez, however the manual kept getting violated face on and applied differently on the Plaintiff while pleasing the recipient; Florida Coastal School of Law.



72.     Further, Senator Richard Durbin who is currently the Chair of the Senate Judiciary Committee wrote letters to the Department of Education and OCR seeking a clear response to the pending status of the Plaintiff"s complaint. However, Melanie Velez continued delay and excuses are shown through her 3 identical responses to Senator Durbin"s office; see **<u>Exhibit C</u>**.  Until, it came the day during Covid19 lock down when Melanie Velez saw it was her best opportunity to retaliate against the Plaintiff by tempering with witnesses and the evidence.

73.     Plaintiff"s Complaint went from OCR for 2 years negotiating a resolution with a stubborn Recipient to a dismissal rather than pass Plaintiff"s case to DOJ for prosecution pursuant to the Manuel section 305 and 306.

74.     Several individuals inside the Department of Education tried to help the Plaintiff like the Communication Director Edgar Mayes, however, the leadership of Kenneth Marcus was too corrupt, wicked, and evil; see **<u>Exhibit D</u>** the 20th letter to President Trump.

75.     Here, OCR violated their own case processing manual, applied different set of rules on the Plaintiff compare to another and caused injustice everywhere in the way they

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

handled many complaints by enforcing the federal civil right laws unequally. Here OCR failed its mission in becoming the gate keeper of protecting the civil rights of <u>*all*</u> students.

RICHARD J. DURBIN

ILLINOIS

DEMOCRATIC WHIP

**United States Senate**
Washington, DC 20510-1304

COMMITTEE ON APPROPRIATIONS

COMMITTEE ON THE JUDICIARY

COMMITTEE ON RULES
AND ADMINISTRATION

May 15, 2018

Peter Oppenheim
Assistant Secretary for Legislative and Congressional Affairs
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202-3100

Dear Mr. Oppenheim,

My constituent, Mr. Mark Bochra, recently contacted my Chicago office regarding a pending matter with the U.S. Department of Education, Office for Civil Rights (OCR). I have enclosed additional information to provide you with a more detailed explanation.

I would appreciate the U.S. Department of Education looking into this matter at your earliest convenience. Please advise my staff, who assists me with these matters, of your findings.

If you require any further information in order to proceed, or have additional questions, please do not hesitate to contact my Chicago office at 312/353-4952.

Thank you for your cooperation and assistance.

Very truly yours,

Richard J. Durbin
United States Senator

230 South Dearborn St.
Suite 3892
Chicago, Illinois 60604
312/353-4952

RJD/jt

711 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-1304
(202) 224-2152
MRS (202) 546-0782

230 SOUTH DEARBORN, 38TH FLOOR
CHICAGO, IL 60604
(312) 353-4952

525 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703
(217) 492-4062

1504 THIRD AVENUE
SUITE 227
ROCK ISLAND, IL 61201
(309) 786-5173

PAUL SIMON FEDERAL BUILDING
250 W. CHERRY STREET
SUITE 115-D
CARBONDALE, IL 62901

*Senator Durbin's letter to the Department of Education*

22

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

76.     Plaintiff as an individual who have been or are being injured by the Defendants'' failure to comply with the requirements of Chapter 5 of the federal APA. Defendants continued modification to the OCR Manuel without public notice and comments, is clearly shown when the appeal process was violated by OCR when handling the Plaintiff''s appeal. In part, the Defendants did the following:

a)  Any appeal is handled and ruled by OCR HQ i.e., the Deputy Enforcement director. In one of its kind, Defendants redirected another regional office, OCR Dallas to rule on the Plaintiff''s appeal.

b)  OCR Dallas through a series of trials to destroy Plaintiff''s appeal, sought from him to rewrite his appeal by complying with a 10 page double space, in order to destroy as many evidence produced within the appeal. The Plaintiff complied with OCR Dallas demand by producing a 10 page double space appeal.

c)  OCR Dallas refused to rule on the appeal, sending it back to OCR Atlanta based on Mr. Gregory McGhee own words to the Plaintiff "Mark if we find that OCR Atlanta mishandled your complaint, we will send the case back to them."

d)  After Defendants received a copy of Plaintiff''s letters to President Biden and Congress; letter 1 and letter 2. Secretary Suzanne Goldberg redirected OCR Dallas to respond to the Plaintiff, however, in the response, it showed a new name added onto the e-mail Aaron Romine without stating at that time who is Aaron Romine; Jewish name that is.

e)  Finally, Defendants retaliated against the Plaintiff by denying the appeal without any justification or proper explanation. Furthermore, the appeal denial was written by Aaron Romine who claimed to be the Acting Director of OCR Dallas; however, Aaron Romine was always the director of OCR Denver.[33] See **Exhibit E**. Here, the Defendants brought in another director from another regional office to discriminate and retaliate against the Plaintiff; putting an end to 5 year saga of injustice by continuing to deny justice.



*In a bounced back auto e-mail, it shows to this day Aaron Romine is OCR Denver Director*

---

[33] <u>See</u> Aaron Romine LinkedIn profile for 10 years being OCR Denver Director https://www.linkedin.com/in/j-aaron-romine-58721316

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



*What was said via e-mails was never their intention, for many years it was like that.*

77.     Defendants continued arbitrary and capricious behavior have not just injured the Plaintiff but many other Plaintiffs as well; see "Department of Education is stalling Complaints against race, sex segregation" citing OCR Denver as the worst of all OCR regional offices.[34]

> "The Denver OCR is a notoriously bad actor, much worse than any other regional office from my experience (and others)," University of Michigan-Flint economist Mark Perry wrote in an email to Just the News, <u>*Sic*</u>.

78.     After Plaintiff's first letter to President Biden and congress, Catherine Lhamon was nominated that same day to take charge of Office for Civil Rights, in a hope of bringing reforms to OCR. However, can a new Secretary bring reforms to OCR while neglecting injustice

---

[34] See https://thevirginiastar.com/2021/04/29/department-of-education-is-stalling-complaints-against-race-sex-segregation-critics-say/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

committed by OCR predecessors? „Urgent as it ever has been": Biden pick says she'll rebuild civil rights office at critical time.[35]



*Martin Luther King learned to speak with parables when he traveled to the <u>East</u>*

### VII. THE DEFENSE AGAINST EVIL IS NOT THE IHRA

79.     Defendants adoption of the IHRA definition brings in hate rather than love; brings in injustice rather than justice; invites mighty proud hearts rather than humble hearts.

---

[35] See https://www.chalkbeat.org/2021/7/13/22576269/catherine-lhamon-biden-administration-civil-rights-education

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The IHRA definition does not lead to protection rather leads to destruction; similar to the "Race Critical Theory" which the Department of Education recently back tracked it.[36]

80. Plaintiff in his first letter to President Biden and Congress pointed out to the Department of Education"s quiet adoption of the *race critical theory*. However, if anyone knows why it was adopted, it was adopted to claim that America"s White race are racist against the Black community, while shielding a fact that it was the Dutch Wealthy Jews who engaged in slave trade of the black community.[37] The real blame falls on the Jews for teaching the Gentiles what slavery is in America. The same is true with the creation of Islam as a religion when the children of Abraham were separated all because of a status. This honorable court cannot change the World but it can participate in the slow process of reforming the stubborn hearts.

81. Plaintiff shares few of many evil wrongdoings done by the Jewish people on a large scale, the question becomes, will the IHRA protects the Jewish people or will it leads to more destruction and hate? Take for instance the following reported facts.

Israel"s high-risk spying is legendary, but the notion that it is particularly good at it is, like everything having to do with the Jewish state, much overrated. Mossad has been caught in flagrant numerous times. Newsweek magazine"s "Spy Talk" once cited a poll of CIA officers that ranked Israel "dead last" among friendly countries in actual intelligence cooperation with Washington.[38]

o The fact is that Israel conducts espionage and influence operations against the United States more aggressively than any other "friendly" country, including tapping White House phones used by Bill Clinton to speak with Monica Lewinski. Israeli "experts" regularly provide alarmist and inaccurate private briefings for American Senators on Capitol Hill.[39]

o Israel also constantly manufactures pretexts to draw the U.S. into new conflicts in the Middle East, starting with the Lavon Affair in Alexandria Egypt in 1954 and including the false flag attack on the U.S.S. Liberty in 1967.[40]

---

[36] See https://www.washingtontimes.com/news/2021/jul/16/education-cardona-retreats-critical-race-theory-gr/
[37] See https://www.timesofisrael.com/how-culpable-were-dutch-jews-in-the-slave-trade/ see also https://www.thecrimson.com/article/1992/2/12/jews-and-the-slave-trade-just/
[38] See https://web.archive.org/web/20110422201419/http://blog.washingtonpost.com/spy-talk/2010/09/israeli_spies_pitching_us_musl.html
[39] See https://www.salon.com/2013/11/21/exclusive_gop_senator_unloads_in_private_call/
[40] See https://en.wikipedia.org/wiki/Lavon_Affair and see https://en.wikipedia.org/wiki/USS_Liberty_incident

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

o Starting in 1957, Israel"s friends stole enriched uranium from a Pennsylvania refinery to create a nuclear arsenal.[41] More recently the public learned how Arnon Milchan, a Hollywood producer/billionaire born in Israel, arranged the illegal purchase of 800 krytron triggers to use in the production of nuclear weapons.[42] More recently, Haaretz reports on Israel"s nuclear test in 1979.[43]

o Israel, where government and business work hand in hand, has obtained significant advantage by systematically stealing American technology with both military and civilian applications. The U.S. developed technology is then reverse engineered and used by the Israelis to support their own exports. Sometimes, when the technology is military in nature and winds up in the hands of an adversary, the consequences can be serious. Israel has sold advanced weapons systems to China that incorporates technology developed by American companies.[44]

o An ex-Israeli intelligence agent reveals Jeffrey Epstein and Ghislaine Maxwell were not only Israeli intelligence assets, they were allegedly entrapping U.S. politicians with minors.[45] When asked "Is the Epstein case going to cause a problem [for confirmation hearings]?" he replied "…that I had just one meeting on the Epstein case." He"d cut the non-prosecution deal with one of Epstein"s attorneys because he had "been told to **back off**," that Epstein was above his pay grade. "I was told Epstein belonged to intelligence and to leave it alone." What Epstein did and how he did it was an intelligence operation in support of Mossad.[46]

o US Securities and Exchange Commission has filed fraud charges against Israel"s main binary options firm, SpotOption, a company at the heart of the multi-year scam that has defrauded victims Worldwide out of billions, and against two of its top executives.[47]

o Mossad agent acting as a radical imam and commanded 200 *ISIS* fighters in Libya.[48]

From Google which is owned by a Jewish billionaire Larry Page, to Facebook which is owned by a Jewish billionaire Mark Zuckerberg, to Bill Gates the founder of Microsoft, to Jeff Bezos

---

[41] See https://bit.ly/3epT5wu
[42] See https://jewishbusinessnews.com/2014/03/03/arnon-milchan-celebrates-12-years-a-slave-winning-the-oscar-in-the-best-picture-category/
[43] See https://www.haaretz.com/israel-news/u-s-covered-up-an-israeli-nuclear-test-in-1979-foreign-policy-says-1.7873517 see also https://nationalinterest.org/blog/buzz/israel-may-have-300-nuclear-weapons-including-submarine-launched-missiles-87131
[44] See http://ariwatch.com/OurAlly/IsraeliMilitaryAndIndustrialEspionage.htm
[45] See https://narativ.org/2019/09/26/blackmailing-america/ , see https://www.mintpressnews.com/ari-ben-menashe-jeffrey-epstein-ghislaine-maxwell-israel-intelligence/262162/ , see https://alethonews.com/2019/08/07/mega-group-maxwells-and-mossad-the-spy-story-at-the-heart-of-the-jeffrey-epstein-scandal/ , see https://www.nytimes.com/1994/08/19/world/us-author-gets-apology-in-libel-case.html
[46] See http://www.unz.com/isteve/jeffrey-epstein-and-foreign-intelligence/ ,
[47] See https://bit.ly/32y6mgJ
[48] See https://www.globalresearch.ca/mossad-agent-who-infiltrated-isis-daesh-arrested-in-libya-israeli-website/5606909 , see https://bit.ly/2U864bZ , see deleted Israeli newspaper https://bit.ly/3aZFFUw , see also the testimony of a retired Egyptian General https://youtu.be/FK5gnFHnqJM

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

the founder of Amazon, to the Sackler"s Family whose fortune originated in medical advertising and trade publications; and the list keeps growing.[49] See Haaretz"s top billionaire list.[50]

o Google which tried to control public opinion through its Search Engine and YouTube, and even promoted narcotics drugs through its online ad system.[51] To violation of Children privacy, all for the purpose of generating unlimited amount of profit while crushing the voices of the weak.[52]

o Facebook which walked in a similar path that of Google, placing profit above privacy and security.[53] See Mark Zuckerberg"s remarks relative to Senator Elizabeth Warren.[54]

o The Sackler"s family which caused an opiod epidemic in the United States, then concealed the transfer of millions of $$ in Swiss banks. See Senator Sanders" tweet.[55]

o Hedge fund billionaire Paul Singer"s ruthless strategies include bullying CEOs, suing governments and seizing their navy"s ships; bankrupted Argentina.[56]

o ID2020 which is owned by Bill Gates is trying to build a global immunity passport certification system to control the World and God will strike him at the time he sees fit.[57]

o Facebook wants to create its own online currency *Libra* and start a World domination through digital currency, yet again controlled by wealthy Jews.[58]

o Google which is owned by Jewish developers such as Larry Page is reaching out to the health industry to claim America"s health records.[59]

o Google's secret cache of medical data includes names and full details of millions.[60] Your HIPA laws are gone out of the window by Google which is owned by Jewish people.

---

[49] See Forbes Top World Billionaires https://www.forbes.com/billionaires/

[50] See Jewish Billionaires https://www.haaretz.com/israel-news/business/EXT-INTERACTIVE-rich-list-2019-wealthiest-people-in-israel-adelson-abramovich-arison-schwed-1.7388393 see Forbes https://www.forbes.com/billionaires/

[51] See https://www.wsj.com/articles/SB100014240531119047874045765283324185950052 , See https://www.wsj.com/articles/SB10001424053111904787404576532692988751366 , see https://gawker.com/5879330/googles-ceo-dealt-drugs-and-knew-it-say-feds

[52] See https://www.bloomberg.com/news/articles/2019-08-30/google-s-youtube-will-pay-150-million-to-end-ftc-privacy-probe See the fine line between copyright laws and creativity https://youtu.be/kXWH6epLxtI

[53] See https://www.usatoday.com/story/tech/news/2019/07/24/facebook-pay-record-5-billion-fine-u-s-privacy-violations/1812499001/

[54] See https://www.foxnews.com/tech/mark-zuckerberg-elizabeth-warren-president-facebook-sue-government

[55] See https://twitter.com/SenSanders/status/1172636585193615360

[56] See https://bit.ly/3x6BLVM see also https://bit.ly/3mLYuS2

[57] See https://patentscope.wipo.int/search/en/detail.jsf?docId=WO2020060606 see also https://www.bitchute.com/video/B0b66BvGUJIE/

[58] See https://techcrunch.com/2019/11/15/libra-code/

[59] See https://www.nytimes.com/2019/11/17/business/this-week-in-business-google-health-records.html , see https://www.reuters.com/article/us-alphabet-ascension-privacy-idUSKBN1XL2AT

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

- o Project Nightingale: Google's four pillars for their secret patient data partnership.[61]
- o The Patriot Post · Google Secretly Accessed Americans' Health Data.[62]
- o Wealthy Jews engaged on bring slavery to America through their ships i.e., *slave trade*; a fact not many African American know anything about.[63]
- o Criminal rot in the heart of Israel wrote *The times of Israel*.[64]

82.     Outside of this Complaint but related in a sense of justice, Michael Cohen easily claimed that the Department of Justice retaliated against him for writing a book about Donald J. Trump, all because the judge who presided over his case was Jewish like him.[65] To easily gain retaliation complaint against the justice department shows that we live in a new era of power. Currently Michael Cohen lawsuit DOJ for 20 million in damages.[66] If it is that easily to prove retaliation, then Plaintiff has satisfied a claim for retaliation by OCR after 5 years trying to advise them not to retaliate but rather commit to justice or a fair resolution with the recipient.

83.     Plaintiff seeks to reform the Department of Education and Office for Civil Rights on his own behalf and on behalf of others, while seeking justice for what happened to his life and legal career at the hands of some Jewish people. Justice heals and injustice feeds on hate. However, there is the sort of justice which brings love and peace to many. Plaintiff has shown this through his work when the Abraham Accord came to life; initially it was called "Deal of the Century." See **Exhibit A** page 30.

> "For there is another kind of violence, slower but just as deadly, destructive as the shot or the bomb in the night. This is the violence of institutions; indifference and inaction and slow decay."
>
>                                             Robert F. Kennedy
>                                             Cleveland City Club
>                                             April 5, 1968

---

[60] See https://www.theguardian.com/technology/2019/nov/12/google-medical-data-project-nightingale-secret-transfer-us-health-information
[61] See https://www.healthcare.digital/single-post/2019/11/13/project-nightingale-googles-four-pillars-for-their-secret-patient-data-partnership
[62] See https://patriotpost.us/articles/66837-google-secretly-accessed-americans-health-data-2019-11-18/print
[63] See https://www.timesofisrael.com/how-culpable-were-dutch-jews-in-the-slave-trade/ see also https://www.thecrimson.com/article/1992/2/12/jews-and-the-slave-trade-just/
[64] See https://www.timesofisrael.com/criminal-rot-in-the-heart-of-israel/
[65] See https://www.nytimes.com/2020/07/23/nyregion/michael-cohen-trump-book.html
[66] See https://www.businessinsider.com/michael-cohen-sues-us-claims-trump-doj-punished-return-prison-2021-7

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## VIII CLASS ACTION ALLEGATION

84.     The named Plaintiff file this action on his own behalf and all other individuals similarly situated. Plaintiff seeks to represent a class § 706 (1) Class and § 706(2) Sub-Class that has been harmed by the new OCR Case Processing Manuel and the adoption of the IHRA definition by the Department of Education in term of causing disparate treatment discrimination to another race outside of the Jewish identity.

85.     The proposed class satisfies the requirements of Rule 23(a) of the Federal Rule of Civil Procedure.

> a.     The Class is no numerous that joinder of all members is impracticable because the IHRA alone separates the Jewish people from the Gentiles, rendering Title VI on its own moot.

> b.     There are questions of law and facts common to the class, including without limitation, whether the Department of Education can enforce the IHRA definition without congress intent, and whether the Department of Education"s adoption of the IHRA definition violates the federal civil right act, and whether the IHRA definition is unlawful.

> c.     The named Plaintiff is proceeding as a pro-se because no one in the United States so far came to challenge OCR adoption of the IHRA definition within the Federal Court systems. However at anytime this honorable court deems a legal representation is necessary for the said class action lawsuit and in order to protect the interests of the class, the court can appoint legal presentation to assist the Plaintiff.

86.     A class action is superior to other available means for the fair and efficient adjudication of the claims of Named Plaintiffs, and the class. The Plaintiff and others in the same situation have been damaged by reason of the Department of Education"s persistent modification of their case processing manual without public notice and comment in the federal register; along with the adoption of the IHRA definition.

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

87.     A class is appropriate under Federal Rule of Civil Procedure 23(b)(2) because the Defendants" action in refusing to adopt a fair manual, especially section 307 appeal process, after public notice and comment on the changes within the manual. Along with the Department"s refusal to vacate the IHRA definition because it stands in contrary with OCR mission.[67]

> The mission of the Office for Civil Rights is to ensure equal access to education and to promote educational excellence throughout the nation through vigorous enforcement of civil rights.

88.     A class is also appropriate under Federal Rule of Civil Procedure 23(b)(1) because prosecuting separate actions could create inconsistent or varying adjudications that could establish incompatible standards of conduct for the Department. Similarly, the adjudication of one class member"s claims would, as a practical matter, be dispositive of the interests of the other members not party of the adjudication.

## CAUSES OF ACTION

### COUNT I: Violation of 5 USC Chapter 5, §§ 551, *et seq.*: Adoption of a Rule that is Not in Accordance with Law (for Injunctive and Declaratory Relief)

89.     Plaintiff repeats and incorporate by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

90.     This Court is empowered by 5 U.S.C. § 702 to hold unlawful and set aside agency action that the Court finds to be not in accordance with law.

91.     This Court is empowered by 28 U.S.C. § 2201 to declare the rights of Plaintiff and other interested parties regarding the issues presented in this Complaint.

92.     OCR Manual changes without public notice and comments wholly and unequivocally contradict DOE regulation 34 C.F.R. § 100.7(c) and 34 C.F.R. § 104.61, which provide that DOE "*will* make a *proper* investigation" when it receives a complaint that "*indicates* a possible" illegal discriminatory action by a recipient of federal educational funds (emphasis added). Nothing in these regulations permits DOE or OCR to discriminate themselves against one class compare to another. Here, OCR has destroyed its own dictated mission by adopting the IHRA definition and weakening the appeal process of the Manuel in order to destroy as many

---

[67] See https://www2.ed.gov/about/offices/list/ocr/aboutocr.html

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

appeals as possible by means of deception and prejudice; backed up by how previously the Department removed the entire appeal section from the OCR manual.

93.     The Department passing Plaintiff's appeal from one regional office onto to the other and re-assigning regional directors with a stroke of a pen whenever they felt like it, does not only violate the 2020 manual but shows inconsistency in rulings when it is OCR headquarter deputy enforcement director who rules on the appeals. The Department does not have an independent body of individuals who rules on the appeals but rather passing appeals from the *<u>Master</u>* to the *<u>Servant</u>* does not render the appeal process a fair and just process because at the end of the day, the Master serves the Servant; in this parable OCR regional offices do comply with what OCR headquarter advises them to do.

94.     In addition, Congress appropriated an increase of $8.5 million for DOE OCR for fiscal year 2018, for a total annual budget of $117,000,000.[68] Followed by an increase for a total annual budget of $125,000,000 for the fiscal year 2020.[69] Department of Education Office for Civil Rights Fiscal Year 2018 and 2020 Budget Requests can be found at Z-7. This shows that OCR has the budged and the capacity to handle civil right complaints without the need to eliminate the appeal section or modify it to the point it can eliminate as many appeals as possible.

95.     Plaintiff on his own behalf and behalf of other similarly situated are entitled to a declaratory judgment that § 307 of the 2020 OCR Manual is not in accordance with law and violates Chapter 5 of the APA.

96.     Plaintiff on his own behalf and behalf of other similarly situated are entitled to an order vacating § 307 of the 2020 OCR Manual along with the IHRA definition and enjoining the DOE and OCR officials, as named in this suit, from implementing it.

**COUNT II: Violation of 5 USC Chapter 5, §§ 551, et seq. Adoption of the IHRA definition that is Arbitrary or Capricious (for Injunctive and Declaratory Relief)**

97.     Plaintiff repeats and incorporate by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

98.     This Court is empowered by 5 U.S.C. § 702 to hold unlawful and set aside agency action that the Court finds to be arbitrary or capricious.

---

[68] See https://www2.ed.gov/about/overview/budget/budget18/justifications/z-ocr.pdf
[69] See https://www2.ed.gov/about/overview/budget/budget20/justifications/z-ocr.pdf

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

99.     This Court is empowered by 28 U.S.C. § 2201 to declare the rights of Plaintiff and other interested parties regarding the issues presented in this Complaint.

100.     On its face, the adopted IHRA definition without congress intent, public notice or comments in the Federal register by the DOE and OCR, are arbitrary or capricious, or both. Neither the DOE nor OCR has identified any evidence or rational to support their adoption of the IHRA definition.

101.     On its face, the amended appeal § 307 of the 2020 OCR Manual without public notice or comments in the Federal register by the DOE and OCR, are arbitrary or capricious, or both. The Department reducing the appeal process to a mere process by denying proper due process by means of using an appeal process that is unclear and inconsistent, when it fails to (1) recite who rules on the appeals, (2) setting a time frame for when an appeal would be ruled on, (3) and limiting the Complainants" appeals to 10 pages double space. Neither the DOE nor OCR has identified any evidence or rational to support reducing the appeal process into a mere process. None of the essential terms used in § 307 to the 2020 OCR manual is defined, such as who rules on the appeal, the time frame covered to rule on any appeal, or who falls under the old appeal process of the 2015 OCR manual vs. the new adopted appeal process in the 2020 OCR manual i.e., unlimited pages or 10 pages double space.

102.     There is no rational basis for reducing the appeal process after it was previously eliminated other than to continue to deny many the rights to proper due process which is the essence of the Civil Right Laws. In addition to the adoption of the IHRA definition which treats one class of students with a set of rules and privileges that are different from the remaining classes of students. Because there is no rational basis for the assumptions underlying §307 of the 2020 OCR Manual and the IHRA definition, their adoption were arbitrary or capricious, or both.

103.     Plaintiff on his own behalf and behalf of other similarly situated are entitled to a declaratory judgment that § 307 of the 2020 OCR Manual, along with the IHRA definition is arbitrary and capricious and violates Chapter 5 of the APA. Plaintiff on his own behalf and behalf of other similarly situated are entitled to an order vacating §307 of the 2020 OCR Manual and the IHRA definition and enjoining the DOE and OCR officials, as named in this suit, from implementing or enforcing it.

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

**COUNT III: Violation of 5 U.S.C. Chapter 5, §§ 551, et seq.: Failure to comply with notice and comment requirements (for Injunctive and Declaratory Relief)**

104.     Plaintiff repeats and incorporate by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

105.     This Court is empowered by 5 U.S.C. §§ 702 and 706 to hold unlawful and set aside final agency action that the Court finds to have been adopted without observance of procedure required by law.

106.     This Court is empowered by 28 U.S.C. § 2201 to declare the rights of Plaintiff and other interested parties regarding the issues presented in this Complaint.

107.     DOE and OCR have violated the APA, 5 U.S.C. Chapter 5, §§ 551, *et seq*., by first eliminating the right to appeal in the 2018 OCR Manual without complying with the notice and comment requirements of the APA rule-making provisions. Then later adopting §307 of the 2020 OCR Manual and the IHRA definition without again complying with the notice and comment requirements of the APA rule-making provisions.

108.     None of the OCR Manual changes is merely an interpretative rule, a general statement of policy, or a rule of agency organization, procedure, or practice. The changes shift and affect rights and interests of complainants, and make substantive amendments to prior rules.

109.     No public notice of these new rules was provided to interested persons, and interested persons were given no opportunity to provide comment on them before they were adopted. No explanation, reason or rationale was provided for the unilateral adoption of these changes.

110.     Plaintiff on his own behalf and behalf of other similarly situated have been injured in that the DOE and OCR have adopts rules within the OCR Manual and a definition (the IHRA) which violates many complainants" rights and DOE"s own non-discrimination statues.

111.     Plaintiff on his own behalf and behalf of other similarly situated are entitled to a declaratory judgment that the changes to the 2020 OCR Manual described in this Complaint along with the IHRA definition were adopted without compliance with Chapter 5 of the APA, and are, therefore, illegal.

112.     Plaintiff are entitles to an order vacating § 307 of the 2020 OCR Manual, along with the IHRA definition, reinstating the appeal process adopted in the 2015 OCR manual, enjoining the DOE and OCR officials, as named in this suit, from implementing those changes,

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

and requiring them, before attempting to adopt any similar provisions, to comply with the notice and comments requirements of the APA, 5 U.S.C. Chapter 5, §§ 551, et seq.

### COUNT IV: Unlawfully Withheld and Unreasonably Delayed Agency Action
### APA § 706(1)

113.    Plaintiff repeats and incorporate by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

114.    Defendants have violated the APA, 5 U.S.C. § 706(1) because they have refused to grant applications from members of the proposed class by failing to adopt a fair appeal process after public notice and comments in the Federal Register and refuse to vacate the IHRA definition which conflicts with OCR mission and Title VI of the Civil Right Act.

115.    Pursuant to the APA, a court "shall [] compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(1).

116.    The Department has not brought to conclusion the applications presented to it within a reasonable time, as required by the APA. The Department left the appeal process with no time frame to rule on the appeals, as shown in this complaint, Defendants used a year switching between different regional offices to rule on Plaintiff"s appeal; to the Department, it was a power with no boundaries.

117.    Defendants" inaction has harmed and prejudiced Named Plaintiff and members of the protected class, including by violating their protected civil rights and the right to a fair due process.

118.    The Department has acted in repeated bad faith in denying individuals their right to due process and a fair appeal.

119.    The Court should declare that the Department has violated the APA and compel the Department to start granting Class Members" individual appeal applications based on the 2015 OCR Manuel for an independent appeal review free from any conflict of interest.

### COUNT V: Arbitrary and Capricious Final Agency Action
### APA § 706(2)

120.    Plaintiff repeats and re-alleges the foregoing paragraphs as if fully set forth herein.

121.    The Defendants amended appeal process and adopted IHRA definition is arbitrary and capricious and not otherwise in accordance with the law because Defendants have the legal

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

obligation to protect the rights of every student; clearly OCR has set a standard of different application of laws between the Jewish people vs. the Gentiles.

122.    Defendants" adopted policies runs counter to its own mission. The Court should declare that the Department"s final agency action is unlawful and vacate the IHRA definition and § 307 of the 2020 OCR Manual or alternatively after public notice and comments in the Federal Register, amend § 307 of the 2020 OCR Manual while restoring current dismissed complainants" appeals under the 2020 OCR Manual.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff on his own behalf and behalf of other similarly situated respectfully request that this Court enter a judgment in their favor, and against Defendants, and:

a)  Certify the class and sub-class as defined in this complaint, pursuant to Rule 23 of the Federal Rules of Civil Procedure;

b)  Declare that Defendants" adoption of § 307 of the 2020 OCR Manual and the IHRA definition was not in accordance with law and was beyond statutory and regulatory authority, in violation of the Administrative Procedure Act;

c)  Declare that Defendants" first eliminating of the 2015 OCR Manual § 303(a) appeal right in the 2018 OCR Manual without complying with notice and comment requirements and then again bringing back the appeal process but under obscure terms in the 2020 OCR Manual under section 307 violated the Administrative Procedure Act;

d)  Vacate and set aside the challenged provisions of the 2020 OCR Manual, pursuant to 5 U.S.C. § 702;

e)  Vacate and set aside the IHRA definition;

f)  Preliminarily and permanently enjoin Defendants, their agents, servants, employees, attorneys, and all persons in active concert or participation with them, from acting in accordance with implementing § 307 of the 2020 OCR Manual and the IHRA definition, and from denying the rights to a proper appeal and due process;

g)  Preliminarily and permanently enjoin Defendants to comply with DOE regulations and the notice and comment requirements of the Administrative Procedure Act in the development of any provisions replacing the vacated provisions of the Manual;

h)  Retain Jurisdiction as appropriate; and

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

   i)   Order such other and further relief that this Court may deem just and proper.

Dated: <u>July 21, 2020</u>

Respectfully submitted,

*Mark Bochra*

/s/ Mark Bochra

*Pro Se*

5757 North Sheridan Road, Apt 13B

Chicago, IL 60660

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

# **<u>EXHIBITS</u>**

| Exhibits # | Description |
|---|---|
| A | Copy of Letter 1 to President Joseph Biden and Congress |
| B | Copy of Letter 1 to former secretary of OCR Kenneth Marcus |
| C | Copy of 3 Letters from OCR Atlanta Director Melanie Velez to Senator Durbin |
| D | Copy of Letter 20 to Former President Donald J Trump and Congress |
| E | Copy of Denver OCR Director Aaron Romine |

# EXHIBIT A

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



## Prophesies Concerning Egypt

The burden against Egypt. Behold, the LORD rides on a swift cloud, and will come into Egypt; the idols of Egypt will totter at His presence, and *the heart of Egypt will melt in its midst*" [Isaiah 19:1].[1] This prophesy was fulfilled when the Holy Family entered Egypt. With this entrance, Egypt's idols collapsed forever. Since this time, Egypt and its faithful Christians were blessed, fulfilling Isaiah's prophesy, Then the LORD will be known to Egypt, and the Egyptians will know the LORD in that day, and will make sacrifice and offering; yes, they will make a vow to the LORD and perform it" [Isaiah 19:21] and also *In that day there will be an altar to the LORD in the midst of the land of Egypt*, and a pillar to the LORD at its border" [Isaiah 19:19]. Today, in the middle of Egypt the monastery of St. Mary (a.k.a. El-MoHarrak) stands (in the middle of Egypt) witness to the fulfillment of this prophesy. In that monastery, the Holy Family stayed for about six months as we learned from Pope Theophilos, the twenty third patriarch of Alexandria, who was told of the details of the Holy Family's journey in a vision. The pillar in the border of it" speaks of St. Mark who preached in Egypt starting from Alexandria – at Egypt's northern border.

God blessed Egypt since the beginning of time. Firstly He made it as the paradise, like the garden of the LORD, like the land of Egypt" [Genesis 13:10]. Secondly, He blessed it as it welcomed many fathers of the Old Testament. For example, Egypt welcomed Abraham and Sara (see [Genesis 12:10]), and Jacob and his family (see [Genesis 39:50]). Egypt also welcomed other prophets like Jeremiah. Even the Lord Jesus Christ Himself chose Egypt to be the spiritual equivalent of Golgotha during the first Passover —. Egypt, where also our Lord was crucified" [Revelation 11:8]. Amazingly, Egypt was mentioned in the Holy Bible approximately 600 times, second only to Jerusalem (Egypt: 595 times, Egyptian(s): 120 times).

The Holy Family dwelt throughout Egypt, from the north to the south and from the east to the west. Today we know of about thirty three blessed areas where the Holy Family dwelt. Lastly, St. Mary herself blessed Egypt again with daily appearances in her church in Zaitoon, Cairo to express her love to the country that welcomed her. She intercedes on our behalf to her Son and her God, and He answers her: *Blessed is Egypt my people*" [Isaiah 19:25].

Copts, being hosts of the Holy Family, follow the verse You shall not be afraid of the terror by night, nor of the arrow that flies by day, Nor of the pestilence that walks in darkness, Nor of the destruction that lays waste at noonday" [Psalms 91:5-6][2], for the Lord is our shelter as our land sheltered Him.[3] When He came in the past, our forefathers welcomed Him. Now He knocks at the gates of our hearts, Behold, I stand at the door and knock. If anyone hears my voice and opens the door, I will come in to him and dine with him, and he with me" [Revelation 3:20].

---

[1] See https://www.chabad.org/library/bible_cdo/aid/15950/jewish/Chapter-19.htm see
https://www.copticchurch.net/bible?r=Isaiah+19&version=NKJV&showVN=1
[2] See https://www.copticchurch.net/bible?r=Psalms+91%3A5-6&version=NKJV&showVN=1
[3] See Saint George https://youtu.be/rzwRZShVaK8?t=1785 , https://youtu.be/rzwRZShVaK8?t=3084

*—I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## Table of Contents

I. THE DIFFERENT VOICES TO THE LORD, GOD ............................................................................ 11

    A. THE VOICE OF RESCUE ......................................................................................................... 11

    B. THE VOICE OF HEALING ....................................................................................................... 12

    C. THE VOICE OF ANGER ........................................................................................................... 13

    D. THE VOICE OF LOVE .............................................................................................................. 13

II. A CONVERSATION WITH THE LORD, GOD: THE TREE AND THE BRANCHES ............................ 14

III. A WORLD FILLED WITH PAIN: THE EYES THAT DON'T SEE ................................................... 17

IV. GOD PLANS EVERYTHING SINCE CREATION ......................................................................... 18

    A. WHEN THE EARTH WAS DARK ............................................................................................. 18

    B. THE REBIRTH OF THE AMERICAN EAGLE ............................................................................. 18

V. THE FALL OF LUCIFER: FROM GOD'S FAVORITE ANGEL TO THE DEVIL ................................. 19

VI. THE GARDEN OF EDEN ........................................................................................................ 21

VII. THE CHILDREN OF ABRAHAM ............................................................................................ 27

    A. A HOUSE DIVIDED NO MORE: THE CHILDREN OF ABRAHAM! ............................................. 28

    B. BAHIRA: THE CHRISTIAN MONK, THE TRUE FATHER OF MUHAMMAD مُحَمّد ...................... 31

    C. THE QURAN DECIPHERED FROM THE BIBLE ......................................................................... 31

    D. EXAMINING JESUS CHRIST, THE MESSIAH INSIDE THE QURAN ............................................ 33

VIII. A CONVERSATION WITH GOD CONCERNING THE ARABS ................................................... 37

    A. THE PARABLE OF THE TWO SONS ........................................................................................ 38

    B. THE PARABLE OF THE PRODIGAL SON ................................................................................. 39

    C. PROPHECY CONCERNING MECCA AND MEDINA .................................................................. 40

IX. THE TREE OF LIFE VS THE TREE OF THE KNOWLEDGE OF GOOD AND EVIL .......................... 41

    A. THE GREAT FLOOD: NOAH'S TIME ...................................................................................... 42

    B. THE TOWER OF BABEL ......................................................................................................... 44

    C. PROPHECIES IN THE BOOK OF GENESIS. ............................................................................. 45

X. THE PARABLE BETWEEN THE VINE AND THE BRANCHES ...................................................... 46

XI. ISRAEL IS THE OLD TESTAMENT, EGYPT IS THE NEW TESTAMENT ...................................... 48

    A. THE STORY OF JOSEPH THE KING OF EGYPT ........................................................................ 49

    B. THE STORY OF MOSES AND THE ISRAELITES ........................................................................ 50

    C. OUT OF EGYPT, I CALLED MY SON ....................................................................................... 51

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

D. THE GREAT TRANSFORMATION OF EGYPT: THE COPTIC IDENTITY ..................................................... 52

E. THE TRANSFORMATION OF ROME: FROM PAGAN TO CHRISTIANITY ................................................ 54

XII. A MESSIAH WILL COME WHO WILL BRING LIGHT TO THE WORLD ........................................................ 55

XIII. DANIEL'S VISION & THE FATE OF ISRAEL .......................................................................................... 56

A. DANIEL'S PRAYERS TO GOD ............................................................................................................. 57

XIV. THE LEGACY OF ALEXANDER THE GREAT: ALEXANDRIA, EGYPT ........................................................ 58

A. PROPHET ZECHARIAH PROPHECY CONCERNING THE ENEMIES OF ISRAEL ...................................... 59

B. THE FATE OF TYRE: WHEN IT GAINED POWER ................................................................................ 59

C. THE FATE OF GAZA: WHEN IT GAINED PRIDE .................................................................................. 62

D. THE FATE OF JERUSALEM: WHEN IT IS HUMBLE ............................................................................. 62

XV. THE PARABLES BETWEEN ALEXANDER THE GREAT AND JESUS CHRIST ................................................ 63

XVI. THE PARABLE TO THIS WORLD: GOD GIVES WHAT IS GOOD FOR YOU ............................................... 64

XVII. THE LORD, GOD LISTENS TO THE WEAK & HUMBLE HEARTS ............................................................ 66

XVIII. THE RISE OF DONALD J. TRUMP: WHEN HE LISTENED ...................................................................... 67

A. BLOOD MONEY [THE MUSLIM BROTHERHOOD & POLITICAL ISLAM] ............................................... 69

B. EGYPT AND THE MUSLIM BROTHERHOOD ...................................................................................... 70

XIX. FAITH AS SMALL AS A MUSTARD SEED: THE MOVING OF THE MOUNTAIN ....................................... 75

A. THE INCIDENT WHICH PAVED THE WAY FOR THE MIRACLE ............................................................. 75

B. THE MALICIOUS PLOT ...................................................................................................................... 76

C. CALLING FOR A FAST ....................................................................................................................... 77

D. THE VIRGIN MARY APPEARED TO THE POPE .................................................................................. 78

E. THE SUPERNATURAL MIRACLE ........................................................................................................ 78

XX. WAS HISTORY THE WORK OF HUMANS OR GOD: THE EYES THAT SEE ................................................ 79

A. THE SIX DAY WAR ............................................................................................................................ 80

B. BAHR EL-BAQAR PRIMARY SCHOOL BOMBING ............................................................................... 81

C. THE APPARITION OF VIRGIN MARY ................................................................................................. 81

D. THE YOM KIPPUR WAR 1973: THE EGYPTIAN REVENGE ................................................................. 82

XXI. THE EGYPTIANS' CULTURE & THE ARAB WORLD ............................................................................... 84

A. MISSION IN TEL AVIV ...................................................................................................................... 84

B. 48 HOURS IN ISRAEL ....................................................................................................................... 85

C. RAAFAT AL HAGGAN TV SERIES ...................................................................................................... 85

D. THE PASSAGE (2019) ....................................................................................................................... 86

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

XXII. THE FALL OF DONALD J. TRUMP: WHEN HE PROVOKED GOD TO ANGER ........................................ 88

    A. WHITE HOUSE EXECUTIVE ORDER 13899: THE IHRA DEFINITION ....................................... 89

    B. GOD BLESS AMERICA IS NOT FOUND IN THE IHRA DEFINITION ......................................... 90

    C. THE DAY OF THE LORD: THE SON OF MAN ...................................................................... 91

    D. THE JEWS DID ASK FOR JESUS CHRIST TO BE CRUCIFIED .................................................. 92

XXIII. THE ONGOING CYCLE: WHEN ISRAEL IS GOOD AND WHEN ISRAEL IS EVIL............................... 95

XXIV. THE LEGACY OF THEODOR HERZL & THE REBIRTH OF ISRAEL: BOOK OF EZEKIEL........................ 96

    A. THE STORY OF CYRUS SCOFIELD ..................................................................................... 99

    B. THE REBIRTH OF ISRAEL AFTER 2000 YEARS INTO EXILE .................................................. 100

    C. CLASSIFIED DOCUMENT: HOW ISRAEL WANTED TO EXPEL CHRISTIANS.......................... 101

    D. THE ELDER OF ZION: FBI REPORT ON JEWS & CHRISTIANITY ........................................... 102

    E. AMAZON CENSORED CREATED EQUAL: JUSTICE THOMAS CLARENCE ............................... 103

XXV. THEODOR HERZL: WEALTHY JEWS PLAY AND THE WORLD DANCES................................... 104

    A. LETTERS OF THEODOR HERZL: SIMPLE CHRISTIANS VS WEALTHY JEWS ........................... 104

XXVI. ISRAEL: FRIENDS SHOULD NOT SPY ON FRIENDS ............................................................. 106

XXVII. ISRAEL THE ARROGANT CHILD........................................................................................ 108

XXVIII. WHEN WEALTHY JEWS WANTS TO DOMINATE THE WORLD ........................................ 109

    A. OPEN SECRET: GOOGLE & DARK MONEY ....................................................................... 112

    B. THE PARABLE OF THE RICH FOOL ................................................................................... 116

XXIX. EVIL HAD TO COLLAPSE IN ORDER TO GIVE RISE TO GOOD: ISRAEL ................................. 117

    A. THE 3 VISIONS OF MARK................................................................................................. 117

B. PRESIDENT BIDEN'S JEWISH CABINET IS ALREADY FAILING GOD .......................................... 121

XXX. THE PARABLES OF THE DIFFERENT SEEDS ....................................................................... 122

XXXI. HOMOSEXUALITY: DOJ JEWISH LEADERSHIP'S LGBTQ AGENDA ...................................... 122

    A. GOD REJECTED HOMOSEXUALITY: SIN SEPARATES HUMANS FROM GOD ...................... 123

    B. HOMOSEXUALITY: DO NOT GLORIFY SIN BEFORE THE EYES OF GOD............................... 125

    C. GOD IS PATIENT AND KIND BUT DO NOT ABUSE HIS PATIENCE....................................... 126

    D. THE RESULT OF HOMOSEXUALITY IN AMERICA: REBILLION AGAINST GOD.................... 127

    E. OUT OF THE SHADOWS: KEVIN SHIPP FORMER CIA INTELLIGENCE REPORT.................... 127

    F. YOUTUBE GLORIFIES SIN FOR PROFIT: THE WAP AND HOLLYWOOD ............................... 129

    G. GENDER REASSIGNEMENT IS AGAINST GOD'S WILL: BRINGS DESTRUCTION ................... 132

    H. ABORTION IS THE KILLING OF THE UNBORN CHILDREN................................................... 133

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

I. WHEN SOCIETY FAILS: MARRIAGE FALLS .................................................................................. 134

XXXII. THE IHRA DEFINITION BRINGS HATE AND CHAOS: IT ALREADY DID ............................... 135

    A. THE IHRA DEFINITION:  A DEFINITION OF DESTRUCTION .................................................. 136

XXXIII. I AM NOT A GUEST IN YOUR HOUSE: I AM THE HOUSE ITSELF! .................................... 138

XXXIV. LUCIFER'S HEART AND THE EVIL WITHIN ...................................................................... 140

    A. WHY DO YOU ALLOW EVIL TO FLOURISH ........................................................................ 141

XXXV. BLESSED ARE THE ONES WHO BELIEVE WITHOUT SEEING ............................................. 142

    A. THE REVIVAL OF PRINCE OF EGYPT: MOSES .................................................................... 143

    B. IN A HISTORIC MOVE, ISRAEL BEGINS SUPPLYING GAS TO EGYPT .................................... 145

    C. THE MESSIAH NETFLIX: THE ANTI-CHRIST .......................................................................... 146

    D. ONE WORLD IS EXPERIENCE THE SAME PAIN ALL AT ONCE ............................................... 148

XXXVI. THE BOOK OF REVELATION: THE HARLOT AND THE BEAST .......................................... 148

    A. REVELATION 17: THE HARLOT AND THE BEAST .................................................................. 149

    B. THE PARABLE TO THE BOOK OF REVELATION ..................................................................... 150

XXXVII. THE BEAST, THE DRAGON, AND THE INJURED LEOPARD .............................................. 151

    A. THE IDENTITY: THE BEAST, CHINA, AND AMERICA .............................................................. 152

    B. PRESIDENT XI JINPING WANTS TO BE LIKE A GOD: HE WILL FALL ...................................... 153

    C. CHINA AND AMERICA: THE DRAGON AND THE INJURED LEOPARD .................................... 155

XXXVIII. ENTERS WILLIAM HENRY GATES III [BILL GATES III] .................................................... 160

    A. REVELATION 13 AND THE BEAST WITH A NUMBER 666 ..................................................... 166

    B. PLANDEMIC: INDOCTORNATION ........................................................................................ 169

XXXIX. REVELATION 14 PROVIDES A WAKE UP WARNING ......................................................... 169

XXXX. HUMANITY ARE STUBBORN BY NATURE: REVELATION 16 ............................................. 170

    A. THE VOICES OF GOD ......................................................................................................... 172

XXXXI. THE TRANSFORMATION OF CHINA: FROM PAGAN TO CHRISTIANITY ............................ 173

XXXXII. THE HARSH PROPHECY CONCERNING CHINA ............................................................... 174

XXXXIII. REPUBLICANS VS DEMOCRACTS: THE PARABLE TO BLIND EYES .................................. 175

    A. THE LEGISLATIVE BRANCH: CONGRESS ............................................................................. 176

    B. THE EXECUTIVE BRANCHE: THE PRESIDENT'S CABINET MEMBERS ...................................... 178

    C. THE JUDICIAL BRANCH: THE COURT SYSTEM ...................................................................... 178

XXXXIV. THE DEPARTMENT OF ~~JUSTICE~~: THE PARABLE TO JUSTICE ........................................ 183

    A. SENIOR LEADERSHIP AT THE JUSTICE DEPARTMENT: ROD ROSENSTEIN ......................... 186

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

XXXXV. REJECT JEWISH HATRED: JEWISH EVIL HEARTS ARE TEACHING TO HATE JESUS CHRIST ............ 192

    A. THE STORY OF SABBATAI SEVI: THE FALSE PROCLAIMED MESSIAH ................................ 193

    B. THE JEWISH PEOPLE LOVE FOR MONEY AND LIFE: EARTH'S SACRIFICES ........................ 193

    C. THE STORY OF SHLOMO YEHUDAH: ISRAEL NEW PROCLAIMED MESSIAH ..................... 194

    D. THE WHITE HOUSE IS DECLARING JEWS OWN AMERICA ................................................ 195

XXXXVI. IS THERE ANY HOPE FOR THIS WORLD: THE PARABLE OF BIRTH ................................ 197

XXXXVII. THE PARABLE OF THE BUDDING FIG TREE ................................................................ 198

XXXXVIII. THE SALVATION OF THE CHILDREN OF ISHMAEL ....................................................... 202

    A. WHO IS ALLAH: ALLAH IS NOT AN ISLAMIC WORD, IT IS A BIBLE WORD ....................... 202

    B. DEFINE EVIL: COMBAT POLITICAL ISLAM AND ISLAMISTS ................................................ 204

    C. THE TRANSFORMATION OF THE MIDDLE-EAST ............................................................... 205

XXXXIX. DO NOT REJECT LIGHT: JESUS IS THE LIGHT OF THIS WORLD ................................... 209

    A. THE CHARACTER OF SENATOR BERNIE SANDERS ........................................................... 210

XXXXX. THE TRUMP WORLD: FIGURE FOR THE OPPRESSED OR AN ILLUSION? ....................... 212

XXXXXI. KEEP AMERICA BLESSED † ..................................................................................... 214

    A. THE UNITED STATES MIDDLE-CLASS ECONOMY ............................................................. 214

    B. BEWARE OF THE MIGHTTY PROUD HEART ...................................................................... 219

    C. LAW & ORDER OR JUSTICE & MERCY? ........................................................................... 221

XXXXXII. LOOK TOWARD THE WARNING SIGNS: LISTEN TO THE LORD, GOD .......................... 224

XXXXXIII. THE VOICE OF THE LORD, GOD IN THESE WORLD EVENTS ...................................... 229

    A. LACK OF WATER AND STARVATION ................................................................................ 229

    B. PLAGUE OF LOCUSTS DESCENDING UPON THE MIDDLE-EAST ........................................ 232

    C. MAJOR HURRICANS AFFECTING THE UNITED STATES ..................................................... 234

    D. INDIA'S APOCALYPSE: BURNING BODIES ........................................................................ 234

XXXXXIV. WHO SHALL GOD BLESSES & WHY THE WORRIES? ................................................. 237

XXXXXV. HOW TO BECOME PART OF THE HOLY: PROPHET ISAIAH ........................................ 237

XXXXXVI. THE HOLY FIRE THAT DOESN'T BURN THE BODY ................................................... 240

    A. THE RETURN OF THE HOLY FIRE TO ISRAEL .................................................................... 243

XXXXXVII. ISRAEL WESTERN WALL IS AN ILLUSION: THE KOTEL ............................................. 248

    A. THE HISTORY OF THE WESTERN WALL: KOTEL ............................................................... 248

    B. THE MOUNTAIN OF MOSES: MOUNT SINAI LOCATED IN SAUDI ARABIA ........................ 250

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

C. WHERE IS MIDIAN? ................................................................................................................ 251

XXXXXVIII. A CONVERSATION WITH THE LORD, GOD ............................................................. 252

XXXXXIX. FAITH OF CENTURION ................................................................................................ 255

XXXXXX. THE TRIAL OF SATAN: WHEN THE DEVIL IS THE PROSECUTOR ................................. 256

    A. WHEN GOD ANSWERED JOB: WHAT THE EYES COULDN'T SEE ..................................... 257

    B. WHEN THE LORD, GOD LOVES HUMANS TO QUESTION HIS JUDGEMENTS .................... 258

XXXXXXI. DEMOCRATS VS REPUBLICANS: A HOUSE DIVDED .................................................. 260

XXXXXXII. A UNIVERSAL DEFINITION FOR THE TERM EVIL: THE SEED ..................................... 260

XXXXXXIII. RABBI KADURI'S PROPHECY CONCERNING ISRAEL ................................................ 262

XXXXXXIV. THE DAY OF THE LORD VISITATION: YOUR CHANCES ON EARTH ........................... 264

XXXXXXV. HOW TO ENTER IN A COVENANT WITH GOD: FROM OLD TO NEW ........................ 265

    A. BAPTISM IS PART OF THE SAME COVENANT: OLD & NEW TESTAMENT ......................... 266

    B. THE HOLY BODY: NO MORE OFFERINGS OR ANIMAL SACRIFICIES .................................. 267

XXXXXXVI. WHAT TYPE OF SEED ARE YOU: THE PARABLES TO THIS WORLD ........................... 269

XXXXXXVII. GOD'S VALUE IN ONE'S LIFE .................................................................................. 269

XXXXXXVIII. THE NATURE OF JESUS CHRIST [ONE GOD] ......................................................... 271

"I came to complete not to refute. I came light to the World." <u>Jesus Christ</u>

Mark Bochra
5757 North Sheridan Road, Apt 13B
Chicago, IL 60660



**<u>VIA ELECTRONIC MAIL & MAIL</u>**

President Joseph R. Biden Jr
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

The Honorable Richard Joseph Durbin
Chairman
U.S. Senate Committee on the Judiciary
224 Dirksen Senate Office Building
Washington, D.C. 20510
info@judiciary-dem.senate.gov

The Honorable Chuck Grassley
Ranking Member
U.S. Senate Committee on the Judiciary
224 Dirksen Senate Office Building
Washington, D.C. 20510
whistleblower@judiciary-rep.senate.gov

The Honorable Carolyn B. Maloney
Chairwoman
2471 Rayburn House Office Building
Washington, D.C. 20515
oversight.democrats@mail.house.gov

The Honorable Berit Reiss-Andersen
Chairwoman
The Norwegian Nobel Institute
NO-0255 Oslo, Norway
postmaster@nobel.no

May 6, 2021

**Re:** **The Abraham Accord was the work of a Coptic: Blessed is Egypt my People**
**A Vision for President Joseph R. Biden: The Rebirth of America's Eagle**
**Israel is the Old Testament; Egypt is the New Testament**
**Reject Jewish Hatred: Jews are preaching to hate Jesus Christ**
**Congress needs a Universal Definition for the Term "Evil": The Seed**
**The answer to your Covid19 Pandemic Nightmare: Listen and Understand**

Dear Mr. President,

Blessed are the eyes which see the things you see; for I tell you that many *prophets and kings* have desired to see what you see, and *have not seen it*, and to hear what you hear, and have not heard it [Luke 10:23-24].[4] Lord, open the eyes of your servant so he may see [2 Kings 6:17].

And in them the prophecy of *Isaiah* was *fulfilled*, which says: 'Hearing you will hear and shall not understand, and seeing you will see and not perceive' [Isaiah 6:9].[5] For the *hearts* of these

---

[4] See https://www.copticchurch.net/bible?r=Luke+10%3A23-24&version=NKJV&showVN=1
[5] See https://www.chabad.org/library/bible_cdo/aid/15937#v9

*—I came to complete not to refute. I came light to the World.*" Jesus Christ

people have grown _dull_. Their ears are hard of hearing, and their eyes they have closed, lest they should see with their eyes and hear with their ears, lest they should understand with their hearts and turn, so that I should but blessed are your eyes for they see, and your ears for they hear; for assuredly, I say to you that many prophets and righteous men desired to see what you see, and did not see it, and to hear what you hear, and did not hear it.

Lord, teach this World to have eyes in order to see, and ears in order to listen, and a mouth in order to speak the truth.[6] We are all weak but through you only, the weak becomes strong.

Mr. President, for your sake, I am reaching out to you because I see you like a lost lamb; walking without knowing where you are going to land. Jacob struggled with the angel of Lord in order to receive his blessings and in a spiritual sense, it is that struggle between _good vs. evil_ by forgoing the temptations of the World in order to receive the Lord's blessing, the more one holds onto the Lord, the more the Lord will hold onto him or her.



*When the Serpent deceived Eve, God was watching but he never neglected Eve.*

Mr. President, this will be my first letter to you and it might not be the last, and for many reasons, I am writing to you in the beginning of your lost journey so you may restore the soul of America; restore America based on God's will and not of Human's desires, and this is what you should always be asking God, to _bless America_ forever; in order for China not to eat your Lunch.[7]

Mr. President, in the entire bible there are two verses which kept me speechless. One which said — most assuredly, I say to you, he who believes in me, the works that I do he will do also; and greater works than these he will do, because I go to my Father [John 14:12].[8] However, there is a much more powerful verse — everything is possible for one who believes [Mark 9:23].

---

[6] See Jesus Christ's Holy Fire https://youtu.be/s0XHvQWtMoM?t=848 , https://youtu.be/4kZu87tyqJ4
[7] See https://www.wsj.com/articles/biden-says-china-will-eat-our-lunch-on-infrastructure-11613063295 see https://youtu.be/QdlTClu4v4Q See also https://youtu.be/3fGQ8pF3wYU
[8] See http://www.copticchurch.net/cgibin/bible/index.php?r=John+14%3A12&version=NKJV&btn=View

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

However, here is the parable:

> Ask, and it will be given to you; seek, and you will find; knock, and it will be opened to you. For everyone who asks receives, and he who seeks finds, and to him who knocks it will be opened [Mathew 7:7-8].[9] <u>*The bible teaches us, you ask and you do not receive, why?*</u> You ask and do not receive, because you ask amiss, that you may spend it on your pleasures [James 4:3].[10]

Mr. President, you said "Keep the Faith" and this is why I am reaching out to you and God weights the hearts.[11] I ask you and you answer me "Faith in who exactly"? You also said "I will work for All Americans."[12] But does <u>*all*</u> means glorifying sin before the eyes of the Lord, God? By that logic, you are pleasing men and forgetting God. And then you ask "Keep the Faith"? If that is the case, the Lord will say "I don't know you." I ask you not to forget your words, yet the word "Human" in Arabic means "insan" سان‎ أُ — which is derived from the word "nasay" meaning forgetful because humanity tends to forget what God told them. For he send me to show you part of the future according to his will and not mine.

I always said, we have eyes in order to see; we have ears in order to listen; and we have a mouth in order to speak the truth but many have eyes and don't see; many have ears but don't listen; and many have a mouth but don't speak the truth. For when President Donald J. Trump listened, he gained blessings in a lighting speed during his 4th year of his presidency, but when he thought he could please both men and God, he provoked God to anger for he crossed his boundaries with God, and the Lord rejected him as a King — As wise as Solomon was, his richest, wisdom, and women brought him destruction and God rejected him as king when he forgot the Lord, God.[13]

From here, Mr. President, I will show you how might, pride, sin, and power blinded many since the creation of this World, including the falling angels — Unless the Lord builds the house, they labor in vain who build it; unless the Lord guards the city, the watchman stays awake in vain [Psalms 127:1].[14] Mr. President, I am seeing a divided house; and for many reasons.

Mr. President, do you know the meaning of Life? Many people love life but not many understand what true love for life is all about. The person who loves the Lord's creations, loves life, and loves everyone around him or her to love life like he or she does; there is no saying in his or her heart — I only, and what comes after the typhoon. That is how Jesus Christ approached humanity; for God so loved the World that he gave his only begotten son, Jesus Christ to bring light to the World. The bible teaches us — My companions saw the light, but they did not understand the voice of him who was speaking to me [Act 22:9][15]; meaning light was in front of them but they didn't hear his voice because they were <u>*not worthy of hearing it because of their closed hearts*</u>.

---

[9] See https://www.copticchurch.net/bible?r=Matthew+7%3A7-8&version=NKJV&showVN=1
[10] See https://www.copticchurch.net/bible?r=James+4%3A3&version=NKJV&showVN=1
[11] See President Biden "Keep the Faith" Twitter banner https://twitter.com/JoeBiden
[12] See Your words Mr. President https://youtu.be/oYbF1pRDvkw?t=38
[13] See https://youtu.be/aY_rWsbru0U?t=181
[14] See https://www.copticchurch.net/bible?r=Psalms+127%3A1&version=NKJV&showVN=1
[15] See http://www.copticchurch.net/cgibin/bible/index.php?r=Acts+22%3A9&version=NKJV&btn=View

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## I. THE DIFFERENT VOICES TO THE LORD, GOD

Every person the voice of the Lord comes to him or her but not every person is able to recognize the voice of the Lord. We need the trained ears that are able to identify the voice of the Lord. The voice of the Lord can be a voice of rescue; a voice that heals; a voice that is angry; a voice that blesses and rewards when the Lord says ―blessed are the pure in heart, for they will see God" [Mathew 5:8]; and if one does not hold a pure heart, the Lord will say ―Come to me, all you who are weary and burdened, and I will give you rest" [Matthew 11:28-29].

- o The first voice to the Lord was the voice of the creator; let there be light, and there was light [Genesis 3:1]; let there be life, and there was life; let there be human, and there was a human. This was the first voice of the Lord, the voice of the creator.

- o Then, we heard the voice of the Lord; a voice of blessing. Let the land produce vegetation: seed-bearing plants and trees on the land that bear fruit with seed in it, according to their various kinds. Let the water teem with living creatures, and let birds fly above the earth across the vault of the sky [Genesis 1:20]. This was the second voice of the Lord, the voice that blesses.

- o Then, we heard the voice of the Lord; a voice of a teacher; you shall eat from all that is in Garden of Eden, but you must not eat fruit from the tree that is in the middle of the garden, and you must not touch it, or you will die [Genesis 3:3].[16]

Humanity should be happy if the Lord is their savior in order to say ―my savior, help me", or else it will be a scary voice, just like the voice that came to the rich fool or the voice that came to Cain. The voice of the Lord came to others saying ―truly I tell you, I never knew you" [Matthew 7:21-23].[17]

The voice of the Lord came to Adam who said to the Lord ―I heard your voice, I was scared" and the Lord asked him ―Why Adam?" and Adam replied ―because I was naked, I ran away to hide" [Genesis 3:10].[18] Adam who used to speak to the Lord in the Garden of Eden every day suddenly feared God when he found himself naked. When Adam learned what sin is, he found himself naked in front of the Lord and many do not realize that they are naked in front of the Lord. The Lord knows everyone's heart and the mind. That is why, when we confess in the Coptic church, we see the priest face to face because if the person is embarrassed to confess in front of the priest than the same person will be embarrassed to confess in front of the Lord when he or she sees him. We need the trained ears that are able to identify the voice of the Lord.

## A. THE VOICE OF RESCUE

The voice of the Lord came to the Samaritans who had conflicts with the Jews and they both avoided each others because they hated each others. When Jesus Christ entered one of the Samaritans' towns, he was rejected by the Samaritans; the Samaritans only denied Jesus Christ

---

[16] See https://www.copticchurch.net/bible?r=Genesis+3%3A2-3&version=NKJV&showVN=1
[17] See https://www.copticchurch.net/bible?r=Matthew+7%3A21-23&version=NKJV&showVN=1
[18] See https://www.chabad.org/library/bible_cdo/aid/8167/jewish/Chapter-3.htm#v10

*—I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

lodging for the night, but James and John wanted to destroy them.[19] So James and John through —false jealousy" asked the Lord:

> —Lord, do you want us to command fire to come down from heaven and consume them?" [Luke 9:54]. But Jesus Christ answered —You do not know what kind of spirit you are of; for the Son of Man did not come to destroy men's lives, but to save them." And they went on to another village [Luke 9:55–56].

James and John had false jealousy that they wanted fire to come down on the Samaritans like Elijah did in front of King Ahab [King 18:38].[20] But the Lord came to their rescue, not to judge but to rescue humanity.

The voice of the Lord came to Daniel as a voice of rescue when the king ordered Daniel to be casted into the pit of the lions. The king raised his voice and said to Daniel, —May your God, Whom you serve regularly, save you!" The next morning the king went to check on Daniel by raising his voice —Daniel, servant of the living God, the God Whom you worship regularly-was he able to save you from the lions?" and Daniel answered —May the king live forever! My God sent his angel, and he closed the mouths of the lions and they did not hurt me because a merit was found for me before him, and also before you, O king, I have done no harm" [Daniel 6:17-23].[21] Daniel as we say in Arabic was —mæsah el rab" i.e., رب الحيسم.

## B. THE VOICE OF HEALING

The voice of the Lord came to Saul of Tarsus who persecuted the early followers of Jesus Christ by asking him —Saul, Saul, why do you continue to persecute me?" Jesus Christ appeared to him in great light that he was struck blind for 3 days until his sight was restored by Ananias of Damascus and Saul changed from persecuting Christians to loving Jesus Christ.[22] Saul heard the voice of the Lord and recognized the voice of the Lord but everyone around him did not hear the voice of the Lord. The bible said, —My companions saw the light, but they did not understand the voice of him who was speaking to me" [Act 22:9]. The bible explained that they were not worthy of hearing the voice of the Lord because of their hearts. For this reason, we ask the Lord to be worthy of hearing his voice. When we start reading the bible, we start by saying —Lord, give us the opportunity and make us worthy of hearing your voice."

The voice of the Lord came to Elianus, the emperor of Ansana who persecuted and killed many Christians.[23] Elianus changed from an avid persecutor to an emperor who believed in Jesus Christ. The voice of the Lord came to heal a dark heart because Elianus was lost but ready to listen.

---

[19] See https://www.neverthirsty.org/bible-studies/life-of-christ-ministry-in-galilee-late-a-d-32/samaritans-reject-jesus/

[20] See https://www.chabad.org/library/bible_cdo/aid/15902/jewish/Chapter-18.htm

[21] See https://www.chabad.org/library/bible_cdo/aid/16489/jewish/Chapter-6.htm

[22] See https://en.wikipedia.org/wiki/Paul_the_Apostle , See https://www.christiancourier.com/articles/1372-conversion-of-saul-of-tarsus-the

[23] See http://www.stmichaeleoc.org/Synaxarium/Tekemt_05.htm , See http://www.stmichaeleoc.org/Synaxarium/Megabit_13.htm

―*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The voice of the Lord came to Moses the Black and from not knowing the Lord and believing in idols, killing, slaving, and robbing tribes, to becoming a Monk in a Coptic Monastery; teaching others.[24]

The voice of the Lord came to Mary the Egyptian and from living a life filled with sins and not knowing God to becoming a hermit in a Coptic Monastery because the bible teaches humanity.[25]

> ―I tell you that in the same way there will be more rejoicing in heaven over one sinner who repents than over ninety-nine righteous persons who do not need to repent" [Luke 15:7]

These stories showed personal relationships between different individuals and the Lord. The Lord didn't teach us to follow and read the bible verbatim but to learn and understand because many people every day look at others who sin and don't look at themselves and no one is righteous but God. If a human's heart is like a red crimson, the Lord is able to change it into a snowflake because he said ―Come unto me, all ye that labor and are heavy laden, and I will give you rest" [Matthew 11:28-29].

## C. THE VOICE OF ANGER

The voice of the Lord came to Cain who killed his own brother, Abel, telling him ―Where is Abel your brother? What have you done? Listen! Your brother's blood cries out to me from the soil. And so, cursed shall you be by the soil that gaped with its mouth to take your brother's blood from your hand. If you till the soil, it will no longer give you strength. A restless wanderer shall you be on the earth" [Genesis 4:12].[26]

The voice of the Lord came to King Ahab when he unjustly executed Naboth and usurpation of the latter's ancestral vineyard. The Lord told King Ahab ―In the place that the dogs have licked the blood of Naboth, shall the dogs lick your blood, even yours!" [Kings 21:1-19].[27]

The voice of the Lord came to Jezebel saying ―The dogs will eat Jezebel in the valley of Jezreel" [Kings 21:23]. And so did the dogs, ate Jezebel but left out her wicked hands because it was her hands that committed evil.[28]

## D. THE VOICE OF LOVE

The voice of the Lord came to the World. For God so loved the World that he gave his only begotten son, Jesus Christ to bring light to the World.

> For God so loved the World that He gave His only begotten Son, that whoever believes in Him should not perish but have everlasting life [John 3:16].

---

[24] See https://en.wikipedia.org/wiki/Moses_the_Black , movie https://youtu.be/aHIIirFdeLU
[25] See https://en.wikipedia.org/wiki/Mary_of_Egypt , movie https://youtu.be/5mEYXYjMs_k?t=4349
[26] See https://www.chabad.org/library/bible_cdo/aid/8168/jewish/Chapter-4.htm
[27] See https://www.chabad.org/library/bible_cdo/aid/15905 see scene https://youtu.be/0OHvyS_DJ_I?t=1059
[28] See Story https://youtu.be/0OHvyS_DJ_I?t=1523

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## II. A CONVERSATION WITH THE LORD, GOD: THE TREE AND THE BRANCHES

Hear me, O Lord; I want to be authentic with you. It is true that you are a humble God yet the Almighty; for you allowed me to approach your throne even though I am a sinner, and you've listened to me many times, while other times you did not respond to me and when you stayed silent, I felt we are miles apart; and I speak to you but you didn't hear me; and I called you but you didn't find me; and I asked you but you didn't answer me. As if I am not your son, and you are not my father, and why this rejection? If you reject me, you won't lose anything. Who am I? Millions among humanity. But if I reject you, I am lost forever. The only thing which links me to life is my relationship with you — what profit is there in my blood, when I go down to the pit? Will the dust praises you? Will it declare your truth? [Psalms 30:9].[29]

Lord, when Job was in pain, when you allowed the devil to test him, he questioned you and you answered him — who is this who darkens counsel by words without knowledge? Now prepare yourself like a man; I will question you, and you shall answer me [Job 38:1-2].[30] You answered Job by showing him what he didn't know but then, you blessed his days on Earth.[31]

Lord, you also answered Gideon and he did not leave you until he received an answer from you — O my Lord, if the Lord is with us, why then has all this happened to us? And where are all His miracles which our fathers told us about, saying, 'Did not the Lord bring us up from Egypt?' But now the Lord has forsaken us and delivered us into the hands of the Midianites [Judge 6:13]; then the Lord turned to him and said, go in this might of yours, and you shall save Israel from the hand of the Midianites. Have I not sent you? [Judge 6:14].[32] Lord, Gideon did not leave you until he received your blessings, just as Jacob wrestled with the angle until he received his blessings.

Lord, you said — it will come to pass that before they call, I will answer; and while they are still speaking, I will hear [Isaiah 65:24].[33] Allow me to enter in a conversation with you so that humanity can see again. You've allowed many prophets to speak to you, even question your judgments because you're a humble God; greater is your power yet you've allowed humanity to approach you. Many have called evil, good while others turned good into evil and I ask you, why are you allowing evil to rise and spread its wings across the globe? Is it by repetition that you answer your servant or is it true that you miss my prayers that you have extended my trials in order to show something which I lacked understanding — but God has chosen the foolish things of the World to put to shame the wise, and God has chosen the weak things of the World to put to shame the things which are mighty; and the base things of the World and the things which are despised God has chosen, and the things which are not, to bring to nothing the things that are, that no flesh should glory in His presence [1 Corinthians 1:27-29].[34] Lord,

    o  Prophet Jeremiah entered in a conversation with you when he said — Righteous are You, O Lord, when I plead with you; yet let me talk with you about your judgments. Why does

---

[29] See http://www.copticchurch.net/cgibin/bible/index.php?r=Psalms+30&version=NKJV&btn=View&showVN=1
[30] See https://www.copticchurch.net/bible/english/NKJV/Job/38?showVN=1
[31] See the scene https://youtu.be/GswSg2ohqmA see https://youtu.be/YZZ-ZHghHTw?t=5328
[32] See https://www.copticchurch.net/bible?r=Judges+6%3A6-16&version=NKJV&showVN=1
[33] See http://www.copticchurch.net/cgibin/bible/index.php?r=Isaiah+65%3A24&version=NKJV&btn=View
[34] See https://www.copticchurch.net/bible?r=1+Corinthians+1%3A27-29&version=NKJV

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

the way of the wicked prosper? Why are those happy who deal so treacherously? [Jeremiah 12:1].[35]

o King David also entered in a conversation with you when he said — Lord, how they have increased who trouble me! Many are they who rise up against me. Many are they who say of me, —There is no help for him in God." Selah but You, O Lord, are a shield for me, my glory and the one who lifts up my head [Psalms 3:1-3].[36] Why do you stand afar off, O Lord? Why do you hide in times of trouble? The wicked in his pride persecutes the poor; Let them be caught in the plots which they have devised [Psalms 10:1-2].[37]

o Abraham, the father of the fathers also entered in a conversation with you concerning Sodom when he said — would you also destroy the righteous with the wicked? Suppose there were fifty righteous within the city; would you also destroy the place and not spare it for the fifty righteous that were in it? Far be it from you to do such a thing as this, to slay the righteous with the wicked, so that the righteous should be as the wicked; far be it from you! Shall not the Judge of all the earth do right? [Genesis 18:23-25].[38]

Lord, all of these individuals, you've allowed them to enter in a conversation with you; I ask that you please allow me to enter in a conversation with you again but this time you know what my heart desires. You, O Lord, did not create humanity to perish. For that same reason, Saint Athanasius said — surely it *would* have been *better* never to have been *created* at all *than*, having been *created*, to be neglected and *perish*.



*When the Serpent deceived Eve, God was watching but never neglected Eve.*[39]

---

[35] See http://www.copticchurch.net/cgibin/bible/index.php?r=Jeremiah+12&version=NKJV&btn=View&showVN=1
[36] See http://www.copticchurch.net/cgibin/bible/index.php?r=Psalms+3&version=NKJV&btn=View&showVN=1
[37] See http://www.copticchurch.net/cgibin/bible/index.php?r=Psalms+10&version=NKJV&btn=View&showVN=1
[38] See http://www.copticchurch.net/cgibin/bible/index.php?r=Genesis+18&version=NKJV&btn=View&showVN=1
[39] See scenes https://youtu.be/B_FpV0CZjxY?t=116, https://youtu.be/o2sjOBiBXSc

*—I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Lord, you said —for by your words you will be justified, and by your words you will be condemned" [Matthew 12:37].[40] And I want to ask you about your own own words — —remember the word to your servant, upon which you have caused me to hope [Psalms 119:49].

Lord, I first asked you to give me strength to change Donald J. Trump and you fulfilled; I later asked you what are your judgments concerning evil on Earth and you answered me; I asked you to strike China for President Xi became haughty liking himself to a God and you fulfilled. I told you that the World will not forget you and you turned Covid19 into a pandemic; and I prayed to you concerning Office for Civil Rights persecuting me and you've stretched my case till today and my question to you O Lord, why the delay? Is it so I can reach out to President Joseph Biden or the many members of his cabinet who are Jewish; who rule in the background? Lord, I see the greatest parable in everything you did, you told me — You did not choose Me, but I chose you and appointed you that you should go and bear fruit, and that your fruit should remain, that whatever you ask the Father in My name He may give you [John15:16].[41]



The Lord, God strength my heart and raises me up from the ground; from the hunter's traps he protects me; and if the roads are blocked before my own eyes, he splits the ocean in half for me to pass through. I was never afraid of the long nights or from a spear that flies next to me because his eyes stood all night watching me and the shadow of his wings covers me; he who does wonders and fulfills the impossible; his breath shakes the foundations of the mountains; he who opens his hands to help the weak; and stretches his fingers to wipe off my tears. He who

[40] See https://www.copticchurch.net/bible?r=Matthew+12%3A37&version=NKJV&showVN=1
[41] See https://www.copticchurch.net/bible?r=John+15%3A16&version=NKJV

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

strengthens my footsteps; he who protects me and in the middle of the desert, from the heart of the rock he quenches my thirst — For when I am weak, I am strong through the Lord, God, Jesus Christ [2 Corinthians 12:10].[42]

## III. A WORLD FILLED WITH PAIN: THE EYES THAT DON'T SEE

The Spirit himself bears witness with our spirit that we are children of God, and if children, then heirs--heirs of God and joint heirs with Christ, *if indeed we suffer with Him, that we may also be glorified together* [Romans 8:16-17].[43]

There was once a man in a village wondering why there is pain in this World. So he went down to the church and toward God's alter he prayed, asking God, —Lord, why all this pain in the World, show me what I don't see so I may understand." The Lord decided to appear to him in glorious light and thunderous voice. The Lord asked the man, —if I show you why, promise me that you would see but never speak up" and the man promised the Lord, God to never speak up.

So the Lord showed him — A tax collector went to church to pray, and while praying he dropped his money on the floor inside the church, and later a mother showed up in the church to pray, crying to God, saying —Lord, I don't have money for my daughter's surgery and without the surgery, she will die" and in that moment, she realized that there was money left on the floor, and the money was exactly the cost of the surgery. The mother left happily thanking God for the money which will save her daughter's life. Then came a salesman praying at the church, asking God to make his trip by the sea a great success.

At that moment, the tax collector who dropped his money returned to the church searching for his money and accused the salesman of stealing his money, calling the police swearing to send him to jail. The salesman cried out telling the tax collector that he did not steal his money and that if he doesn't let him go, he will miss his ship that is about to sail off. At that moment, the man who promised God never to speak up, ran toward the tax collector and spoke with what his eyes saw; telling him —the money that you dropped, an old lady took it, and this man is innocent, if you went by the church's gate, you should be able to catch her and take your money" and indeed the tax collector was able to catch the mother and took his money and walked happily.

At that moment, God appeared to the man telling him —what have you done!? didn't I tell you to see but never to speak up" and the man dropped in fear saying —but Lord, I saved an innocent man from going to jail" Then God revealed it all to him by saying —The tax collector who dropped his money is going to use it as a bribe and is going to get caught committing a crime, and the salesman who was about to miss his ship, is going to die because the ship is going to drown, and the mother who had the money to save her daughter's life with that money, her daughter will die." The Lord told the man —what your eyes saw was not the truth" And at that moment, the man fell on the floor crying to the Lord —forgive me, for I knew nothing and spoke of things which I lacked any understanding of." Then the Lord, told him, —what humans sees evil, God see it good, and what humans sees it good, God sees it evil but rest assure, I work for the good of this World since the day I created it."

---

[42] See http://www.copticchurch.net/cgibin/bible/index.php?r=2+Corinthians+12%3A10&version=NKJV&btn=View
[43] See https://www.copticchurch.net/bible?r=Romans+8%3A16-17&version=NKJV&showVN=1

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## IV. GOD PLANS EVERYTHING SINCE CREATION

Mr. President, since the creation of the World, and God planned everything, it is all been written that on such day, this will happen and that will happen. Mr. President, if you open your eyes and ears, the Lord will give you an answer for peace and will multiply your days with many blessings and will strengthen your heart to rule this nation because what you need is different from President Donald J Trump. Trump carried a mighty proud heart but you Mr. President, you are lost and you need prayers and a great <u>health</u>. Look to Christ; for the Son of God loved the lost souls; bore our sins and obeyed the laws in our place. The way to be saved is to know God's heart, the heart of Jesus Christ, the sacrificed lamb who then shall rise and return as the lion of Judah. They said, you're a president of great compassion and empathy, and the Lord, is testing you as we speak because you were created on his image.

## A. WHEN THE EARTH WAS DARK

Mr. President, in the beginning, God created the heavens and the earth. The earth was without form, and void; and darkness was on the face of the deep. And God is quite? *Continue your reading* and the Spirit of God was hovering over the face of the waters [Genesis 1:1-2].[44] Earth in the beginning was filled with darkness and the spirit of the Lord was hovering over the face of the waters and God said ―let there be light; and there was light" [Genesis 1: 3].[45] The Earth that was filled with darkness sprouts trees and flowers and everything beautiful was created on Earth. The Earth, from its void status, gained hope in the Lord by forgetting its darkness and turning into a beautiful planet.

Every time the devil pushes humanity toward despair in order to forget the Lord, one should tell him, so what!? Would it be more difficult than the Earth that was filled with darkness and turned into a beautiful planet? One should say, rest assure that the Lord promised me that his spirit will dwell inside me and just like the Earth that was full of darkness, true light will shine, and it will forget its darkness, and the Lord will see light as good — I have gone astray like a lost sheep; seek your servant, for I do not forget your commandments [Psalms 119:176].[46]

Here, you found how the Lord, God gave hope to the Earth by forgetting its darkness, its original form. Mr. President, I saw an America, an America that is going through a transformation; leading to a new birth of extended prosperities, [if] it heeds to the voice of the Lord and overcome its challenges and it will overcome them — ―God Bless America" wasn't just an empty slogan.

## B. THE REBIRTH OF THE AMERICAN EAGLE

Mr. President, the American eagle is currently injured, injured in its pride and power, power that is needed to be used for the good of many. However, Mr. President, did you see how the Lord gave hope to the Eagle by extending his life? Hope that if he worked hard, he will be able to fly high reaching the blue sky. Let me show you the beauty of God's creation.

---

[44] See http://www.copticchurch.net/cgibin/bible/index.php?r=Genesis+1&version=NKJV&btn=View&showVN=1
[45] See the scene https://youtu.be/B_FpV0CZjxY , https://youtu.be/o2sjOBiBXSc
[46] See http://www.copticchurch.net/cgibin/bible/index.php?r=Psalms+119%3A176&version=NKJV&btn=View

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Eagle has the longest life-span of its species. It can live up to 70 years but to reach this age however, the Eagle must make some tough decisions. In its 40's years, its long flexible talons can no longer grab prey, which serves as food. Its long and sharp beak begins to bend. Its old aged and heavy wings, due to their thick feathers, stick to their chest and make it difficult to fly. Then, the Eagle is left with only two options: Die or go through the painful process of change. The process requires that the Eagle fly to a mountain top and sits on its nest. There, it knocks its beak against a rock until it plucks it out. Then the Eagle will wait for a new beak to grow until it plucks out the talons. When the new talons grow back, the Eagle starts plucking its thick heavy feathers. And after this, the Eagle takes its famous flight of re-birth and lives for another 30 years!

Mr. President, why is the change needed? To survive and live, and who gives hope for survival and change? The Lord, your God Mr. President. We also have to pluck our unpleasant memories, negative habits, and fixed mindset. Only freed from the past burden, can we take advantage of the present. Let the American Eagle soar again!



*This is America; do not allow others to pervert its foundation.*[47]

## V. THE FALL OF LUCIFER: FROM GOD'S FAVORITE ANGEL TO THE DEVIL

Mr. President, what I am about to show you, you have never heard or seen before in your life because it is a foreign language for many and blessed are those who believe without hearing.

When God created the World, he wasn't satisfied with his creations, so he created the angels, and lends some of his own powers to them. Here God not only loved to create but loved to share his

---

[47] <u>See</u> Thomas Jefferson on the Doctrines of Jesus Compared with Others, 21 April 1803
https://founders.archives.gov/documents/Jefferson/01-40-02-0178-0002

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

power with his creations. But, some of these angels fell, when hunger for power consumed them and they thought they could take over God's throne. The hunger for power and knowledge was the same reason humans fell and left the Garden of Eden [Genesis 3:22].

In Eden, the garden of God you were; every precious stone was [set in] your covering; ruby, topaz, diamond, chrysolite, onyx, and jasper, sapphire, carbuncle, and crystal and gold; the work of your drums and your orifices is in you; on the day of your creation they were established. You were a cherub of great measure, that covers, and I gave that to you; you were on the mount of the sanctuary of God: you walked among stones of fire [Ezekiel 28:13-14].[48]

In Eden, God's favorite angel dwelled and in it, he was given all the gifts that God can offer, from knowledge and might, to power and beauty, and so here comes the real question: why the Lord, God loved humanity to the point he forgave their sins but he did not forgive his favorite angel i.e., Lucifer to be known later as the devil when he fell — For God so loved the World that he gave his only begotten Son, that whoever believes in him should not perish but have everlasting life [John 3:16].[49]

The Lord, God even though to this day is merciful toward the devil by not obliterating him in order to test mankind; the Lord never forgave the devil. The Lord gave Lucifer the knowledge of God, meaning he knew 100 percent what was right from what was wrong. However, mankind lacked this sort of knowledge; mankind doesn't know what the kingdom of God looks like. We were given descriptions of it in the Old Testament and the New Testament through visions of prophet Isaiah and John the Apostle but we've never seen it, nor understood many things.

Lucifer, despite all the knowledge and powers that the Lord, God gave him, he was envy of the Lord, and wanted to take God's place — And you said to yourself, 'To the heavens will I ascend, *above God's stars will I raise my throne*, and I will sit on the mount of the assembly, in the farthest end of the north. I will ascend above the heights of the clouds; *I will liken myself to the Most High*.' But into the nether World shall you be brought down, to the bottom of the pit [Isaiah 14:13].[50]



It was Archangel Michael, the head of the angels who fought with Lucifer in heaven by telling him —who is like God" and he won, and Lucifer fell into the pits of hell — And war broke out in heaven: Michael and his angels fought with the dragon; and the dragon and his angels fought, but they did not prevail, nor was a place found for them in heaven any longer. So the great dragon was cast out, that serpent of old, called the

[48] See https://www.chabad.org/library/bible_cdo/aid/16126#v13
[49] See https://www.copticchurch.net/bible?r=John+3%3A16&version=NKJV
[50] See https://www.chabad.org/library/bible_cdo/aid/15945#v13

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Devil and Satan, who deceives the whole World; he was cast to the *earth*, and his angels were cast out with him [Revelation 10:7-9].[51]

## VI. THE GARDEN OF EDEN

Now, the heavens and the earth were completed and all their host [Genesis 2].[52] Now the Lord God took the man, and He placed him in the Garden of Eden to work it and to guard it. And the Lord God commanded man, saying, ─Of every tree of the garden you may freely eat. *But of the Tree of Knowledge of good and evil you shall not eat of it*, for on the day that you eat thereof, you shall surely die."



The Lord, God was so generous, that he created a partner for Adam, opposite of him ─ And the Lord God said, ─It is not good that man is alone; I shall make him a helpmate opposite him." And the Lord God caused a deep sleep to fall upon man, and he slept, and He took one of his sides, and He closed the flesh in its place. And the Lord God built the side that He had taken from man into a woman, and He brought her to man [Genesis 2:21-23].[53] And they were both naked, the man and his wife, and were not ashamed. Why Lord? Because they knew no *sin* yet.[54]

The devil was not happy with what he saw, so he approached Eve to deceive her.[55] Now the serpent was more cunning than any beast of the field which the Lord God had made. And he said to the woman, ─Has God indeed said, 'You shall not eat of every tree of the garden'?" And the

---

[51] See http://www.copticchurch.net/cgibin/bible/index.php?r=Revelation+12%3A7-9&version=NKJV&btn=View
[52] See https://www.copticchurch.net/bible?r=Genesis+2&version=NKJV&showVN=1
[53] See https://www.copticchurch.net/bible?r=Genesis+2%3A21-23&version=NKJV&showVN=1
[54] See the scene https://youtu.be/0feZQkHbCkM?t=50
[55] See the scene https://youtu.be/0feZQkHbCkM?t=100 . How could God be holy yet kind if he does not judge mankind for their sins. So God created a path for salvation.

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

woman said to the serpent, —We may eat the fruit of the trees of the garden; but of the fruit of the tree which is in the midst of the garden, God has said, 'You shall not eat it, nor shall you touch it, lest you die.' —Then the serpent said to the woman, —You will not surely die. For God knows that in the day you eat of it your eyes will be opened and you will be like God, knowing *good and evil.*" The Journey of mankind defining *good vs. evil* started when they defied God's command.



*When the Serpent deceived Eve, God was watching*



*When the Devil deceived Eve – Humans were separated from God.*[56]

---

[56] <u>See</u> scenes https://youtu.be/B_FpV0CZjxY?t=116, https://youtu.be/o2sjOBiBXSc

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Lord, God did not leave Adam and Eve but rather he judged them yet he gave them hope because God loved mankind. It was never God's desire to separate from those he created, yet, how could God be Holy and the source of perfect justice if he did not judge mankind for their sin. For God promised Eve salvation when he said — and I shall place hatred between you and between the woman, and between your seed and between her seed. *<u>He will crush your head, and you will bite his heel</u>* [Genesis 3:15].



And Eve waited on God's promise to her that through her seed she will be saved.

However, Mr. President, generation upon generation came and left and still the head of the Serpent was not crushed and the Serpent is raising its head up high and causing havoc on Earth, from wars, to hate, to sins before the eyes of the Lord. The Serpent destroyed humans when:

1. It caused mankind to die in the great flood during Noah's time [Genesis 6-9];[57]
2. It caused mankind to die in Sodom and Gomorrah by sulfur and fire during Lot's time [Genesis 19]; and[58]
3. It caused mankind to die when Earth opened up and swallowed Korah along with 2050 men; and later 14,700 [Numbers 16:23-35 & Numbers 16:41-50].[59]

---

[57] See scene https://youtu.be/PWf0rLp7sUY see
https://www.copticchurch.net/bible?r=Genesis+6&version=NKJV&showVN=1
[58] See scene https://youtu.be/5ITLRbmBjf0?t=95 see
https://www.copticchurch.net/bible?r=Genesis+19&version=NKJV&showVN=1
[59] See https://www.copticchurch.net/bible?r=Numbers+16&version=NKJV&showVN=1

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The question that needs an answer: did the Lord, God forget his promise to Eve? No, he did not. Did the Lord, God did not want to save the World? No, he wants to save it. So why the delay? The Lord God was preparing the path by teaching mankind the nature of God. God was preparing the path by his own means and in his own ways.

Imagine if the Lord saved Adam and Eve the moment they sinned, how would they learn what sin is? The Lord must first teach the idea of sacrifice, the idea that a soul can die in place of another soul. The Lord wanted to teach that the soul that dies must be <u>*pure without sin*</u>. The Lord wanted to teach that the soul that dies must be the only son. And to teach that a Virgin will bore a son, pure without sins, and with the Holy Spirit, he will come and save the World.

Here is when God, the almighty experienced both the nature God who rules all, and the weakness of mankind when he became a part of a human in the body of Jesus Christ. So God became more merciful and patient with the World by gaining the characteristics of both God and Human. When comparing the Old Testament with the New Testament, you will see that God became more patient with the World and more forgiving; giving many chances toward salvation and we see this transformative change across the centuries; starting with the Great Christian Persecution at the hands of the Roman empire; like Emperor Diocletian.



*When Jesus Christ entered hell to save the souls of his loved ones; God"s promise to Eve*!

Who would have believed our report, and to whom was the arm of the Lord revealed?

And he came up like a sapling before it, and like a root from dry ground, he had neither form nor comeliness; and we saw him that he had no appearance. Now shall we desire him? <u>*Despised and rejected by men*</u>, a man of <u>*pains*</u> and accustomed to illness, and as one who hides his face from us, despised and we held him of no account. Indeed, <u>*he bore our illnesses*</u>, and our pains-he carried them, yet we accounted him as plagued, smitten by God and oppressed. But he was <u>*pained because of our transgressions*</u>, <u>*crushed because of our iniquities*</u>; the chastisement of our welfare was upon him, and <u>*with his wound we were healed*</u>.

*━I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

We all went astray like sheep, we have turned, each one on his way, and the Lord accepted his prayers for the iniquity of all of us. He was oppressed, and he was afflicted, yet *he would not open his mouth*; like *a lamb to the slaughter* he would be brought, and like a ewe that is mute before her shearers, and he would not open his mouth. From imprisonment and from judgment he is taken, and his generation who shall tell? For he was cut off from the land of the living; because of the transgression of my people, a *plague befell them*. And he gave *his grave to the wicked*, and to the wealthy with his kinds of death, because he committed no violence, and there was no deceit in his mouth. And the <u>*Lord wished to crush him*</u>, He made him ill; if his soul makes itself restitution, he shall see children, he shall prolong his days, and God's purpose shall prosper in his hand.

From the toil of his soul he would see, he would be satisfied; with his knowledge My servant would vindicate the just for many, and their iniquities he would bear. Therefore, I will allot him a portion in public, and with the strong he shall share plunder, because he poured out his soul to death, and with transgressors he was counted; and he *bore the sin of many*, and interceded for the transgressors [Isaiah 53].[60]

And with great emphasis in the book of Revelation 12[61] — he will crush your head, and you will bite his heel [Genesis 3:15].[62] For Jesus Christ crushed sin, the serpent on the cross but in returns, the serpent bitted his heel when the nail pieced it.

Now a great sign appeared in heaven: a woman clothed with the sun, with the moon under her feet, and on her head a garland of twelve stars. Then being with child, she cried out in labor and in pain to give birth. And another sign appeared in heaven: behold, a great, fiery red dragon having seven heads and ten horns, and seven diadems on his heads. His tail drew a third of the stars of heaven and threw them to the earth. *And the dragon stood before the woman who was ready to give birth, to devour her Child as soon as it was born*. She bore a *male Child* who was to rule *all nations* with a rod of iron. And her Child was caught up to *God* and *His throne*. Then the woman fled into the wilderness, where she has a place prepared by God, that they should feed her there one thousand two hundred and sixty days. And war broke out in heaven: *Michael and his angels fought with the dragon*; and the dragon and his angels fought, but they did not prevail, nor was a place found for them in heaven any longer. So the great dragon was cast out, that *serpent of old*, called the *Devil and Satan*, who deceives the whole World; he was cast to the earth, and his angels were cast out with him. Then I heard a loud voice saying in heaven, ━Now salvation, and strength, and the kingdom of our God, and the power of His Christ have come, for the accuser of our brethren, who accused them before our God day and night, has been cast down. And they overcame him by the blood of the Lamb and by the word of their testimony, and they did not love their lives to the death.

Therefore rejoice, O heavens, and you who dwell in them! Woe to the inhabitants of the earth and the sea! For the devil has come down to you, having great wrath, *because he knows that he has a short time*."

---

[60] See https://www.chabad.org/library/bible_cdo/aid/15984/jewish/Chapter-53.htm
[61] See https://www.copticchurch.net/bible/english/NKJV/Revelation/12?showVN=1
[62] See https://www.chabad.org/library/bible_cdo/aid/8167#v15

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*He will crush your head, and you will bite his heel [Genesis 3:15]*

Yet, this World did not reach its fullness yet, when it denies the source of Holy and denies salvation by their own hands, starting with the Jewish people, then the Arabs, and later the Gentiles. But the Lord is always working, and blessed are those who have eyes that can see.

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## VII. THE CHILDREN OF ABRAHAM

God said to Moses, *—I am who I am*." And He said, *—Thus you shall say to the children of Israel, 'I AM has sent me to you.'*" [Exodus 3:14].[63] A voice calls, *—In the desert, clear the way of the Lord, straighten out in the wilderness, a highway for our God.*" Every valley shall be raised, and every mountain and hill shall be lowered, and the crooked terrain shall become a plain and the close mountains a Champaign. And the glory of the Lord shall be revealed, and <u>*all flesh*</u> together shall <u>*see*</u> that the <u>*mouth of the Lord spoke*</u> [Isaiah 40:3-5].[64]

Behold I send my angel, and he will clear a way before Me. And suddenly, the Lord Whom you seek will <u>*come to his Temple*</u>. And behold! The angel of the covenant, whom you desire, is coming, says the Lord of Hosts [Malachi 3:1].[65]



*The Great I am*

Then the Jews said to him, *—Now we know that you have a demon! Abraham is dead, and the prophets; and you say, 'If anyone keeps my word he shall never taste death.' Are you greater than our father Abraham, who is dead? And the prophets are dead. Whom do you make yourself out to be?*" Jesus answered, *—If I honor myself, my honor is nothing. It is my Father who honors me, of whom you say that he is your God. Yet you have not known him, but I know him. And if I say, 'I do not know him,' I shall be a liar like you; but I do know him and keep his word. Your father Abraham rejoiced to see my day, and he saw it and was glad.*" Then the Jews said to him,

---

[63] See http://www.copticchurch.net/cgibin/bible/index.php?r=Exodus+3%3A14&version=NKJV&btn=View , see the scene between Moses and God https://youtu.be/6ds9y3IJGig?t=122
[64] See https://www.chabad.org/library/bible_cdo/aid/15971 See the scene https://youtu.be/0feZQkHbCkM?t=887
[65] See https://www.chabad.org/library/bible_cdo/aid/16221/jewish/Chapter-3.htm

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

─You are not yet fifty years old, and have you seen Abraham?" Jesus said to them, ─Most assuredly, I say to you, *before Abraham was, I AM*" [John 8:46-59].[66]

## A. A HOUSE DIVIDED NO MORE: THE CHILDREN OF ABRAHAM!

Every kingdom divided against itself is brought to desolation, and every city or house divided against itself will not stand. If Satan casts out Satan, he is divided against himself. How then will his kingdom stand? And if I cast out demons by Beelzebub, by whom do your sons cast them out? Therefore they shall be your judges. But if I cast out demons by the Spirit of God, surely the kingdom of God has come upon you [Mathew 12:22-28].[67]



*Abraham sending Hagar with Ishmael to the desert & the Angel appear to Hagar*

Sarah saw the son of Hagar the Egyptian, whom she had borne to Abraham, making merry. And Sarah said to Abraham, ─*Drive out this handmaid and her son, for the son of this handmaid shall not inherit with my son, with Isaac*." But the matter greatly displeased Abraham, concerning his son. And God said to Abraham, ─Be not displeased concerning the lad and concerning your handmaid; whatever Sarah tells you, hearken to her voice, for in Isaac will be called your seed. But *also the son of the handmaid I will make into a nation, because he is your seed*." And Abraham arose early in the morning, and he took bread and a leather pouch of water, and he gave [them] to Hagar, he placed [them] on her shoulder, and the child, and he sent her away; and she went and wandered in the desert of Beer sheba [Genesis 21:9-14].[68]

The centuries of suppression could shock the simplest mind of an Arab but while these events took place across the centuries, the Lord allowed Muhammad to unite the Arab nations under the

---

[66] See http://www.copticchurch.net/cgibin/bible/index.php?r=John+8%3A46-59&version=NKJV&btn=View , see https://youtu.be/YQWCb-oIn54 See The Gospel of Kingdom https://youtu.be/xmFPS0f-kzs See also https://youtu.be/tEBc2gSSW04?t=155

[67] See http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+12%3A22-28&version=NKJV&btn=View see scene https://youtu.be/2D7AiufhXms?t=28

[68] See https://www.chabad.org/library/bible_cdo/aid/8216#v9

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

banner of Islam, fulfilling what was said by the Lord to Hagar because of Abraham's disobedience.

> Now Sarai, Abram's wife, had not borne to him, and she had an Egyptian handmaid named Hagar. And Sarai said to Abram, ─Behold now, the Lord has restrained me from bearing; please come to my handmaid; perhaps I will be built up from her." And Abram hearkened to Sarai's voice. So Sarai, Abram's wife, took Hagar the Egyptian, her handmaid, at the end of ten years of Abram's dwelling in the land of Canaan, and she gave her to Abram her husband for a wife. And he came to Hagar, and she conceived, and she saw that she was pregnant, and her mistress became unimportant in her eyes. And Sarai said to Abram, ─May my injustice be upon you! I gave my handmaid into your bosom, and she saw that she had become pregnant, and I became unimportant in her eyes. May the Lord judge between me and you!" And Abram said to Sarai, ─Here is your handmaid in your hand*; do to her that which is proper in your eyes*." And Sarai afflicted her, and she fled from before her [Genesis 16:1-6].[69]

The Lord is merciful, the Lord is just, blessed is the name of the Lord forever and ever amen. The Arabs are the descendant of Ishmael, the seed of Hagar whom the Lord blessed by saying:

> And the angel of the Lord said to her, ─I will greatly multiply your seed, and it will not be counted for abundance." And the angel of the Lord said to her, ─Behold, you will conceive and bear a son, and you shall name him Ishmael, for the Lord has heard your affliction. And he will be a *wild donkey of a man*; his hand will be upon all, and everyone's hand upon him, and before all his brothers he will dwell" [Genesis 16:9-12].[70]

The scripture records that the Lord, God not only loves the sons of Ishmael, the father of the Arab people, but the Lord promised that he would multiply and bless them and make him into 12 great nations [Genesis 17:20-21].[71] God has amply kept his promise and today the Arab World comprise around 12 nations, 10 million square miles and over 350 million people.



It was pride which divided the children of Abraham for hundreds of years, and the Lord loves the humble hearts for he is humble toward his creation.

Mr. President, for many years and the United States failed to bring peace to the middle-east and many times they have neglected the Christians of the East, they saw Christian persecution, yet they supported ─evil" and called it ─good"; they watched and played politics ─ I called it ─The guilty secret of the West." Until Mark came and taught it all to President Donald J. Trump,

---

[69] See http://www.copticchurch.net/cgibin/bible/index.php?r=Genesis+16&version=NKJV&btn=View&showVN=1
[70] See a good Jew teaching an Arab https://youtu.be/TTcx_TVBQP4
[71] See http://www.copticchurch.net/cgibin/bible/index.php?r=Genesis+17%3A20-21&version=NKJV&btn=View

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Congress, and many Federal officials because that knowledge was free for all. That is how Jared Kushner's failed plan went from ─Deal of the Century" to ─Abraham Accord."[72]

Mr. President, Jared Kushner, God gave him everything he could ask for: a beautiful wife, wealth, prestige, and a great position at the White House but he wasn't satisfied with what God gave him, he wanted more by seeking my knowledge when he aimed at stealing it for fame and wanted to be recognized as the one who deserve the ─Noble Peace Price".[73]

Jared wanted to steal a year worth of prayers, and nights worth of writing, and neither President Donald Trump nor Jared Kushner spoke the truth on how they gain such knowledge. To them I am a controversial figure; they could only learn from little me but never give any credit. They both carried mighty proud hearts and they both wanted to be glorified not before the Lord, God but before mankind.



*Part of my direct e-mail to President Trump"s senior advisors including Jared Kushner.*

Mr. President, ask me why there was no peace between Jews and Arabs for 2000 years, and I will answer and tell you because of mighty proud hearts.[74] How else can the Devil decisive many to this very day. The Lord, loves the humble, for he himself is humble toward his creation.

> Be exceedingly happy, *O daughter of Zion*; Shout, O daughter of Jerusalem. Behold! *Your king shall come to you*. He is just and victorious; humble, and *riding a donkey* and a foal, the offspring of [one of] she-donkeys [Zechariah 9:9].[75]

---

[72] See https://www.state.gov/the-abraham-accords/
[73] See https://www.theguardian.com/us-news/2021/feb/01/jared-kushner-nominated-for-nobel-peace-prize
[74] See When Sarah outcast Hagar https://www.chabad.org/library/bible_cdo/aid/8211/jewish/Chapter-16.htm
[75] See https://www.chabad.org/library/bible_cdo/aid/16213/jewish/Chapter-9.htm#v9 see scene
https://youtu.be/0feZQkHbCkM?t=4502

―*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## B. BAHIRA: THE CHRISTIAN MONK, THE TRUE FATHER OF MUHAMMAD مُحَمد

The story of Bahira known to some Muslim scholars is as follow: The story of Muhammad's encounter with Bahira occurs in the works of the early Muslim historians Ibn Hisham (died 833 CE), Ibn Sa'd al-Baghdadi (784-855), and Muhammad ibn Jarir al-Tabari (839-923), whose versions differ in some details. The young Muhammad, then either nine or twelve years old, met Bahira in the town of Bosra in Syria while travelling with a Meccan caravan, accompanying his uncle Abu Talib ibn Abd al-Muttalib. When the caravan passed by his cell, the monk invited the merchants to a feast. They accepted the invitation, leaving the boy to guard the camel. Bahira, however, insisted that everyone in the caravan should come to him. Then a miraculous occurrence indicated to the monk that Muhammad would become a prophet.[76]

Truth be told, is that Bahira is the true father of Muhammad, and Muhammad as a child was in the acre of Arab Christians. Bahira who deciphered the Quran from the Bible, came to fulfill one prophecy in the book of Genesis and that is what the Lord, God promised Hagar, the Egyptian. The Lord, God uplifted Hagar status from a maid to a queen that through her seed Ishmael, his descendant will rule many lands and in their midst would be Jacob i.e., Israel.

> And the angel of the Lord said to her, ―*I will greatly multiply your seed, and it will not be counted for abundance.*" And the angel of the Lord said to her, ―*Behold, you will conceive and bear a son, and you shall name him Ishmael, for the Lord has heard your affliction. And he will be a* <u>*wild donkey of a man; his hand will be upon all, and everyone's hand upon him, and before all his brothers he will dwell*</u>" [Genesis 16:10-12].[77]

Waraqah ibn Nawfal, who was an Arab Priest, the Bishop of Mecca and the cousin of Khadija bint Khuwaylid who is the first wife of Muhammad. Muhammad entire family was Arab Christians.[78] There is no such thing as Islam, there is Ishmael!

## C. THE QURAN DECIPHERED FROM THE BIBLE

And so came Muhammad and altered the Bible through his real father Bahira, who had access to both the Old and the New Testaments. Both Bahira and later Muhammad defied God's laws by altering the bible and here is when the <u>*Arab lost their path to salvation*</u> yet God fulfilled what he promised Hagar, because God is wise and just.

The Quran was directly deciphered from the Bible at the hands of Bahira who taught it to Muhammad and for that same reason; many of the bible's stories are mentioned inside the Quran, however, with an altered realities. But Bahira being a Christian Monk was not able



[76] See https://en.wikipedia.org/wiki/Bahira
[77] See https://www.chabad.org/library/bible_cdo/aid/8211/v10
[78] See Waraqah biography https://en.wikipedia.org/wiki/Waraqah_ibn_Nawfal See Khadija https://en.wikipedia.org/wiki/Khadija_bint_Khuwaylid

*came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

to alter the status of Jesus Christ, that of a pure spirit" [Quran 2:87].[79]

On April 25, 2018, the Guardian reported on passages of the Bible's Deuteronomy found hidden behind 8th Century Islamic Quran.[80] When Eléonore Cellard of the College de France looked closer at the Arabic manuscript, she noticed that there were actually Coptic letters faintly appearing behind the writing. A follow-up analysis found that the Coptic text was part of the Old Testament's book of Deuteronomy, though the exact verses have not yet been made known.[81]



*The empowerment of God's spirit ≠ Endorsement of Human,,s choices*

We surely know that they say, No one is teaching him *except a human.*" But the man they refer to speaks a *foreign tongue*, whereas this ´Quran` is ´in` eloquent Arabic.[82] — This verse is the truth about the Quran and Bahira, showing that it was Bahira who taught the Quran to Muhammad by deciphering it from the Torah and the Gospel, not as the lying Serpent claims the angel appeared to Muhammad and told him to read, so he read."

In order to understand the Lord, God, one should examine the three books of wisdom:

- o The Book of Proverbs.[83]
- o The Book of Ecclesiastes.[84]
- o The Book of Job.[85]

---

[79] See https://quran.com/2/87

[80] See https://www.theguardian.com/books/2018/apr/25/passages-from-the-bible-discovered-behind-quran-manuscript-christies

[81] See https://www.theguardian.com/books/2018/apr/25/passages-from-the-bible-discovered-behind-quran-manuscript-christies

[82] See https://quran.com/16/103?translations=131

[83] See https://youtu.be/Gab04dPs_uA See Book of Proverbs
http://www.copticchurch.net/cgibin/bible/index.php?version=NKJV&r=Proverbs+1

[84] See https://youtu.be/VeUiuSK81-0 See Book of Ecclesiastes
http://www.copticchurch.net/cgibin/bible/index.php?version=NKJV&r=Ecclesiastes+1

[85] See https://youtu.be/GswSg2ohqmA See Book of Job
http://www.copticchurch.net/cgibin/bible/index.php?version=NKJV&r=Job+1

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Arabs for centuries lost their path to salvation because of Bahira's and Muhammad's mistakes and for that same reason, humanity ended up with a divided house; all because of might, pride, and power. After all, Sarah didn't want Hagar to share inheritance with her son Isaac.

## D. EXAMINING JESUS CHRIST, THE MESSIAH INSIDE THE QURAN

Muhammad through Bahira, committed many sins, many of them were to keep the Arabs away from salvation, while other sins were violating Moses' 10 Commandments/Sharia.[86] While other sins by altering the Story of Virgin Mary and Isaac.



*Eid Al-Adha should be about Isaac not Ishmail [God Promise to Abraham]*

For instance, in order to downgrade God's promise to Abraham who was about to sacrifice his son Isaac but instead God sent his angel and replaced a lamb in place of Isaac.[87] Bahria through Muhammad came and replaced *Isaac with Ishmail* deceiving to this very day 1.8 billion Muslims who celebrate *Eid al-Adha* and they are like lost sheep, following the spirit of the anti-Christ.[88]

> And it came to pass after these things, that God tested Abraham, and He said to him, ―Abraham," and he said, ―Here I am." And He said, ―Please take your son, your only one, whom you love, yea, Isaac, and go away to the land of Moriah and bring him up there for a burnt offering on one of the mountains, of which I will tell you." And Abraham arose early in the morning, and he saddled his donkey, and he took his two young men with him and Isaac his son; and he split wood for a burnt offering, and he arose and went to the place of which God had told him. On the third day, Abraham lifted up his eyes and saw the place from afar. And Abraham said to his young men, ―Stay here with the donkey, and I and the lad will go yonder, and we will prostrate ourselves and return to you." And Abraham took the wood for the burnt offering, and he placed [it] upon his son

---

[86] Sharia is a bible word, it is not an Islamic word, it is an Arabic word mentioned in the Torah. Instead of Saying Moses Commandment in English, we say the Sharia of Moses. Islamists have perverted the true meaning of Sharia.
[87] <u>See</u> what God told Abraham to test his obedience https://youtu.be/0feZQkHbCkM?t=218
[88] <u>See</u> Muhammad has deceived far too many people https://en.wikipedia.org/wiki/Eid_al-Adha

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Isaac, and he took into his hand the fire and the knife, and they both went together. And Isaac spoke to Abraham his father, and he said, —My father!" And he said, —Here I am, my son." And he said, —Here are the fire and the wood, but where is the lamb for the burnt offering?" And Abraham said, —God will provide for Himself the lamb for the burnt offering, my son." And they both went together. And they came to the place of which God had spoken to him, and Abraham built the altar there and arranged the wood, and he bound Isaac his son and placed him on the altar upon the wood. And Abraham stretched forth his hand and took the knife, to slaughter his son. And an angel of God called to him from heaven and said, —Abraham! Abraham!" And he said, —Here I am." And he said, —Do not stretch forth your hand to the lad, nor do the slightest thing to him, for now I know that you are a God fearing man, and you did not withhold your son, your only one, from Me." And Abraham lifted up his eyes, and he saw, and lo! there was a ram, [and] after [that] it was caught in a tree by its horns. And Abraham went and took the ram and offered it up as a burnt offering instead of his son [Genesis 22:1-13].[89]

However, with all these modification to the Bible, in order to come up with the Quran with all its distorted stories including the story of Virgin Mary.[90] Yet, Bahira couldn't alter the facts related to Jesus Christ being the Messiah.

- o The Quran first speaks about Jesus Christ and the Holy Spirit.[91]
- o The Quran second speaks about the Messiah.[92]
- o The Quran last speaks about those who don't believe in the Messiah shall not be saved.[93]

Muhammad is just a man; a name in history but Jesus Christ is the savior; God in flesh.





*The Holy Spirit is mentioned inside the Quran*

---

[89] See https://www.chabad.org/library/bible_cdo/aid/8217/jewish/Chapter-22.htm

[90] See Quran, Story of Mary https://quran.com/19

[91] See https://quran.com/2/87

[92] See https://quran.com/4/172

[93] See https://quran.com/4/173

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

These verses are undeniable yet Arabs do not read them nor do many know about them because they listen to the tongues of their imams, and the leaders who rule over them for the sake of power. The same is true for Jewish Rabbis who for the sake of masking the identity of Jesus Christ, they skip reading Isaiah Chapter 53.[94]



*Is there even a comparison between Jesus Christ and a sinful man; Muhammad? No, Muhammad is the false prophet who brings no salvation but he did unit the <u>Arabs</u>.*



*I want to see the Arabs gaining salvation rather than perishing after life* ✝

---

[94] See https://www.chabad.org/library/bible_cdo/aid/15984

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

For the message of the cross is foolishness to those who are perishing, but to us who are being saved it is the power of God [1 Corinthians 1:18].[95]



*The Family Tree of Abraham*

---

[95] See http://www.copticchurch.net/cgibin/bible/index.php?r=1+Corinthians+1%3A18&version=NKJV&btn=View

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## VIII. A CONVERSATION WITH GOD CONCERNING THE ARABS

Lord, many times humanity fell and stood far away from you. You said — you shall call me and go and pray to me, and I will hearken to you [Jeremiah 29:12].[96] You explained by saying, "come to me and I will come to you" and I want to question your judgment. How do we come to you? How do we come to you if you don't come to us? Who would be the first? We come to you or you come to us in order to bring us back to you?

o In the story of the lost sheep — then all the tax collectors and the sinners drew near to him to hear him. And the Pharisees and scribes complained, saying, "This man receives sinners and eats with them." So he spoke this parable to them, saying: "What man of you, having a hundred sheep, if he loses one of them, does not leave the ninety-nine in the wilderness, and go after the one which is lost until he finds it? And when he has found it, he lays it on his shoulders, rejoicing. And when he comes home, he calls together his friends and neighbors, saying to them, 'Rejoice with me, for I have found my sheep which was lost!' I say to you that likewise there will be more joy in heaven over one sinner who repents than over ninety-nine just persons who need no repentance" [Luke 15:1-7].[97] Lord, the lost sheep wouldn't be able to return to you unless you find him.

o In the story of Adam — then the Lord, God called to Adam and said to him, "Where are you?" So he said, "I heard your voice in the garden, and I was afraid because I was naked; and I hid myself" [Genesis 3:9-10].[98] Lord, you were the one who found Adam and brought him back to you.

o In the story of Simon — the Lord told Peter "I tell you, Peter, the rooster shall not crow this day before you will deny three times that you know me" and he went outside and wept bitterly [Luke 22:34].[99] Lord, you came to Peter; Peter did not come to you.

o In the Story of a doubting Thomas, he was a skeptic who refused to believe without direct personal experience — who refused to believe that the resurrected Jesus had appeared to the ten other apostles, until he could see and feel the wounds received by Jesus on the cross [John 20:24-29].[100] Lord, you came to the doubting Thomas; Thomas did not come to you.

In the Story of Jonah, Elijah, and Saul of Tarsus — they all ran away, you came to them, they did not come to you.

Lord and you still say "you come to me, and I will come to you." No, Lord, I ask you that you come to us first in order for us to come back to you; we can't do it alone. These are your words — I am the vine, you are the branches. He who abides in me, and I in him, bears much fruit; for

---

[96] See https://www.chabad.org/library/bible_cdo/aid/16026#v12
[97] See http://www.copticchurch.net/cgibin/bible/index.php?r=Luke+15&version=NKJV&btn=View&showVN=1
[98] See http://www.copticchurch.net/cgibin/bible/index.php?r=Genesis+3&version=NKJV&btn=View&showVN=1
[99] See http://www.copticchurch.net/cgibin/bible/index.php?r=Luke+22&version=NKJV&btn=View&showVN=1
[100] See http://www.copticchurch.net/cgibin/bible/index.php?r=John+20&version=NKJV&btn=View&showVN=1

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

without me you can do nothing [John 15:5].[101] Lord, we can't come back to you because you said without me you can't do anything. Hence, this is my duty to come to us because you're the Sheppard and we are the sheep ― I have gone astray like a lost sheep; seek your servant, for I do not forget your commandments [Psalms 119:176].[102]

Lord you said concerning the sheep — I will feed my flock, and I will make them lie down, says the Lord God. I will seek what was lost and bring back what was driven away, bind up the broken and strengthen what was sick; but I will destroy the fat and the strong, and feed them in judgment [Ezekiel 34:15-16].[103] Lord, you said you will bind up the broken and strengthen what was sick and I ask you, do you think the broken souls can save themselves unless you come to them? Lord you said — can a woman forget her nursing child, and not have compassion on the son of her womb? Surely they may forget, yet I will not forget you [Isaiah 49:15].[104] What else did you say? I have inscribed you on the palms of my hands; your walls are continually before me.

## A. THE PARABLE OF THE TWO SONS

A man had two sons, and he came to the first and said, 'Son, go, work today in my vineyard.' He answered and said, 'I will not,' *but afterward he regretted it and went*. Then he came to the second and said likewise. And he answered and said, 'I go, sir,' *but he did not go*.

Which of the two did the will of his father? They said to Him, ―The first." Jesus said to them, ―Assuredly, I say to you that tax collectors and harlots enter the kingdom of God before you. For John came to you in the way of righteousness and you did not believe him; but tax collectors and harlots believed him; and when you saw it, you did not afterward relent and believe him.



[101] See http://www.copticchurch.net/cgibin/bible/index.php?r=John+15%3A5&version=NKJV&btn=View
[102] See http://www.copticchurch.net/cgibin/bible/index.php?r=Psalms+119%3A176&version=NKJV&btn=View
[103] See http://www.copticchurch.net/cgibin/bible/index.php?r=Ezekiel+34&version=NKJV&btn=View&showVN=1
[104] See http://www.copticchurch.net/cgibin/bible/index.php?r=Isaiah+49&version=NKJV&btn=View&showVN=1

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Lord, in that sense, the Arabs shall see you in order to gain salvation, in that sense the last shall become the first [Arabs] and the first shall become the last [Israel] because I see a great transformation that is about to take place among the Arabs [Matthew 21:28-32].[105]

Muhammad gave the Arabs earthly inheritance but he couldn't give them salvation for Muhammad himself couldn't gain salvation because he sinned, he deceived, he killed, he enslaved woman, he had a lust for woman, he was never baptized, and he never took communion; the bread of life that is the link between you and humanity.[106]

Lord, how can you free the Arabs from Muhammad, through you, I was able to fulfill the Abraham Accord, and through you as well, they shall be able to see for it is enough 2000 years they were denied salvation and yet you told me they are dear to you and that you are waiting for their salvation. But, Lord, they cannot come to you unless you guide them to see.

## B. THE PARABLE OF THE PRODIGAL SON

A certain man had <u>*two sons*</u>. And the younger of them said to his father, 'Father, give me the portion of goods that falls to me.' So he divided to them his livelihood. And not many days after, the younger son gathered all together, journeyed to a far country, and there wasted his possessions with prodigal living. But when he had spent all, there arose a severe famine in that land, and he began to be in want. Then he went and joined himself to a citizen of that country, and he sent him into his fields to feed swine. And he would gladly have filled his stomach with the pods that the swine ate, and no one gave him anything. But when he came to himself, he said, 'How many of my father's hired servants have bread enough and to spare, and I perish with hunger! —I will arise and go to my father, and will say to him, —Father, I have sinned against heaven and before you," and I am no longer worthy to be called your son. Make me like one of your hired servants."

_And he arose and came to his father. But when he was still a great way off, his father saw him and had compassion, and ran and fell on his neck and kissed him. And the son said to him, 'Father, I have sinned against heaven and in your sight, and am no longer worthy to be called your son.' But the father said to his servants, <u>*'Bring And bring the fatted calf here and kill it, and let us eat and be merry; for this my son was dead and is alive again; he was lost and is found*</u>.' And they began to be merry. Now his older son was in the field. And as he came and drew near to the house, he heard music and dancing. So he called one of the servants and asked what these things meant. And he said to him, 'Your brother has come, and because he has received him safe and sound, your father has killed the fatted calf.' <u>*But he was angry and would not go in*</u>. Therefore his father came out and pleaded with him. So he answered and said to his father, 'Lo, these many years I have been serving you; I never transgressed your commandment at any time; and yet you never gave me a young goat, that I might make merry with my friends. But as soon as this son of yours came, who has devoured your livelihood with harlots, you killed the fatted calf for him.' And he said to him, 'Son, you are always with me, and all that I have is yours. It was right that we should make merry and be glad, for your brother was dead and is alive again, and was lost and is found'" [Luke 15:11-32].

---

[105] See https://www.copticchurch.net/bible?r=Matthew+21%3A28-32&version=NKJV&showVN=1
[106] See I am the bread of life https://youtu.be/vci5QPRvSQk

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Lord, in this story, you rejoiced when the first son who went away, was lost but later he found you, and in that sense that first son is Ishmael, that first son are the Arabs, for Israel rejected you, they rejected you because of their stubborn hearts, the Jews till this very day have continued to reject you and they continues in their path to till the Earth to gain all the sacrifices that it can give them but they fail in one thing, to gain salvation. Lord, you said:

> For I do not desire, brethren, that you should be ignorant of this mystery, lest you should be wise in your own opinion, *that blindness in part has happened to Israel* until *the fullness of the Gentiles has come in*. And so all Israel will be saved, as it is written: The Deliverer will come out of Zion, And He will turn away ungodliness from Jacob; For this is My covenant with them, When I take away their sins" [Romans 11:25-27].

Lord, this is your judgment and this is your parable, for the first son [Arabs] to obey you and for the second son [Israel] to reject you. This is the parable, for the first son [Arabs] to find you and for the second son [Israel] to be the last.

## C. PROPHECY CONCERNING MECCA AND MEDINA

And the word of the Lord came to me, saying:

Son of man, set your face toward the children of Ishmael, and prophesy about them.

Behold and there I stood before the Cherubim and Seraphim who guarded the Lord, God days and nights by saying Holy, holy, holy is the Lord of Hosts; the whole earth is full of His glory' and I saw the Lord sitting on a high and exalted throne; a great light and pure scent surrounded the Lord's throne and in its midst I saw a scroll on a thick dark cloud and the angel of the Lord came to me saying Behold! For the time has come to save the sons and daughters of Ishmael; for their salvation has arrived at last." Then I came and opened the scroll and it showed a map from Medina to Mecca and a great voice came to me saying.

The Lord shall send his angels to the black stone that is built in the midst of Mecca, for God shall plague it in order to remove what Satan has done to the seed of Ishmael. And whoever shall come near the black stone and worship it, shall be struck with plagues and a great fear shall rise among the inhabitant of the city and words will travel among the people, tribes, and the kings of the Arab lands and in that moment a great sign shall appear in the sky, showing the direction toward the son of Man who came to save humanity from sin.

Then you shall say; so said the Lord God: You great city of Mecca, the house which was built for the Lord, I do not dwell in it, for it is a house of vipers and darkness, and the Lord shall destroy it and give you a great sign, and an alter to the Lord shall be built at the border of Neom city with a great monument of Jesus Christ; a blessing in the midst of the land between Egypt and Neom.

For the Lord God shall declare My children have come to me at last, my first lost son came to me, repenting, and finding his ways toward me" And the angels of the Lord will rejoice saying bring the fatted calf here and let us eat and be merry; for these are my children who were dead and are alive again; they were lost and are found."

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## IX. THE TREE OF LIFE VS THE TREE OF THE KNOWLEDGE OF GOOD AND EVIL

In the Garden of Eden there were two trees, one tree that Adam and Eve use to eat from it so they can live forever, and another Tree, the Tree of the Knowledge of Good and Evil that the Lord God warned them that [if] they ate from it, they shall die. However, the serpent deceived Eve and Eve ate from the Tree of Knowledge of Good and Evil and gave to Adam to eat from it as well.



Then the Lord, God declared:

> Behold, the man has become like one of us, to know good and evil. And now, lest he put out his hand and *take also of the tree of life, and eat, and live forever*" — [Genesis 3:22].[107] Therefore the Lord God sent him out of the Garden of Eden to till the ground from which he was taken.

And so it begins, the journey of good vs. evil began with the Story of Cain and Abel. Cain and Abel are the first two sons of Adam and Eve. Cain, the firstborn, was a farmer, and his brother Abel was a shepherd. The brothers made sacrifices to God, each of his own produce, but God

---

[107] See https://www.copticchurch.net/bible?r=Genesis+3%3A22&version=NKJV&showVN=1

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

favored Abel's sacrifice instead of Cain's. Cain then murdered Abel, whereupon the Lord, God punished Cain by condemning him to a life of wandering. Cain then dwelt in the land of Nod (נ ד, 'wandering'), where he built a city and fathered the line of descendants beginning with Enoch.[108]


*When Cain killed Abel.*

## A. THE GREAT FLOOD: NOAH'S TIME

Now it came to pass, when men began to multiply on the face of the earth, and daughters were born to them, that the sons of God saw the daughters of men, that they were beautiful; and they took wives for themselves of all whom they chose.

And the Lord said, ―My Spirit shall not strive with man forever, for he is indeed flesh; yet his days shall be one hundred and twenty years."

There were giants on the earth in those days, and also afterward, when the sons of God came in to the daughters of men and they bore children to them. Those were the mighty men who were of old, men of renown. Then the Lord saw that the wickedness of man was great in the earth, and that every intent of the thoughts of his heart was only evil continually.

And the Lord was sorry that He had made man on the earth, and He was grieved in His heart. So the Lord said, ―*I will destroy man whom I have created from the face of the earth*, both man and beast, creeping thing and birds of the air, for I am sorry that I have made them."

But Noah found grace in the eyes of the Lord [Genesis 6:1-8].

---

[108] <u>See</u> the story https://youtu.be/zO4dxyg7sw0

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*The Great Flood, it begins.* [109]

The earth also was corrupt before God, and the earth was filled with violence. [110] So God looked upon the earth, and indeed it was corrupt; for all flesh had corrupted their way on the earth. [111]

And God said to Noah, *The end of all flesh has come before Me, for the earth is filled with violence through them; and behold, I will destroy them with the earth*." Make yourself an ark of gopher wood; make rooms in the ark, and cover it inside and outside with pitch. And this is how you shall make it: The length of the ark shall be three hundred cubits, its width fifty cubits, and its height thirty cubits. You shall make a window for the ark, and you shall finish it to a cubit from above; and set the door of the ark in its side. You shall make it with lower, second, and third decks. And behold, I myself am bringing floodwaters on the earth, to destroy from under heaven all flesh in which is the breath of life; everything that is on the earth shall die. But I will establish my covenant with you; and you shall go into the ark--you, your sons, your wife, and your sons' wives with you. And of every living thing of all flesh you shall bring two of every sort into the ark, to keep them alive with you; they shall be male and female. Of the birds after their kind, of animals after their kind, and of every creeping thing of the earth after its kind, two of every kind will come to you to keep them alive. And you shall take for yourself of all food that is eaten, and you shall gather it to yourself; and it shall be food for you and for them" [Genesis 6].

Humans became something else that the Lord, God could not recognize anymore and so God destroyed mankind, but then after he destroyed mankind, God did feel pain and sadness for he has destroyed his creation.

Then, the Lord, God created the *Rainbow* as a covenant between him and the Earth; promising that he would never destroy the Earth ever again. [112] Yet, that doesn't mean that he won't judge mankind, rather he will become more patient with mankind.

---

[109] The Beginning of life https://youtu.be/B_FpV0CZjxY https://youtu.be/o2sjOBiBXSc
[110] See https://youtu.be/7QEp0wYL6yo?t=74
[111] The Great Flood https://youtu.be/PWf0rLp7sUY
[112] See https://youtu.be/vCpojVd9Qr4?t=112

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



*The Lord created the Rainbow as a covenant between him and the Earth.*

And the Lord, God commended ―Whoever sheds the blood of man, by man shall his blood be shed, for God made man in his own image" [Genesis 9:6].[113]

## B. THE TOWER OF BABEL

The descendants of Noah all spoke a single language. As they increased in number and began to spread eastward, they found a fertile area called Shinar and settled there. They decided to build a city with a tower that ―reached to the heavens." They wanted the tower to be a proud monument to themselves and a symbol that would keep them united as a powerful people.

However, God was not so pleased. He came down and looked at the city and tower and said,

> If as one people speaking the <u>same language</u> they have begun to do this, then nothing they plan to do will be impossible for them. Come, let us go down and confuse their language so they will not understand each other [Genesis 11:6-7].[114]

So God made the people speak many different languages so they could not work together on building the city and tower. Then he scattered the people around the World and the city was abandoned. The city was called ―Babel" because God confused their languages.

This was the beginning of how mankind looked different and spoke different languages on Earth.

---

[113] See https://www.copticchurch.net/bible?r=Genesis+9%3A6&version=NKJV&showVN=1
[114] See https://www.copticchurch.net/bible?r=Genesis+11%3A6-7&version=NKJV

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*The Tower of Babel*

And the Journey of mankind continued until the story of Abraham came to light. In his holy book, God revealed his plan to save mankind from his judgment. One of the first to see this plan unfold was Abraham.[115] And in this Journey, Mr. President, God showed me how I can reunite the Children of Abraham and only when Donald J. Trump opened his heart and <u>*listened*</u>.

## C. PROPHECIES IN THE BOOK OF GENESIS.

- o On the descendants of Abram [Genesis 12:3]
- o On the descendants of Judah [ Genesis 49:10]
- o The coming of Jesus Christ by birth from a woman without a man's seed [Genesis 3:15]

Why do Arabs have lands, endless oil, and their birth rate is multiplying. It is because the Lord promised Abram that his descendant from Hagar the Egyptian i.e., Ishmael will be as many as the sea sands and the stars in the sky" [Genesis 16:11].[116]

---

[115] See https://youtu.be/0feZQkHbCkM?t=155
[116] See https://www.chabad.org/library/bible_cdo/aid/8211

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Why Jews are also blessed with wealth and influence? It is because the Lord blessed the descendant of Judah [Genesis 49:10].[117]

Last, the coming of Jesus Christ from a woman, Virgin Mary, without a man's seed to save humanity from sin; the sin which started with Adam and Eve when they ate from the forbidden fruit [Genesis 3].[118]

## X. THE PARABLE BETWEEN THE VINE AND THE BRANCHES

I am the vine; you are the branches. If a man remains in me and I in him, he will bear much fruit; apart from me you can do nothing. If anyone does not remain in me, he is like a branch that is thrown away and withers; such branches are picked up, thrown into the fire and burned [John 15].[119]

Mr. President, this is the Parable, the Lord, God has used the Jewish people as a way to save humanity and through their actions, which have affected the World in its parable form. *If the Jewish people committed wickedness, than darkness and judgments looms upon them and if they listen and obey the Lord, God, they prosper and gets loved by the World.*

Out of jealousy, pride, and might, *Sarah* did not want to share inheritance with *Hagar* and so we see first Abraham wasn't patient with the Lord, God and married Hagar and bore his first son Ishmael and second when he outcaste Hagar into the desert after he bore his second son Isaac. And here you find that God first blessed, then judged the Children of Abraham, in order for them to understand but in the process, an entire distorted religion was born "Islam" that brings no salvation to the children of Ishmael, and God is waiting for them to hear his voice, in order to see and understand.

Bahira's writing is shown all over the Quran that was deciphered from the Torah and the Gospel; and Waraqah ibn Nawfal who was a Christian priest and the cousin of Khadija, the first wife to Muhammad, all were in it to support Muhammad in his conquest to raise up the Arabs status by fullfiling God's prophecy to Hagar, which is found in Genesis 16.[120]



And the angel of the Lord said to her, "Behold, you will conceive and bear a son, and you shall name him <u>Ishmael</u>, for the Lord has heard your affliction. And he will be a wild donkey of a man; *his hand will be upon all*, and *everyone's hand upon him*, and before all his brothers he will dwell."

*Waraqah ibn Nawfal*

[117] See https://www.chabad.org/library/bible_cdo/aid/8244
[118] See https://www.chabad.org/library/bible_cdo/aid/8167
[119] See https://www.copticchurch.net/bible?r=John+15&version=NKJV , see https://youtu.be/btojLhvXzUc
[120] See https://www.chabad.org/library/bible_cdo/aid/8211 See Islam came at the hands of a Christian Priest Waraqah ibn Nawfal https://religion.wikia.com/wiki/Waraqah_ibn_Nawfal

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

And this is exactly what the family of Muhammad tried to fulfill but also it kept the Arabs away from salvation. It gave them earthly sacrifices but it took away salvation from them.

The empowerment of God's spirit ≠ Endorsement of Human_s choices.



*The Lord, God fulfilled many of his promises to mankind but he is looking or hearts not minds.*

And so for 2000 years, the sons and daughters of Ishmael failed to gain salvation but only those who opened their eyes and ears, they were called the ~~C~~hosen ones." Like the story of an Arab, Majed el Shafie and many more like him.[121]

Intelligence Minister: Christianity Is Spreading in ~~P~~arts" of Iran.[122]

> In a speech to Shia preachers in Qom, Intelligence Minister Mahmoud Alavi reported that Christianity is spreading in ~~p~~arts" of Iran. ~~T~~hese converts are ordinary people whose jobs are selling sandwiches or similar things," he said.

Remember, there is no ~~Islam~~, there is Ishmael. These people are looking for *power* not *salvation*.

---

[121] <u>See</u> https://youtu.be/zIjuhYpelUA
[122] <u>See</u> https://iranwire.com/en/features/6005 and <u>see</u> https://en.radiofarda.com/a/iran-intelligence-ministry-summons-iranian-who-showed-interest-in-christianity-/29921102.html

―*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XI. ISRAEL IS THE OLD TESTAMENT, EGYPT IS THE NEW TESTAMENT

Mr. President, when the Lord, God judge nations, he judge them based on the Kings who rule them. Sometimes, God wants to bless a certain country through trial, other times God wants to draw a road for salvation, and other times God wants to punish a country because of them committing sin and injustice.

The Bible taught humanity that Israel is the Old Testament (Torah) and Egypt is the New Testament (Gospel) and in a sense, there is a parable in this journey ―Out of Egypt, I called my son." The parable is that God drew a map to bring salvation to humanity; from darkness to light; from despair to hope; from death to salvation. See the true meaning of Passover.[123]

> For, when Israel was young, I loved him, and from *<u>Egypt I called my son</u>* [Hosea 11:1].[124]
> The more they called to them, the more they went away from them; to the baalim they
> would slaughter sacrifices, and to the graven images they would burn incense.



*Out of Egypt, I called my son.*[125]

Behold, God is mighty, but despises no one; he is mighty in strength of understanding. He does not preserve the life of the wicked, But gives justice to the oppressed. He does not withdraw his eyes from the righteous; but they are on the throne with kings, for he has seated them forever, and they are exalted. And if they are bound in fetters, held in the cords of affliction, then he tells them their work and their transgressions -- That they have acted defiantly. *<u>He also opens their</u>*

---

[123] Jesus Christ became the true Passover lamb https://youtu.be/VeVZRZlt-7Q For he is not from this World.
[124] See https://www.chabad.org/library/bible_cdo/aid/16165
[125] See https://www.copticchurch.net/bible?r=Hosea+11&version=NKJV&showVN=1

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

<u>ear to instruction, and commands that they turn from iniquity</u>. If they obey and serve him, they shall spend their days in prosperity, and their years in pleasures. But if they do not obey, they shall perish by the sword, and they shall die without knowledge. But the hypocrites in heart store up wrath; they do not cry for help when he binds them. They die in youth, and their life ends among the perverted persons [Job 36:5-14].[126]

## A. THE STORY OF JOSEPH THE KING OF EGYPT

Joseph was a nice Jewish boy who ends up in Egypt, the decadent land of the Pharaohs, where people and the celestial spheres are worshipped instead of God; a lone teenager in the strongest society of his days. Joseph did not cave in to the pressures. He stood firm and the Lord raised him to the top of Egyptian society, until he was second to Pharaoh himself. In fact, it was after the wife of Potiphar who tried to tempt him into sinning, and he withstood the temptations that he is first referred to as an Ivri — for then he showed that he was faithful toward the teachings of the Lord, God.



*Potiphar & Joseph*

Joseph was a Hebrew who loved the Lord, God with all his heart and so the Lord gifted him with the ability to understand dreams.[127] Joseph was one of the twelve tribes of Israel, a son of Jacob

---

[126] See http://www.copticchurch.net/cgibin/bible/index.php?r=Job+36&version=NKJV&btn=View&showVN=1
[127] See life story of Joseph https://youtu.be/d-lfmROZ8xM , see real life discovery https://youtu.be/aBDbDeepyS4
see Genesis Chapter 37, 39-45  https://www.chabad.org/library/bible_cdo/aid/8232

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

and his wife Rachel. Known as —the righteous one" he was favored by his father (who gave him a special colored coat) and sold by his brothers to Egypt, where he ultimately became ruler of the land, second only to King Pharaoh. The Lord tested Joseph with a harsh life trial but brought him rescue; from being sold as a slave by his brothers to becoming the king of Egypt because the Lord raises the humble and no one is righteous but the Lord, God.[128]

Joseph's story highlights the proper attitude toward difficulty and misfortune. Upon discovering Joseph's identity, his brothers were sure he would utilize his imperial powers to exact revenge against them for their evil conduct. However, the sentiments expressed by Joseph were quite the opposite; he rewarded evil with good — but now do not be sad, and let it not trouble you that you sold me here, for it was to preserve life that God sent me before you...You did not send me here, but God [Genesis 45:5].[129] Joseph recognized that all the travails he had undergone were ordained by God to ensure the survival of Egypt and the surrounding countries. Keeping this in mind enabled him to forgive his brothers and repay animosity with benevolence i.e., kindness.

## B. THE STORY OF MOSES AND THE ISRAELITES

When the Lord, God spoke to Moses, he told him to go and speak to the Pharaoh but Moses answered — Lord, I am not a man of words, neither from yesterday nor from the day before yesterday, nor from the time you have spoken to your servant, for I am a heavy of a mouth and heavy of a tongue." [Exodus 4:10].[130] But the Lord said to him, who gave man a mouth, or who makes [one] dumb or deaf or seeing or blind? Is it not I, the Lord? So now, go! I will be with your mouth, and I will instruct you what you shall speak [Exodus 4:11-12].[131]

The Lord told Moses, tell the Jews I am their true God, the God of Abraham, Isaac, and Jacob. Moses was hesitant because he knew that the Jews cannot not be easily convinced, and so the Lord gave Moses the power to perform (3) miracles in front of the Jews in order for them to see in order to believe.

I will give you the power to turn a Rod into a Serpent and so Moses' rod turned into a serpent [Exodus 4:2-4]. If they don't believe, I will give you the power to turn your hand into Leprous and so Moses' hand was turned into a leprous [Exodus 4-6:7]. If they don't believe, then use the last sign, take up water from the Nile and pour it on a dry land and it will turn into blood [Exodus 4:9].

The Lord knew that the Jews cannot be easily convinced, in the Old Testament, it teaches. So, the Lord had Moses perform three miracles in order for the Jews to believe in the Lord, God.

Moses fulfilled God's commandments and the Lord, God turned Moses from a child into the leader who shall bring salvation to his people but his people did not heed to Moses' voice after they were saved from slavery.[132]

---

[128] From a slave https://youtu.be/vI_kMlvUWDw to the King of Egypt https://youtu.be/QWiJ8VQXJzY
[129] See http://www.copticchurch.net/cgibin/bible/index.php?r=Genesis+45&version=NKJV&btn=View&showVN=1
[130] See https://www.chabad.org/library/bible_cdo/aid/9865
[131] See scene https://youtu.be/6ds9y3IJGig?t=122
[132] See scene https://youtu.be/TzRrEgkfhG8?t=64

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*Moses split the red sea in half.*

## C. OUT OF EGYPT, I CALLED MY SON

In the beginning, since the pharaonic time, Egypt was stubborn, not knowing the Lord and ruled with might and power, and so the Lord sent 10 plagues to Egypt in order to save the Hebrews.[133] However, despite Egypt being struck with 10 plagues, however, stubbornness continued to blind the hearts of Ramesses II, the pharaoh.[134] For, he, Ramesses wanted to kill the Hebrews but the Lord is just, for he heard the cries of the Hebrews.[135]



The Lord struck Egypt by taking the souls of the firstborn children of Egypt[136] — at midnight the LORD struck down all the firstborn in Egypt, from the firstborn of Pharaoh, who sat on the throne, to the firstborn of the prisoner, who was in the dungeon, and the firstborn of all the livestock as well [Exodus 12:29].[137]

The Lord never forgot Egypt, for he sent his only

---

[133] See The 10 plagues https://youtu.be/GJleW4TCQM0 , see Moses meeting God https://youtu.be/6ds9y3lJGig

[134] See Biography https://en.wikipedia.org/wiki/Ramesses_II Pascha Week https://youtu.be/VeVZRZlt-7Q

[135] See https://youtu.be/s2A3LaYDlHM , see Ramsesses stubbornness https://youtu.be/i0PPMC97rpI?t=182

[136] See https://youtu.be/HXmru6NrSAY

[137] See http://www.copticchurch.net/cgibin/bible/index.php?r=Exodus+12%3A29&version=NKJV&btn=View

*―I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

beloved son to save Egypt and the heart of Egypt melted in its midst and the people of Egypt became dear to the Lord — blessed is Egypt my people [Isaiah 19:25].[138] The Lord, God promised humanity that he will give them a new heart and through him, nations have changed to this very moment.

An angel of the Lord appeared to Joseph in a dream and said — Rise, take the child and his mother, and flee to Egypt, and remain there until I tell you, for Herod is about to search for the child, to destroy him. And he rose and took the child and his mother by night and departed to Egypt and remained there until the death of Herod. This was to fulfill what the Lord had spoken by the prophet — *Out of Egypt I called my son* [Matthew 2:13-15].[139]



## D. THE GREAT TRANSFORMATION OF EGYPT: THE COPTIC IDENTITY

Behold the Lord is riding on a light cloud and He shall come to Egypt, and the idols of Egypt shall quake from before Him and *the heart of the Egyptians shall melt in their midst* [Isaiah 19:1]

In the entire bible, there is only one time when God took the lives of the first born children and that is the Egyptian.[140] All was done because the Pharaoh who ruled over Egypt was a stubborn man. And in that sense, the Lord, God looks toward the kings who rule over their nations and see how they will behave and accordingly, he either blesses or judges them.

The Lord, said ―Blessed is Egypt my People" [Isaiah 19:25].[141] Here, the Lord, God made Egypt the first to gain salvation and made Israel the last to gain salvation. The parable in here is that he first became the last, and the last became the first.

The great persecution which happened at the hands of the Roman Empire, it was a blood bath which brought Christianity to Egypt and the Lord, God's name was glorified in trials.

Egypt changed and the heart of Egypt melted in its midst and Egypt witnessed many saints giving Egypt, its new Coptic identity. Early church historians, writers, and fathers testified to the numerous Copt martyrs. Tertullian, 3rd century North African lawyer wrote

―If the *martyrs* of the *whole World* were put on one arm of the balance and the *martyrs of Egypt* on the other, the balance will tilt in favor of the *Copts*."

---

[138] See http://www.coptic.net/articles/EgyptInTheBible.txt
[139] See http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+2%3A13-15&version=NKJV&btn=View
[140] See https://youtu.be/HXmru6NrSAY
[141] See https://www.chabad.org/library/bible_cdo/aid/15950/jewish/Chapter-19.htm#v25

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

- o Saint George from a prince to a martyr.[142]
- o Saint Demiana from a princess to a martyr.[143]
- o Saint Mohrael, from a child to a martyr.[144]
- o Saint Abanoub, from a child to a martyr.[145]
- o Saint Philobateer Mercurius, from a commander of the Roman's army to a martyr.[146]
- o Saint Mina the Wonder Worker, from a wealthy family to a martyr.[147]

Despite periods of martyrdom and persecution under the Roman Empire and the number of believers continued to grow and the lives of the martyrs became the Coptic Church's seed toward salvation.[148] See today's Coptic Children.[149]



*Coptic Saints throughout the centuries*

Blessed is Egypt, my people (مبارك شعبى مصر) [Isaiah 19:25].

---

[142] <u>See</u> bio https://en.wikipedia.org/wiki/Saint_George , Movie https://youtu.be/836zeu1nND0 see https://youtu.be/rzwRZShVaK8
[143] <u>See</u> bio https://en.wikipedia.org/wiki/Demiana , Movie https://youtu.be/7DJRI27xAiA
[144] <u>See</u> bio https://en.wikipedia.org/wiki/Mohrael , Movie https://youtu.be/od4kYTLbm9Q
[145] <u>See</u> Movie https://youtu.be/QPdStY2-7ig
[146] <u>See</u> bio https://en.wikipedia.org/wiki/Saint_Mercurius , Movie https://youtu.be/yqG-CaKxM54
[147] <u>See</u> bio https://en.wikipedia.org/wiki/Saint_Menas , Movie https://youtu.be/Er66Y02ff4M
[148] <u>See</u> https://en.wikipedia.org/wiki/List_of_Coptic_saints , <u>see</u> Tertullian https://en.wikipedia.org/wiki/Tertullian
[149] <u>See</u> https://youtu.be/PR1Y_U5LSY0?t=28

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## E. THE TRANSFORMATION OF ROME: FROM PAGAN TO CHRISTIANITY

Because of the wicked magical enchantments so diligently practiced by the tyrant [Maxentius, who was in control of Rome], Constantine was convinced that he needed more powerful aid than his military forces could give him, so he sought the help of God. He believed arms and soldiery less important than the help of the power of the invincible and unshakeable God. So he considered which god he could rely on for protection and help. It occurred to him that, of the many emperors who had preceded him, those who had put their hope in a multitude of gods (Idols) and served them with sacrifices and offerings had been deceived by flattering predictions and oracles promising prosperity and come to a bad end, without one of their gods warning them of the impending wrath of heaven. On the other hand, the one who alone had condemned their error, honoring the one Supreme God throughout his whole life [i.e. his father], had found him to be the Savior and Protector of his empire.



*Constantine*

Reflecting on this, he decided it would be great folly to join in the idle worship of those who were no gods, and to err from the truth after such convincing evidence. For this reason he felt bound to honor his father's God alone.

Constantine called on him with earnest prayer to reveal to him who he was, and stretch forth his right hand to help him in his present difficulties. And while he was thus praying with fervent entreaty, a most extraordinary sign appeared to him from heaven — he saw with his own eyes the sign of a cross of light in the heavens, above the sun, and bearing the inscription, ─*By this symbol you will conquer*." He was struck with amazement by the sight, and his whole army witnessed the miracle.[150]

The Lord allowed the persecution of Christians for duration of 3 centuries but brought rescue while changing an entire nation; Rome.[151]

The fall of Emperor Diocletian.[152] One of many examples was the torture Saint George for 7 years, until the Lord, God made him prince of all Saints.[153] But then later, darkness loomed and he died in the most forgotten way.[154]

> Diocletian lived spending his last days in his palace gardens. He saw his tetrarchic system fail, torn by the selfish ambitions of his successors. He heard of Maximian's third claim to the throne, his forced suicide, and his damnatio memoriae. In his own palace, statues and portraits of his former companion emperor were torn down and destroyed. Deep in despair and illness, Diocletian has taken his own life on 3 December 311.

---

[150] See https://christianhistoryinstitute.org/study/module/constantine/
[151] See Christian Persecution under Rome https://en.wikipedia.org/wiki/Diocletianic_Persecution
[152] See https://en.wikipedia.org/wiki/Diocletian see https://en.wikipedia.org/wiki/Diocletianic_Persecution
[153] See https://youtu.be/rzwRZShVaK8?t=3083
[154] See https://youtu.be/rzwRZShVaK8?t=4252

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XII. A MESSIAH WILL COME WHO WILL BRING LIGHT TO THE WORLD

The voice of the Lord, God came to Daniel telling him: Daniel, God wants you to know what is going to happen and when. From the time the Commandment is given to restore and rebuild the Temple, there will be 483 years. After which the Messiah will be killed in payment for the sins of the people, and then the temple will again be destroyed. This prophecy will be fulfilled, and the Messiah will be anointed. There will be reconciliation made for sins, and everlasting righteousness will be brought to man.

Just as Daniel recorded, the Messiah made his triumphal entry into Jerusalem on the very day when the 483 years were completed.

- o God had told Adam and Eve that the seed of the Woman would come and destroy the evil one [Genesis 3:15].
- o He told Noah that the Messiah would come from the Family of Shem, not Japheth, and not Ham [Genesis 9:26].
- o God told Abraham that the Deliver would come from his descendents through his son Isaac [Genesis 12:7].
- o God told Isaac that the promised one would come through his son Jacob, and he told Jacob that Christ would come through Judah [Genesis 49:8-12].

Many specific prophecies of the life of the promised Redeemer were given by God to various prophets.

- o They said that his active presence has been from everlasting that he would be born of a virgin, in the city of Bethlehem of Judah [Isaiah 7:14].
- o He would be humble in appearance, and be lowly and riding a Donkey [Zechariah 9:9].
- o The Lord will put his spirit upon him and will bring judgment to the Gentiles [Isaiah 42:1]
- o He will be a light to the gentiles and will take salvation to all that are in the Earth [Isaiah 49:6].
- o He will be a suffering Messiah and will be rejected by his people, and die having his hands and feed pierced [Isaiah 53].
- o He will hang naked and will thirst for water but will be given vinegar to drink instead [Psalm 69:21]
- o He will die between thieves and be buried in a rich man's grave [Isaiah 53:12].

The Prophecies of Daniel concerning the Four Kingdoms were fulfilled exactly as he predicted.

- o In 330 B.C., Alexander the Great, from Greece, began a campaign which lasted seven years, in which he conquered the known World, including the vast Medo-Persian empire.
- o Greece held power until about 167 B.C. when the fourth World kingdom, Rome, began to conquer.
- o Rome represented in Nebuchandnezzar's dream as the feet and legs of Iron and in Daniel's vision as the Metallic Beast. Just as the prophets predicted.
- o By 5 B.C., it ruled Israel with an Iron hand.

*—came to complete not to refute. I came light to the World.*" Jesus Christ



| DANIEL 1 - Miracle of Daniel, Shadrach, Meshach, and Abednego and the Kings Food | DANIEL 4 - Miracle of Nebuchadnezzar being like a Beast. DANIEL 5 - Miracle of a Man's Hand and the Fall of Babylon DANIEL 6 - Miracle of Daniel in the Lion's Den | | | | DANIEL 10 - The Gloriously Shining Man |
|---|---|---|---|---|---|
| DANIEL 2 - THE IMAGE OF FOUR METALS | DANIEL 7 - THE FOUR BEASTS | DANIEL 8 - THE RAM AND THE HE GOAT | DANIEL 9 - THE SEVENTY WEEKS | DANIEL 11-12 - THE KINGS | |
| GOLD | BABYLON Nebuchadnezzar Belshazzar LION | | THE COMMAND TO REBUILD JERUSALEM | | |
| SILVER | MEDIA - PERSIA Cyrus the Great Cambyses Bardiya Darius the Great TWO TONED BEAR | RAM WITH TWO UNEQUAL HORNS | SEVEN WEEKS TO JERUSALEM REBUILT (49 YEARS) | FOUR KINGS (Verse 2) | |
| BRASS | GREECE Alexander t. Great 1) Antigonus 2) Ptolemy 3) Seleucus 4) Lysimachus LEOPARD | HE GOAT ONE HORN AND FOUR HORNS OUT OF ONE OF THEM A | SIXTY-TWO WEEKS TO MESSIAH (434 YEARS) | MIGHTY KING (Verses 3-13) | |
| IRON | ROME TERRIBLE BEAST | | MESSIAH KILLED / TEMPLE DESTROYED (GAP OF ? YEARS) | KING OF THE NORTH (Verses 14-35) | |
| IRON AND CLAY | TEN KINGS and SATAN'S CHAMPION TEN HORNS LITTLE HORN | LITTLE HORN GROWS INTO A GREAT HORN | ONE WEEK COVENANT WITH MANY (7 YEARS) | KING OF THE NORTH (Verses 30-39) | |
| STONE CUT OUT WITHOUT MAN'S HANDS | THE MESSIAH, GOD'S CHAMPION | ONE LIKE THE SON OF MAN | THE PRINCE OF THE HOST | THE CONSUMATION | THE RESURRECTION |
| STONE FILLS WHOLE EARTH TO BECOME THE KINGDOM OF THE GOD OF HEAVEN | THE MESSIANIC KINGDOM | HIS KINGDOM | MESSIANIC TEMPLE | FORGIVENESS OF SIN EVERLASTING RIGHTEOUSNESS MESSIANIC TEMPLE | EVERLASTING LIFE |
| DANIEL 3 - The Golden Image and the Miracle of Shadrach, Meshach, and Abednego in the Fiery Furnace with one like the Son of God. | | | | | |

*The visions of Daniel*

## XIII. DANIEL'S VISION & THE FATE OF ISRAEL

Long ago, God liberated the Hebrews from Egypt and led them to the Promised Land. Under the leadership of Moses, they walked through the wilderness for forty years. In their new nation, God gave them judges and kings to rule them. The Kingdom under Saul, David, and Solomon was divided in 931 BC into the northern kingdom of Israel and southern kingdom of Judah.

Sadly, both kingdoms moved away into paganism from pure Judaism established by Moses. In accordance to Mosaic Law, judgment of God came upon the two kingdoms. First in 722 BC, northern kingdom of Israel was defeated and dispersed by Assyrians. Later in 586 BC, the southern kingdom of Judah was defeated by Babylonians. And the day of the Lord came upon Israel.[155] The Jews were taken into captivity and relocated to Babylon. The Babylonian Captivity lasted for 70 years.

---

[155] See https://youtu.be/tEBc2gSSW04?t=155

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## A. DANIEL'S PRAYERS TO GOD

In the first year of Darius the son of Ahasuerus, of the lineage of the Medes, who was made king over the realm of the Chaldeans-- in the first year of his reign I, Daniel, understood by the books the number of the years specified by the word of the Lord through Jeremiah the prophet, that He would accomplish seventy years in the desolations of Jerusalem. Then I set my face toward the Lord God to make request by prayer and supplications, with fasting, sackcloth, and ashes [Daniel 9:1-3].[156]



The Lord, God fulfilled what he told the prophets that both the Jews would be exiled for 70 years, but the Gentiles would rule over them and that their punishment would extend 7 times, 490 years; preparing the path for the Messiah, Jesus Christ to come.

> And this whole land shall be desolation and an astonishment, and these nations shall serve the king of Babylon *seventy years* [Jeremiah 25:11].[157]

> And after all this, if you do not obey me, but walk contrary to me, then I also will walk contrary to you in fury; and I, even I, *will chastise you seven times for your sins*. You shall eat the flesh of your sons, and you shall eat the flesh of your daughters. I will destroy your high places, cut down your incense altars, and cast your carcasses on the lifeless forms of your idols; and my soul shall abhor you. I will lay your cities waste and bring your sanctuaries to desolation, and I will not smell the fragrance of your sweet aromas. I will bring the land to desolation, and your enemies who dwell in it shall be

---

[156] See http://www.copticchurch.net/cgibin/bible/index.php?r=Daniel+9%3A1-3&version=NKJV&btn=View
[157] See http://www.copticchurch.net/cgibin/bible/index.php?r=Jeremiah+25%3A11&version=NKJV&btn=View

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

astonished at it. I will scatter you among the nations and draw out a sword after you; your land shall be desolate and your cities waste [Leviticus 26:27-33].[158]



## XIV. THE LEGACY OF ALEXANDER THE GREAT: ALEXANDRIA, EGYPT

The first group of Jews reached Jerusalem in 538 BC. Under the shadows of the Persian Empire, the Jews started to resettle in their ancestral homeland. They were happy to return but discouraged by their surroundings. During those depressing years, God sent Prophet Zechariah to encourage his people.



Prophet Zechariah would write some of the most astounding prophecies regarding the coming of the Messiah. But before the birth of the Messiah, a great emperor would come, an emperor like no other the World had ever seen before. He would conquer the World like a leopard. He would crush the enemies of Israel. Zechariah started to write down his prophecies in the year 520 BC.

Two hundred years later, Alexander the Great would come fulfilling those prophecies.

Bucephalus & Alexander were inseparable; only Alexander could ride him, and indeed he did, into every battle from the conquest of the Greek city and Thebes through the Battle of Gaugamela and into India. After the final defeat of Darius III, Bucephalus was kidnapped while Alexander was away on a tour. The horse was soon returned along with a plea for mercy.

---

[158] See http://www.copticchurch.net/cgibin/bible/index.php?r=Leviticus+26%3A27-33&version=NKJV&btn=View

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## A. PROPHET ZECHARIAH PROPHECY CONCERNING THE ENEMIES OF ISRAEL

For Tyre built herself a tower, Heaped up *silver like the dust*, And *gold like the mire of the streets*. 4 Behold, the *Lord will cast her out*; He will destroy her power in the sea, and she will be devoured by *fire* [Zechariah 9:3-4].[159]



*Tyre, Lebanon*

Tyre [currently Lebanon] lies northwest of Israel. It is strong and rich. It has silver like dust, it has gold like pavements. The Phoenicians who built this great city were skilled traders across the Mediterranean. They devised an alphabetic system which influenced the World to this day. The spread of their alphabet increased literacy levels throughout the eastern Mediterranean.

Prophet Amos tells us the sins of Tyre: So said the Lord: For three sins of Tyre, yea for four, I will not return them; because they delivered a whole captivity to Edom and did not remember the brotherly covenant. And I will send fire into the wall of Tyre, and it shall consume its palaces [Amos 1:9-10].[160]

## B. THE FATE OF TYRE: WHEN IT GAINED POWER

During the reigns of King David and Solomon, the Phoenicians offered a helping hand to the Jews. King Hiram of Tyre gave assistance to David in building his house. Later, he helped Solomon in the construction of the Temple in Jerusalem. With bronze-casting technology, he fabricated 27 foot-tall bronze pillars for Solomon's temple. As a gesture of gratitude, no king of Israel ever made war against Phoenicia. They established a ‗brotherly covenant'.

---

[159] See http://www.copticchurch.net/cgibin/bible/index.php?r=Zechariah+9%3A3-4&version=NKJV&btn=View
[160] See https://www.chabad.org/library/bible_cdo/aid/16173#v9

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

But down the centuries the Phoenicians forgot their brotherly covenant. When they became *prosperous and powerful*, they enticed Israel towards their deity Baal. The Jews abandoned God and went after Baal and its pagan idolatry. The Phoenicians who once helped the Jews in the construction of Solomon's Temple, now seducing Israel into building temples to their pagan deities. The Israelites became weak and fragile. Then the Phoenicians sold Jews as slaves to the Edomites [Amos 1:6-8].[161] They forgot the brotherly covenant and sold Jews into slavery. God condemned their slave trade [Ezekiel chapter 27:13].[162]

Alexander the Great would come and fulfill this prophecy. In 332 BC, Alexander invaded Tyre. Tyre consisted of both a mainland city and an island city, half mile into the sea. Both were well fortified. Alexander sent a message to the King of Tyre, 'Surrender, I will let you live, or resist, I will destroy your kingdom and kill you'. The King of Tyre did not heed the warning. He prided about his fortress in the sea: 'a rag tag army from Greece will not conquer my strong fortress'. Alexander became furious: 'How dare you refuse to surrender! Even Darius could not stand my assaults. How in the World are you going to stand my fury?

Tyre had a very strategic value. Destroying this mighty fortress would send a strong message to every king in the region. Alexander ordered his military officers to build a causeway into the sea. Using stones and wood, his soldiers spent seven months building this causeway. Finally they surrounded Tyre. With pitiless savagery, Alexander destroyed Tyre and its inhabitants. He crushed the mighty Phoenician capital, burnt its fortress, and plundered its wealth. He crucified its survivors. The prophecies God gave to Zechariah fulfilled at that moment:

- o I will judge Tyre.
- o I will cast her out.
- o I will smite her power.
- o I will destroy her with fire.
- o I will punish its inhabitants.

And they will destroy the walls of Tyre and demolish her towers, and I shall remove her earth from her and make her a smooth rock [Ezekiel 26:4].[163] And they will plunder your possessions and despoil your merchandise, and break down your walls and demolish the houses of your delight, and they will put your stones, your wood, and your dust into the midst of the water [Ezekiel 26:12].[164]

The prophecies of Zechariah and Ezekiel were fulfilled literally word by word.

The Assyrian emperor Shalmaneser spent five years to defeat Tyre, but he could not. The Babylonian emperor Nebuchadnezzar spent thirteen years to defeat it, but he could not. In seven months, Alexander scraped it bare like a rock.[165]

---

[161] See http://www.copticchurch.net/cgibin/bible/index.php?r=Amos+1%3A6-8&version=NKJV&btn=View
[162] See http://www.copticchurch.net/cgibin/bible/index.php?r=Ezekiel+27%3A13&version=NKJV&btn=View
[163] See https://www.chabad.org/library/bible_cdo/aid/16124/jewish/Chapter-26.htm#v4
[164] See https://www.chabad.org/library/bible_cdo/aid/16124/jewish/Chapter-26.htm#v12
[165] See the battle https://youtu.be/-WkWy47ighY

—*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



Meanwhile, the people of the new island Tyre set about fortifying their city against further would-be invaders. They built mighty walls 150 feet high all around the coastline of their city. They mined the channel to the mainland with underwater obstacles to sink unwary enemy ships, and they built a first-class navy. For two and a half centuries they rested in a false security while Ezekiel's prophesies slumbered in the womb of time.



*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## C. THE FATE OF GAZA: WHEN IT GAINED PRIDE

After destroying Tyre, Alexander continued south. There he encountered Gaza. It was ready for God's judgment.



Ashkelon shall see it and fear; Gaza also shall be very sorrowful; And Ekron, for He dried up her expectation. The king shall perish from Gaza, And Ashkelon shall not be inhabited. A mixed race shall settle in Ashdod, and *I will cut off the pride of the Philistines* [Zechariah 9:5-6].[166]

Alexander destroyed Gaza in two months, and then his eyes fell on Jerusalem.

## D. THE FATE OF JERUSALEM: WHEN IT IS HUMBLE

Alexander demanded tribute from Jerusalem. The high priest Jaddua could not accept that ultimatum because he made a treaty with Persian Empire. He was paying tribute to Darius per the treaty. So, he sent a message to Alexander that he could not pay any tribute to him. Alexander became furious: 'Haven't you heard about what I did to Tyre? I will destroy Jerusalem'. Alexander proceeded to Jerusalem with his army. But the Lord had a very specific plan for Jerusalem.

> I will camp around my house Because of the army, Because of him who passes by and him who returns. No more shall an oppressor pass through them, for now I have seen with my eyes [Zechariah 9:8].[167]

---

[166] See http://www.copticchurch.net/cgibin/bible/index.php?r=Zechariah+9%3A5-6&version=NKJV&btn=View
[167] See http://www.copticchurch.net/cgibin/bible/index.php?r=Zechariah+9%3A8&version=NKJV&btn=View

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

As Alexander approached Jerusalem, the high priest had a vision. In this vision, he was instructed to go out and meet the conqueror who was coming. The high priest in his purple and scarlet robes and people of Jerusalem in white robes went to the gates of Jerusalem. They welcomed Alexander into Jerusalem. When Alexander left Macedonia, he had a vivid dream in which he saw individuals wearing spectacular clothes. Alexander remembered that dream and it cooled his anger. He spared Jerusalem. He did not wage a war on the Jews. The high priest showed him the prophecies in the Bible written about him hundreds of years ago. Alexander was amazed. *Your Bible talking about me?* They showed him the prophecies of Zechariah that he would spare the Jerusalem from destruction. They showed him the prophecies of Daniel, how in the vision of the tremendous statue, Alexander's empire was represented by the thighs of the image. They showed him Daniel chapter 7 where Alexander is represented by a leopard, like a leopard he would conquer the World. They showed him Daniel chapter 8 where he is represented by a horn of the he-goat. Alexander was amazed when he saw these prophecies written about him in the Bible hundreds of years before his birth. He went into the temple and worshiped God of the Bible.



*Alexandria, Egypt was built by Alexander the Great*

## XV. THE PARABLES BETWEEN ALEXANDER THE GREAT AND JESUS CHRIST

Be exceedingly happy, O daughter of Zion; Shout, O daughter of Jerusalem. Behold! Your king shall come to you. He is just and victorious; humble, and riding a donkey and a foal, the offspring of [one of] she-donkeys [Zechariah 9:9].[168]

---

[168] See https://www.chabad.org/library/bible_cdo/aid/16213/jewish/Chapter-9.htm#v9

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Five hundred years later, when Lord Jesus Christ entered into Jerusalem on a donkey. The people of Jerusalem greatly rejoiced when Jesus entered into the city. The kings of Assyrians, Babylonians, Persians and Greeks invaded and plundered Jerusalem, finally the king of heaven coming into Jerusalem as a meek and humble Messiah. The creator of the universe, Commander of the hosts of heaven, King of kings, and Lord of Lords entered Jerusalem.

- o Alexander transformed our World; Jesus transformed our World.
- o Alexander lived 33 years; Jesus lived 33 years.
- o Alexander was a king of Macedonia; Jesus is the king of heaven.
- o Alexander's army was 32,000 well trained soldiers; Jesus' army was twelve ordinary men.
- o Alexander went to found a physical, earthly kingdom; Jesus came to establish a spiritual, heavenly kingdom.
- o Alexander grew up learning war; Jesus grew up learning carpentry.
- o Alexander went to kill people; Jesus went to save people.
- o Alexander killed hundreds of thousands of people to establish his kingdom; Jesus established his kingdom without shedding one drop of blood, without lifting a sword.
- o Alexander took destruction and death to Tyre. Jesus gave salvation and grace to Tyre [Mark 7:24-26].[169]
- o Alexander went to Jerusalem on a horse with pomp and pageantry. Jesus entered Jerusalem on a donkey with meekness and humility.
- o Alexander was greeted with fear and trembling. Jesus was greeted with joy and celebration.
- o Alexander died with his hands dangling out of his coffin, 'I gained nothing in this World'; Jesus died with his hands stretched on a wooden cross, 'Behold, I conquered this World'.
- o Alexander's empire, as vast as it was, evaporated into the pages of history, the kingdom of Jesus is spreading around the World, year after year, month after month, day after day.

## XVI. THE PARABLE TO THIS WORLD: GOD GIVES WHAT IS GOOD FOR YOU

Ask, and it will be given to you; seek, and you will find; knock, and it will be opened to you. For everyone who asks receives, and he who seeks finds, and to him who knocks it will be opened [Mathew 7:7-8].[170] The bible teaches us, you ask and you do not receive, *why?* You ask and do not receive, because you ask amiss, that you may spend it on your pleasures [James 4:3].[171]

Not every wish one desire from God is granted because one cannot know what is good for him or her. One does not hold the knowledge of God and for that reason, when one prays, he always must say according to your will, O Lord, and not according to mine. One might apply for a job, and pray for it, and not receive it, because God knows that one won't be happy in that job and the Lord might prepare a better job for you — you are given what is good for you and not what you ask for verbatim.

---

[169] See http://www.copticchurch.net/cgibin/bible/index.php?r=Mark+7%3A24-26&version=NKJV&btn=View
[170] See http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+7&version=NKJV&btn=View&showVN=1
[171] See http://www.copticchurch.net/cgibin/bible/index.php?r=James+4&version=NKJV&btn=View&showVN=1

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Saint Basilius (Basil) said, a patient asks for a better health and he or she doesn't know which is better, the health or the illness.

> To keep me from becoming conceited because of these surpassingly great revelations, there was given me a thorn in my flesh, a messenger of Satan, to torment me. <u>*Three times*</u> I pleaded with the Lord to take it away from me. But he said to me, ─my grace is sufficient for you, for my power is made perfect in weakness." Therefore I will boast all the more gladly about my weaknesses, so that Christ's power may rest on me [2 Corinthians 12:7-9].

Saint Paul the Apostle i.e., Saul of Tarsus describes his pain from the thorn in his back. The bible teaches us that sometimes what is not good for the body, is good for the soul. An illness can tire the body but can enrich the soul — I take pleasure in infirmities, in reproaches, in needs, in persecutions, in distresses, for Christ's sake. <u>*For when I am weak, then I am strong*</u> [Corinthians 12:10].[172]

The present paradox can be compared to that of the story of Job.[173] Satan was permitted to afflict God's servant, yet only within the parameters set by God — And the Lord said to Satan, ─behold, he is in your hand, but spare his life" [Job 2:6].[174]

Many prophets of the Lord asked for different things but many of these wishes were not fulfiled because the Lord, God knows better than mankind. Humanity lacks the knowledge of God because they cannot see the future.

o Prophet Jonah asked God to take his life when he grieved over kikayon but the Lord did not accept his wish because if he did, he would have died with sorrow — And now, O Lord, take now my soul from me, for my death is better than my life [Jonah 4:3].[175]

o Abraham the father of fathers, when God was late in fulfilling his wish to grant him a son from Sarah — Abraham said to God, ─If only Ishmael will live before You!" [Genesis 17:18].[176] But the Lord, God told him — Indeed, your wife Sarah will bear you a son, and you shall name him Isaac, and I will establish my covenant with him as an everlasting covenant for his seed after him [Genesis 17:19].

o King David's adulterous relationship with Bathsheba which bore him a son but as a result of the sin, the child died. King David fasted and prayed for the Lord to save the child but the Lord did not accept his wish — Nevertheless, because you have greatly blasphemed the enemies of the Lord by this thing, the child also that is born to you shall surely die [II Samuel 12:14].[177] Who knows if the child lived, what could have happened?

---

[172] See https://www.copticchurch.net/bible?r=2+Corinthians+12&version=NKJV&showVN=1
[173] See The story of Job https://en.wikipedia.org/wiki/Job_(biblical_figure)
[174] See https://www.chabad.org/library/bible_cdo/aid/16404#v6 , see the movie https://youtu.be/YZZ-ZHghHTw
[175] See https://www.chabad.org/library/bible_cdo/aid/16186/jewish/Chapter-4.htm
[176] See https://www.chabad.org/library/bible_cdo/aid/8212#v18
[177] See https://www.chabad.org/library/bible_cdo/aid/15872#v14

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

For these reasons when we pray, we pray by saying according to your will, O Lord, and not according to mine. For that same reason when we start praying, we say ─ Our Father, who art in heaven, hallowed be thy name; thy kingdom come; *<u>thy will be done on earth as it is in heaven</u>*.

## XVII. THE LORD, GOD LISTENS TO THE WEAK & HUMBLE HEARTS

The Lord Jesus Christ, is the God of the weak. The weak have a special place and a priority to God. The Lord raises the humble and disperse the mighty proud within their own thoughts.

o   Jacob was afraid of his brother Esau who wanted to kill him ─ Now deliver me from the hand of my brother, from the hand of Esau, for I am afraid of him, lest he come and strike me, [and strike] a mother with children [Genesis 32:12].[178] God stood beside Jacob who came back with a new identity ‗Israel' when he wrestled with the angel of the Lord until the breaking of the day [Genesis 32:24-31].[179]

o   The Pharisee and the Al Ashar (a tax collector), they both stood inside the temple of God. The Pharisee was proud of his might and spiritual strength by saying ─ Thank you God, I pray, I do everything you ask me to do, and I am not a sinner like the other. But the Al Ashar who stood inside the temple, weak and embarrassed of his sins by saying ─ God, please forgive me for I am a sinner.[180] The Lord, God stood beside the Al Ashar and forgave his sins.

o   The adulteress, all the Pharisees wanted to stone her to death by saying the laws of Moses commend us to stone her.[181] The Lord, Jesus Christ stood beside the weak, the adulteress by saying ─ He who is without sin among you, let him throw a stone at her first. Then those who heard it, being convicted by their conscience, went out one by one, beginning with the oldest even to the last. When Jesus had raised himself up and saw no one but the woman, he said to her, has no one condemned you? She said, ─ No one, Lord. And Jesus said to her, ─ neither do I condemn you; go and sin no more [John 8:2-11].[182]

If one stood strong before mankind, the Lord will not stay by his or her side and will say: seek your own human strength until you feel weak by asking for my help. The Lord chose fishermen (the 12 disciples), uneducated, who lacked any wisdom to defeat all the philosophy of the Roman's empire, so this would be a prove of God's power and not human's power.

o   King David, when he was weak, the Lord stood by his side when he fought Goliath who was mighty proud of his strengh.[183] But when King David saw himself as a mighty warrior, the Lord stood against him. When King David wanted to built a Temple for the Lord, the Lord responded by saying ─ Go and tell My servant David, 'Thus says the

---

[178] See https://www.chabad.org/library/bible_cdo/aid/8227#v12
[179] See http://www.copticchurch.net/cgibin/bible/index.php?r=Genesis+32&version=NKJV&btn=View&showVN=1
[180] See https://youtu.be/0feZQkHbCkM?t=1459 , see song story in Arabic https://youtu.be/MQ_wCHj1SmQ
[181] See the story scene https://youtu.be/w5GXnM_TxSQ
[182] See http://www.copticchurch.net/cgibin/bible/index.php?r=John+8&version=NKJV&btn=View&showVN=1
[183] See https://en.wikipedia.org/wiki/Goliath

*⊥came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Lord: ⊥You shall *not* build Me a house to dwell in" [1 Chronicles 17:4].[184] *Why Lord?* — You have *shed much blood* and have made great wars; you shall not build a house for my name, because you have shed much blood on the earth in my sight [1Chronicles 22:8].[185]

o Constantine the Great, the Lord, God stood by his side, appearing to him by saying ⊥by this symbol you will conquer." And Rome changed from pagan to Christianity. But when power blinded many under what was known as later the Byzantine empire, they lost to the Arab conquest. Why? Because under the Byzantine empire, the Copts (Coptic) community suffered increase in taxes and persecution when Pope Benjamin I of Alexandria was exiled.[186] It was under the ruler Amr ibn al-As that the persecution of the Copts ceased for some time. In The Great Arab Conquests, Cyrus, the Roman governor, had exiled the Coptic patriarch, Benjamin. When 'Amr occupied Alexandria, a Coptic nobleman (duqs) called Sanutius persuaded him to send out a proclamation of safe conduct for Benjamin and an invitation to return to Alexandria. When Benjamin arrived, after 13 years in hiding, Amr treated him with respect. Benjamin was then instructed by the governor to resume control over the Coptic Church. He arranged for the restoration of the monasteries in the Wadi Natrun, which had been ruined by the Chalcedonean Christians; four of them still survive as functioning monasteries. Amr ibn al-As was known to be the liberator of the Copts (Coptic).[187]

o The Arabs through their Islamic Caliphate started to lose lands and power when they started to persecute the Coptic Community and distort God's teachings.[188] They lost lands to the French Empire under Napoleon Bonaparte and later under the British Empire.

One day, Satan told God — leave me the powerful ones, I can handle them but the weak, I can_t handle them because when they feel weak, they fight me with strength by calling your name.

## XVIII. THE RISE OF DONALD J. TRUMP: WHEN HE LISTENED

Mr. President, for the first 3 years in Donald Trump's term, he was met with constant trials, lost like a sheep; not knowing where to go. He had power, but he couldn't find a good use to it but he asked the American people ⊥How to make America great again" Until in January of 2019, I started to write to him directly and he read, and started to change; something deep down inside his heart changed and I prayed to the Lord, God by saying:

Didn_t God said he can change people_s hearts and have them do wonders through him? I asked, didn_t they say you were the son of Joseph, the carpenter? Take this *piece of wood* and work with it, work with it by cutting and shaping it to craft a beautiful chair, a throne that you can sit on.

---

[184] See http://www.copticchurch.net/cgibin/bible/index.php?r=1+Chronicles+17%3A4&version=NKJV&btn=View
[185] See http://www.copticchurch.net/cgibin/bible/index.php?r=1+Chronicles+22%3A8&version=NKJV&btn=View
[186] See Muslim Conquest of Egypt https://www.wikiwand.com/en/Muslim_conquest_of_Egypt
[187] See https://islamicarchives.wordpress.com/2016/09/04/amr-ibn-al-as-the-liberator-of-the-coptic-people/
[188] See https://providencemag.com/2019/07/coptic-scribe-history-resistance-conquest-book-review-jennifer-cromwell-recording-village-life-early-islamic-egypt/

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The eyes of Donald J. Trump started to open, and he started to change with every step of the way but he fell in many Trials as he needed constant reminders when he took pride in his power. Trump change and became a populist among the American people, as well as the People of the Middle-east.



*Donald J Trump in his last year became a symbol of Freedom for many.[189]*

After my 1st letter to Donald Trump, he spoke of the 12 Coptic who were beheaded by ISIS.[190] He then letter wrote twice for two consecutive years, recognizing ─Global Coptic Day." Blessed is Egypt my people.[191] Then, Donald Trump learned what ─Political Islam" is and how to defeat ─Evil" when I showed him to see this World from the simple lens of Good vs. Evil. So he gained the knowledge and the courage to do what no Democratic or Republican President did in their terms. And here is when Donald J. Trump started to shine among the people.[192]

For in this Journey I showed Donald Trump two evil: Certain Jewish people who sought power through divide and conquer, and Islamists who sought power through destruction.

---

[189] See https://youtu.be/TmrRILM9wFQ?t=248 // https://youtu.be/G3fpmFJTMes?t=955
[190] See https://youtu.be/TmrRILM9wFQ?t=248 , see also https://www.amazon.com/21-Journey-into-Coptic-Martyrs/dp/0874868394/
[191] See White House https://trumpwhitehouse.archives.gov/briefings-statements/presidential-message-global-coptic-day-2020/
[192] See Donald J Trump visiting Saudi Arabia https://youtu.be/lFimy3QXqSc?t=606

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## A. BLOOD MONEY [THE MUSLIM BROTHERHOOD & POLITICAL ISLAM]

The Documentary ─Blood Money" was about Islamists, political Islam, and the Muslim Brotherhood; here we saw <u>some branches</u> from the seed of Hagar became corrupted and evil.[193]

This lesser-of-two-evils strategy is reminiscent of the rationale behind the Cold War-era decision to support the Afghan mujahedeen against the Soviet army.[194] In the short term, the U.S. alliance with the mujahedeen did indeed aid America in its struggle against the Soviet Union. In the long term, however, U.S. support led to the empowerment of a dangerous and potent adversary.[195]

Saudi crown prince Mohammed bin Salman has for the first time openly said what has been the West's worst kept secret. According to him, the Saudi-funded spread of Wahhabism - the main source of the fundamentalist ideology of terrorist groups like ISIS began as a result of Western countries asking Riyadh to help counter Russia during the Cold War. Speaking to the US media, bin Salman said his Western allies prodded Saudi Arabia to invest in mosques and madrassas overseas, in an effort to prevent Moscow from making inroads into Muslim countries.

The Muslim Brotherhood began operating in the U.S. in the 1960s upon the arrival of Muslim immigrants from the Middle East and South Asia.[196] These individuals sought a university education (mostly at the leading state schools of Illinois, Indiana, and Michigan) and greater professional opportunity.[197]

Starting in the 1950s, many Middle Eastern governments began cracking down on the Muslim Brotherhood, particularly in Egypt.[198] The Ikhwanis soon recognized that American social and political liberties would enable them to easily spread their Islamist ideology. Still, they cloaked themselves in secrecy from the start, publicly referring to their organization as ─The Cultural Society."[199]

The 1960s was also when Saudi Arabia's Wahhabi establishment began its global Islamization project, partnering with Brotherhood members who had left countries where the group was targeted for repression. One former U.S. Treasury official estimated that the Saudi government has spent some $75 billion supporting Islam and Islamic institutions Worldwide. In 1962, the Muslim World League (MWL) was established in Mecca, with Brotherhood members in key

---

[193] <u>See</u> https://youtu.be/lFimy3QXqSc // https://youtu.be/lFimy3QXqSc?t=379 //
https://youtu.be/lFimy3QXqSc?t=611 Wiki leaks cables related to Qatar https://youtu.be/lFimy3QXqSc?t=1044
See also when President Nasser spoke of the Muslim Brotherhood https://youtu.be/F8h7oQwMwq4
[194] <u>See</u> Wahhabi https://en.wikipedia.org/wiki/Wahhabism and <u>see</u> https://en.wikipedia.org/wiki/Communism
[195] <u>See</u> https://www.businesstoday.in/opinion/columns/radical-islam-west-backed-global-terror-us-europe-britain-jehad-west-funded-terrorism/story/365139.html
[196] <u>See</u> https://www.hudson.org/research/9882-the-muslim-brotherhood-s-u-s-network
[197] <u>See</u> Noreen Ahmed-Ullah, Sam Roe, and Laurie Cohen, "A Rare Look at Secretive Muslim Brotherhood in America," Chicago Tribune, September 19, 2004.
[198] <u>See</u> The Muslim Brotherhood was outlawed in Egypt in 1954 after it was convicted of attempting to assassinate Egyptian President Gamal Abdul Naser
[199] <u>See</u> Ahmed-Ullah, Roe, and Cohen, "A Rare Look at Secretive Muslim Brotherhood in America."

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

leadership positions, to propagate Wahhabism Worldwide.[200] Over the ensuing decades, the MWL has funded many legitimate charitable endeavors but also a number of Islamist projects. Some of this money has come to support Brotherhood activists in the U.S., in part to change the perception of Wahhabism in America from —extremist" to "mainstream."

A primary focus of the MWL and the Brotherhood has been on education and indoctrination — especially of the youth — as the critical first step of their bottom-up approach. According to the Brotherhood's own documents, —In 1962, the Muslim Students Union was founded by a group of the first Ikhwanis in North American and the meetings of the Ikhwan became conferences and Students Union Camps."[201] The next year, a more formal organizational structure was created by two Brotherhood members, Ahmed Totonji and Jamal Barzinji, who helped found the Muslim Students Association (MSA) at the University of Illinois at Urbana-Champaign. In its early years, the MSA distributed at its chapter meetings English translations of the writings of al-Banna, Qutb, and other Islamist ideologues. Arab Muslim members of the MSA who adopted these ideologies would then be recruited into the Brotherhood.[202]

## B. EGYPT AND THE MUSLIM BROTHERHOOD

In order to explain the ideology of the Muslim Brotherhood (MBH), Egyptian actors came together and released a movie in 1995 with a mix of comedy and politics by the title —Black Birds" or —Birds of the Night."[203] The lead actor is Adel Imam who is loved and known to the Arab World.[204]

The movie —Black Birds" started with the lead actor Adel Imam as a poor lawyer gaining his momentum to the top.[205] The movie showed two lawyers who were friends, Adel Imam a secular Muslim lawyer who wanted to rise through politics, while his friend who wanted to rise through the Muslim Brotherhood.[206]

In the movie, both the secular and the MBH lawyers made it well in life; both became wealthy. One through being a government lead attorney and another through the Muslim Brotherhood; gaining popularity among the people. Both lawyers had money but one corruption was caught up to him and another religious fanatic caught up to him, and so both met later.[207]

---

[200] <u>See</u> David B. Ottaway, "U.S. Eyes Money Trails of Saudi-Backed Charities," *Washington Post*, August 19, 2004, https://web.archive.org/web/20110310001431/http://www.washingtonpost.com/ac2/wp-dyn/A13266-2004Aug18?language=printer
[201] <u>See</u> A Brief History of the Muslim Brotherhood in the U.S, internal document of the MBH, October 25, 1991, https://web.archive.org/web/20071013140814/http://www.nefafoundation.org/miscellaneous/HLF/MBUS_History.pdf
[202] <u>See</u> Tape recorded address of Zeid Al-Noman https://www.investigativeproject.org/documents/26-zaid-naman-on-the-brotherhood-in-america.pdf
[203] <u>See</u> https://www.imdb.com/title/tt1527211/
[204] <u>See</u> Adel Imam biography https://www.imdb.com/name/nm0408054/ , https://en.wikipedia.org/wiki/Adel_Emam
[205] <u>See</u> Movie https://youtu.be/cAOvN4hbHSE
[206] <u>See</u> a system (MBH) https://youtu.be/cAOvN4hbHSE?t=1926 vs. a system (Secular) https://youtu.be/cAOvN4hbHSE?t=2606
[207] <u>See</u> https://youtu.be/cAOvN4hbHSE?t=4850

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

In the movie, the MBH lawyer wanted the help of his friend from inside the government in term of power. It was about returning a favor because the MBH lawyer mobilized people through religion to help his secular friend for an elected official to win re-election. So now the MBH lawyer was asking for the returned favor; that favor was to win elections within the government itself in term of elections in different sectors i.e., Science, Lawyers, and Medicine. From this point onward, the debate started between them:

> The secular lawyer told him ―You're asking for the impossible" He added ―You have to know who I am and who you are now. You're a party that doesn't know how to form a government and we are a government that doesn't know how to become a party." His MBH friend replied ―but in the end we are friends." However, his secular lawyer replied ―not at the cost of the country."

In the movie, they both argued. The secular lawyer told him ―The government is smart, it is letting you engage in politics and do as you please to show they are for democracy" and the MBH replied ―and we love this democracy." The secular lawyer told him how he returned the favor by protecting him several times from the inside. He told him ―You have to know that you're safe because of me" and the MBH lawyer replied ―and you're in wealth because of me."

The MBH lawyer told him once he is out of the government; he has no place to go, so it is better to be with them rather than against them. The MBH lawyer told his friend ―rest assure we will win the battle in the end" and the secular lawyer replied ―That is Satan's dream to go to heaven" meaning impossible for them to win power. They both ended up departing when they told each others, each know a lot about the other.

Towards the end of the movie, both lawyers were arrested, one on a corruption charge (he was setup because some within the government feared he can expose them) and another on terrorism charge. Both ended up in the same prison pending appeals to get out, looking at a soccer ball on who will shoot it first, they both end up shooting it, breaking the **<u>World</u>**.[208]

The Muslim Brotherhood has proven over time to use both soft and hard powers; soft powers in term of lobbying members of congress in pursuit of their political agenda with the help of Turkey and Qatar.[209] And hard power through terrorism and we call that evil that the Lord, God rejects.

Members of congress who continue to support organizations linked to the Muslim Brotherhood thinking that they are fighting for civil rights, should know that they are accepting *blood money* by promoting groups like CAIR (Council on American Islamic Relations) that does not understand how to read their own Quran.[210] CAIR loves what the United States can offer them based on its Christian faith but they fail to call for major reforms because they like the use of political Islam under the banner of religion freedom; they do not know how to love.

---

[208] See https://youtu.be/cAOvN4hbHSE?t=6702
[209] See https://clarionproject.org/members-of-congress-endorse-cair/ , see https://clarionproject.org/muslim-brotherhood-lobbies-congress/ , and see https://clarionproject.org/heres-a-list-of-100-members-of-congress-supporting-cair/ , see list of lobbied senators and representatives supporting CAIR (Counsel on American Islamic Relation) https://www.investigativeproject.org/documents/1002-2018-letters-of-support-for-cair.pdf
[210] See https://youtu.be/lFimy3QXqSc

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

| List of Churches Burned or Damaged since 2013 | Locations in Egypt |
|---|---|
| 1. Al-Amir Tadros Coptic Church | Minya city |
| 2. Al-Anba Mousa Church | Minya city |
| 3. Evangelical Church | Minya city |
| 4. Al-Rasuliya Apostolic Church | Minya city |
| 5. Mar Meena Coptic Church | Minya city |
| 6. Mar Meena Church | Minya – Bani Mazar |
| 7. Evangelical Church | Minya – Bani Mazar |
| 8. Baptist Church | Minya – Bani Mazar |
| 9. Saints Mary and Ibram Coptic Church | Minya – Dalga |
| 10. Al-Mashyakhiya Evangelical Church | Minya – Malawi |
| 11. Good Shepherd Catholic Church and School | Minya – Malawi |
| 12. Mar Yohanna Church | Asyut city |
| 13. Adventist Church | Asyut city |
| 14. Al-Rasuliyya Church | Asyut city |
| 15. Mar Gergas Coptic Church | Asyut city |
| 16. al-Qowsiyya Bishopric and Chruch | Asyut city |
| 17. Evangelical Church | Asyut city |
| 18. St. Therese Church | Asyut city |
| 19. Nahdet al-Qadasa church | Sohag city |
| 20. St. George Coptic Church and Diocesan Office | Fayum city |
| 21. St. Mary Church | Fayum – al-Manzala |
| 22. St. Mary Church | Fayum – al-Manzala |
| 23. Al-Amir Tadros al-Shatbi Church | Fayum – al-Zurbi Village |
| 24. Al-Shaheeda Damyana Church | Fayum – al-Zurbi Village |
| 25. Evangelical Church | Fayum – al-Sarg, Ebshway |
| 26. Al-Amir Tadros Church | Giza – Kirdassa |
| 27. Al-Mallak Church | Giza – Deir Hakim |
| 28. St. Mary Church | Giza – Atfih |
| 29. Karmet al-Rosul Church | Giza – al-Mansouriya |
| 30. St. Mary Church | Suez city |
| 31. Al-Younaniyya al-Qadeema Church | Suez city |
| 32. Good Shepherd Catholic Church and School | Suez city |
| 33. Saviour's Anglican Church | Suez city |
| 34. Franciscan Church and School | North Sinai – Al-Areesh |
| 35. Mar Gerges Church | Bani Suef – al-Wasita |
| 36. Mar Gerges Church Services Building | Bani Suef city |
| 37. Franciscan Catholic Church and School | Asyut city |
| | Asyut city |
| | Asyut city |
| | Helwan city |
| | Cairo – Ezbet al-Nakhl |

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

In order to combat political Islam, limit religious persecutions, and promote tolerance, the Arab World must reform their regulations and laws pertaining to Islam i.e., (1) Anti-Blasphemy Laws, (2) Anti-Conversion Laws, (3) Registration Laws, and (4) Anti-Extremism Laws.[211]

Labeling islamists or extremists as ―terrorists" have little to no affect on their status; in fact, they take pride in being called terrorists, for they think waging religious wars will bring them closer to the Lord, God. However, labeling islamists and extremists as ―apostates" or in Arabic 'مرتد' have a profound effect in preventing others from following them, especially when religious universities such as the Al-Azhar explain and issue such a decree.[212]

Egypt being the heart of the Arab World or as we call it the ―mother of all lands" created a profound cinema that affects the lives of many Arabs in the Arab World, a free secular cinema; not a controlled cinema. The heart of Egypt's cultures is its independent Cinema.[213]

El Gouna is an Egyptian tourist resort, owned by Samih Sawiris (a Coptic Billionaire) and developed by Orascom Hotels and Development, dating from 1989. It is located on the Red Sea in the Red Sea Governorate of Egypt, 20 kilometers (12 miles) north of Hurghada. It is part of the Red Sea Riviera, and a host city of the El Gouna Film Festival.[214]



*Inspire Middle East El Gouna Film Festival brings regional & international stars to Egypt.*[215]

---

[211] See https://missionsbox.org/news/4-laws-used-against-persecuted-christians/
[212] See https://www.al-monitor.com/pulse/en/originals/2015/02/azhar-egypt-radicals-islamic-state-apostates.html
[213] See https://youtu.be/yiCrJ7Y_dxI , https://youtu.be/1MLNoxDwhQs , https://youtu.be/ejvpVhvKesM
[214] See https://en.wikipedia.org/wiki/El_Gouna , see https://www.elgouna.com/ , See Samih Sawiris https://en.wikipedia.org/wiki/Samih_Sawiris , see Nagib Sawiris https://en.wikipedia.org/wiki/Naguib_Sawiris
[215] See https://www.euronews.com/2018/10/05/el-gouna-film-festival-brings-regional-international-stars-to-egypt

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Al Gouna Film Festival should be a direct link to promote the cooperation between Hollywood and Egypt's Cinema wherein, many Hollywood movie stars attended the event in 2019.[216]

Egypt's recent Pharaoh's Golden Parade along with reminding Jews of the 10th commandments.[217]



*Egypt"s new identity; the forgotten identity "Blessed is Egypt my people".[218]*

---

[216] See http://elgounafilmfestival.com/ , see https://twitter.com/ElGounaFilm , see Al Gouna festival in 2019 https://youtu.be/-hgItzXjwPA , see https://youtu.be/-tfrBJhLvG0 see https://youtu.be/oYbm5C3UiX4
[217] See https://youtu.be/RuOe4I8nsW8?t=179 see https://youtu.be/RuOe4I8nsW8?t=225
[218] See entire parade https://youtu.be/6kaf0LxcVV4 , https://youtu.be/6kaf0LxcVV4?t=238 see also https://youtu.be/sYDzynh5iCY

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XIX. FAITH AS SMALL AS A MUSTARD SEED: THE MOVING OF THE MOUNTAIN

Because of your unbelief; for assuredly, I say to you, if you have faith as a mustard seed, you will say to this mountain, 'Move from here to there,' and it will move; and nothing will be impossible for you [Matthew 17:20].[219]

## A. THE INCIDENT WHICH PAVED THE WAY FOR THE MIRACLE

Al-Mu'iz Li Din-Illah the Fatimid was fond of literary gatherings and much interested in religious controversies. He used to rally the religious leaders of the Muslims, the Christians, and the Jews and let them debate in his presence, and stipulated that this should be carried out with neither anger nor contention.

There was a Jew in the retinue of Al-Mu'iz who espoused Islam in order to be assigned a minister. This man's name was Jacob Ibn Killis.[220]

In spite of the fact that he espoused Islam, he still sided with Judaism, because he did not adopt Islam out of belief in it, but for the sake of the governmental office. Now this Jew hated Christians very much, especially because he had a Christian rival who was dear to the caliph. This Jew feared that the caliph would appoint the Christian as minister instead of him. This man's name was Quzman Ibn Mina, and had the title ─Abul Yumn" (The fortunate one).



So, Jacob Ibn Killis the Jew called to him another Jew named Moses and wanted him to debate with the Patriarch Abram in the court of the caliph Al-Mu'iz. The caliph sent a message to the Patriarch, saying, ─If you want to debate the Jews someday, whether yourself or through one of the bishops you choose, come to my house and join issue with them in my presence."

So Pope Abram set a date for the debate, and took along with him Anba Sawirus Ibn Al-Muqaffaa the bishop of Ashmunin (in Upper Egypt), who was one of the church scholars in his generation.

*Jacob Ibn Killis*

---

[219] See https://www.copticchurch.net/bible?r=Matthew+17%3A20&version=NKJV&showVN=1
[220] See Biography https://en.wikipedia.org/wiki/Ya%27qub_ibn_Killis, see
http://www.ismaili.net/histoire/history05/history542.html

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

When the caliph was seated, together with the Jewish minister Ibn Killis and his friend Moses, he said to the Pope, —Speak my reverent Pope, or otherwise grant your companions the permission to talk." So the Pope said to Sawirus the bishop of Ashmunin, —Speak my son, and the divine wisdom grant you wisdom."

Anba Sawirus said in spiritual prudence: (The First Debate).[221]

- —It is not proper to address a Jew in the presence of the caliph."
- Moses, the minister's companion, was enraged and said, —You are insulting me in the hearing of the prince of the believers [the title of the caliph among Muslims], since you describe me as ignorant."
- Anba Sawirus asked him calmly, —What if I furnish the proof for your ignorance, will you not be angry?"
- The caliph interfered out of tolerance, and eloquently, —There is no need to be angry in the discussion; freedom is vouchsafed for each of you so that you may express each his own opinion frankly and without embarrassment."
- Anba Sawirus said confidently, —Well, it is not I that call you ignorant; it is rather a great prophet of yours, who had a special favor from God, who witnesses against you."

Moses the Jew asked him, —And who can this prophet be?" Anba Sawirus answered immediately; it is Isaiah the prophet, who said,

Hear, O heavens, and give ear, O earth, for the Lord has spoken; Children I have raised and exalted, yet they have rebelled against Me. An ox knows his owner and a donkey his master's crib; Israel does not know, my people does not consider [Isaiah 1:2-3].[222]

The caliph burst out laughing, for he was impressed by Anba Sawirus' prudence and skill of speech. Then the caliph asked Moses the Jew, —Are these really the words of Isaiah?" Moses said, with pent-up anger, —Yes, sir." And the Caliph said, —Behold a great prophet of yours has announced that the animals have more understanding that you do."

The caliph was still under the intoxicating effect of the brilliance of this joke, and decided to end the session, having heard enough for the day.

## B. THE MALICIOUS PLOT

This sharp debate upset the minister Ibn Killis and his other Jewish companion Moses so much that they decided to take revenge on Anba Abram and Anba Sawirus by devising a plot that would *destroy the Copts altogether*. For this reason, the Jew started to search the New Testament looking for something to help him in his malicious purpose. He chanced upon the verse that the Lord Jesus has said in Matthew 17:20, which says: —If you have faith as small as a mustard seed, you can say to this mountain, `Move from here to there,' and it will move. Nothing will be impossible for you."

---

[221] See the 1st debate scene https://youtu.be/G3rymeKazFo?t=3096
[222] See https://www.chabad.org/library/bible_cdo/aid/15932

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Moses the Jew and the minister Ibn Killis hastened to the caliph Al-Mu'iz and said to him: (The second Debate).[223]

We have found it written in the book of the Christians:

> If you have faith as small as a mustard seed, you can say to this mountain, `Move from here to there,' and it will move. Nothing will be impossible for you [Matthew 17:20].[224]

So it is our right to demand them to prove that their religion is right by means of this. If they cannot, they should be punished for the invalidity of their religion. The caliph kept silent and was mulling over this verse, thinking to himself that if the words of the New Testament were true, then this would be a golden opportunity to remove the mountain that was perched to the east of the new city (Cairo) so that it could stretch further east and would enjoy a terrific site, since the mountain was bordering Birket Elphil before it got removed.

But if they proved unable to carry this out, this would be a cogent proof that the religion of the Christians was wrong, so should be done away with completely. The caliph Al-Mu'iz sent for Anba Abram the Syrian, who came to him and talked with him concerning this verse. He told him that he had to choose between these four alternatives:

1) To fulfill this commandment and move the eastern part of the Mokattam; or
2) To espouse Islam and abandon Christianity on the account that it is invalid; or
3) To leave Egypt and immigrate to another country; or
4) To be smitten by the sword altogether.

The Patriarch kept silent, and was praying in his heart for the Lord to guide him in this ordeal. Then he asked the caliph to give a three day respite, after which he would give him an answer.

## C. CALLING FOR A FAST

The Pope was very unhappy when he returned to his seat, and issued a public statement ordering all the Christians in Egypt to fast for three days from down, till sunset, and to lift up fervent prayers for the safety of the church, that God might deliver it from the impending ordeal. What a spiritual insight and heavenly wisdom is that which turns to God in such hard circumstances and distresses!

Thereafter, the Pope went to the famous church of Saint Mary, which is known as ―The Suspended Church‖ and called for the bishops who were present in Old Cairo, together with the archdeacons and the monks to tell them what had happened between the caliph and himself. He said to them, ―we are to fast and pray these three days which I have asked of the caliph as respite, so that the Lord may show mercy upon us in His grace, and provide us a way of deliverance.‖

All the people responded to the calling of the Pope, and the Coptic people fasted throughout the land of Egypt. Masses were held and prayers and supplications for this ordeal through which the

---

[223] See the 2nd debate scene https://youtu.be/G3rymeKazFo?t=3791
[224] See https://www.copticchurch.net/bible?r=Matthew+17%3A20&version=NKJV&showVN=1

*I came to complete not to refute. I came light to the World.* <u>Jesus Christ</u>

church was going. Pope Anba Abram, together with some bishops, priests, monks and archdeacons confined themselves to the Suspended Church of Saint Mary during those three days.

## D. THE VIRGIN MARY APPEARED TO THE POPE

The third day at dawn, the Pope dozes off for a short while, saw the Virgin Mary, and heard her say to him, ―What is the matter with you?" The Pope answered, ―You know, lady of the heavenly and earthly beings."

She said to him, ―Fear not, faithful shepherd, for your tears which you have shed in this church, and the fasts and the prayers which you and your people have offered up shall not be forgotten. Now, get out through the Iron Gate that leads to the market-place and, when you are on your way out, you will find a *one-eyed man* in front of you carrying a jar of water. Take hold of him; for he is the man by whom the miracle will take place."

As soon as the Virgin Mary said this, she was hidden from the sight of the Pope, who woke up from his sleep wondering.

## E. THE SUPERNATURAL MIRACLE

The Patriarch told the caliph Al-Mu'iz Li Din Illah that he was ready to carry out his request by the grace of God. The caliph went out on the back of his steed, having with him several men of his retinue, his great men of honor, and his soldiers. He met the Patriarch and a great number of bishops, priests, deacons, archdeacons, the common people, and among these was Saint Samaan the Tanner. The two parties stood opposite one another on the mountain as Saint Samaan told them.

After administering the holy sacraments which the Pope and the bishops lifted up, the people repeated with a broken spirit and a crushed heart the "Kyrie Eleison" (heve mercy, Lord) prayer, four hundred times; 100 to the east, another to the west, another to the north, and another to the south.

Then they kept silent for a moment between the hands of the Most High. And they started to worship and stand up three times, while the Patriarch drew the sign of the cross. And behold a great earthquake swept over the mountain, and at each worship the mountain was thrust down, and every time they stood up the mountain would rise up and the sun would be seen from under it. And every time it would go back to its place.[225]

When the miracle took place, the caliph Al-Mu'iz panicked and feared, together with all the multitudes that gathered with him; he cried out at the top of his voice, ―God is great; may His name be blessed." And he entreated the Pope to stop what he was doing; otherwise the city would be overthrown. When the things calmed down once more, he said to the Pope:

―You have proven that your faith is a true one."

---

[225] <u>See</u> the scene https://youtu.be/G3rymeKazFo?t=4905

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*Saint Tanner Monastery and Church where the miracle took place.*[226]



## XX. WAS HISTORY THE WORK OF HUMANS OR GOD: THE EYES THAT SEE

Blessed are the eyes which see the things you see; for I tell you that many prophets and kings have desired to see what you see, and have not seen it, and to hear what you hear, and have not heard it [Luke 10:23-24].[227]

---

[226] See https://www.samaanchurch.com/en/home
[227] See https://www.copticchurch.net/bible?r=Luke+10%3A23-24&version=NKJV&showVN=

*I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## A. THE SIX DAY WAR

Mizrahi Jews are descendants of local Jewish communities in the Middle East and North Africa from biblical times into the modern era use to live happily with Arabs and Christians.[228]

However, after the six day war, Arabs started to view Mizrahi Jews as traitors and many immigrated to Europe and the United States, and only after many European Jews made aliyah to Israel while bringing all the traumas of the holocaust and the ugliness of mankind to Israel. Do not say the Jews were victims, they at the time chose evil over good.[229]

The Coptic people stayed in their land but the Jewish people left, here you can find the great parable and why. When God took the lives of the firstborn, he did it because of Pharaoh's stubbornness, and Jews celebrate this in their Passover.[230] One could say but the Children had nothing to do with their Pharaoh and his stubbornness, true but God wanted humans to understand how he passes judgments for many to see and understand.

The Lord, God said concerning Egypt

Then Moses said, —Thus says the Lord: 'About midnight I will go out into the midst of Egypt; and all the firstborn in the land of Egypt shall die, from the firstborn of Pharaoh who sits on his throne, even to the firstborn of the female servant who is behind the handmill, and all the firstborn of the animals" [Exodus 11:4-5].[231]

The Lord, God also said concerning the 12 Israelite tribes

> I will scatter you among the nations and fling you out into the lands and I will make your impurity completely disappear out of you [Ezekiel 22:15].[232]

During the Six Day War, Egypt was not ready, Israeli planes came down on the Egyptians killing them in a surprise attack, many soldiers died, and Israel took Sinai during the 6 days war while President Gamal Abdel Nasser offered to resign in a public speech but the Egyptians asked him to stay because he was loved by his people.[233]

The first and most critical move of the conflict was a surprise Israeli attack on the Egyptian Air Force. Initially, both Egypt and Israel announced that they had been attacked by the other country. On 5 June at 7:45 Israeli time, as civil defense sirens sounded all over Israel, the IAF launched Operation Focus (Moked). All but 12 of its nearly 200 operational jets launched a mass attack against Egypt's airfields. The Egyptian defensive infrastructure was extremely poor, and no airfields were yet equipped with hardened aircraft shelters capable of protecting Egypt's

---

[228] See Mizrahi Jews https://en.wikipedia.org/wiki/Mizrahi_Jews
[229] See Documentary https://youtu.be/3zWT71FnA_I
[230] See https://youtu.be/HXmru6NrSAY
[231] See https://www.copticchurch.net/bible?r=Exodus+11%3A4-5&version=NKJV
[232] See https://www.chabad.org/library/bible_cdo/aid/16120#v15
[233] See Gamal Abdel Nassar Speech https://youtu.be/R_fZG6_SDus

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

warplanes. Most of the Israeli warplanes headed out over the Mediterranean Sea, flying low to avoid radar detection, before turning toward Egypt. Others flew over the Red Sea.[234]

## B. BAHR EL-BAQAR PRIMARY SCHOOL BOMBING

The Bahr el-Baqar primary school in the Egyptian village of Bahr el-Baqar south of Port Said, in the eastern province of Sharqia was bombed by the Israeli Air Force on 8 April 1970, killing 46 children.[235]

Of the 130 children who attended the school, 46 were killed and over 50 wounded. The school itself was completely demolished. The attack was carried out by Israeli Air Force F4 Phantom II fighter bombers, at 9:20 am on Wednesday April 8. Five bombs and two air-to-ground missiles struck the single-floor school, which consisted of three classrooms. The attack is considered to be a human error on the Israeli side and was conducted as part of a series of deep penetration strikes named Operation Priha, Israel said it was under the impression that the school was an Egyptian military installation.

## C. THE APPARITION OF VIRGIN MARY

The first major incident of violence against Copts occurs when a group of angry Muslims attacks a church in the Upper Egyptian city of Luxor. The incident constitutes the beginning of two trends: attacks against Copts taking the form of attacks against churches and sectarian tensions being centralized in Upper Egypt, home to a large community of Christians. The attack took place during the time of President Gamal Abdel Nasser, whose rule has not translated into overwhelming gains to the Christian rural communities, unlike their Muslim counterparts, who benefit from land reforms.



In its midst appeared Virgin Mary to heal the hearts of both the Copts and the Arabs for 3 consecutive years from 1968 – 1970.[236] Here the World saw a divine power compare to human's power. Here also the Lord, God allowed for the heart of Gamal Abdel Nassar, a Muslim to see true light.

When Virgin Mary appeared for 3 years in Egypt, Zeitoun from 1968 - 1970; she appeared to both Christians and Muslims, and healed both of them.[237] Virgin Mary, the daughter of Zion,

---

[234] See Six Days War https://en.wikipedia.org/wiki/Six-Day_War
[235] See https://en.wikipedia.org/wiki/Bahr_El-Baqar_primary_school_bombing , https://youtu.be/hkYFY08bTbQ
[236] See https://youtu.be/nMEWxRB-1dc?t=188
[237] See Documentary https://youtu.be/tVU8bhbQInw , see https://en.wikipedia.org/wiki/Our_Lady_of_Zeitoun , see https://www.stmaryztn.org/saintmary/en/apparition-story/apparition-photos/real-photos

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

appeared to the people of Egypt, both the Arabs who were blessed through the seed of Hagar, and the Copts —blessed is Egypt my people" because the Lord loves everyone.[238]

The Lord reigns, let the earth be glad; let the distant shores rejoice. Clouds and thick darkness surround him; righteousness and justice are the foundation of his throne. Fire goes before him and consumes his foes on every side. His lightning lights up the World; the earth sees and trembles. The mountains melt like wax before the Lord, before the Lord of all the earth. The heavens proclaim his righteousness, and all the peoples see his glory [Psalms 97:1-6].[239]



*President Nasser with Coptic Pope Kyrillos*

Mr. President, humanity many times fails to see the wisdom of the Lord, God in changing nations because they don't know that God's laws are different from Human's laws.

## D. THE YOM KIPPUR WAR 1973: THE EGYPTIAN REVENGE

The Yom Kippur War, also known as the 1973 Arab–Israeli War, was a war fought from October 6 to 25, 1973, by a coalition of Arab states led by Egypt and Syria against Israel.[240]

The war began when the Arab coalition launched a joint surprise attack on Israeli positions, on Yom Kippur, the holiest day in Judaism, which also occurred that year during the Muslim holy month of Ramadan. Egyptian and Syrian forces crossed ceasefire lines to enter the Sinai Peninsula and the Golan Heights, respectively. Both the United States and the Soviet Union initiated massive resupply efforts to their respective allies during the war, and this led to a near-confrontation between the two nuclear superpowers. The war began with a massive and successful Egyptian crossing of the Suez Canal. Egyptian forces crossed the cease-fire lines, then advanced virtually unopposed into the Sinai Peninsula.

---

[238] See Book http://www.miraclehunter.com/marian_apparitions/approved_apparitions/zeitun/OLMVE.pdf
[239] See https://youtu.be/0feZQkHbCkM?t=7332
[240] See https://en.wikipedia.org/wiki/Yom_Kippur_War

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

In a documentary, prime minister Arial Sharon statement ―we cannot stop the Egyptians" a time where the morality of the Egyptian people were very high.[241] On October 22, a United Nation brokered ceasefire unraveled, with each side blaming the other for the breach. By October 24, the Israelis had improved their positions considerably and completed their encirclement of Egypt's Third Army and the city of Suez.[242] This development led to tensions between the United States and the Soviet Union, and a second ceasefire was imposed cooperatively on October 25 to end the war.[243]



*"Blessed is My people Egypt, and the work of My hands Assyria, and My heritage Israel."*[244]

President Anwar Sadat in his speech to the Israelis in the Knesset asked the following question — ―Why don't we believe in the wisdom of what God convened to us by the proverbs of King Solomon." He then quoted the bible, the Old Testament, reciting several verses.[245]

> Deceit is in the heart of those who plot evil; but to the counselors of peace there is joy [Proverbs 12:20].[246] Better is a dry morsel and quietness therewith, than a house full of sacrifices with strife [Proverbs 17:1]. Why don't we repeat together from the Psalms of David. Hear the voice of my supplications, when I cry unto thee, when I lift up my hands toward your holy sanctuary. Draw me not away with the wicked, and with the workers of iniquity, which speak peace to their neighbors, but mischief is in their hearts. Give them according to their deeds and according to the wickedness of their endeavors [Psalms 28:2-4].[247]

---

[241] See https://youtu.be/rax-YKer-qE?t=380
[242] See When Israel tried to encircle Egypt's third army https://youtu.be/4qFhvOcndQ0?t=430
[243] See President Sadat remarks https://youtu.be/2-9uZQs5dZA?t=126 , https://youtu.be/rax-YKer-qE?t=246
[244] See https://www.chabad.org/library/bible_cdo/aid/15950/jewish/Chapter-19.htm
[245] See President Anwar Sadat Speech in the Knesset https://youtu.be/CsQ0bikGkXg?t=487
[246] See https://www.chabad.org/library/bible_cdo/aid/16383/jewish/Chapter-12.htm
[247] See https://www.chabad.org/library/bible_cdo/aid/16249/jewish/Chapter-28.htm

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The 1978 Camp David Accords that followed led to the return of the Sinai to Egypt and normalized relations — the first peaceful recognition of Israel by an Arab country.

## XXI. THE EGYPTIANS' CULTURE & THE ARAB WORLD

Mr. President, the United States can try to normalize the relationships between the leaders of the Arab world and Israel but only at the administrative level.

Mr. President, if your aim is to change the entire Middle-East's culture, you have to place a dot at the end of the line and starts from the beginning of the line; meaning the United States has to embrace the Egyptian's media and culture because it is the center of the Arab World.  In order to understand the Egyptian's culture, I will have to share with you the type of movies that were created during the times of war between Egypt and Israel.

These movies reminded the Egyptian and the Arab world of the crimes of Israel that were created by the hands of European Jews (Zionists) who took over Israel, and so you have here a clash of different cultures. These chains of events harmed the Mizrahi Jews who lived in the middle-east.

## A. MISSION IN TEL AVIV

Mr. President, one of my favorite Egyptian movies is ―Mission in Tel Aviv" and it is a story of Amal who was a spy for Israel for many years, spying on Egypt. Amal one day after seeing the kids who died at the Bahr El-Baqar Primary School Bombing at the hands of the Israelis, such a tragedy affected her heart and reminded her of her son who lives in Egypt.[248] Amal as she retells her story with the Israelis recited the **poem** related to Bahr El-Baqar School Bombing that affected her heart.[249]

P-l-a-n-t-i-n-g, h-a-r-v-e-s-t-i-n-g, m-u-r-d-e-r-i-n-g — murder; what do you think of the red stains, the conscious of the world my dear, a child, an Egyptian and brownish; she was the best of my students. Planting, harvesting, murdering — murder; end of the lesson.

Amal decided to quit but found herself asked for being double agent for Egypt and sent to Tel Aviv to get a tape of weaponry and strategies against her country in case of war.[250] Missions, danger and torture crossed her path.[251] The story of Amal continued when the Egyptians wanted to test her loyalty by kidnapping her from the streets of Paris, acting as the Mossad and putting her in a fear factor test to tell them what the Egyptians wanted from her but Amal passed the test and did not tell a word.[252]

Amal's mission was to gain the trust of the Israelis by tricking them into believing that she is saving them from 3 missiles that were going to hit a plane that held high Israeli cabinets.[253] The

---

[248] See https://en.wikipedia.org/wiki/Bahr_El-Baqar_primary_school_bombing ,
[249] See Movie Scene https://youtu.be/j64qxC1EcZ4?t=2185
[250] See Movie Scene https://youtu.be/j64qxC1EcZ4?t=5121
[251] See https://www.imdb.com/title/tt3834956/ , Movie https://youtu.be/j64qxC1EcZ4
[252] See Movie Scene https://youtu.be/j64qxC1EcZ4?t=3914
[253] See Movie Scene https://youtu.be/j64qxC1EcZ4?t=4451

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Israelis located all 3 missiles and the plane landed safely; making Amal the hero of Israel.[254] But her boss, Gouda who trained her to be a spy doubted Amal and all her steps.[255]

Amal makes it inside the Mossad and was able to steal all of Israel's weapons styles.[256] However, she found herself being chased by the Israeli police and was caught inside Israel before she was able to escape out of Israel.[257] Amal was subject to tortures in order to tell the Israeli what the Egyptians wanted from her but she refused to tell them anything. Until rescue came from inside the Jail cell and Amal was able to escape with the aid of Egypt, helping her escape from a hospital, inside a coffin that traveled from Israel to different countries, and then landing in Egypt.[258] The movie ends with a quote from President Anwar Sadat, saying:

> There will come a day, when we sit down, to tell and retell, how the bravery came out of this population, carrying the feelings of light, to light the roads, in order for their mothers to cross the bridge between despair and hope.[259]

## B. 48 HOURS IN ISRAEL

Another popular Egyptian movie is ―48 Hours in Israel" which tells the story of an Egyptian agent who disappears in Greece for holding secret information about Israel and his sister reach out to find him. Ended up in spying and conspiring cycle between the two countries; Egypt and Israel.[260] Both movies were lead by a popular Egyptian actress, Nadia Al Gendi.[261]

## C. RAAFAT AL HAGGAN TV SERIES

A popular Egyptian TV Series is telling of the real story of the famous Egyptian spy Raafat al Haggan who was trained and sent from Egypt to infiltrate Israeli society as a Jew before the October war between Egypt and Israel.[262] The TV series is divides into multiple series which shows the life story of Raafat al Haggan who saved Egypt multiple times starting with the Lavon Affair.[263]

> The Lavon affair was a failed Israeli covert operation, code named Operation Susannah, conducted in Egypt in the summer of 1954. As part of the false flag operation, a group of Egyptian Jews were recruited by Israeli military intelligence to *plant bombs* inside *Egyptian*, *American*, and *British* owned civilian targets: cinemas, libraries, and American educational centers.[264]

---

[254] <u>See</u> Movie Scene https://youtu.be/j64qxC1EcZ4?t=5072
[255] <u>See</u> Movie Scene https://youtu.be/j64qxC1EcZ4?t=6013
[256] <u>See</u> Movie Scene https://youtu.be/j64qxC1EcZ4?t=6050
[257] <u>See</u> Movie Scene https://youtu.be/j64qxC1EcZ4?t=6573
[258] <u>See</u> Movie Scene https://youtu.be/j64qxC1EcZ4?t=7045 , <u>see</u> https://youtu.be/j64qxC1EcZ4?t=7239
[259] <u>See</u> Movie Scene https://youtu.be/j64qxC1EcZ4?t=7338
[260] <u>See</u> https://www.imdb.com/title/tt2186669/ , Movie https://youtu.be/VsmYmIaAL1w
[261] <u>See</u> Biography https://www.imdb.com/name/nm1597002/ , https://en.wikipedia.org/wiki/Nadia_Al-Gindi
[262] <u>See</u> https://www.imdb.com/title/tt7302168/ , <u>see</u> biography https://en.wikipedia.org/wiki/Refaat_Al_Gammal
[263] <u>See</u> TV Series trailers https://youtu.be/6BOfempTHJE , https://youtu.be/HZdO69Sye84
[264] <u>See</u> https://en.wikipedia.org/wiki/Lavon_Affair

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

The top-secret cell, **Unit 131**, which was to carry out the operation, had existed since 1948 and under Aman since 1950. At the time of Operation Susannah, Unit 131 was the subject of a bitter dispute between Aman (military intelligence) and Mossad (national intelligence agency) over who should control it. Unit 131 operatives had been recruited several years earlier, when the Israeli intelligence officer Avraham Dar arrived in Cairo under the cover of a British citizen from Gibraltar named John Darling. He had recruited several *Egyptian Jews*, known as sayanim (Hebrew: סייענים), who had also previously been active in helping Jews flee to Israel, activities that Egypt deemed illegal, and trained them for covert operations.

Aman decided to activate the network in the spring of 1954. On 2 July, the cell detonated bombs at a post office in Alexandria, and on 14 July, it bombed the libraries of the U.S. Information Agency in Alexandria and Cairo, and a British-owned theater. The homemade bombs, consisting of bags containing acid placed over nitroglycerine, were inserted into books, and placed on the shelves of the libraries just before closing time. Several hours later, as the acid ate through the bags, the bombs would explode. They did little damage to the targets, and caused no injuries or deaths.

Before the group began the operation, Israeli agent Avri Elad (Avraham Seidenwerg) was sent to oversee the operations. Elad assumed the identity of Paul Frank, a former SS officer with *Nazi underground connections*. Avri Elad allegedly informed the Egyptians, resulting in the Egyptian intelligence agency following a suspect to his target, the Rio Theatre, where a fire engine was standing by. Egyptian authorities arrested this suspect, Philip Natanson, when his bomb accidentally ignited prematurely in his pocket. Having searched his apartment, they found incriminating evidence and names of accomplices to the operation. Several suspects were arrested, including *Egyptian Jews* and *undercover Israelis*.

In his diaries, Raafat al Haggan mentioned that he joined **Unit 131**, which was to carry out the operation, along with many names which later proved to be of great importance, such as Eli Cohen, an Israeli spy who became an adviser to the defense minister in Syria. Al-Haggan had the major role in the discovery and arrest of the unit. Later, Cohen was discovered by Syrian counter-espionage experts that caught him in the act of sending a radio message after large amounts of radio interference brought attention. Israel admitted responsibility in 2005.[265]

## D. THE PASSAGE (2019)

Mr. President, here we are in the year 2019 and we see a recent movie "The Passage" retelling the war between Egypt and Israel.

The movie speaks about the events that happened starting with June 5, 1967 till the victory of 6th October 1973, and the war of attrition lead by the qualified war commander "Nour" who is

---

[265] See https://www.ynetnews.com/Ext/Comp/ArticleLayout/CdaArticlePrintPreview/1,2506,L-3065838,00.html

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

played by Ahmed Ezz.[266] Haaretz wrote about the movie but what Haaretz writer missed is don't judge, so you won't be judged because no one is righteous.[267]

In a particular scene, it shows the rift between the Arabs and the Jews, it was about status, pride, and injustice. What Sarah did to Hagar. Mr. President, for that reason the Abraham Accord came at the hands of Mark, not Jared Kushner; for that man lacked an understanding hearts.[268]

From the movie, the Passage came a particular scene between an Israeli Captain and an Egyptian Captain. The Mission was a rescue mission, to destroy enemy's territories and retrieve the hostages and when possible capture some of the enemies. Here the Egyptian army captured an Israeli captain and the conversation went as follow:

- Israeli captain: You are their Captain, right?
- Israeli captain: If you let me go, I will let you go free back to Egypt.
- Egyptian captain: I trust you, so you want to tell me, you don't want war.
- Israeli captain: That is right.
- Egyptian captain: Now remember these words so you can tell them to the entire World.
- Israeli captain: We all believed in one God and God said in the Torah that this land is for the seed of Abraham and we are the children of Isaac.
- Egyptian captain: Yes true, in the book of genesis it said so but you forgot one thing. You always forget that Ishmael came first, the father of the Arabs. And when you disobeyed God, he scattered you across the World. Isn't that also the words of the Torah!?



*Arabs!* <u>Continue</u> *producing movies in Arabic with English subtitles to re-educate the* <u>West</u>

---

[266] See https://www.imdb.com/title/tt10443808/
[267] See https://www.haaretz.com/middle-east-news/egypt/.premium-in-egypt-nationalism-is-always-on-the-agenda-even-in-film-1.7499718. See movie trailer (English Sub) https://youtu.be/LAdpNREHqNg , https://youtu.be/tEA65DeF360
[268] See the scene https://dai.ly/x7m529t?start=735 , movie https://ok.ru/video/1701708892892

—*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXII. THE FALL OF DONALD J. TRUMP: WHEN HE PROVOKED GOD TO ANGER

As wise as Solomon was, his richest, wisdom, and women brought him destruction and God rejected him as king when he forgot the Lord, God.[269]

Former President Donald J. Trump wanted to please both Men and God, and God said you can't serve two Masters. Either you serve God or you serve men. Former President Donald Trump was warned many times by me, for the Voice of God came to him through me, and yet he didn't heed to God's voice and just as I told him in my last letter to him, the 19th letter. God did indeed reject Donald Trump as a king, and he was not re-elected as the President of the United States of America.

Not only that, Donald Trump relied on Sheldon Adelson's wealth.[270] However, before former President Trump left office, the Lord, God took the life of Sheldon Adelson's and he became a Giant in his own eyes —from dust he came and from dust he returned." For what profits a man if he gains the whole World but loses his own soul.



*This is the Parable: Sheldon Adelson could not save his own soul.*[271]

As the Lord, God showed the Jewish people throughout history, that their stubbornness leads to their destruction over and over across the centuries until they were scattered across the World, 12 tribes in order for God to remove their impurity for he said —And the Lord will *scatter you*

---

[269] See https://youtu.be/aY_rWsbru0U?t=181
[270] See videos https://youtu.be/XytkI7afHcQ?t=1958 , https://youtu.be/XytkI7afHcQ?t=2504 , https://youtu.be/XytkI7afHcQ?t=2004
[271] See https://www.nytimes.com/2021/01/12/business/sheldon-adelson-dead.html

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

<u>*among the peoples*</u>, and you will remain few in number among the nations to where the Lord will lead you" [Deuteronomy 4:27].[272]



*12 Tribes scattered across the World.*

## A. WHITE HOUSE EXECUTIVE ORDER 13899: THE IHRA DEFINITION

A definition created by the serpent to deceive many when it mentions that the Jews <u>did not</u> kill Jesus Christ; defying the spoken truth in both the Old and the New Testaments.

It shall be the policy of the executive branch to enforce Title VI against prohibited forms of discrimination rooted in anti-Semitism as vigorously as against all other forms of discrimination prohibited by Title VI.[273]

> (i) The non-legally binding working definition of anti Semitism adopted on May 26, 2016, by the *International Holocaust Remembrance Alliance* (**IHRA**)[274], which states, ―Anti-Semitism is a certain perception of Jews, which may be expressed as hatred toward Jews. Rhetorical and physical manifestations of anti-Semitism are directed toward Jewish or non-Jewish individuals. . ."

---

[272] See https://www.chabad.org/library/bible_cdo/aid/9968#v27
[273] See https://www.federalregister.gov/documents/2019/12/16/2019-27217/combating-anti-semitism
[274] IHRA Working Definition https://www.holocaustremembrance.com/working-definition-antisemitism

*I came to complete not to refute. I came light to the World.*" Jesus Christ

- Using the symbols and images associated with classic antisemitism (e.g., claims of Jews killing Jesus

Mr. President, here you are defying God's laws by conflating it with your Men's laws, and beware of those who defy God's laws for they shall lose his blessings and I do not want to see you lose God's blessings. Please vacate this executive order or come up with a better definition which speaks about the 12 Israelite tribes of Israel if your heart so desires.[275]

> Then the Pharisees went and plotted how they might entangle Him in His talk. And they sent to Him their disciples with the Herodians, saying, "Teacher, we know that you are true, and teach the way of God in truth; nor do you care about anyone, for you do not regard the person of men. Tell us, therefore, what do you think? *Is it lawful to pay taxes to Caesar, or not?*" But Jesus perceived their wickedness, and said, "Why do you test me, you hypocrites? Show Me the tax money." So they brought him a denarius. And He said to them, "Whose image and inscription is this?" They said to Him, "Caesar's." And He said to them, "*Render therefore to Caesar the things that are Caesar's, and to God the things that are God's.*" When they had heard these words, they marveled, and left Him and went their way [Matthew 22:15-22].[276]

## B. GOD BLESS AMERICA IS NOT FOUND IN THE IHRA DEFINITION

There was a certain landowner who planted a vineyard and set a hedge around it, dug a winepress in it and built a tower. And he leased it to vinedressers and went into a far country. Now when vintage-time drew near, he sent his servants to the vinedressers, that they might receive its fruit. And the vinedressers took his servants, beat one, killed one, and stoned another. Again he sent other servants, more than the first, and they did likewise to them. Then last of all he sent his son to them, saying, "they will respect my son.' But when the vinedressers saw the son, they said among themselves, "This is the heir. Come, let us kill him and seize his inheritance.' So they took him and cast him out of the vineyard and killed him. Therefore, when the owner of the vineyard comes, what will he do to those vinedressers?" They said to Him, "He will destroy those wicked men miserably, and lease his vineyard to other vinedressers who will render to him the fruits in their seasons." Jesus said to them,

> "What then does the scripture means: "*The stone which the builders rejected has become the chief cornerstone*. This was the Lord's doing, and it is marvelous in our eyes"? "Therefore I say to you, the kingdom of God will be taken from you and given to a nation bearing the fruits of it. And whoever falls on this stone will be broken; but on whomever it falls, it will crush him to dust" [Mathew 21:33-44].[277]

> Open to me the gates of righteousness; I will go through them, and I will praise the Lord. This is the gate of the Lord, through which the righteous shall enter. I will praise you, for

---

[275] See https://en.wikipedia.org/wiki/Twelve_Tribes_of_Israel
[276] See http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+22%3A15-22&version=NKJV&btn=View
See https://youtu.be/0feZQkHbCkM?t=4957
[277] See http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+21%3A33-44&version=NKJV&btn=View
See the scene https://youtu.be/0feZQkHbCkM?t=4862 // https://youtu.be/0feZQkHbCkM?t=4936

*⎯I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

you have answered me, and have become my salvation. *<u>The stone which the builders rejected has become the chief cornerstone</u>* [Psalms 118:19-22].[278]

## C. THE DAY OF THE LORD: THE SON OF MAN

God said to Moses, ⎯I *am who I am*." And He said, ⎯Thus you shall say to the children of Israel, 'I AM has sent me to you.'" [Exodus 3:14].[279] A voice calls, ⎯In the desert, clear the way of the Lord, straighten out in the wilderness, a highway for our God." Every valley shall be raised, and every mountain and hill shall be lowered, and the crooked terrain shall become a plain and the close mountains a Champaign. And the glory of the Lord shall be revealed, and <u>all flesh</u> together shall <u>see</u> that the <u>mouth of the Lord spoke</u> [Isaiah 40:3-5].[280]



Behold I send my angel, and he will clear a way before Me. And suddenly, the Lord Whom you seek will *<u>come to his Temple</u>*. And behold! The angel of the covenant, whom you desire, is coming, says the Lord of Hosts [Malachi 3:1].[281]



*The Great I am*

[278] See https://www.chabad.org/library/bible_cdo/aid/16339#v19
[279] See http://www.copticchurch.net/cgibin/bible/index.php?r=Exodus+3%3A14&version=NKJV&btn=View , see the scene between Moses and God https://youtu.be/6ds9y3lJGig?t=122
[280] See https://www.chabad.org/library/bible_cdo/aid/15971 See the scene https://youtu.be/0feZQkHbCkM?t=887
[281] See https://www.chabad.org/library/bible_cdo/aid/16221/jewish/Chapter-3.htm

―*I came to complete not to refute. I came light to the World.*" Jesus Christ

Then the Jews said to him, ―Now we know that you have a demon! Abraham is dead, and the prophets; and you say, 'If anyone keeps my word he shall never taste death.' Are you greater than our father Abraham, who is dead? And the prophets are dead. Whom do you make yourself out to be?" Jesus answered, ―If I honor myself, my honor is nothing. It is my Father who honors me, of whom you say that he is your God. Yet you have not known him, but I know him. And if I say, 'I do not know him,' I shall be a liar like you; but I do know him and keep his word. Your father Abraham rejoiced to see my day, and he saw it and was glad." Then the Jews said to him, ―You are not yet fifty years old, and have you seen Abraham?" Jesus said to them, ―Most assuredly, I say to you, *before Abraham was, I AM*" [John 8:46-59].[282]

Who would have believed our report, and to whom was the arm of the Lord revealed?

And he came up like a sapling before it, and like a root from dry ground, he had neither form nor comeliness; and we saw him that he had no appearance. Now shall we desire him? *Despised and rejected by men*, a man of *pains* and accustomed to illness, and as one who hides his face from us, despised and we held him of no account. Indeed, *he bore our illnesses*, and our pains-he carried them, yet we accounted him as plagued, smitten by God and oppressed. But he was *pained because of our transgressions*, *crushed because of our iniquities*; the chastisement of our welfare was upon him, and *with his wound we were healed*.

We all went astray like sheep, we have turned, each one on his way, and the Lord accepted his prayers for the iniquity of all of us. He was oppressed, and he was afflicted, yet *he would not open his mouth*; like *a lamb to the slaughter* he would be brought, and like a ewe that is mute before her shearers, and he would not open his mouth. From imprisonment and from judgment he is taken, and his generation who shall tell? For he was cut off from the land of the living; because of the transgression of my people, a *plague befell them*. And he gave *his grave to the wicked*, and to the wealthy with his kinds of death, because he committed no violence, and there was no deceit in his mouth. And the *Lord wished to crush him*, He made him ill; if his soul makes itself restitution, he shall see children, he shall prolong his days, and God's purpose shall prosper in his hand.

From the toil of his soul he would see, he would be satisfied; with his knowledge My servant would vindicate the just for many, and their iniquities he would bear. Therefore, I will allot him a portion in public, and with the strong he shall share plunder, because he poured out his soul to death, and with transgressors he was counted; and he *bore the sin of many*, and interceded for the transgressors [Isaiah 53].[283]

## D. THE JEWS DID ASK FOR JESUS CHRIST TO BE CRUCIFIED

At daybreak all the elders of the people assembled, including the leading priests and the teachers of religious law. Jesus was led before this high council, and they said,

---

[282] See http://www.copticchurch.net/cgibin/bible/index.php?r=John+8%3A46-59&version=NKJV&btn=View , see https://youtu.be/YQWCb-oIn54 See The Gospel of Kingdom https://youtu.be/xmFPS0f-kzs See also https://youtu.be/tEBc2gSSW04?t=155
[283] See https://www.chabad.org/library/bible_cdo/aid/15984/jewish/Chapter-53.htm

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

─Tell us, are you the Messiah?" But he replied, ─If I tell you, you won't believe me. And if I ask you a question, you won't answer. But from now on the Son of Man will be seated in the place of power at God's right hand." They all shouted, ─So, are you claiming to be the Son of God?" And he replied, ─You say that I am." ─Why do we need other witnesses?" they said. ─We ourselves heard him say it" [Luke 22:63-71].[284]

Then the whole multitude of them arose and led Him to Pilate. What do you want here at this hour of the morning? Asked Pilate and they began to accuse Jesus, saying,

─We found this fellow perverting the nation, and forbidding to pay taxes to Caesar, saying that He Himself is Christ, a King." Then Pilate asked Him, saying, ─Are You the King of the Jews?" He answered him and said, ─It is as you say." So Pilate said to the chief priests and the crowd, ─I find no fault in this Man." But they were the more fierce, saying, ─He stirs up the people, teaching throughout all Judea, beginning from Galilee to this place." When Pilate heard of Galilee, he asked if the Man were a Galilean. And as soon as he knew that He belonged to Herod's jurisdiction, he sent Him to Herod, who was also in Jerusalem at that time [Luke 23:1-7].[285]

Now when Herod saw Jesus, he was exceedingly glad; for he had desired for a long time to see Him, because he had heard many things about Him, and he hoped to see some miracle done by Him. Are you the king of the Jews? Who is it that you say you are? It is said by many that you can perform signs, do something for me.

Then he questioned Him with many words, but He answered him nothing. And the chief priests and scribes stood and vehemently accused Him. Then Herod, with his men of war, treated Him with contempt and mocked Him, arrayed Him in a gorgeous robe, and sent Him back to Pilate. That very day Pilate and Herod became friends with each other, for previously they had been at enmity with each other [Luke 23:8-12].[286]

Then Pilate, when he had called together the chief priests, the rulers, and the people, said to them, ─You have brought this Man to me, as one who misleads the people. And indeed, having examined him in your presence, I have found no fault in this Man concerning those things of which you accuse him; no, neither did Herod, for I sent you back to him; and indeed nothing deserving of death has been done by him. I will therefore chastise Him and release Him" (for it was necessary for him to release one to them at the feast).* And they all cried out at once, saying, ─*Away with this Man, and release to us Barabba*"-- who had been thrown into prison for a certain rebellion made in the city, and for murder.

Pilate, therefore, wishing to release Jesus, again called out to them. But they shouted, saying, ─Crucify Him, crucify Him!" Then he said to them the third time, ─Why, what evil has He done?

---

[284] See http://www.copticchurch.net/cgibin/bible/index.php?r=Luke+22%3A63-71&version=NKJV&btn=View See the scene https://youtu.be/0feZQkHbCkM?t=5788

[285] See http://www.copticchurch.net/cgibin/bible/index.php?r=Luke+23%3A1-7&version=NKJV&btn=View See the scene https://youtu.be/0feZQkHbCkM?t=5906

[286] See http://www.copticchurch.net/cgibin/bible/index.php?r=Luke+23%3A8-12&version=NKJV&btn=View See the scene https://youtu.be/0feZQkHbCkM?t=5974

*⊥came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

I have found no reason for death in Him. I will therefore chastise Him and let Him go." But they were insistent, demanding with loud voices that He be crucified. And the voices of these men and of the chief priests prevailed. So Pilate gave sentence that it should be as they requested. And he released to them the one they requested, who for rebellion and murder had been thrown into prison; but he delivered Jesus to their will [Luke 23:13-25].[287]



*And Jesus was crucified just as the prophets proclaimed, rejected by his own people . . . !*

And Judgment fell upon the House of Israel for 2000 years, with no nation.[288]

And I shall publicize my glory among the nations, and all the nations will see my judgment that I performed and my hand that I place upon them. And the House of Israel will know that I am the Lord their God from that day on. And *the nations will know* that *for their iniquity the House of Israel was exiled*, because they *betrayed me*, and I hid my face from them, and I delivered them

---

[287] See http://www.copticchurch.net/cgibin/bible/index.php?r=Luke+23%3A13-25&version=NKJV&btn=View See the scene https://youtu.be/0feZQkHbCkM?t=6077
[288] See scene https://youtu.be/0feZQkHbCkM?t=4580

*came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

into the hands of their adversaries, and they all fell by the sword. According to their defilement and according to their transgressions I did to them, and I hid my face from them [Ezekiel 39:21-24].[289]



Revelation 5: The lion of Judah, the root of David.[290]

Therefore, so said the Lord God: Now *I shall return* to the *captivity of Jacob*, and I shall have compassion on the House of Israel, and I shall be zealous for my Holy Name. And they *shall bear their disgrace* and all their treachery that they committed against me when they dwell on their land securely with no one frightening them. When I return them from the peoples and gather them from the lands of their enemies, I shall be sanctified through them before the *eyes of many nations*. And they will know that I am the Lord their God when I exile them to the nations, and I shall gather them to their land, and I shall no longer leave any of them there. And I shall no longer hide my face from them, for I shall have poured out *my spirit upon the House of Israel*, says the Lord God [Ezekiel 39:25-29].[291]

## XXIII. THE ONGOING CYCLE: WHEN ISRAEL IS GOOD AND WHEN ISRAEL IS EVIL

Mr. President, throughout the centuries, we have seen when the Jewish people did righteousness and when they commit wickedness, the *Torah* is a true testament of events which took place, and then the *Gospel* is a true testament of events which took place; then we see modern day Israel.

Hear, O heavens, and give ear, O earth, for the Lord has spoken; Children I have raised and exalted, yet they have rebelled against Me. An ox knows his owner and a donkey his master's crib; Israel does not know, my people does not consider [Isaiah 1:2-3].

---

[289] See https://www.chabad.org/library/bible_cdo/aid/16137/jewish/Chapter-39.htm#v21
[290] See http://www.copticchurch.net/cgibin/bible/index.php?r=Revelation+5&version=NKJV&btn=View
[291] See https://www.chabad.org/library/bible_cdo/aid/16137/jewish/Chapter-39.htm#v25

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



## XXIV. THE LEGACY OF THEODOR HERZL & THE REBIRTH OF ISRAEL: BOOK OF EZEKIEL

Before Theodor Herzl, there was Pastor Charles Taze Russell: A Neglected Chapter of Zionism or rather the fulfillment of the prophecy in the book of Ezekiel.[292]

Theodor Herzl published his pamphlet ―Der Judenstaat" in 1896 and, two years later, organized the World's First Zionist Congress in Basel, Switzerland. But in fact the notion of a Jewish state in Palestine had been making the rounds in European and American Christian circles, in various forms. One of its keenest proponents was a Christian preacher and Bible scholar named Charles Taze Russell (1852-1916).[293]

---

[292] <u>See</u> Highlights from the Photo-Drama of Creation (1914) - <u>https://youtu.be/8VplwLy1IRI</u>
[293] <u>See</u> <u>https://www.haaretz.com/jewish/.premium.MAGAZINE-before-herzl-there-was-pastor-russell-a-neglected-chapter-of-zionism-1.6409303</u>

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

In 1891, Russell penned a letter to a wealthy member of the Rothschild banking family, Edmond de Rothschild, as well as Maurice von Hirsch, a wealthy German financier, about his plan for the Jewish settlement of Palestine. Russell described his plan as follows:

> My suggestion is that the wealthy Hebrews purchase from Turkey, at a fair valuation, all of her property interest in these lands: i.e., all of the Government lands (lands not held by private owners), under the provision that Syria and Palestine shall be constituted a free state.

The same plan was to resurface a few years later in arguably the most influential Zionist book of all time, Theodore Herzl's The Jewish State, which was published in **1896**.

The culmination of Blackstone's efforts came in the form of the Blackstone Memorial, a petition that pleaded that then - President of the United States Benjamin Harrison and his secretary of state, James Blaine, take action "in favor of the restoration of Palestine to the Jews." The largely forgotten petition asked Harrison and Blaine to use their influence to "secure the holding at an early date, of an international conference to consider the condition of the Israelites and their claims to Palestine as their ancient home, and to promote, in all other just and proper ways, the alleviation of their suffering condition." See the Blackstone Memorial 1891.[294]

Signatories of the Blackstone Memorial included J.D. Rockefeller, the country's first billionaire; J.P. Morgan, the wealthy banker; William McKinley, future president of the United States; Thomas Brackett Reed, then speaker of the House; Melville Fuller, Chief Justice of the Supreme Court; the mayors of New York City, Philadelphia, Baltimore, Boston and Chicago; the editors of the Boston Globe, New York Times, Washington Post, and Chicago Tribune, among others; and numerous other members of Congress, as well as influential businessmen and clergymen. Though some rabbis were included as signatories, the petition's content was opposed by most American Jewish communities.[295] In other words, the primary goal of Zionism, before it even became a movement, was widely supported by the American Christian elite, but opposed by American Jews.

The Blackstone Memorial would later attract the attention of *Louis Brandeis*, one of the most prominent American Jewish Zionists, who would later refer to Blackstone as the real "founding father of Zionism," according to Brandeis' close friend Nathan Straus. Brandeis would eventually succeed in convincing an elderly Blackstone to petition then-President Woodrow Wilson with a second Blackstone Memorial in 1916 that was presented in private to Wilson nearly a year later.[296]

Instead of gathering signatures from prominent members of America's elite class, Blackstone this time focused on shoring up support from *Protestant* organizations, namely the Presbyterian Church, in keeping with Wilson's *Presbyterian* faith. According to historian Jerry Klinger,

---

[294] See https://web.archive.org/web/20061006235327/http://www.amfi.org/blackmem.htm
[295] See https://israeled.org/blackstone-memorial/
[296] See https://israeled.org/blackstone-memorial/

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

president of the Jewish American Society for Historic Preservation, this change in focus had been Brandeis', not Blackstone's, idea.[297]

Wilson ultimately supported Blackstone's new document, which was never presented publicly to the president, but privately by Rabbi Stephen Wise. This second Blackstone Memorial was a key component of the Brandeis-led campaign that eventually guaranteed American support — i.e., private support — for the Balfour Declaration, which established British intentions to support a Jewish ethnostate in Palestine. Notably, the Balfour Declaration is named for the then-English Foreign Secretary Arthur Balfour, himself a Christian dispensationalist, though Weir told MintPress that Balfour was more likely influenced by political imperatives than religious motives. The only person in the British cabinet to oppose the Balfour Declaration was its only Jewish member, Edwin Montagu.[298]

The Balfour Declaration was addressed to a member of the Rothschild banking family, Lionel Walter Rothschild, the last in a series of letters written to members of the Rothschild family urging them to use their wealth and political influence to favor the creation of a Jewish state in Palestine: from Rabbi Kalisher, who wrote to Baron Amschel Rothschild in 1836; to Charles Taze Russell, who wrote to Edmond de Rothschild in 1891; and finally to the Balfour Declaration, written to Lionel Walter Rothschild in 1917. Weir told MintPress that the Rothschilds figure so prominently in these early efforts to establish a Jewish state in Palestine owing to ―their wealth and the power that goes with it," making them very sought after by those who felt that a Jewish state could be formed in Palestine by the purchase of the territory by wealthy European Jews, as both Kalisher and Russell had proposed. However, the Balfour Declaration was addressed to the Rothschilds because, at that time, members of the Rothschild family, Edmond de Rothschild in particular, had become among the strongest supporters of the Zionist cause.



As shown by the Balfour Declaration and the lobbying efforts that led to its creation, support for what would soon become known as Zionism among the nobility of England and the United States was already formidable before Herzl even began work on The Jewish State. The role of Christian Zionists, as they would later become known, continued well after Herzl began his Zionist activities, and resulted in many of the most influential acts that led to the establishment of the State of Israel, including the Balfour Declaration.

Notably, Herzl's own success in promoting his views following the publication of The Jewish State was largely due to English dispensationalist pastor William Hechler. Hechler, while serving as chaplain at the British Embassy in Vienna, forged an alliance and later close friendship with Herzl and was critical to

---

[297] <u>See</u> Kenneth Marcus the founder of Louis Brandeis <span style="color:blue">https://brandeiscenter.com/</span>
[298] <u>See</u> <span style="color:blue">http://www.balfourproject.org/the-road-to-balfour-the-history-of-christian-zionism-by-stephen-sizer-2/</span>

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

negotiating meetings between Herzl and prominent members of the German government, including Kaiser Wilhelm II, which lent necessary political legitimacy to Herzl's Zionist movement.[299]

A largely overlooked figure in the rise of Zionism, Hechler is mentioned in Herzl's diary more than any other person and passionately felt that the creation of a Jewish state in Palestine would bring about the end times. Hechler is also known to have been extremely interested in the construction of a Third Jewish Temple on the Temple Mount, having devoted considerable time to creating models of that Temple, some of which he prominently displayed in his office and showed to Herzl with great enthusiasm during their first meeting.[300]

## A. THE STORY OF CYRUS SCOFIELD

There is no other book that has been more influential in the dissemination of Christian Zionism in the United States than the Scofield Reference Bible, a version of the King James Bible whose annotations were written by Cyrus Scofield. Scofield — who had no formal theological training, though he later claimed to have a D.D. (doctor of divinity degree) — originally worked as a lawyer and political operative in the state of Kansas and eventually became the district attorney of that state.[301]

Soon after his appointment to the position, he was forced to resign as a result of numerous allegations of corruption, including bribery, forging signatures on banknotes and stealing political donations from then-Senator of Kansas James Ingalls.[302] During this time, Scofield abandoned his wife and two daughters, an action since blamed on the burgeoning scandals he was facing as well as his self-admitted heavy drinking habits. Amid this backdrop, Scofield is said to have become an evangelical around the year 1879 and soon became associated with prominent dispensationalist preachers of the era, including Dwight Moody and James Brookes. Local papers at the time, such as the Atchison Patriot, regarded Scofield's conversion and career change with great skepticism, referring to Scofield as the —late lawyer, politician and shyster generally" who had disgraced himself by committing —many malicious acts."[303]

Scofield went on to pastor relatively small churches, moving from Kansas to Dallas, Texas, and later Massachusetts. Yet, despite his lack of renown and his troubled history, by 1901 Scofield had managed to gain entrance to an exclusive men's club in New York, the Lotos Club, whose members at the time included steel magnate and multi-millionaire Andrew Carnegie, members of the Vanderbilt family, and famous American writer Samuel Clemens, better known by his pen name, Mark Twain.

---

[299] See https://www.jta.org/1931/02/03/archive/death-of-reverend-william-hechler-herzls-friend-and-colleague
[300] See Reverend William H. Hechler http://www.jewishmag.com/145mag/herzl_hechler/herzl_hechler.htm
[301] See Book https://books.google.cl/books?id=oRKA1w6TPPcC&printsec=frontcover#v=onepage&q&f=false
[302] See https://www.goodreads.com/book/show/6435296-the-incredible-scofield-and-his-book
[303] See https://www.wrmea.org/015-october/the-scofield-bible-the-book-that-made-zionists-of-americas-evangelical-christians.html

─I came to complete not to refute. I came light to the World." <u>Jesus Christ</u>



*Pastor Scofield, center, with the Deacons of the First Congregational Church of Dallas, 1880s*

## B. THE REBIRTH OF ISRAEL AFTER 2000 YEARS INTO EXILE

The Speaks of how God <u>*judged*</u> then <u>*healed*</u> Israel but do we read with an understanding?

And I shall publicize my glory among the nations, and all the nations will see my judgment that I performed and my hand that I place upon them. And the House of Israel will know that I am the Lord their God from that day on. And <u>*the nations will know*</u> that <u>*for their iniquity the House of Israel was exiled*</u>, because they <u>*betrayed me*</u>, and I hid my face from them, and I delivered them into the hands of their adversaries, and they all fell by the sword. According to their defilement and according to their transgressions I did to them, and I hid my face from them [Ezekiel 39:21-24].[304]

Therefore, so said the Lord God: Now <u>*I shall return*</u> to the <u>*captivity of Jacob*</u>, and I shall have compassion on the House of Israel, and I shall be zealous for my Holy Name. And they <u>*shall bear their disgrace*</u> and all their treachery that they committed against me when they dwell on their land securely with no one frightening them. When I return them from the peoples and gather them from the lands of their enemies, I shall be sanctified through them before the <u>*eyes of many nations*</u>. And they will know that I am the Lord their God when I exile them to the nations, and I shall gather them to their land, and I shall no longer leave any of them there. And I shall no longer hide my face from them, for I shall have poured out <u>*my spirit upon the House of Israel*</u>, says the Lord God [Ezekiel 39:25-29].[305]

---

[304] See https://www.chabad.org/library/bible_cdo/aid/16137/jewish/Chapter-39.htm#v21
[305] See https://www.chabad.org/library/bible_cdo/aid/16137/jewish/Chapter-39.htm#v25

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## C. CLASSIFIED DOCUMENT: HOW ISRAEL WANTED TO EXPEL CHRISTIANS

Mr. President, despite the Christians of the West helping the Jewish people re-establish their homeland Israel and yet the wicked stayed wicked. It is as if deception is in their vein.

This is a clasified document which showed how Israel intended to expell Christians from Israel but they feared the West response.



*Classified Israeli document detailing the expulsion of Christians of the East (4-12-1949)*

*—came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## D. THE ELDER OF ZION: FBI REPORT ON JEWS & CHRISTIANITY

The Federal Bureau of investigation released a report on the protocols of learned Elders of Zion.[306] On page 123, you see Virginia Cassil pleading to congress the truth about Jews who aim to destroy the teachings of Jesus Christ. In fact, in 2021, they are doing it as we speak.



*Hateful Jewish Rabbi (Reject Jewish Hatred toward Jesus Christ).[307]*

---

[306] See https://bit.ly/2QNQK60
[307] See https://youtu.be/xw8l8G-uhnA?t=54 vs Jews who found Christ https://youtu.be/ynnjGKwVTjg?t=1688

―*came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## E. AMAZON CENSORED CREATED EQUAL: JUSTICE THOMAS CLARENCE

Amazon which is owned by a Jewish man, Jeff Bezos stripped a documentary on conservative Justice Clarence Thomas, the only black justice currently serving on the Supreme Court, from its streaming service during Black History Month. Why? The documentary was about Jesus Christ and about restoring the Black Community's soul to their foundation ―have a Dream" Martin Luther King.[308]

I have a dream that the black community will rise up and become teachers in Christ and lead the United States into becoming a strong nation in Christ; clouded by anger, redeemed by faith.



---

[308] See https://thefederalist.com/2021/02/26/amazon-strips-clarence-thomas-documentary-from-streaming-service-during-black-history-month/

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXV. THEODOR HERZL: WEALTHY JEWS PLAY AND THE WORLD DANCES

Mr. President, we have eyes in order to see, we have ears in order to listen, and we have a mouth in order to speak the truth. But many have eyes but they can't see, have ears but they can't listen, and have a mouth but they can't speak the truth.

> It says in the bible that the Jewish people are not easily convinced according to Moses [Exodus 4].[309] It says in the bible that their hearts are hardened when they killed Jesus Christ according to John and Isaiah [John 12:40-41] & [Romans 11:25-27].[310] It says in the bible that they don't understand according to Isaiah [Isaiah 1:2-3].[311] It says in the bible that they love evil according to Amos [Amos 5:15].[312] The Lord, Jesus Christ came to save both the Jews and the Gentiles because he said ─I came light to the World; I came to complete not to refute."

Throughout the centuries, mankind saw the Jewish people prospering economically but then they face persecution and exile from different nations across the centuries <u>when</u> they forget the Lord, God.[313] The Lord raises the humble and disperses the mighty proud within their own thoughts.

The answer lies in the bible, history retells the truth across the centuries for the eyes that can see in order to believe; even when Israel is the <u>root</u> and the Gentiles are the <u>branches</u> according to the bible [Romans 11:15-18].

## A. LETTERS OF THEODOR HERZL: SIMPLE CHRISTIANS VS WEALTHY JEWS

In a documentary created by the Jewish orthodox community, they share the history of Theodore Herzl. Such a documentary would not be shared in the United States throughout the Jewish controlled main stream media but would rather be shared in Israel among the Jews. When one criticized the impeachment proceeding against president Trump by calling it a ─Jewish Coup" they called him a creepy and anti-Semitic; a definition that causes more harm than good.[314]

Benjamin Netanyahu called Theodore Herzl the modern day Moses.[315] But, would Moses be proud of modern day Jews who deny the identity of Jews who believe in Jesus Christ.[316]

Will Israel accept Theodor Herzl's testimonies regarding the nature of the Jews or would Israel start calling it a plain lie? In the documentary under the title ─Herzl and Zionism" Herzl wrote to the Pope the following:

---

[309] See https://www.chabad.org/library/bible_cdo/aid/9865
[310] See http://www.copticchurch.net/cgibin/bible/index.php?r=John+12%3A40-41&version=NKJV&btn=View , See http://www.copticchurch.net/cgibin/bible/index.php?r=Romans+11%3A25-27&version=NKJV&btn=View
[311] See https://www.chabad.org/library/bible_cdo/aid/15932
[312] See https://www.chabad.org/library/bible_cdo/aid/16177
[313] See Human population across the centuries https://youtu.be/PUwmA3Q0_OE , see Jewish Exodus https://en.wikipedia.org/wiki/Expulsions_and_exoduses_of_Jews
[314] See Original Video https://bit.ly/2L6q0Is , Stand With Us CEO Response https://bit.ly/2P1Zl0q but they forgot their ugly covert campaign https://bit.ly/2Y1NC64 , see ADL's CEO Jonathan Greenblatt https://bit.ly/2svZfqr
[315] See http://www.israelnationalnews.com/News/News.aspx/236037
[316] See https://youtu.be/3bLNKyCN7Gs , see https://youtu.be/ynnjGKwVTjg?t=1688

*came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Aid us against anti-Semitism, and I'll start a colossal movement of Jews who will convert freely and proudly to Christianity.[317] Only we wish to make our children Christian before they reach the age of discretion.[318] Herzl added — Christian priests are the highest stature because they crave not wealth. . . Simple Christians are superior to the Jewish ministers.[319]

Herzl wrote in an article in the Deutsche Zeitung — The Wealthy Jews control the World.[320] In their hands lies the fate of governments and nations. They set government one against the other, and by their decree government make peace. *<u>When the wealthy Jews play, the nations and the rulers dance</u>*. One way or the other, they get rich.



*Theodor Herzl*

Many of Herzl's diaries when they were read to modern day israelis, their first thought was it belongs to Adolf Hitler but rather it belonged to Theodor Herzl.[321] The same remarks thirty years later resurfaced and made by Adolf Hitler — Jewish money causing nations to quarrel with one another and make war, while the one who profits is the Jew.[322] See the entire documentary.[323]

Herzl had a vision that in order to save the Jewish people, they must recognize their messiah is Jesus Christ, God in flesh. But they are stubborn people, they never listened to Moses and they won't listen to Theodore Herzl. Why? Because of a mighty proud hearts and because of that, they lose eternal life after <u>death</u>.

---

[317] See https://youtu.be/eB7tr0MBTjA?t=62
[318] See https://youtu.be/eB7tr0MBTjA?t=109
[319] See https://youtu.be/eB7tr0MBTjA?t=262
[320] See https://youtu.be/eB7tr0MBTjA?t=291
[321] See https://youtu.be/eB7tr0MBTjA?t=371
[322] See https://youtu.be/eB7tr0MBTjA?t=479
[323] See  English sub https://www.youtube.com/playlist?list=PL0AC934B7B8100C58

*I came to complete not to refute. I came light to the World.*" Jesus Christ

## XXVI. ISRAEL: FRIENDS SHOULD NOT SPY ON FRIENDS

And seek the peace of the city where I have caused you to be carried away captive, and pray to the Lord for it; for in its peace you will have peace [Jeremiah 29:7].[324]

On October 3, 2001, I.A.P. News reported that according to Israel Radio (in Hebrew) Kol Yisrael an acrimonious argument erupted during the Israeli cabinet weekly session last week between Israeli Prime Minister Ariel Sharon and his foreign Minister Shimon Peres. Peres warned Sharon that refusing to heed incessant American requests for a cease-fire with the Palestinians would endanger Israeli interests and turn the US against us. Sharon reportedly yelled at Peres, saying —don't worry about American pressure, we the Jewish people control America."

> I am aware how almost impossible it is in this country to carry out a foreign policy [in the Middle East] *not approved by the Jews*. . . terrific control the Jews have over the *news media* and the barrage the Jews have built up on *congressmen*. . . I am very much concerned over the fact that the Jewish influence here is completely dominating the scene and making it almost *impossible to Congress to do anything they don"t approve of*. The Israeli embassy is practically dictating to the congress through influential Jewish people in the country, said Ariel Sharon to Shimon Perez.[325]

See a tip of the iceberg, in term of Israel's lobbying congress.[326] But did we also forget the leaked documentary of the Israeli lobby inside the United States of America.[327]

Israel's high-risk spying is legendary, but the notion that it is particularly good at it is, like everything having to do with the Jewish state, much overrated. Mossad has been caught in flagrante numerous times. Newsweek magazine's —Spy Talk" once cited a poll of CIA officers that ranked Israel —dead last" among friendly countries in actual intelligence cooperation with Washington.[328]

o   The fact is that Israel conducts espionage and influence operations against the United States more aggressively than any other —friendly" country, including tapping White House phones used by Bill Clinton to speak with Monica Lewinski. Israeli —experts" regularly provide alarmist and inaccurate private briefings for American Senators on Capitol Hill.[329]

o   Israel also constantly manufactures pretexts to draw the U.S. into new conflicts in the Middle East, starting with the Lavon Affair in Alexandria Egypt in 1954 and including the false flag attack on the U.S.S. Liberty in 1967.[330]

---

[324] See http://www.copticchurch.net/cgibin/bible/index.php?r=Jeremiah+29%3A7&version=NKJV&btn=View
[325] See https://www.mediamonitors.net/sharon-to-peres-we-control-america/
[326] See https://www.opensecrets.org/fara/countries/73?cycle=2018
[327] See https://youtu.be/3lSjXhMUVKE, https://youtu.be/XytkI7afHcQ, https://youtu.be/Mm-Dm4pO0xY, https://youtu.be/_1OgxfCT044 see the arrogance https://youtu.be/Mm-Dm4pO0xY?t=1349
[328] See https://web.archive.org/web/20110422201419/http://blog.washingtonpost.com/spy-talk/2010/09/israeli_spies_pitching_us_musl.html
[329] See https://www.salon.com/2013/11/21/exclusive_gop_senator_unloads_in_private_call/
[330] See https://en.wikipedia.org/wiki/Lavon_Affair and see https://en.wikipedia.org/wiki/USS_Liberty_incident

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

o Starting in 1957, Israel's friends stole enriched uranium from a Pennsylvania refinery to create a nuclear arsenal.[331] More recently the public learned how Arnon Milchan, a Hollywood producer/billionaire born in Israel, arranged the illegal purchase of 800 krytron triggers to use in the production of nuclear weapons.[332] More recently, Haaretz reports on Israel's nuclear test in 1979.[333]

o Israel, where government and business work hand in hand, has obtained significant advantage by systematically stealing American technology with both military and civilian applications. The U.S. developed technology is then reverse engineered and used by the Israelis to support their own exports. Sometimes, when the technology is military in nature and winds up in the hands of an adversary, the consequences can be serious. Israel has sold advanced weapons systems to China that incorporates technology developed by American companies.[334]

o An ex-Israeli intelligence agent reveals Jeffrey Epstein and Ghislaine Maxwell were not only Israeli intelligence assets, they were allegedly entrapping U.S. politicians with minors.[335] When asked ―Is the Epstein case going to cause a problem [for confirmation hearings]?" he replied ―…that I had just one meeting on the Epstein case." He'd cut the non-prosecution deal with one of Epstein's attorneys because he had ―been told to **back off**," that Epstein was above his pay grade. ―I was told Epstein belonged to intelligence and to leave it alone." What Epstein did and how he did it was an intelligence operation in support of Mossad.[336]

o US Securities and Exchange Commission has filed fraud charges against Israel's main binary options firm, SpotOption, a company at the heart of the multi-year scam that has defrauded victims Worldwide out of billions, and against two of its top executives.[337]

FBI counter intelligence Officer John Cole has also reported how many cases of Israeli espionage are dropped under orders from the Justice Department, making the Jewish state's spying consequence free. He provides a ―conservative estimate" of 125 viable investigations into Israeli espionage involving both American citizens and Israelis that were stopped due to political pressure.[338]

---

[331] See https://bit.ly/3epT5wu

[332] See https://jewishbusinessnews.com/2014/03/03/arnon-milchan-celebrates-12-years-a-slave-winning-the-oscar-in-the-best-picture-category/

[333] See https://www.haaretz.com/israel-news/u-s-covered-up-an-israeli-nuclear-test-in-1979-foreign-policy-says-1.7873517 see also https://nationalinterest.org/blog/buzz/israel-may-have-300-nuclear-weapons-including-submarine-launched-missiles-87131

[334] See http://ariwatch.com/OurAlly/IsraeliMilitaryAndIndustrialEspionage.htm

[335] See https://narativ.org/2019/09/26/blackmailing-america/ , see https://www.mintpressnews.com/ari-ben-menashe-jeffrey-epstein-ghislaine-maxwell-israel-intelligence/262162/ , see https://alethonews.com/2019/08/07/mega-group-maxwells-and-mossad-the-spy-story-at-the-heart-of-the-jeffrey-epstein-scandal/ see https://www.nytimes.com/1994/08/19/world/us-author-gets-apology-in-libel-case.html

[336] See http://www.unz.com/isteve/jeffrey-epstein-and-foreign-intelligence/ ,

[337] See https://bit.ly/32y6mgJ

[338] See https://bit.ly/3xbnGq2

*came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXVII. ISRAEL THE ARROGANT CHILD

Albert Einstein's 1948 Letter to the NYT Warned of Zionist Fascism in Israel.[339]

- o In 1946, Zionist militias blow up the south wing of the King David Hotel, killing 91 people, most of them civilians, in order to protest British rule of Palestine.[340]

- o In 1948, Zionist militias kill over 100 civilians in the village of Deir Yassin, which is on the road to Jerusalem. The action helps clear the road for the military advance on Jerusalem and scares thousands of other Palestinians who flee their villages. An officer with responsibility for the massacre, Menachem Begin became Israeli prime minister 29 years later.[341]

- o In 1948, during the expulsion of Palestinians from the central Israeli city of Lydda, more than 100 men are rounded up and held in a mosque and later massacred (according to Reja-e Busailah's new book and others). The episode terrifies thousands of other Palestinians who seek refuge in the West Bank.[342]

- o In 1948, Hundreds of Palestinian civilians are killed by Israeli forces in Al Dawayima village, west of Hebron. Many are killed in barbarous manner; the crime is swept under the rug for decades.[343]

- o In 1953, Israeli troops led by Ariel Sharon raid the village of Qibya in the Jordanian-occupied West Bank and kill 69 people, most of them women and children, in retaliation for a cross-border raid that killed three Israelis. (The massacre is memorialized in Nathan Englander's latest novel).[344]

- o In 1956, Israeli forces gun down farmers in Kfar Qasim returning from the fields who are unaware that the village had been placed under a strict curfew by the Israeli government earlier that day. Forty-eight Palestinian citizens of Israel are killed, many women and children.[345]

Israel to this day, Israel continues with its evil strategies by seeking power through divide and conquers, to the point they have accumulated so much hate from the Gentiles for what they have done and been doing.

- o Systematic Israeli intelligence methods used against Egypt during the years before the failed Lavon Affair operation – and to some degree afterward. They included poisoning

---

[339] See https://www.globalresearch.ca/albert-einsteins-letter-warning-of-zionist-facism-in-israel/5438170
[340] See https://en.wikipedia.org/wiki/Irgun
[341] See https://en.wikipedia.org/wiki/Deir_Yassin_massacre
[342] See Book https://www.palestine-studies.org/books/land-my-birth-palestinian-boyhood
[343] See https://mondoweiss.net/2016/02/barbarism-by-an-educated-and-cultured-people-dawayima-massacre-was-worse-than-deir-yassin/
[344] See Book https://www.amazon.com/Dinner-at-Center-Earth-novel/dp/1524732737
[345] See https://en.wikipedia.org/wiki/Kafr_Qasim_massacre

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

wells, counterfeiting currency and stamps, psychological warfare, political murders and drug sales.[346]

o Israeli Snipers open up about Shooting Gaza Protesters — 42 knees in one day.[347] However, the Lord, God is just; see God's judgment breaking down an Israeli soldier mental well being.[348]

o Mossad Chief Visited Doha, Urged Qatar to Continue *Hamas Financial Aid*.[349]

o The Israeli Army Doesn't Have Snipers on the Gaza Border. It Has Hunters.[350]

o Mossad agent acting as a radical imam and commanded 200 *ISIS* fighters in Libya.[351]

Mr. President, remember, whenever there is a <u>Goliath</u>, there is <u>David</u>. God doesn't change, and that means this phrase is not pertaining only to the Jewish people but to the Gentiles as well. Israel can be the Goliath or it can be David, or did we forget what the Lord, God told David?

King David, when he was weak, the Lord stood by his side when he fought Goliath who was mighty proud of his strengh.[352] But when King David saw himself as a mighty warrior, the Lord stood against him. When King David wanted to built a Temple for the Lord, the Lord responded by saying — Go and tell My servant David, 'Thus says the Lord: You shall *not* build Me a house to dwell in [1 Chronicles 17:4].[353] Why Lord? — You have *shed much blood* and have made great wars; you shall not build a house for my name, because you have shed much blood on the earth in my sight [1 Chronicles 22:8].[354]

## XXVIII. WHEN WEALTHY JEWS WANTS TO DOMINATE THE WORLD

The Lord, God gave the Jewish people what their hearts desired; both Haaretz's top Israeli's billionaires list and Forbes Top 20 billionaires are consistent of Jews wherein, the Lord, God blessed them with money, power, and influence but for the purpose of doing good rather than performing acts of evil.

---

[346] See https://twitter.com/open_genesis/status/1235949189361786881 , see https://www.haaretz.com/israel-news/.premium-counterfeit-money-stamps-and-poisoned-wells-when-israel-stirred-the-nile-s-water-1.8635091
[347] See https://www.haaretz.com/israel-news/.premium.MAGAZINE-42-knees-in-one-day-israeli-snipers-open-up-about-shooting-gaza-protesters-1.8632555
[348] See https://youtu.be/6TkKm2eEV1A
[349] See https://www.haaretz.com/middle-east-news/.premium-netanyahu-israel-mossad-chief-doha-qatar-continue-hamas-gaza-money-transfer-1.8564993
[350] See https://www.haaretz.com/opinion/.premium-the-israeli-army-doesn-t-have-snipers-on-the-gaza-border-it-has-hunters-1.8637587
[351] See https://www.globalresearch.ca/mossad-agent-who-infiltrated-isis-daesh-arrested-in-libya-israeli-website/5606909 , see https://bit.ly/2U864bZ , see deleted Israeli newspaper https://bit.ly/3aZFFUw , see also the testimony of a retired Egyptian General https://youtu.be/FK5gnFHnqJM
[352] See https://en.wikipedia.org/wiki/Goliath
[353] See http://www.copticchurch.net/cgibin/bible/index.php?r=1+Chronicles+17%3A4&version=NKJV&btn=View
[354] See http://www.copticchurch.net/cgibin/bible/index.php?r=1+Chronicles+22%3A8&version=NKJV&btn=View

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

From Google which is owned by a Jewish billionaire Larry Page, to Facebook which is owned by a Jewish billionaire Mark Zuckerberg, to Bill Gates the founder of Microsoft, to Jeff Bezos the founder of Amazon, to the Sackler's Family whose fortune originated in medical advertising and trade publications; and the list keeps growing.[355] See Haaretz's top billionaire list.[356]

The voice of the Lord, God came and he said:

You, son of man, so said the Lord God: Say to every winged bird and to every east of the field, assemble and come; gather from around my slaughter, which I am slaughtering for you in a great slaughter on the mountain of Israel, and you shall eat flesh and drink blood. The flesh of the mighty you shall eat and the blood of the princes of the earth you shall drink; rams lambs, he-goats and bulls, all of them fatlings of Bashan (meaning money and the best of Earth's sacrifices). And you shall *eat fat until you are full*, and you shall *drink blood until you are drunk*, from my slaughtering that I have slaughtered for you. And you shall be seated on my *table* with horses and riders, mighty men, and all warriors, says the Lord God [Ezekiel 39:17-20].[357]

o   Google which tried to control public opinion through its Search Engine and YouTube, and even promoted narcotics drugs through its online ad system.[358] To violation of Children privacy, all for the purpose of generating unlimited amount of profit while crushing the voices of the weak.[359]

o   Facebook which walked in a similar path that of Google, placing profit above privacy and security.[360] See Mark Zuckerberg's remarks relative to Senator Elizabeth Warren.[361]

o   The Sackler's family which caused an opiod epidemic in the United States, then concealed the transfer of millions of $$ in Swiss banks. See Senator Sanders' tweet.[362]

o   Hedge fund billionaire Paul Singer's ruthless strategies include bullying CEOs, suing governments and seizing their navy's ships; bankrupted Argentina.[363]

o   ID2020 which is owned by Bill Gates is trying to build a global immunity passport certification system to control the World and God will strike him at the time he sees fit.[364]

---

[355] <u>See</u> Forbes Top World Billionaires https://www.forbes.com/billionaires/
[356] <u>See</u> Jewish Billionaires https://www.haaretz.com/israel-news/business/EXT-INTERACTIVE-rich-list-2019-wealthiest-people-in-israel-adelson-abramovich-arison-schwed-1.7388393 <u>see</u> Forbes https://www.forbes.com/billionaires/
[357] <u>See</u> https://www.chabad.org/library/bible_cdo/aid/16137/jewish/Chapter-39.htm#v17
[358] <u>See</u> https://www.wsj.com/articles/SB10001424053111904787404576528332418595052 , <u>See</u> https://www.wsj.com/articles/SB10001424053111904787404576532692988751366 , <u>see</u> https://gawker.com/5879330/googles-ceo-dealt-drugs-and-knew-it-say-feds
[359] <u>See</u> https://www.bloomberg.com/news/articles/2019-08-30/google-s-youtube-will-pay-150-million-to-end-ftc-privacy-probe <u>See</u> the fine line between copyright laws and creativity https://youtu.be/kXWH6epLxtI
[360] <u>See</u> https://www.usatoday.com/story/tech/news/2019/07/24/facebook-pay-record-5-billion-fine-u-s-privacy-violations/1812499001/
[361] <u>See</u> https://www.foxnews.com/tech/mark-zuckerberg-elizabeth-warren-president-facebook-sue-government
[362] <u>See</u> https://twitter.com/SenSanders/status/1172636585193615360
[363] <u>See</u> https://bit.ly/3x6BLVM <u>see</u> also https://bit.ly/3mLYuS2

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

And it doesn't stop there, it continues, their love for life more than the Lord is pushing them to new boundaries, reaching out to uncharted areas in order to control human's lives.

- o Facebook wants to create its own online currency *Libra* and start a World domination through online currency, yet again controlled by wealthy Jews.[365]

- o Google which is owned by Jewish developers such as Larry Page is reaching out to the health industry to claim America's health records.[366]

- o Google's secret cache of medical data includes names and full details of millions.[367] Your HIPA laws are gone out of the window by Google which is owned by Jewish people.

- o Project Nightingale: Google's four pillars for their secret patient data partnership.[368]

- o The Patriot Post® · Google Secretly Accessed Americans' Health Data.[369]

However, the Lord God blesses then judges [if] the *Jewish people* acted with greed and wickedness and they never appeared to understand the parable as to why they gain blessings then they get expelled from many countries; from a 109 countries so far.[370]

Why couldn't they see this parable? This is the voice of the Lord, God.

In you they take bribes to shed blood; you take usury and increase; you have made profit from your neighbors by extortion, and have forgotten me, says the Lord God. And behold, I clapped my hands together over your dishonest gain which you have made and over your blood-guilt that is in you. Will your heart endure, or will your hands remain strong in the days that I will deal with you? I, the Lord, have spoken, and I shall perform [Ezekiel 22:12-14].[371]

- o Wealthy Jews engaged on bring slavery to America through their ships i.e., *slave trade*; a fact not many African American know anything about.[372]
- o Criminal rot in the heart of Israel wrote *The times of Israel*.[373]

---

[364] See https://patentscope.wipo.int/search/en/detail.jsf?docId=WO2020060606 see also
https://www.bitchute.com/video/B0b66BvGUJIE/
[365] See https://techcrunch.com/2019/11/15/libra-code/
[366] See https://www.nytimes.com/2019/11/17/business/this-week-in-business-google-health-records.html , see
https://www.reuters.com/article/us-alphabet-ascension-privacy-idUSKBN1XL2AT
[367] See https://www.theguardian.com/technology/2019/nov/12/google-medical-data-project-nightingale-secret-transfer-us-health-information
[368] See https://www.healthcare.digital/single-post/2019/11/13/project-nightingale-googles-four-pillars-for-their-secret-patient-data-partnership
[369] See https://patriotpost.us/articles/66837-google-secretly-accessed-americans-health-data-2019-11-18/print
[370] See the countries Jews were expelled from https://en.wikipedia.org/wiki/Expulsions_and_exoduses_of_Jews
[371] See https://www.copticchurch.net/bible?r=Ezekiel+22%3A12-14&version=NKJV see
https://www.chabad.org/library/bible_cdo/aid/16120#v12
[372] See https://www.timesofisrael.com/how-culpable-were-dutch-jews-in-the-slave-trade/ see also
https://www.thecrimson.com/article/1992/2/12/jews-and-the-slave-trade-just/
[373] See https://www.timesofisrael.com/criminal-rot-in-the-heart-of-israel/

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

If humanity starts to count what the wealthy Jews around the World are doing to the World, there will be an endless list which shows their strive in life is to love all the sacrifices that earth can offer, and forgetting the Lord, God. This is the picture that humanity sees and the only way they can hide this image is through censor and suppression because they do not want to change to this very day. However, God always gives mankind hope for a change! Yet he judges mankind.

## A. OPEN SECRET: GOOGLE & DARK MONEY

Mr. President, Open Secrets is a nonpartisan, independent and nonprofit; the Center for Responsive Politics is the nation's premier research group tracking money in U.S. politics and its effect on elections and public policy. Their vision is for Americans to be empowered by access to clear and unbiased information about money's role in politics and policy and to use that knowledge to strengthen our democracy.[374]



*Google which is owned by Jews have entered an uncharted territory*

---

[374] <u>See</u> how the flow of money goes to members of congress to control policies that benefit
https://www.opensecrets.org/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

For the love of money is a root of all kinds of evil, for which some have strayed from the faith in their greediness, and pierced themselves through with many sorrows [1 Timothy 6:10].[375]

A closer look at Google, you will find how they lobby members congress, through different channels and all they have to do is throw them pennies and gain billions in profit and in that sense, it is members of congress who serve the Jews for the sake of money. Yet they all don't know that they are the one who should be protecting the working American families from wickedness.

When Jews finds someone is becoming a public figure or popular, they tend to gain him or her on their side by throwing them what they love the most, money, and once they fall into love of money, then all they have to do is obey. Taking one example out of many is Rep Alexandria Ocasio-Cortez, the number two contributor is Alphabet Inc.; $100,000 as a second recipient.[376] That money to AOC would appear a lot but to Google, they are pennies compare to the profit they would make.[377]



Mr. President, I do not see Tikkun Olam here at all i.e., repair the World. Philanthropy to the Jewish people means profit and investment; they have corrupted everything that is good and forgot the Lord, God.

---

[375] <u>See</u> https://www.copticchurch.net/bible?r=1+Timothy+6%3A10&version=NKJV

[376] <u>See</u> https://www.opensecrets.org/members-of-congress/alexandria-ocasio-cortez/contributors?cid=N00041162&cycle=2020

[377] <u>See</u> Google Founders Sergey Brin and Larry Page profit during covid19 pandemic (+19 Billion and +19.1 billion) https://www.usatoday.com/story/money/2020/12/01/american-billionaires-that-got-richer-during-covid/43205617/

—*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>




Rabbi Ovadia Yosef who shouldn't be called a rabbi by any standards said the following concerning the Gentiles.[378]

- o Goyim were born only to serve us. Without that, they have no place in the World – only to serve the People of Israel.
- o In Israel, death has no dominion over them… With gentiles, it will be like any person – they need to die, but [God] will give them longevity. Why? Imagine that one's donkey would die, they'd lose their money.
- o This is his servant… That's why he gets a long life, to work well for this Jew.
- o Why are gentiles needed? They will work, they will plow, they will reap. We will sit like an effendi and eat… That is why gentiles were created.




*The Parable of the Rich Fool.*[379]

---

[378] See https://www.timesofisrael.com/5-of-ovadia-yosefs-most-controversial-quotations/
[379] See https://youtu.be/2yyVzsUK5ak see https://www.copticchurch.net/bible?r=Luke+12%3A16-21&version=NKJV&showVN=1 see https://www.jstor.org/stable/43059130?seq=1

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*The Parable of the Rich Fool (<u>Many</u> among <u>some</u>).*[380]

Many people love life but not many understand what true love for life is all about. The person who loves the Lord's creations, loves life, and loves everyone around him or her to love life like he or she does; there is no saying in his or her heart — I only, and what comes after the typhoon. That is how Jesus Christ approached humanity; for God so loved the World that he gave his only begotten son, Jesus Christ to bring light to the World. The bible teaches us — My companions saw the light, but they did not understand the voice of him who was speaking to me [Act 22:9][381]; meaning light was in front of them but they didn't hear his voice because they were not worthy of hearing it because of their closed hearts.

- o Former Jewish Fed Chairman Alan Greenspan — You shouldn't even speak up, we know better." Said Alan Greenspan.[382]

- o New York Jewish Hedge fund billionaire Leon Cooperman — People are sitting at home getting their checks from the government. This _fair share' is a bullshit concept and is just a way to attack <u>wealthy people</u>." What checks is the middle-working class collecting?[383]

- o Angry Jewish Hedge Fund Billionaire Leon Cooperman Is Mad at GameStop Redditors for — Attacking Wealthy People."[384] How wealthy Jews want to control the USA market.

---

[380] See https://www.forbes.com/billionaires/ see https://www.haaretz.com/israel-news/.premium.MAGAZINE-how-israeli-prime-ministers-have-worked-for-billionaire-arnon-milchan-1.7420636

[381] See http://www.copticchurch.net/cgibin/bible/index.php?r=Acts+22%3A9&version=NKJV&btn=View

[382] See https://youtu.be/BsL0qDM2hmg

[383] See https://twitter.com/alexsalvinews/status/1354856043692482560 see https://youtu.be/mI-nItz56Fs

[384] See https://www.vanityfair.com/news/2021/01/leon-cooperman-gamestop-rant

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## B. THE PARABLE OF THE RICH FOOL

Mr. President, fear is one of the most complicated human's emotions that the devil always uses to play on the minds of many. People often think that money brings complete life comforts; it is an important tool in life but it doesn't bring complete comfort [if] the Lord is not blessing it.

The story of the ―Rich Fool" was a story of a rich man who was wealthy to the point he started to praise his own life and wealth instead of the Lord, saying the following:

> ―I have no place to store my crops" Then he said, ―This is what I will do. I will tear down my barns and build bigger ones, and there I will store my surplus grain." And I will say to my soul, ―You have plenty of grain laid up for many years. Take life easy; eat, and drink and be merry." In that moment, the Lord said to him, ―You fool! This very night your soul will be required of you; and what you have prepared for many years shall be given to others" [Luke 12:16-21].[385]



*The Parable of the Rich Fool*

The Lord tried to explain that those who lay up treasure for themselves on earth, and is not rich toward God, they could lose everything in a blink of an eye. We often see many stories on the news depicting this very same parable story; (1) those who are rich and mighty proud, then suddenly get diagnosed with complicated diseases or (2) those who built beautiful houses, then comes a strong storm and knocks it out or (3) the World's emperors and dictators who fell after many years of tyranny.

---

[385] <u>See</u> http://www.copticchurch.net/cgibin/bible/index.php?r=Luke+12%3A16-21&version=NKJV&showVN=1

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXIX. EVIL HAD TO COLLAPSE IN ORDER TO GIVE RISE TO GOOD: ISRAEL

Mr. President, here, the Lord, God helped me to push away evil, in order to bring light to this World. Mark was indeed weak but with the Lord, God, he became strong because God told him.

> But they rebelled and grieved His Holy Spirit; So He turned Himself against them as an enemy, And He fought against them [Isaiah 63:10].[386]

Here was how the Israeli Lobby collapsed and became a divided house.[387]

## A. THE 3 VISIONS OF MARK

The first vision happened after I mailed my 1st letter to Former President Trump: I was in murky sea water, the water was calm, and I was standing looking toward the deep sea, when suddenly raging waves came around me from all sides, and when the water was clearing, I found killer whales [Orcas] from my left and right sides, at that moment I was scared that I would become food for them. However, I reached out to them with my right hand tapping on their back and they were swimming slowly, I felt their hearts beat and they continued to swim. Then I woke up.

```
From: Mark Bochra <mbochr2@hotmail.com>
Sent: Monday, May 27, 2019 3:07 AM
To: kenneth.marcus@ed.gov
Cc: Wills, Randolph; candice.jackson@ed.gov; Chelsea.Henderson@ed.gov
Subject: Re: People of the Books - the Muslim Brotherhood & The Guilty Secret of the West [7th letter]

Good Morning Secretary Marcus -

See History but not from a religious point of view rather from a
historical point of view.

I told everyone what i saw around 4 pm after sending my first letter to
President Trump "Raging Waves" but i didn't tell what happened next
because i can't. 10 years from now, the world will see how the middle-
east will change. They will look back and say what just happened.
Having doubts ? Watch the future.

Blessed is Egypt My people, and Assyria the work of My hands, and
Israel My inheritance.
```

*The email was left as a proof for history 2019*

The second vision happened after I mailed my 4th or 5th letter to President Trump: This time I was in the deep ocean, while in the deep water, I looked and found a stream of great tiger sharks, hungry swimming toward me, I was not afraid, I was battling them, while a great voice from above, not far away, said *let them go, let them pass through Mark*" but I did not heed to the

---

[386] See https://www.copticchurch.net/bible?r=Isaiah+63%3A10&version=NKJV&showVN=1
[387] See https://www.haaretz.com/us-news/.premium-behind-the-scenes-of-the-israel-project-collapse-as-it-shutters-jerusalem-office-1.7612478

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

voice and I kept fighting the giant sharks, they were beasts, hungry and evil. While they swam in greater numbers but the strange thing was, they never were able to bite me, nor was I bleeding. Then I looked passed the stream of the great beasts, and I found a large giant blue whale parking at the top of the ocean, waiting for me to reach him. I started to swim towards it. Then I woke up.

> So God created great sea creatures and every living thing that moves, with which the waters abounded, according to their kind, and every winged bird according to its kind. And God saw that it was good [Genesis 1:21].[388]



Then came my 3rd vision and because it was so detailed and beautiful, I had to record the date of it and I noted it: On November 16, 2019, I had a dream about Donald J. Trump. In that dream, I saw myself standing in the White House and Trump was there telling everyone that they will receive a letter by Christmas and with it, will come a gift for everyone. When I looked at Trump, I found the icons of Jesus Christ, Virgin Mary, and all the Disciples of Jesus Christ, beautiful icons, bright in colors, and made out of glass, and all were behind Trump and holding true white candles that were lighted.



However, I also had a 4th vision related to what shall happen [if] Donald Trump do not heed to God's voice. Indeed, Donald Trump did not listen and he thought he could please <u>both masters;</u> <u>men and God</u>. And then you came Mr. President, Joseph R. Biden and I have foreseen it but the Lord, God raised you up for a reason.

---

[388] See http://www.copticchurch.net/cgibin/bible/index.php?r=Genesis+1%3A21&version=NKJV&btn=View

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

From: Mark Bochra <mbochr2@hotmail.com>
Sent: Saturday, April 25, 2020 8:19 PM
To: Reed.Rubinstein@ed.gov <Reed.Rubinstein@ed.gov>
Cc: kenneth.marcus@ed.gov <kenneth.marcus@ed.gov>; Kimberly.Richey@ed.gov <Kimberly.Richey@ed.gov>; candice.jackson@ed.gov <candice.jackson@ed.gov>; Wills, Randolph <Randolph.Wills@ed.gov>; william.trachman@ed.gov <william.trachman@ed.gov>; Chelsea.Henderson@ed.gov <Chelsea.Henderson@ed.gov>; Carol.Ashley@ed.gov <Carol.Ashley@ed.gov>; Chang, Lisa <Lisa.Chang@ed.gov>; Mia.Karvonides@ed.gov <Mia.Karvonides@ed.gov>; Melanie.Velez@ed.gov <Melanie.Velez@ed.gov>
Subject: Re: They are praying for you - Kenneth Marcus

I will tell you part of my 4th dream: That one i had few weeks ago.

Both You and Melanie Velez were in it

I was in a place like a dry land, with cracked soil. There was no water and the Earth was thirsty. I found Melanie Velez standing and when i looked at her, her eyes were red and black, and around her feet were vipers and their teeth were bleeding. I stood back and drew the sign of the cross on her and when i looked on my right side, i saw you standing looking at me. You were faceless and emotionless but then I was speaking to someone "I won't reveal who he was" i told him did you see what they did to me, did you see how they retaliated against me, i was angry but he replied and said "Everything is going to be ok"

I will give you two choices Secretary Marcus:

1. You wait till election days come to pass, and you see Joe Biden becoming a president, Jews gain power through Joe Biden, and Bill Gates execute his global plan for vaccination with human monitoring. You find that Mark's case is no worries for you anymore because you gained a different sort of power, earthly powers, and you retaliate.
2. You do justice in my case, God grants you a blessing, and your future gets filled with love and better days.

There you go. Who would you want to be? Do you know why i can't wait until you rule on my appeal. I am finalizing it. People have a choice, and God is giving you a choice.

Sincerely,
Mark

*Jews did indeed gain power through you Mr. President, just as I told it.*

Mr. President, indeed through you, Jews gained power through every branch of government and there is a great parable in all of this.[389]

> The bully has a slow rise, based upon his strength and aggressive tendency. After a number of successful fights, he becomes first revered, then feared. He then takes on several toadies who lack his abilities but want some of the spoils, so they do his bidding, acting in a threatening manner to other schoolboys. The bully then becomes hated. No one tells him so, but the other kids secretly dream of his defeat, hopefully in a shameful manner.

> Then, at some point, some **boy** who has a measure of strength and the requisite determination has had enough and takes on the bully. If he defeats him, a curious thing happens. The toadies suddenly realize that the jig is up and they head for the hills, knowing that their source of power is gone. Also, once the defeated bully is down, all the anger, fear and hatred that his schoolmates felt for him come out, and they take great pleasure in his defeat.

---

[389] See https://www.timesofisrael.com/all-the-jews-biden-has-tapped-for-top-roles-in-his-new-administration/

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*Will this <u>Jewish</u> Cabinet brings you a blessing or destruction? This is not diversity.*

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## B. PRESIDENT BIDEN'S JEWISH CABINET IS ALREADY FAILING GOD

Behold, God is mighty, but despises no one; he is mighty in strength of understanding. He does not preserve the life of the wicked, But gives justice to the oppressed. He does not withdraw his eyes from the righteous; but they are on the throne with kings, for he has seated them forever, and they are exalted. And if they are bound in fetters, held in the cords of affliction, then he tells them their work and their transgressions -- That they have acted defiantly. *He also opens their ear to instruction, and commands that they turn from iniquity*. If they obey and serve him, they shall spend their days in prosperity, and their years in pleasures. But if they do not obey, they shall perish by the sword, and they shall die without knowledge. But the hypocrites in heart store up wrath; they do not cry for help when he binds them. They die in youth, and their life ends among the perverted persons [Job 36:5-14].[390]

o Homeland Security Secretary Alejandro Mayorkas fires almost every member of Homeland Security Advisory Council.[391] This is about controlling the flow of information rather than learning from many.

o Pamela S. Karlan known for her remarks related to Baron, the son of Donald Trump ―While Trump can name his son a Baron, he can't be a Baron" said Pamela Karlan.[392] Her agenda at the Justice Department (DOJ) is glorifying sin by promoting an LGBTQ agenda; an agenda that will bring no blessings to the United States of America because she is glorifying sin before the eyes of the Lord, God.[393] She heads the civil right Department at DOJ yet she does not know the parable to the justice system.[394]

o Suzanne Goldberg, although President Biden didn't nominate a secretary for Office for Civil Rights, yet they installed another Jewish person to manage OCR, similar to Kenneth Marcus.[395] She already neglected my OCR case with an injustice hands and without any wisdom; while Secretary Cardona watched it all violating his own sworn Oath. They are also enforcing the IHRA definition which will bring them no blessings but destruction.[396]

o Secretary Antony Blinken failed to understand the value of the ―Abraham Accord." In his own heart, he calls it normalization agreements; he refuses to recognize <u>Ishmael</u>.[397]

If the following people do not take few steps back and re-think their agendas, then I am afraid the one who will call them out will be you Mr. President and you will tell them ―*You have ruined everything.*" Why? Because they didn't heed to the voice of the Lord, God. For that same reason, I shall help you see what they aren't showing you and you will decide because you have eyes in order to see; ears in order to listen; and a mouth in order to speak the truth.

---

[390] See http://www.copticchurch.net/cgibin/bible/index.php?r=Job+36&version=NKJV&btn=View&showVN=1
[391] See https://abcnews.go.com/Politics/homeland-security-secretary-alejandro-mayorkas-fires-member-homeland/story?id=76715980 see also https://twitter.com/ChadFWolf/status/1375456317679280130?s=20
[392] See https://youtu.be/VtHRKk8qYKw
[393] See memo https://www.justice.gov/crt/page/file/1383026/download
[394] See https://www.justice.gov/crt/staff-profile/acting-assistant-attorney-general
[395] See https://www2.ed.gov/about/offices/list/ocr/contactus2.html
[396] See https://www2.ed.gov/about/offices/list/ocr/docs/qa-titleix-anti-semitism-20210119.pdf
[397] See https://twitter.com/DavidM_Friedman/status/1382673522913374213

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## XXX. THE PARABLES OF THE DIFFERENT SEEDS

And the disciples came and said to him, Master why do you speak in parables whenever crowds are near. And Jesus answered, the knowledge of the secrets of the kingdom of God has been given to you but to others it comes by means of parables so they may look but not see and listen but not understand [Mathew 13].[398]

> And in them the prophecy of Isaiah was fulfilled, which says: 'Hearing you will hear and shall not understand, and seeing you will see and not perceive' [Isaiah 6:9].[399] For the hearts of these people have grown dull. Their ears are hard of hearing, and their eyes they have closed, lest they should see with their eyes and hear with their ears, lest they should understand with their hearts and turn, so that I should but blessed are your eyes for they see, and your ears for they hear; for assuredly, I say to you that many prophets and righteous men desired to see what you see, and did not see it, and to hear what you hear, and did not hear it.

This is what the parables means. The seed is the Words of God. The seed that fell along the path stand for those who hear but the <u>devil</u> comes and takes away the message from their hearts in order to keep them from believing and being saved. The seed that fell on rocky grounds stands for those who hear the message and receive it gladly, but they have no root. They believe only for a while, but when time of testing comes, they fall away. The seeds that fell among thorn stands for those who hear but the worries, and riches, and the pleasures of this life crowd in and shock them and their fruits never rips. And the seed that fell in a good soil stands for those who hear the message and retained it in a good and obedient heart and they persist until they bear fruit.[400]

## XXXI. HOMOSEXUALITY: DOJ JEWISH LEADERSHIP'S LGBTQ AGENDA

Mr. President, if your aim is to receive God's blessings and bring forth prosperity to the United States of America, then do not listen to <u>some</u> wicked tongues among your cabinet members that wants you to sin before the eyes of Lord, God. They will tell you "sin" is love, and good is evil, and evil is good. Mr. President, I want to see you leading America rather than following. Here is the parable to the justice system:

> Love doesn't mean injustice. Love also doesn't mean to be immoral. Mercy is also justice. But many people take all these words verbatim. If they seek justice, they forget mercy; and if they seek mercy, they forget justice; and if they seek love, they forget morals and norms.

Mr. President, I want to see you amplifying the voices of good; resisting temptations, and rejecting sin with reasoning for what profit a man if he gains the whole earth and loses his soul.[401] Mr. President, you've already saw what sin did to your own son's life.

---

[398] See https://www.copticchurch.net/bible?r=Matthew+13&version=NKJV&showVN=1
[399] See https://www.chabad.org/library/bible_cdo/aid/15937#v9
[400] See https://youtu.be/0feZQkHbCkM?t=2619
[401] They are praying for you Mr. President https://www.presidentialprayerteam.org/100-days-of-prayer/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Mr. President, under the leadership of the current Justice Department, they want to glorify sin before the eyes of the Lord, God. A Jewish lady by the name Pamela Karlan, a Jewish lady by name only but she doesn't behave like the children of Abraham.[402] Pamela Karlan is the current head of the civil right department who replaced Eric Dreiband and Mr. President, she already did injustice with my discrimination case but I will leave that to my 2nd letter to show you what no one else showed you. Pamela Karlan agenda is an LGBTQ agenda because she comes from that community but she can't foresee the consequences of perverting mankind to call male a female and call female a male.[403]



**U.S. Department of Justice**

Civil Rights Division

*Principal Deputy Assistant Attorney General*
*950 Pennsylvania Ave, NW – RFK*
*Washington, DC 20530*

**MEMORANDUM**                                              March 26, 2021

**TO:**            Federal Agency Civil Rights Directors and General Counsels

**FROM:**      Principal Deputy Assistant Attorney General Pamela S. Karlan
                     Civil Rights Division

**SUBJECT:**  Application of *Bostock v. Clayton County* to Title IX of the Education
                     Amendments of 1972

## A. GOD REJECTED HOMOSEXUALITY: SIN SEPARATES HUMANS FROM GOD

That evening the two angels came to the entrance of the city of Sodom. Lot was sitting there, and when he saw them, he stood up to meet them. Then he welcomed them and bowed with his face to the ground. ―My Lords," he said, ―come to my home to wash your feet, and be my guests for the night. You may then get up early in the morning and be on your way again." ―Oh no," they replied. ―We'll just spend the night out here in the city square." But Lot insisted, so at last they went home with him. Lot prepared a feast for them, complete with fresh bread made without yeast, and they ate. But before they retired for the night, all the men of Sodom, young and old, came from all over the city and surrounded the house. They shouted to Lot, ―*Where are the men who came to spend the night with you? Bring them out to us so we can have sex with them!*"

So Lot stepped outside to talk to them, shutting the door behind him. ―Please, my brothers," he begged, ―don't do such a wicked thing. Look, I have two virgin daughters. Let me bring them out to you, and you can do with them as you wish. But please, leave these men alone, for they are my guests and are under my protection."

---

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

"Stand back!" they shouted. "This fellow came to town as an outsider, and now he's acting like our judge! We'll treat you far worse than those other men!" And they lunged toward Lot to break down the door. But the two angels reached out, pulled Lot into the house, and bolted the door. Then <u>*they blinded all the men*</u>, young and old, who were at the door of the house, so they gave up trying to get inside [Genesis 19].[404]



Then the Lord rained brimstone and fire on Sodom and Gomorrah, from the Lord out of the heavens. So He overthrew those cities, all the plain, all the inhabitants of the cities, and what grew on the ground [Genesis 19:24-25].



---

[404] See <u>https://www.copticchurch.net/bible?r=Genesis+19&version=NKJV&showVN=1</u>

*⊤came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## B. HOMOSEXUALITY: DO NOT GLORIFY SIN BEFORE THE EYES OF GOD

When Vice President Kamala Harris and Senator Cory Booker attended a church service, the media descended down on them with criticism for attending a service at a Las Vegas Church by a pastor who described homosexuality as a sin; truth it is that it is a sin.[405] Vatican bars gay union blessing says God _can't bless sin' and sin it is.[406]

> Do not practice homosexuality, having sex with another man as with a woman. It is a detestable sin [Leviticus 18:22].[407]

But God shows his anger from heaven against all sinful, wicked people who suppress the truth by their wickedness. Yes, they knew God, but they wouldn't worship him as God or even give him thanks. *And they began to think up foolish ideas of what God was like*. As a result, their minds became dark and confused. Claiming to be wise, they instead became utter fools. And instead of worshiping the glorious, ever-living God, they worshiped idols made to look like mere people and birds and animals and reptiles.

So *God abandoned them* to do whatever shameful things their *hearts desired*. As a result, they did vile and degrading things with each other's bodies. They traded the truth about God for a lie. So they worshiped and served the things God created instead of the Creator himself, who is worthy of eternal praise! Amen.

That is why God abandoned them to their shameful desires. Even the women turned against the natural way to have sex and instead indulged in sex with each other. And the men, instead of having normal sexual relations with women, *burned with lust* for each other. Men did shameful things with other men, and as a result of this sin, they suffered within themselves the penalty they deserved.

Since they thought it foolish to acknowledge God, he abandoned them to their foolish thinking and let them do things that should never be done. Their lives became full of every kind of wickedness, sin, greed, hate, envy, murder, quarreling, deception, malicious behavior, and gossip. They are backstabbers, haters of God, insolent, proud, and boastful. They invent new ways of sinning, and they disobey their parents. They refuse to understand, break their promises, are heartless, and have no mercy. They know God's justice requires that those who do these things deserve to die, yet they do them anyway. Worse yet, *they encourage others to do them*, too [Romans 1:18-32].[408]

Here Mr. President, both the body and the soul were in battle against each others; the body craves all of Earth's sacrifices and pleasures and the soul craves the words of God. If one

---

[405] See https://nypost.com/2019/08/09/kamala-harris-cory-booker-visit-church-led-by-pastor-who-called-homosexuality-a-sin/
[406] See https://apnews.com/article/vatican-decree-same-sex-unions-cannot-bless-sin-077944750c975313ad253328e4cf7443
[407] See https://www.chabad.org/library/bible_cdo/aid/9919#v22
[408] See https://www.copticchurch.net/bible?r=Romans+1%3A18-32&version=NKJV&showVN=1

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

continues to glorify sin, then God will leave him or her to his or her own desire until sin eats up his or her body.

## C. GOD IS PATIENT AND KIND BUT DO NOT ABUSE HIS PATIENCE

Other people use God's laws as a mean to rule and distort, and here is when Jesus Christ came and said —No one is righteous" for he gave the sinner the open door for repentance rather than outright rejection. A pained heart that found rescue in mercy was the greatest escape from sin![409]

> Why do you eat and drink with tax collectors and adulteress. Jesus replied, people who are well do not need a doctor, only those who are sick. I have not come to call respectful people to repent but outcasts.

Now early in the morning He came again into the temple, and all the people came to Him; and He sat down and taught them. Then the scribes and Pharisees brought to Him a woman caught in adultery. And when they had set her in the midst, they said to Him, —Teacher, this woman was caught in adultery, in the very act. Now Moses, in the law, commanded this" they said, testing Him, that they might have something of which to accuse Him. But Jesus stooped down and wrote on the ground with His finger, as though He did not hear. So when they continued asking Him, He raised Himself up and said to them, —He who is without sin among you, let him throw a stone at her first." And again He stooped down and wrote on the ground. Then those who heard it, being convicted by their conscience, went out one by one, beginning with the oldest even to the last. And Jesus was left alone, and the woman standing in the midst. When Jesus had raised Himself up and saw no one but the woman, He said to her, has no one condemned you? She said, —No one, Lord." And Jesus said to her, —Neither do I condemn you; go and sin no more."



*Go and sin no more.*[410]

---

[409] See https://youtu.be/0feZQkHbCkM?t=2256 and see https://youtu.be/0feZQkHbCkM?t=3809
[410] See https://youtu.be/w5GXnM_TxSQ

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## D. THE RESULT OF HOMOSEXUALITY IN AMERICA: REBILLION AGAINST GOD

Mr. President, they said that you love children, and here I will show you what sinful people do to little children when they call sin love and forget morals and norms.

> The LGBTQ agenda, the Rainbow Flag speaks about love but a distorted love that chatters the foundation of a family and so God lets it be in order to show humanity that in the end what was born out of sin, does lead to destruction. Here you will see a pure little girl confused and may be disgusted, being invited to a Drag Queen show.[411]



*This is child abuse by taking away purity from a child's soul.*

> o   You see it again recently on the news: Children on stage at a drag show in South Beach, Miami.[412]

Mr. President, do you see what some of your cabinet members are promoting through their own political agenda. An agenda that will not bring you any blessings before the eyes of the Lord, your God.

## E. OUT OF THE SHADOWS: KEVIN SHIPP FORMER CIA INTELLIGENCE REPORT

One day, Satan told God ― leave me the powerful ones, I can handle them but the weak, I can t handle them because when they feel weak, they fight me with strength by calling your name.

The documentary ―Out of Shadows" was about a secular World that has gone astray like a sheep; lead by wealthy Jews who were evil, who seek power through divide and conquer, and here we

---

[411] See https://youtu.be/ZmQVNTAq050?t=57 , see https://bit.ly/33CwEhM , https://bit.ly/2wnL2hx , see also with better eyes https://youtu.be/PSnhjVpETtg?t=172 they will call it love.
[412] See https://thepostmillennial.com/watch-shocking-footage-of-children-on-stage-at-a-drag-show-in-los-angeles/

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

saw how <u>some</u> branches from the seed of Abraham became corrupt and evil as well. Kevin Shipp reveals the truth in the documentary and in subsequent videos he released.[413]



*This is a disturbed Jewish man who cannot be a female, he still has male organs.*

The Jews in power did not like the documentary ―Out of Shadows" and in today's America, free speech became a suppression for those who wield power because it brought out evil in broad day light, so they tried to censor the documentary everywhere on Twitter, YouTube, Google Search engine, calling it a Qanon conspiracy theory and a tones of names, and labels, and ADL came in to cover the tracks.[414] ADL, an Israeli covert lobby which interferes in America's affairs.[415]

But then, the Lord God will say:

> No one lights a lamp and covers it with a bowl. Instead, they put it on a stand, so that those who come in can see the light. Whatever is hidden away will be brought out into the open, and whatever will be covered up will be found and brought out to light. Therefore, take heed how you hear. For whoever has, to him more will be given; and whoever does not have, even what he seems to have will be taken from him [Luke 8:16-18]

However, the documentary found its way to **<u>BitChute</u>** where they can't censor it.[416]

---

[413] <u>See</u> report https://youtu.be/6HcQMiuRWv8
[414] <u>See</u> Documentary https://www.outofshadows.org/ <u>see</u> it here  https://vimeo.com/user112155939
[415] <u>See</u> Nathanael report https://www.bitchute.com/video/pj7Tx6yG2JkY/
[416] <u>See</u> search result https://www.bitchute.com/search/?query=out%20of%20shadows&kind=video

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Six Corporations control 90% of the Media in America and these companies are owned by mostly wealthy Jews; Summer Redstone, Bob Iger, Jeff Bewkes, Brian L Roberts, Rupter Murdoch and so I will remind this stubborn World, that God is wise and just.[417]



*There is no free press; there is a monopoly of the press.*

## F. YOUTUBE GLORIFIES SIN FOR PROFIT: THE WAP AND HOLLYWOOD

Mr. President, have you noticed how Hollywood been inserting lately within their movies and music certain themes: Snakes, Satan, Darkness, Lust, and the list keeps adding. Now you see it without any shame because the eyes were used to it: The Wap that should not be considered music at all but a perversion for teenagers and children before the adult. Lust, nude, snakes, all displayed in the video.[418]

---

[417] See https://www.businessinsider.com/these-6-corporations-control-90-of-the-media-in-america-2012-6 see https://www.webfx.com/blog/internet/the-6-companies-that-own-almost-all-media-infographic/
[418] See https://youtu.be/hsm4poTWjMs?t=121

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Without any parental control or warnings, YouTube which is bought by Google, that is owned by Jewish people. Youtube pushed the WAP video within their trending feature to be able to show it to as many audiences as possible. Soft-core sex became normal on YouTube for the sake of profit.

And now you find this culture affecting children and teenagers because we forgot ─morals and norms" what use to be considered a Sin, because normal for the eyes to see and it affected many. Belle Delphine a teenager followed the same path for the sake of society and society has failed her.[419] When, YouTube banned Bell Delphine's channel, the community came and criticized YouTube for banning the channel while leaving the WAP song trending on YouTube for many to see and they asked what the difference is? So YouTube responded with its logic.[420]



---

[419] <u>See</u> Bell Delphine's twitter account https://twitter.com/bunnydelphine
[420] <u>See</u> https://twitter.com/bunnydelphine/status/1331031484627611648

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Here Mr. President, you see that Jews in power profited from sin by glorifying it and it wasn't only affecting adults, but rather children and teenagers. It was that same hunger for lust that affected your own son —Hunter Biden" and we all saw the news; there is no need to share it within this letter. <u>Until</u> your own son told you —Dad I want to redeem myself. You must be a President."

Hunter Biden wanted to renovate his image; that is called the gate for repentance but before the public? Or before the eyes of the Lord, God? King David also sinned and when he sinned he wrote his sins for the whole World to read it, in the bible we read what he did and in that sense, he gained salvation before the eyes of the Lord, God.

God said concerning King David —I have found David the son of Jesse, a man after my *<u>own heart</u>*, who will do all my will" [Acts 13:22-23]. Through his seed, came Jesus Christ.



*YouTube profited from glorifying sin.*[421]

---

[421] See https://www.insider.com/belle-delphine-youtube-channel-banned-reinstated-2020-11

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## G. GENDER REASSIGNEMENT IS AGAINST GOD'S WILL: BRINGS DESTRUCTION

So God created man in His own image; in the image of God He created him; male and female He created them. [Genesis 1:27].[422]

Mr. President, gender reassignment is not science; it is perversion of God's creation. When God is removed from the soul of a society that is when the devil comes in and displays his power because after all, the Devil was casted out into the Earth where he resides. The Lord, God said that Satan is the ruler of this World and the Devil's goal is to gain as many souls as possible because he envied mankind which gained salvation through Jesus Christ. God forgave humans but God did not forgive the Devil who originally was an angel.



23 Jan 2021

'Children have been very seriously damaged' by NHS gender clinic, says former Tavistock staff governor

Consultant psychiatrist Dr David Bell, who served as a staff governor at the Tavistock Trust, wrote an internal report in 2018, raising the concerns brought to him by colleagues about the way the Gender Identity Development Service was treating patients.[423]

---

[422] See https://www.copticchurch.net/bible?r=Genesis+1%3A27&version=NKJV&showVN=1
[423] See https://www.channel4.com/news/children-have-been-very-seriously-damaged-by-nhs-gender-clinic-says-former-tavistock-staff-governor

─I came to complete not to refute. I came light to the World." <u>Jesus Christ</u>

## H. ABORTION IS THE KILLING OF THE UNBORN CHILDREN

Mr. President, when you first came to office you promised many things but many members of your cabinet are neither wise nor have fear of the Lord, God. And so I see you losing blessings instead of gaining blessings. The same way Donald J. Trump lost many hearts until I was able to show him what no one else was showing him, then he started to gain hearts; becoming a populist, then he became mighty proud, and God rejected him as a King when he failed to listen.

- o Bishops Decry Executive Order that Promotes Abortion Overseas.[424]

Archbishop Joseph F. Naumann of Kansas City in Kansas, and chairman of the U.S. Conference of Catholic Bishops' Committee on Pro-Life Activities and Bishop David J. Malloy of Rockford, and chairman of the Committee on International Justice and Peace, responded:

> It is grievous that one of President Biden's first official acts actively promotes the destruction of human lives in developing nations. This Executive Order is antithetical to reason, violates human dignity, and is incompatible with Catholic teaching . . . To serve our brothers and sisters with respect, it is imperative that care begin with ensuring that the unborn are free from violence, recognizing every person as a child of God.

Mr. President, I ask you and you answer me: Have you seen the movie ─Unplanned"? If not, then I ask you to sit down and watch it.[425]



---

[424] See [Bishops Decry Executive Order that Promotes Abortion Overseas | USCCB](#)
[425] See trailer [https://youtu.be/gBLWpKbC3ww](https://youtu.be/gBLWpKbC3ww)

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## I. WHEN SOCIETY FAILS: MARRIAGE FALLS

Mr. President, one of many indications that a society is failing and not receiving God's blessings is when you see the rate of marriage is in constant decline. In this sense, you see that God is not blessings many seeds for these seeds became dry and God tends to cut them out and throw them away because they do not bare any fruits.

Glorifying sin in a society leads to destruction, and here I see that the marriage rate in the United States of America is in constant decline because the foundation of a family is being destroyed by evil agendas: LGBTQ is one of many.



Secretary Antony Blinken's statement throwing the report in the trashcan and directing inclusion of "gay rights" and "reproductive rights" in human rights reports discusses none of this background or these considerations.[426]

---

[426] See https://www.theamericanconservative.com/articles/the-quintessence-of-blinkenism/ vs. Mike Pompeo's https://www.state.gov/wp-content/uploads/2020/07/Draft-Report-of-the-Commission-on-Unalienable-Rights.pdf

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXII. THE IHRA DEFINITION BRINGS HATE AND CHAOS: IT ALREADY DID

Mr. President, if you have a son who is very stubborn, refuses to change, and wants to destroy himself, what shall you do? In this instant, I asked the Lord, God and he answered me.

> And He said to them, 'Go into the entire World and preach the gospel to every creature.' — [Mark 16:15].

Lord, when you said — *He who called you is holy, you also be holy in all your conduct*, because it is written, ―Be holy, for I am holy." [1 Peter 1:13-16].[427] Lord, when you say such words, meaning you want humanity not to forget their original image, that they were ―created on God‘s image" [Genesis 1:27].[428]

Lord, you preferred to give mankind their will to decide and choose, rather than be like the other creatures who can‘t think or differentiate the difference between good vs. evil; righteous vs. sin. But then I ask you and you answer me, when men sin before your eyes, what do you do O Lord?

> You said, when men sins, I will send my prophets and the shepherds, and the priests, and the voice of the Lord who appear in the weak, and the Holy Spirit to lead the sinful men to repentance. And what else O Lord? You said, I will send him living examples in order to understand. And what else O Lord? You said, I will sacrifice my only begotten son in order to vanquish his or her sin and cleanse him, so one turns white like a white blossom.

Lord, you who love holiness, you tell us something beautiful in Ezekiel 36.

> Then I will sprinkle clean water on you, and you shall be clean; I will cleanse you from all your filthiness and from all your idols. I will give you a *new heart* and put a new spirit within you; I will take the heart of stone out of your flesh and give you a *heart of flesh*. I will put My Spirit within you and cause you to walk in my statutes, and you will keep my judgments and do them [Ezekiel 36:25-27].[429]

Lord, you said you will do all of these for the ones you loved, you said I will give you a new heart, you said I will take away a heart of stone and give you a heart of flesh. Lord, I know you want mankind to live for you and to live for you, we have to be holy because you said — Pursue peace with all people, and holiness, *without which no one will see the Lord* [Hebrews 12:14].[430]

Lord, you said in order to live with you, we have to be holy because we can‘t live among good and evil together at the same time and Elijah said

> ―Until when are you hopping between two ideas? If the Lord is God, go after Him, and if the Baal, go after him." And the people did not answer him a word [1 Kings 18:21].[431]

---

[427] See http://www.copticchurch.net/cgibin/bible/index.php?r=1+Peter+1%3A13-16&version=NKJV&btn=View
[428] See https://www.chabad.org/library/bible_cdo/aid/8165#v27
[429] See http://www.copticchurch.net/cgibin/bible/index.php?r=Ezekiel+36%3A25-27&version=NKJV&btn=View
[430] See http://www.copticchurch.net/cgibin/bible/index.php?r=Hebrews+12%3A14&version=NKJV&btn=View
[431] See https://www.chabad.org/library/bible_cdo/aid/15902#v21

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## A. THE IHRA DEFINITION:  A DEFINITION OF DESTRUCTION

Hear, O heavens, and give ear, O earth, for the Lord has spoken; Children I have raised and exalted, yet they have rebelled against Me. An ox knows his owner and a donkey his master's crib; Israel does not know, my people does not consider [Isaiah 1:2-3].[432]

Mr. President, there is no left wing Jews or right wing Jews, there is simply the term ―evil". Kenneth Stern who drafted the IHRA said the following:

> I drafted the definition of anti-Semitism. Rightwing Jews are weaponizing it.[433]

Mr. President, let me show you one of the secrets of how demons and Satan moves among people on Earth. The real question is: was the IHRA the work of a man or the work of the devil?

> One day, Satan told God — leave me the powerful ones, I can handle them but the weak, I can‘t handle them because when they feel weak, they fight me with strength by calling your name.

The <u>First</u> major sin this definition tried to do is rewrite the bible by denying that Jews killed Jesus Christ and if failed miserably.

The <u>Second</u> major sin is to hide that many Jews are collectively evil by their actions based on how they were raised and this letter have shown what Jews are doing when they gained power. God will declare them ―Rasha" רָשָׁע guilty of injustice.[434]

> Accusing Jews as a people of being responsible for real or imagined wrongdoing committed by a single Jewish person or group, or even for acts committed by non-Jews.

Mr. President, here is the parable. When the Lord, God punished Egypt sending 10 plagues to Egypt, then taking the lives of the first born, was God punishing Egypt or a Single person? God was punishing the Pharaoh who ruled over all of Egypt for his own stubbornness, even when good people lived in Egypt.[435]

In that sense, when powerful Jewish people commits wickedness in mass, do you think the punishment from God will come only to the one who did it or will come to the entire community for God wants others to see and learn? God did punish Egypt and the same God did punish Israel. Here is another parable, when the Jewish people celebrate Passover. Are they only celebrating how the Israelite was rescued or they also celebrating the death of the firstborn children in Egypt? When humans look at it this way, what do you think of the Jewish people? What do you think of members of Congress who celebrate Passover and what do you think of your Cabinet members who celebrate Passover?

---

[432] See https://www.chabad.org/library/bible_cdo/aid/15932
[433] See https://www.theguardian.com/commentisfree/2019/dec/13/antisemitism-executive-order-trump-chilling-effect see definition https://www.holocaustremembrance.com/working-definition-antisemitism
[434] See https://youtu.be/A14THPoc4-4?t=198 and see https://youtu.be/A14THPoc4-4?t=222
[435] See The 10 plagues https://youtu.be/GJIeW4TCQM0 and see the firstborn https://youtu.be/HXmru6NrSAY

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

And it came to pass at midnight that the Lord struck all the firstborn in the land of Egypt, from the firstborn of Pharaoh who sat on his throne to the firstborn of the captive who was in the dungeon, and all the firstborn of livestock [Exodus 12:29].[436]



*The death of Pharaoh's son.*[437]

IHRA definition is trying to tell the public that the Jewish people are righteous and no one is righteous, and the Lord, God loves the humble hearts for he himself is humble.

The <u>Third</u> major sin is the sin of loyalty. It has been proven over and over that Jews do hold dual loyalty by their own actions and not words. Or did we forget Jonathan Pollard.[438]

> Accusing Jewish citizens of being more loyal to Israel, or to the alleged priorities of Jews Worldwide, than to the interests of their own nations.

The <u>Fourth</u> major sin is denying their own Torah and the Bible. Jews did indeed kill their own messiah Isaiah 53. Jews also did commit blood libel; in the Old Testament, they did pass the burning of their children as a sacrifice (The Cult of Moloch).[439] And in today's modern World, they did two things: Kaporos and Sucking blood off the penis of the children upon circumcision.

> Using the symbols and images associated with classic anti-Semitism (e.g., claims of Jews killing Jesus or blood libel) to characterize Israel or Israelis.

---

[436] See https://www.copticchurch.net/bible?r=Exodus+12%3A29&version=NKJV
[437] See https://youtu.be/HXmru6NrSAY?t=171
[438] See https://www.timesofisrael.com/in-blunt-interview-pollard-claims-jews-will-always-have-dual-loyalty/
[439] See https://www.jewishvirtuallibrary.org/the-cult-of-moloch

‡*came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Kaporos is a practice wherein, the chicken is rolled on top of a person's head; with the belief of collecting the person's sins and later the chicken is sacrificed giving the belief that the person's sins are forgiven.[440] Mass chicken slaughter became a perversion of God's words.

Circumcision of baby boys scientifically is known to prevent a variety of diseases, especially the bacteria accumulating under the skin.[441] However, for Ultra Orthodox Jews, the practice became a distorted ritual in the synagogue wherein, the rabbi has to suck on the baby's penis with water after performing circumcision. The mouth that carries all sorts of bacteria, for it to be used on a baby's penis is not only a disturbing practice that brings a series of infections but how is this practice even part of God's words in the Old Testament? This ritual is demonic and a child sex abuse.[442] Why do it? They think the blood of the babies brings them some sort of a spiritual connection; a connection that is to the Devil. This also became a perversion of God's words.

Islamists did the same thing: Female Genital Mutilation.[443] It took me sometime to explain it not only to former President Donald Trump but to the Department of Justice in my 5th letter to him when I saw DOJ failed to interfere in an appeal concerning FGM.[444] I asked myself, don't they have eyes that can see and ears that can listen, if they do, then they must see and hear.

The perversion of God's words is ongoing to this very day because humans fails to understand the nature of God and decided to create their own laws and habits and for that reason, a major change had to come to the Earth, not pertaining to one country or one tribe or one community but to the whole Earth, so that everyone can see the same thing and feel the same thing and understand God; that all humans were created on the Image of God.

Covid19 was the answer to this stubborn World, Mr. President.

## XXXIII. I AM NOT A GUEST IN YOUR HOUSE: I AM THE HOUSE ITSELF!

I was in the Spirit on the Lord's Day, and I heard behind me a loud voice, as of a *trumpet*, saying, ‡ am the Alpha and the Omega, the First and the Last," and, to Ephesus, to Smyrna, to Pergamos, to Thyatira, to Sardis, to Philadelphia, and to Laodicea [Revelation 1:10-11].[445]

He who is unjust, let him be unjust still; he who is filthy, let him be filthy still; he who is righteous, let him be righteous still; he who is holy, let him be holy still. And behold, I am coming quickly, and my reward is with me, to give to everyone according to his work [Revelation 22:11-12].[446] Behold, I am coming quickly! [Revelation 22:7].[447]

---

[440] See https://youtu.be/KpY7ec9ie0g
[441] See https://www.webmd.com/sexual-conditions/guide/circumcision
[442] See https://youtu.be/rLcXvgv4FYI see https://youtu.be/rLcXvgv4FYI?t=72
[443] See DOJ Press Release https://www.justice.gov/opa/pr/department-justice-recognizes-international-day-zero-tolerance-female-genital-mutilation
[444] See https://www.reuters.com/article/us-usa-womensrights-fgm/us-government-backs-off-case-of-female-genital-mutilation-idUSKCN1RO2LA , https://www.pbs.org/newshour/nation/why-the-u-s-ban-on-female-genital-mutilation-was-ruled-unconstitutional
[445] See https://www.copticchurch.net/bible?r=Revelation+1&version=NKJV See https://youtu.be/lZK-2WTsPpg?t=35 // https://youtu.be/lZK-2WTsPpg?t=112
[446] See http://www.copticchurch.net/cgibin/bible/index.php?r=Revelation+22&showVN=1&version=NKJV

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



*My Lambs listen to my voice; I know them, and they follow me [John 10:27].[448]*

The Lord reigns, let the earth be glad; let the distant shores rejoice. Clouds and thick darkness surround him; righteousness and justice are the foundation of his throne. Fire goes before him and consumes his foes on every side. His lightning lights up the World; the earth sees and trembles. The mountains melt like wax before the Lord, before the Lord of all the earth. The heavens proclaim his righteousness, and all the peoples see his glory [Psalms 97:1-6].[449]

The Lord, God strength my heart and raises me up from the ground; from the hunter's traps he protects me; and if the roads are blocked before my own eyes, he splits the ocean in half for me to pass through. I was never afraid of the long nights or from a spear that flies next to me because his eyes stood all night watching me and the shadow of his wings covers me; he who does wonders and fulfills the impossible; his breath shakes the foundations of the mountains; he who opens his hands to help the weak; and stretches his fingers to wipe off my tears. He who strengthens my footsteps; he who protects me and in the middle of the desert, from the heart of the rock he quenches my thirst — For when I am weak, I am strong through the Lord, God, Jesus Christ [2 Corinthians 12:10].[450]

☩ ✝ ☨ ✝ ☩ ✝ ☩ ✝ ☨ ✝ ☩

I heard the voice of the Lord, saying: "Whom shall I send, and who will go for us?" Then I said, "Here am I! Send me" [Isaiah 6:8].[451]

---

[447] See https://youtu.be/lZK-2WTsPpg?t=137
[448] See http://www.copticchurch.net/cgibin/bible/index.php?r=John+10%3A27&version=NKJV&btn=View
[449] See https://youtu.be/0feZQkHbCkM?t=7332
[450] See http://www.copticchurch.net/cgibin/bible/index.php?r=2+Corinthians+12%3A10&version=NKJV&btn=View
[451] See http://www.copticchurch.net/cgibin/bible/index.php?r=Isaiah+6%3A8&version=NKJV&btn=View

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXIV. LUCIFER'S HEART AND THE EVIL WITHIN

In Eden, the garden of God you were; every precious stone was [set in] your covering; ruby, topaz, diamond, chrysolite, onyx, and jasper, sapphire, carbuncle, and crystal and gold; the work of your drums and your orifices is in you; on the day of your creation they were established. You were a cherub of great measure, that covers, and I gave that to you; you were on the mount of the sanctuary of God: you walked among stones of fire [Ezekiel 28:13-14].[452]

In Eden, God's favorite angel dwelled and in it, he was given all the gifts that God can offer, from knowledge and might, to power and beauty. Lucifer, despite all the knowledge and powers that the Lord, God gave him, he was envy of the Lord, and wanted to take God's place — And you said to yourself, 'To the heavens will I ascend, *above God's stars will I raise my throne*, and I will sit on the mount of the assembly, in the farthest end of the north. I will ascend above the heights of the clouds; *I will liken myself to the Most High*.' But into the nether World shall you be brought down, to the bottom of the pit [Isaiah 14:13].[453]

It was Archangel Michael, the head of the angels who fought with Lucifer in heaven by telling him ─who is like God" and he won, and Lucifer fell into the pits of hell — And war broke out in heaven: Michael and his angels fought with the dragon; and the dragon and his angels fought, but they did not prevail, nor was a place found for them in heaven any longer. So the great dragon was cast out, that serpent of old, called the Devil and Satan, who deceives the whole World; he was cast to the earth, and his angels were cast out with him [Revelation 10:7-9].[454]



*When the Devil deceived Eve – Humans were separated from God*

[452] See https://www.chabad.org/library/bible_cdo/aid/16126#v13
[453] See https://www.chabad.org/library/bible_cdo/aid/15945#v13
[454] See http://www.copticchurch.net/cgibin/bible/index.php?r=Revelation+12%3A7-9&version=NKJV&btn=View

*̶I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Lord, I know that you've send your only begotten son, Jesus Christ for the salvation of humanity and you said that the son of man came to save those who perished.

## A. WHY DO YOU ALLOW EVIL TO FLOURISH

Yet, I find many have perished and many were not saved. I ask you O Lord, what are your opinion concerning them. <u>Why</u> do you allow the devil to rise and his kingdom stretches far and wide? <u>Why</u> did you say in the book of revelation — it was granted to him to make war with the saints and to overcome them. And authority was given him over every tribe, tongue, and nation [Revelation 13:7].[455] <u>Why</u> did you say — and unless those days were shortened, no flesh would be saved; but for the elect's sake those days will be shortened [Mathew 24:22].[456] <u>Why</u> did you say — now when the thousand years have expired, Satan will be released from his prison and will go out to deceive the nations which are in the four corners of the earth, Gog and Magog, to gather them together to battle, whose number is as the sand of the sea [Revelation 20:7-8].[457]

<u>Why</u>, O Lord, many of your children fall every day. And <u>why</u> it was said that a ̶sin" has created many wounds and all its defeaters are strong. <u>Why</u> O Lord, many have increased who trouble me! <u>Why</u> many are rising up against me. <u>Why</u> many are saying, ̶There is no help for him in God."

<u>Why</u> does the believer cry out to you every day and say ̶hasten to my aid, my enemies are in the vigor of life, and those who hate me for false reasons have become great." I don't know the true road verbatim and for that reason; I pray by saying — let me know the true path that you want me to walk through it. I am a stranger in the land; do not hide your commandments from me. Teach me to do your wills; and your holy spirit will guide me toward the light.



*Hell is a very scary place people; do not lose your chance on Earth for salvation.*

---

[455] See http://www.copticchurch.net/cgibin/bible/index.php?r=Revelation+13%3A7&version=NKJV&btn=View
[456] See http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+24%3A22&version=NKJV&btn=View
[457] See http://www.copticchurch.net/cgibin/bible/index.php?r=Revelation+20%3A7-8&version=NKJV&btn=View

*‒I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXV. BLESSED ARE THE ONES WHO BELIEVE WITHOUT SEEING

Mr. President, in the entire bible there are two verses that kept me speechless. One which said — most assuredly, I say to you, he who believes in me, the works that I do he will do also; and greater works than these he will do, because I go to my Father [John 14:12].[458] However, there is a much more powerful verse — everything is possible for one who believes [Mark 9:23].[459]

Mr. President, in her faith that moved the mountain showed the truth to former President, Donald J. Trump and the World changed in a blink of an eye and the Kings of the Earth feared death and they all saw the limits to their earthly powers. In my 15th letter dated October 13, 2019 to President Donald Trump, when I spoke of President Xi's haughtiness and that the Lord will <u>strike</u> china because he saw himself as a God.

**Trade balance:** as shown on this graphic how the United States trade balance has changed since 1992.[244]



Despite the comments made in May of 2000 by President Bill Clinton and former Federal Reserve President Alan Greenspan about the advantages of Permanent Normal Trade Relations (PNTR) with China.[245] Admitting China to the World Trade Organization has had a massive negative impact on America's manufacturing industry and its accompanying negative impact on wages and salaries for American workers.

However, with the United States' help, China was able to pull its population out of poverty and so when we see President Xi comparing himself to a God, that is when the lord will strike China for he has not appreciate God's hands in pulling the Chinese population out of poverty.[246]

Churches in China's central province of Henan have been forced by the authorities to take down the Ten Commandments and replace them with quotes of President Xi Jinping, according to a Bitter Winter report.[247]

*The Lord, God Struck China*

From the words of Koheleth, the son of David — vanity of vanities, all is vanity and there is nothing to be gained under the sun [Ecclesiastes 1:1-3].[460]

Then the Lord struck China with what is known as Corona Virus. Whether the eyes can believe it or deny this timeline, this event took place after the 15th letter to former President Donald

---

[458] See http://www.copticchurch.net/cgibin/bible/index.php?r=John+14%3A12&version=NKJV&btn=View
[459] See http://www.copticchurch.net/cgibin/bible/index.php?r=Mark+9%3A23&version=NKJV&btn=View
[460] See http://www.copticchurch.net/cgibin/bible/index.php?version=NKJV&r=Ecclesiastes+1 , see Saint Philopater Mercurius speaks to Emperor Decius https://youtu.be/wA5Tlh4vheU?t=4760, https://en.wikipedia.org/wiki/Decius

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Trump. Many conspiracy theories came afterward blaming China, Israel, or the United States but as we saw, this Covid-19 became pandemic affecting the entire World.[461]



*Covid-19 Affecting the World.*

o   Global Research reports that Israel created the Corona virus.[462]
o   Zero Hedge reports that China stole Covid-19 from Canada for the purpose of creating a biological weapon.[463]
o   CDC reports that Covid-19 existed in animals consumed by humans in china.[464]
o   Did a 1981 Dean Koontz novel predict the corona virus? Wuhan-400. [465]

## A. THE REVIVAL OF PRINCE OF EGYPT: MOSES

Mr. President, I also spoke of the movie Prince of Egypt in my 13th letter dated August 21, 2019.[466] It is been years since the United States saw quality biblical movies like Prince of Egypt and Joseph: King of Dreams.[467]

Then suddenly, from writing came the revival of the movie came to Europe.[468] I ask you and you answer me: was this a coincidence?

---

461 See Map https://www.arcgis.com/apps/opsdashboard/index.html#/bda7594740fd40299423467b48e9ecf6
462 See https://www.globalresearch.ca/who-made-coronavirus-u-s-israel-china/5705628
463 See https://www.zerohedge.com/geopolitical/did-china-steal-coronavirus-canada-and-weaponize-it
464 See https://youtu.be/TPpoJGYlW54 see Contagion 2011 https://youtu.be/4sYSyuuLk5g
465 See https://nypost.com/2020/02/27/did-a-1981-dean-koontz-novel-predict-the-coronavirus/
466 See https://youtu.be/N0Vh65UrBK4 , see https://youtu.be/s2A3LaYDlHM , see https://youtu.be/2fuimQA8Was
467 See https://youtu.be/Rb44Vn8C3WM , see https://youtu.be/QWiJ8VQXJzY
468 See when you believe https://youtu.be/wTWbZAqRJDc , see https://twitter.com/princeofegyptuk

*I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



*Prince of Egypt: Moses vs. Out of Egypt, I called my son [Hosea 11:1].*

Mr. President, if anyone knows the Bible, he or she would understand that what Moses failed to do, Jesus Christ came and completed it.

> And at the ninth hour Jesus cried out with a loud voice, saying, ―Eloi, Eloi, lama sabachthani?" which is translated, ―My God, My God, why have you forsaken Me?" [Mark 15:34].[469]

Did you notice that He died when He voluntarily gave up His spirit? Neither you nor I can do that. But the God-man, Jesus Christ, could and He did. The plan was finished and His reason for coming to this earth was complete.

---

[469] See https://www.copticchurch.net/bible?r=Mark+15%3A34&version=NKJV&showVN=1

*"I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Lord, God said "for he shall give his angels charge over you, to keep you in all your ways [Psalms 91:11].[470] The Lord promised the ones who have faith that the angels will work with them but he also gave another promise, faith without work is void — What does it profit, my brethren, if someone says he has faith but does not have works? Can faith save him? [James 2:14].[471]

## B. IN A HISTORIC MOVE, ISRAEL BEGINS SUPPLYING GAS TO EGYPT

Mr. President, and in my 5th letter to former President Donald Trump, I showed him a map of God's work in the middle-east, the letter was dated April 16. 2019. However, fast forward to January 15, 2020, and what were words on paper became a reality.[472]



"Blessed is **<u>Egypt</u>** *My people, and* **<u>Assyria</u>** *the work of My hands, and* **<u>Israel</u>** *My inheritance*" In the book of Isaiah 19:25.[473]

---

[470] See http://www.copticchurch.net/cgibin/bible/index.php?r=Psalms+91%3A11&version=NKJV&btn=View

[471] See http://www.copticchurch.net/cgibin/bible/index.php?r=James+2%3A14-26&version=NKJV&btn=View

[472] See https://www.ynetnews.com/business/article/rJO51UneL

[473] See Isaiah 19:25 https://www.chabad.org/library/bible_cdo/aid/15950/jewish/Chapter-19.htm and the <u>Bible</u>, the old testament http://www.copticchurch.net/cgibin/bible/index.php?r=Isaiah+19&showVN=1&version=NKJV

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## C. THE MESSIAH NETFLIX: THE ANTI-CHRIST

Mr. President, then my 16th letter to former President Donald Trump, I spoke about the anti-Christ to correct many false theologies within the 3 Abrahamic religions. What happen after this letter? A TV Series on Netflix under the name —The Messiah" spoke about the coming of the anti-Christ and it came to light on December 3, 2019.[474]

> Take heed that no one deceives you. For many will come in my name, saying, 'I am the Christ,' and will deceive many. And you will hear of wars and rumors of wars. See that you are not troubled; for all these things must come to pass, but the end is not yet. For nation will rise against nation, and kingdom against kingdom. And there will be famines, pestilences, and earthquakes in various places. *<u>All these are the beginning of sorrows</u>*. Then they will deliver you up to tribulation and kill you, and you will be hated by all nations for my name's sake. And then many will be offended, will betray one another, and will hate one another. Then many false prophets will rise up and deceive many. And because lawlessness will abound, the love of many will grow cold. But he who endures to the end shall be saved. And this gospel of the kingdom will be preached in all the World as a witness to all the nations, and then the end will come [Mathew 24:4-14].



*This worries me (stubbornness).*[475]

Mr. President, did you see what you did when you've realized that Covid-19 became pandemic? Former President Donald Trump did see, but you are new to this journey. Trump declared March 14, a national day for prayer for all Americans.[476] My prayers were relative to the Lord striking China and he did, but the Lord's also listened to my past letters when I mentioned —Nations will not forget you O Lord." Men's hour are different from God's hour and many time I appear to be

---

[474] <u>See</u> trailer https://youtu.be/mjLWuzGVyew

[475] <u>See</u> this worries me though https://www.nytimes.com/interactive/2019/10/29/climate/coastal-cities-underwater.html , <u>see</u> President Al-Sisi https://twitter.com/AlsisiOfficial/status/1238452593535397894

[476] <u>See</u> https://www.whitehouse.gov/presidential-actions/proclamation-national-day-prayer-americans-affected-coronavirus-pandemic-national-response-efforts/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

impatient yet I see the Lord, God is working hard, fulfilling what people of Good hearts asks of him.

Lord you taught us many things but humanity keeps forgetting who you really are <mark>but not to worry because nations will not forget who you are and they will know that just as much as you love us, that we also love you back.</mark> Forgive their weaknesses and their daily temptations because you understood us when you descended from your thrown onto earth in the body of Jesus Christ and you've experienced the temptation of hunger when you fasted 40 days in the Judaean Desert. You've seen how weak and fragile humans are but not to worry because your name will be glorified among nations when they see how you've dispersed the hateful hearts and gathered the righteous and did wonders through the weak.

Let me ask the world another question so that they can read in order to understand: Is the lord coming out of you or is he inside of you; meaning is God far away in heaven — when you pray and say "lord" do you look up in the sky or do you look inside your heart.

Where is the lord exactly? There are people who pray and have no relationship with the lord and the lord will tell them — when you spread out your hands, I will hide my eyes from you, even when you pray at length, I do not hear [Isaiah 1:15].[23] The lord will tell the people of the books who want to learn everything verbatim — these people honor me with their lips, but their hearts are far from me. They worship me in vain; their teachings are merely human rules. Jesus called the crowd to him and said, 'listen and understand' [Matthew 15:8-10].[24] They pray and there is no relationship.



*Remember my 12ᵗʰ letter*

Mr. President, this is what faith in the Lord, God did in order for the eyes to see.[477]

> And in them the prophecy of Isaiah was fulfilled, which says: 'Hearing you will hear and shall not understand, and seeing you will see and not perceive' [Isaiah 6:9]. For the hearts of these people have grown dull. Their ears are hard of hearing, and their eyes they have closed, lest they should see with their eyes and hear with their ears, lest they should understand with their hearts and turn, so that I should but blessed are your eyes for they see, and your ears for they hear; for assuredly, I say to you, that many prophets and righteous men desired to see what you see, and did not see it, and to hear what you hear, and did not hear it.

---

[477] Where is your faith? Asks the Lord https://youtu.be/0feZQkHbCkM?t=2761

*⸺I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

You, O Lord, did not create humanity to perish. For that same reason, Saint Athanasius said — surely it *would* have been *better* never to have been *created* at all *than*, having been *created*, to be neglected and *perish*.

## D. ONE WORLD IS EXPERIENCE THE SAME PAIN ALL AT ONCE

Mr. President, did you see what happened during covid19 pandemic, the World started to see both good vs evil in broad day light and no evil was hidden anymore. People are able to see both, people are able to speak about both, and people eyes have opened, while many others remain closed.

- o Covid-19 Virus Variants: Brazil, UK, South African and other Coronavirus strains in India.[478]
- o Scientists' horror over ‗escape mutation' of new COVID strain.[479]
- o India Non-stop cremations cast doubt on India's counting of COVID dead.[480]
- o Japan looks to expand emergency as 70 per cent of Tokyo cases have E484K mutation.[481]

Mr. President, as you can see, a vaccine will not be the protector from Covid19, since it is mutating on multiple levels. The question becomes why? What does the Lord, God wants the Kings of the Earth to see and notice? I prayed and God fulfilled, I prayed and said ⸺Nations will not forget you." However, stubbornness is on the <u>rise</u> from many hearts.

## XXXVI. THE BOOK OF REVELATION: THE HARLOT AND THE BEAST

Mr. President, when I speak to God, he showed me that this World runs on parables, that to never take anything verbatim but rather according to his will, not mine. Also the Lord, God loves when those dear to him speak to him, using his own words. God loves to debate with mankind. God also knows that we are weak but he loves to work with the weak to put to shame the strong.

> But God has chosen the foolish things of the World to put to shame the wise, and God has chosen the weak things of the World to put to shame the things which are mighty; and the base things of the World and the things which are despised God has chosen, and the things which are not, to bring to nothing the things that are, that no flesh should glory in His presence [1 Corinthians 1:27-29].[482]

Mr. President, what you are about to read shows you that God intends to stir the multiple water of the Earth, so that the Kings of the Earth look and see who is in control, not them but God.

---

[478] See https://www.financialexpress.com/lifestyle/health/covid-19-virus-variants-brazil-uk-south-african-and-other-coronavirus-strains-in-india-check-details/2237620/

[479] See https://www.news.com.au/world/coronavirus/health/scientists-horror-over-escape-mutation-of-new-covid-strain/news-story/f7627d86515862ebc1fe5815d689123f

[480] See https://www.reuters.com/world/india/non-stop-cremations-cast-doubt-indias-counting-covid-dead-2021-04-19/

[481] See https://www.scmp.com/news/asia/east-asia/article/3128268/coronavirus-some-7-10-tokyo-cases-have-e484k-mutation-report

[482] See https://www.copticchurch.net/bible?r=1+Corinthians+1%3A27-29&version=NKJV

―*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## A. REVELATION 17: THE HARLOT AND THE BEAST

Then one of the seven angels who had the seven bowls came and talked with me, saying to me,* ―Come, I will show you the judgment of the great harlot who sits on many waters, with whom the kings of the earth committed fornication, and the inhabitants of the earth were made drunk with the wine of her fornication." So he carried me away in the Spirit into the wilderness. And I saw a woman sitting on a scarlet beast which was full of names of blasphemy, having seven heads and ten horns. The woman was arrayed in purple and scarlet, and adorned with gold and precious stones and pearls, having in her hand a golden cup full of abominations and the filthiness of her fornication. And on her forehead a name was written: MYSTERY, BABYLON THE GREAT, THE MOTHER OF HARLOTS AND OF THE ABOMINATIONS OF THE EARTH. I saw the woman, drunk with the blood of the saints and with the blood of the martyrs of Jesus. And *when I saw her, I marveled with great amazement*.



**Compilation of prophetic commentaries**

This 17th chapter is one of the most symbolic, significant but also complex chapter of the book of Revelation, which really requires interpretation. An angel *"carries"* John *"in the spirit"* and shows him a vision, verses 1 to 6, and then proceeds to give him the interpretation, verses 7 to 18. We will first read the whole chapter and then we will go through it again, verse by verse, with commentaries and Bible cross references. First <u>the vision</u>:

REV.17:1 And there came **one of the seven angels which had the seven vials**, and talked with me, saying unto me, Come hither; **I will show unto thee the judgment of the great whore that sitteth upon many waters**:

REV.17:2 with whom **the kings of the earth have committed fornication**, and the inhabitants of the

But the angel said to me, ―Why did you marvel? I will tell you the mystery of the woman and of the beast that carries her, which has the seven heads and the ten horns. *The beast that you saw was, and is not*, and will ascend out of the bottomless pit and go to perdition. And those who dwell on the earth will marvel, whose names *are not written in the Book of Life* from the foundation of the World, when they see the beast that was, and is not, and yet is. Here is the mind which has wisdom: The seven heads are seven mountains on which the woman sits. There

*̶I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

are also <u>*seven kings*</u>. <u>*Five have fallen*</u>, <u>*one is, and the other has not yet come*</u>. And when he comes, he must continue a short time. And the beast that was, and is not, is himself also the eighth, and is of the seven, and is going to perdition. The ten horns which you saw are <u>*ten kings*</u> who have received <u>*no kingdom as yet*</u>, but they receive authority for <u>*one hour as kings with the*</u> <u>*beast*</u>. These are of one mind, and they will give their power and authority to the beast.

<u>*These will make war with the Lamb*</u>, and the Lamb will overcome them, for He is Lord of Lords and King of kings; and those who are with Him are called, chosen, and faithful." Then he said to me, ̶*The waters which you saw, where the harlot sits, are peoples, multitudes, nations, and* <u>*tongues*</u>. And the ten horns which you saw on the beast, these will hate the harlot, make her desolate and naked, eat her flesh and burn her with fire. For God has put it into their hearts to fulfill His purpose, to be of one mind, and to give their kingdom to the beast, until the words of God are fulfilled. And the woman whom you saw is that <u>*great city which reigns over the kings of*</u> <u>*the earth*</u>."

## B. THE PARABLE TO THE BOOK OF REVELATION

Mr. President, of course if anyone reads this chapter, they will not understand anything and many priests and bible scholars tried to dive into the book of revelation but they couldn't understand it, and those who tried to understand it, came with heretic words.

I do not know why my journey was drawn to be like that, all I know that this wasn't my journey but God raised me up against the Beasts to speak to them and to question their ̶wisdom." When you read my 2[nd] letter, you will understand how this journey started with Office For Civil Rights [OCR] and it didn't matter which administration came and which left, they all could not handle a simple discrimination case and they all did wickedness: From Obama administration, to Trump administration, to your own administration.[483]

However, let me focus on this World because this letter is about this World. It will also show you what no one else showed you for when Trump listened, he gained much knowledge, but he was selfish when he didn't do good with me, I loved him but he didn't do good with me. I still love him because he had a heart of a lion. Trump gained as much knowledge from me as possible but never did good with me and in doing so, he also fell when God rejected him as a King because I told him in my 16th letter — As wise as Solomon was, his richest, wisdom, and women brought him destruction and God rejected him as king when he forgot the Lord, God.

The book of revelation uses symbols as a mean for different things: In this Chapter, it describes the following:

1. The Beast is the Devil.
2. The Woman is the great city which reigns over the Kings of the Earth.
3. The Seven Heads are seven mountains representing seven kings (5 Fell, and 2 have not).
4. The Ten Horns are ten Kings with no kingdom, but they gained power with the Beast.
5. They will all make war with the Lamb i.e., Jesus Christ and they will <u>all</u> fall.

---

[483] See https://www2.ed.gov/about/offices/list/ocr/contactus2.html

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXVII. THE BEAST, THE DRAGON, AND THE INJURED LEOPARD

He gives power to the weak, and to those who have no might He increases strength. Even the youths shall faint and be weary, and the young men shall utterly fall, But those who wait on the Lord shall renew their strength; they shall mount up with wings like eagles, they shall run and not be weary, they shall walk and not faint" [Isaiah 40:29-31][484]



*Revelation 13: The Dragon, the Injured Leopard, and the Beast 666*

Then I* stood on the sand of the sea. And I saw a beast rising up out of the sea, having seven heads and ten horns, and on his horns ten crowns, and on his heads a blasphemous name. Now the beast which I saw was like a leopard, his feet were like the feet of a bear, and his mouth like the mouth of a lion. The dragon gave him his power, his throne, and great authority. And I saw one of his heads as if it had been mortally wounded, and his deadly wound was healed. And all the World marveled and followed the beast. So they worshiped the dragon who gave authority to the beast; and they worshiped the beast, saying, "Who is like the beast? Who is able to make war with him?" And he was given a mouth speaking great things and blasphemies, and he was given authority to continue for forty-two months. Then he opened his mouth in blasphemy against God, to blaspheme His name, His tabernacle, and those who dwell in heaven. It was granted to him to make

---

[484] See http://www.copticchurch.net/cgibin/bible/index.php?r=Isaiah+40%3A29-31&version=NKJV&btn=View

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

war with the saints and to overcome them. And authority was given him over every tribe, tongue, and nation. All who dwell on the earth will worship him, whose names have not been written in the Book of Life of the Lamb slain from the foundation of the World. If anyone has an ear, let him hear. He who leads into captivity shall go into captivity; he who kills with the sword must be killed with the sword. Here is the patience and the faith of the saints.

Then I saw another beast coming up out of the earth, and he had two horns like a lamb and spoke like a dragon. And he exercises all the authority of the first beast in his presence, and causes the earth and those who dwell in it to worship the first beast, whose deadly wound was healed. He performs great signs, so that he even makes fire come down from heaven on the earth in the sight of men. And he deceives those who dwell on the earth by those signs which he was granted to do in the sight of the beast, telling those who dwell on the earth to make an image to the beast who was wounded by the sword and lived. He was granted power to give breath to the image of the beast, that the image of the beast should both speak and cause as many as would not worship the image of the beast to be killed. <u>*He causes all, both small and great, rich and poor, free and slave, to receive a mark on their right hand or on their foreheads, and that no one may buy or sell except one who has the mark or the name of the beast, or the number of his name. Here is wisdom*</u>. Let him who has understanding calculate the number of the beast, for it is the number of a <u>*man*</u>: His number is <u>*666*</u> [Revelation 13].[485]

Mr. President, it is not a coincidence that after my 12th letter to former President Donald Trump came Covid19, then enters the Beast, a man with a number 666 and he is Bill Gates; his actions speaks louder than a conspiracy theory or maybe he is a man who is trying to perform a biblical prophecy just like Muhammad and Bahira but they all fell.

## A. THE IDENTITY: THE BEAST, CHINA, AND AMERICA

Mr. President, in the book of revelation, the bible speaks about the Beast who is a man, the Dragon, and the injured Leopard. It also shows that the Beast will redirect power from the injured Leopard to the Dragon. It adds that the Dragon will take some of the power from the injured Leopard and it also shows that the injured Leopard will be healed in time.

Mr. President, that is a lot of information to digest about this World but if God taught me anything is that he opens the closed eyes when he wants, and he brings out the weak to explain to the strong many things that they don't understand, and in that sense the name of the Lord, God gets glorified through the weak and not the strong, so that glory is not taken and given to men.

Mr. President, looking at a chain of events, I can point 3 things that to me appears to be somewhat clear:

1. The Injured Leopard appears to be America;
2. The Dragon appears to be China; and
3. The Beast appears to be Bill Gates.

---

[485] See http://www.copticchurch.net/cgibin/bible/index.php?r=Revelation+13&version=NKJV&btn=View

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## B. PRESIDENT XI JINPING WANTS TO BE LIKE A GOD: HE WILL FALL

Mr. President, since the beginning of life and God, the Creator created humans on his image. Humanity didn't need to create images because they were already created on God's image!

> So God created man in His own image; in the image of God He created him; male and female He created them [Genesis 1:27].[486]

However, as you saw, the Devil envied the humans and wanted them to fall just like he did, so he deceived Eve and a whole multitude; after the fall of Adam and Eve. The Devil played on human's weakness: Lust, Power, Might, Pride, Wealth, and all that life has to offer.[487]

When, the Lord, God judged Egypt, he judged Egypt based on its King who ruled it, and at that time it was Pharaoh. Let my people go! Said Moses. Pharaoh's stubbornness allowed for God to judge Egypt, but not only Egypt, God took the lives of the firstborn; the only time God took the lives of children in the bible.[488] Hence, God here spoke in parables in order for humans to see and understand. God also judged Israel, Jerusalem for she did not know the hour of her visitation; people where cheering but the Lord, Jesus Christ was weeping.[489]

Master why do you speak in parables whenever crowds are near:[490]

The seed is the words of God. The seed that fell along the path stand for those who hear but the devil comes and takes away the message from their hearts in order to keep them from believing and being saved. The seed that fell on rocky grounds stands for those who hear the message and receive it gladly, but they have no root. They believe only for a while, but when time of testing comes, they fall away. The seeds that fell among thorn stands for those who hear but the worries, and riches, and the pleasures of this life crowd in and shock them and their fruits never rips. And the seed that fell in a good soil stands for those who hear the message and retained it in a good and obedient heart and they persist until they bear fruit [Luke 8:11-15].[491]

For this is the parable Mr. President, God did strike China but China did not listen and so the whole World will see that China will fall.

- o China Tells Christians to Replace Images of Jesus with Communist President.[492]
- o Chinese churches made to replace Ten Commandments with Xi Jinping quotes.[493]
- o Xi's China Church Crackdown Worse Than Under Mao.[494]

---

[486] See https://www.copticchurch.net/bible?r=Genesis+1%3A27&version=NKJV&showVN=1
[487] See https://youtu.be/o2sjOBiBXSc
[488] See https://youtu.be/HXmru6NrSAY
[489] See https://youtu.be/0feZQkHbCkM?t=4509 vs see https://youtu.be/0feZQkHbCkM?t=4583
[490] See https://youtu.be/0feZQkHbCkM?t=2619
[491] See https://www.copticchurch.net/bible?r=Luke+8%3A11-15&version=NKJV&showVN=1
[492] See https://www.christianitytoday.com/news/2017/november/china-christians-jesus-communist-president-xi-jinping-yugan.html
[493] See https://www.catholicnewsagency.com/news/42345/chinese-churches-made-to-replace-ten-commandments-with-xi-jinping-quotes
[494] See https://youtu.be/LEzltbH_PHc

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

o China closing Christian churches in Easter crackdown.[495]
o Rare Look at the Underground Church in China.[496]





---

[495] <u>See</u> https://youtu.be/OZE4y4PSjCw
[496] <u>See</u> https://youtu.be/eKanVzGTKUg and <u>see</u> https://youtu.be/rQRKQCeJrpo , https://youtu.be/OBUPz4vW2hU , https://youtu.be/WF-eQwccT1c

*"I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## C. CHINA AND AMERICA: THE DRAGON AND THE INJURED LEOPARD

Mr. President, it is shown that China will not be able to gain power without wealthy Jewish people and here is what China did with Wall Street. China offered Wall Street cheap labor in exchange for profit, until the servant was able to ride the master.

Mr. President, it was I who drew attention to China in my 7th letter to Former President Donald Trump and then later showing the Department of Justice, what China is doing.[497] So America started to wake up.

Wealthy Jews of Wall Street were fine with China rising to power and becoming of equal power to America. However, I was not Mr. President. It wasn't just power, but pure evil power that wanted to rise and become like a God.[498]



o China Has One Powerful Friend Left in the U.S.: Wall Street.[499]
o BlackRock's Investment in Blacklisted Chinese Surveillance Companies.[500]
o China's Message to America: We're an Equal Now.[501]
o China Says It Has No Desire to Replace Dollar With Digital Yuan.[502]

---

[497] See http://www.innovationtaskforce.org/benchmarks2019/
[498] See https://flo.uri.sh/visualisation/670402/embed?auto=1
[499] See https://www.wsj.com/articles/china-has-one-powerful-friend-left-in-the-u-s-wall-street-11606924454
[500] See https://prospect.org/economy/blackrock-invest-blacklisted-chinese-surveillance-companies/
[501] See https://www.wsj.com/articles/america-china-policy-biden-xi-11617896117?mod=e2tw

*┼came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

- o China Claims It's Achieved 'Quantum Supremacy' With The World's Fastest Quantum Computer.[503]



Image by Michela Buttignol © The Balance 2019

China's plan is to make a China-dominated Eurasia an economic rival to the American-dominated transatlantic trading area.

Australia understood China very well and China tends to play the same game using soft power:

- o Australia pushed for a WHO probe into Coronavirus' origins.[504]
- o Chinese ‗Wolf Warrior' Diplomat Enrages Australia With Twitter Post.[505]
- o China's Economic Blackmail Backfires.[506]

China also started to shift its interest toward the middle-east.

- o China and the UAE: Birds of a Feather?[507]

[502] See https://finance.yahoo.com/news/china-focus-domestic-digital-fx-123328308.html
[503] See https://bit.ly/3gMrGr9
[504] See https://www.abc.net.au/news/2020-08-27/world-health-organization-coronavirus-investigation/12598616
[505] See https://www.wsj.com/articles/chinese-wolf-warrior-diplomat-enrages-australia-with-twitter-post-11606731906
[506] See https://www.wsj.com/articles/chinas-economic-blackmail-backfires-11619384564
[507] See https://thediplomat.com/2019/11/china-and-the-uae-birds-of-a-feather/

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

- China, UAE to mutually recognize health codes, expand cooperation.[508]
- Towering Ambitions: Egypt and China Building for the Future.[509]
- Why China is banking on Suez and plans for a new Egyptian capital.[510]

Here comes the parable of what Theodore Herzl said about the Jewish people —Wealthy Jews play, and the World dances."

- Israel is willing to further develop relations with China: President Rivlin.[511]
- Israel to further develop Israel-China relationship: president Rivlin.[512]
- Did Israel 'Help' China Build Its Deadly J-10 Fighter?[513]

China cannot advance without the help of the Jewish people and China knew Jewish people's hunger for money. Life to them is money, for they do not crave eternal life nor do they know anything about it. And so here is how China's CCP attracts the Jewish people at the benefit of the American people.

> Then, he introduced an old lady to me. She has a <u>*big nose*</u>. I could tell that she is <u>*Jewish*</u> by the first glimpse. She handed me a business card, saying my name is so and so. I won't betray her name here. She said, my name is so and so, nice to meet you. Attention! She speaks very fluent Mandarin with Beijing dialect. I was very surprised. I said, —Oh my, you speak Chinese even better than I do. I can never get rid of my Jiangsu accent." Upon hearing that I flattered her, she was very pleased with herself. She said, Let me tell you, not only do I speak Chinese, but I also have Chinese citizenship. Do you understand this? Do you have foreign citizenship? If you have foreign citizenship, you can't have Chinese citizenship, right? This old lady wouldn't give up her dual U.S.-Israeli citizenship for Chinese citizenship, right? So I immediately understood that she was an old friend of us Chinese people.

She then said another sentence that impressed me very much. She said, I not only have Chinese citizenship but also have Beijing Hukou. I have a Siheyuan on Chang' an street in the Dongcheng district. When you come back to Beijing, come and have tea with me. If you need anything here this year, don't forget to call me. What did that mean?



<u>*She*</u> could <u>*fix anything here*</u>.[514]

[508] See https://www.globaltimes.cn/page/202103/1219707.shtnu
[509] See https://www.mei.edu/publications/towering-ambitions-egypt-and-china-building-future
[510] See https://www.scmp.com/news/china/diplomacy/article/3129000/why-china-banking-suez-and-plans-new-egyptian-capital
[511] See https://www.business-standard.com/article/international/israel-is-willing-to-further-develop-relations-with-china-president-rivlin-121042200144_1.html
[512] See http://www.xinhuanet.com/english/2021-04/22/c_139897031.htm
[513] See https://nationalinterest.org/blog/reboot/did-israel-help-china-build-its-deadly-j-10-fighter-183278
[514] See https://youtu.be/kNOxj16qanM?t=444 , https://youtu.be/SpbA7B39ml4?t=440 , https://youtu.be/Cq-EEdVJChY?t=222 see also https://youtu.be/QwbqiMktZfM

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Mr. President, is the battle over the internet between China and America or between China and Jewish Oligarchy? I am reminded of what Satan told God.

One day, Satan told God — leave me the powerful ones, I can handle them but the weak, I can_t handle them because when they feel weak, they fight me with strength by calling your name.

Chinese leader Xi Jinping personally directed the communist regime to focus its efforts to control the global internet, displacing the influential role of the United States, according to internal government documents recently obtained by The Epoch Times.

The ultimate goal was for the Chinese Communist Party (CCP) to control all content on the global internet, so the regime could wield what Xi described as ─discourse power" over communications and discussions on the world stage.

o   Chinese Leader Xi Jinping Lays out Plan to Control the Global Internet in leaked documents.[515]



---

[515] See https://www.theepochtimes.com/chinese-leader-xi-jinping-lays-out-plan-to-control-the-global-internet-leaked-documents_3791944.html

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



- o China stock sales in US surge to record despite delisting threat.[516]
- o China is awaiting the downward spiral of the U.S.[517]

ITS GAZE fixed on the prize of becoming rich and strong, China has spent the past 40 years as a risk-averse bully. Quick to inflict pain on smaller powers, it has been more cautious around any country capable of punching back. Recently, however, China's risk calculations have seemed to change. First Yang Jiechi, the Communist Party's foreign-policy chief, lectured American diplomats at a bilateral meeting in Alaska, pointing out the failings of American democracy.[518]

---

[516] See https://www.ft.com/content/3b364ee3-c8e3-47aa-b441-925ac80b5d5b
[517] See https://www.startribune.com/china-is-awaiting-the-downward-spiral-of-the-u-s/600042223/
[518] See the exchange https://youtu.be/o1hc_1zcKgI?t=147

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXVIII. ENTERS WILLIAM HENRY GATES III [BILL GATES III]

*Blessed are the eyes which see the things you see*; for I tell you that many prophets and kings have desired to see what you see, and have not seen it, and to hear what you hear, and have not heard it [Luke 10:23-24].[519]

William Henry Gates III (born October 28, 1955) is a Jewish American business magnate, software developer, investor, and philanthropist. He is best known as the co-founder of Microsoft Corporation. To the normal eyes, he looks pretty decent person who became the 2nd wealthiest person in the World according to Forbes.[520] Is he the beast, the bible speaks about? A deeper dive reveals it.

Using ASCII to decipher the number of a man, Bill Gates III, it turns out that his name adds up perfectly to 666.[521] *He who speaks like a lamb but behaves like a dragon*.[522]

```
B --> 66
I --> 73
L --> 76
L --> 76
G --> 71
A --> 65
T --> 84
E --> 69
S --> 83

III --> 3 (1 for each I)

Add the numbers = 666 THE BEAST
```



[519] See http://www.copticchurch.net/cgibin/bible/index.php?r=Luke+10%3A23-24&version=NKJV&btn=View
[520] See https://www.forbes.com/profile/bill-gates/#383db90a689f
[521] See https://simple.wikipedia.org/wiki/ASCII
[522] See https://youtu.be/ie6lRKAdvuY see https://twitter.com/open_genesis/status/1252000488549167107

─I came to complete not to refute. I came light to the World." <u>Jesus Christ</u>



*How Bill Gates Impeded Global Access to Covid Vaccines.*[523]

On February 11, 2020, public health and infectious disease experts gathered by the hundreds at the World Health Organization's Geneva mother ship. The official pronouncement of a pandemic was still a month out, but the agency's international brain trust knew enough to be worried. Burdened by a sense of borrowed time, they spent two days furiously sketching an ─R&D Blueprint" in preparation for a World upended by the virus then known as 2019-nCoV.

The resulting document summarized the state of coronavirus research and proposed ways to accelerate the development of diagnostics, treatments, and vaccines. The underlying premise was that the World would unite against the virus. The global research community would maintain broad and open channels of communication, since collaboration and information-sharing minimize duplication and accelerate discovery. The group also drew up plans for global comparative trials overseen by the WHO, to assess the merits of treatments and vaccines.

One issue not mentioned in the paper: intellectual property. If the worst came to pass, the experts and researchers assumed cooperation would define the global response, with the WHO playing a central role. That pharmaceutical companies and their allied governments would allow intellectual property concerns to slow things down—from research and development to manufacturing scale-up—does not seem to have occurred to them.

They were wrong, but they *weren't alone*.

---

[523] <u>See</u> <u>https://newrepublic.com/article/162000/bill-gates-impeded-global-access-covid-vaccines</u>

*⸺I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Bill Gates first birthday, which was Jonas Salk's **42nd birthday** (pay attention to #42), and the date Elvis got his polio vaccine on live TV, 42-weeks after his own birthday.



Elvis Presley / Date of birth

# January 8, 1935

On **October 28, 1956**, **Elvis Presley** received a widely publicized **polio vaccine** that helped to promote the widespread **immunization** of teenagers around the country. In 1947, U.S. physician Jonas Salk began research on the **polio** virus at the University of Pittsburgh School of Medicine. Oct 28, 2017

From Elvis' 21st birthday to his vaccination shot, October 28, 1956, was exactly **42-weeks** on the nose.  Thus, it was a perfect ritual for a ⸺vaccine' designed by Jonas Salk, who turned 42-years-old the same day.

> And he was given a mouth speaking great things and blasphemies, and he was given authority to continue for *forty-two months* [Revelation 13:5].[524]

October 28, 1956 was Jonas Salk's 42nd birthday.[525]

Jonas Edward Salk (October 28, 1914 – June 23, 1995) was an American virologist and medical researcher who developed one of the first successful polio vaccines. He was born in New York City and attended the City College of New York and New York University School of Medicine, later choosing to do medical research instead of becoming a practicing physician. He began an internship at Mount Sinai Hospital in New York City in 1939. Two years later, he was granted a fellowship at the University of Michigan, where he spent several years studying flu viruses with his mentor, Thomas Francis Jr.

Using Germatrinator, the word ⸺Zionism" = number 42.[526]

When the Lord has washed away the filth of the daughters of Zion [Isaiah 4:4].[527]

---

[524] See http://www.copticchurch.net/cgibin/bible/index.php?r=Revelation+13%3A5&version=NKJV&btn=View
[525] See Biography of Jonas Salk https://en.wikipedia.org/wiki/Jonas_Salk
[526] See http://www.gematrinator.com/calculator/index.php
[527] See http://www.copticchurch.net/cgibin/bible/index.php?r=Isaiah+4%3A2-6&version=NKJV&btn=View

—*came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



This Day in Jewish History 1935: It's Elvis's Birthday and, Yes, He was Jewish.

If you're wondering why **Elvis**, important as he may have been, merits the attention of a Jewish-history column, the answer is that there's good reason to believe that the **King was Jewish himself**. Not an observant or even identifying Jew, true, but a halakhic one, a Jew according to religious law.[528]

**Jonas Salk** was born in New York City, New York, on October 28, 1914. His parents, Daniel and Dora (née Press) **Salk**, were Ashkenazi **Jewish**. Daniel was born in New Jersey, to eastern European immigrant parents; and Dora, in Minsk, emigrating when she was twelve. They had not received extensive formal education.

**Education:** The City College of New York, New ...
**Born:** October 28, 1914, New York City, New York

Home > Jewish World

## This Day in Jewish History // 1935: It's Elvis's Birthday And, Yes, He Was a Jew

By halakha, if not in practice: The King's maternal great-great-grandmother was a member of the Tribe.

David B. Green | ⊘Send me email alerts

Jan 08, 2015 6:00 AM

---

[528] <u>See</u> Haaretz https://www.haaretz.com/jewish/.premium-1935-elviss-birthday-and-yes-he-was-a-jew-1.5357460

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The vaccine shot was given on Bill Gates' first birthday, the man who wants to vaccinate the World, and also decrease the population.[529] Elvis Presley's polio vaccination, October 28, 1956, on Bill Gates' 1st birthday + Tom Hanks upcoming **Elvis** film. Is it a coincidence or fate?[530]

CELEBRITY NEWS · **Published** March 20

# Tom Hanks' 'Elvis' film halts production amid coronavirus, director confirms

By **Melissa Roberto | Fox News**



**Fox News Flash top entertainment headlines for March 20**
Fox News Flash top entertainment and celebrity headlines are here. Check out what's clicking today in entertainment.

Let us not forget Tom Hanks' film Inferno, about a billionaire who wants to depopulate the World with a virus, released on Bill Gates' 61st birthday, **October 28, 2016**.[531]

Bill Gates III wants to be like a God and that is why in Microsoft New Hololens, they used the Romans in their ad trailer with a Satanist theme performed by no other than Marina Abramovic.[532]

---

[529] See Bill Gates https://youtu.be/ie6lRKAdvuY // https://youtu.be/jLbJayQygzw // https://youtu.be/eRRxreQxlV8
[530] See https://www.foxnews.com/entertainment/tom-hanks-elvis-film-halts-production-coronavirus
[531] See Inferno's trailer https://youtu.be/RH2BD49sEZI
[532] See https://web.archive.org/web/20200412172603/https://www.microsoft.com/inculture/arts/christies-marina-abramovic-the-life-mixed-reality/ This is not art but evil
https://twitter.com/KatyJo123/status/1249416500685017089 //
https://twitter.com/PercyGoneWild/status/1249474879952490496

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



The word —Satanic" is number 67. *Wuhan = 67 *Elvis = 67 *Elvis Presley = 67.[533]

Operation Clade-X, the pandemic exercise conducted 666-days before March 11, 2020, when the coronavirus pandemic was declared by WHO.[534] It was called Clade X and it came precisely **666**-days before the WHO declared coronavirus a pandemic on **March 11, 2020**.[535]



The Johns Hopkins Center for Health Security hosted the Clade X pandemic tabletop exercise on May 15, 2018, in Washington, DC. The purpose of the exercise was to illustrate high-level strategic decisions and policies that the United States and the world will need to pursue in order to prevent a pandemic or diminish its consequences should prevention fail.

Six months before the Coronavirus Pandemic, Bill Gates negotiated $100 Billion Contact Tracing Deal with Democratic Congressman Bobby L. Rush.[536]

---

[533] See http://www.gematrinator.com/calculator/index.php
[534] See https://www.statnews.com/2020/03/11/who-declares-the-coronavirus-outbreak-a-pandemic/
[535] See https://www.centerforhealthsecurity.org/our-work/events/2018_clade_x_exercise/
[536] See https://bit.ly/2Zyx8Vf See congress bill https://www.congress.gov/bill/116th-congress/house-bill/6666/text?q=%7B%22search%22%3A%5B%22h6666%22%5D%7D&r=1&s=2

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## A. REVELATION 13 AND THE BEAST WITH A NUMBER 666

He causes all, both small and great, rich and poor, free and slave, to *receive a mark* on their right *hand* or on their *foreheads*, and that no one may *buy or sell* except one who has the mark or the name of the beast, or the number of his name. Here is wisdom. Let him who has understanding calculate the number of the beast, for it is the number of a *man*: His number is *666* [Revelation 13:16-18].[537]

Microsoft which is owned by Bill Gates, registered a patent with a number 060606 and if you remove the zeros it is 666.[538] However, what does the patent speaks about?

> *Human body activity* associated with a task provided to a user may be used in a mining process of a *crypto currency system*. A server may provide a task to a device of a user which is communicatively coupled to the server. A sensor communicatively coupled to or comprised in the device of the user may *sense body activity of the user*. Body activity data may be generated based on the sensed body activity of the user. The crypto currency system communicatively coupled to the device of the user may verify if the body activity data satisfies one or more conditions set by the crypto currency system, and award crypto currency to the user whose body activity data is verified.

The date of publication, March 26, 2020, was the **67-year** anniversary of the debut of the Polio vaccine, March 26, 1953.

On **March 26**, **1953**, American medical researcher Dr. Jonas Salk announces on a national radio show that he has successfully tested a **vaccine** against **poliomyelitis**, the virus that causes the crippling disease of **polio**. ... Roosevelt, who in 1921 was stricken with **polio** at the age of 39 and was left partially paralyzed.

Notice this cryptocurrency tracks body activity, which means it could be used to determine if a person is in compliance with rules, such as staying away from certain areas, or people. That means that people who are not in compliance, could theoretically be punished. This patent comes at the time of coronavirus, which has brought up conversations of mandatory vaccinations, and solutions for making sure people are in compliance with vaccinations, including solutions such as biometric scans, ID2020, injections, surveillance and more. Notice how ‚body activity' and ‚coronavirus' relate.

Bill Gates owns Id2020 who also owns Gavi.[539]

For anyone who may be wondering what one of those ―most successful approaches" might look like, consider the following top contender for the contract. Researchers at the Massachusetts

---

[537] See http://www.copticchurch.net/cgibin/bible/index.php?r=Revelation+13%3A16-18&version=NKJV&btn=View
[538] See Patent https://patentscope.wipo.int/search/en/detail.jsf?docId=WO2020060606&tab=PCTBIBLIO
[539] See https://id2020.org/ // https://id2020.org/leadership See Bill Gates
https://twitter.com/cjtruth/status/1247372546548420609 Was this a prediction or the work of the devil?
https://youtu.be/6Af6b_wyiwI

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Institute of Technology (MIT) have developed what is essentially a hi-tech ‚tattoo' that stores data in invisible dye under the skin. The ‚mark' would be delivered together with a vaccine, most likely administered by Gavi, the global vaccine agency that also falls under the umbrella of the Bill & Melinda Gates Foundation.[540]

> ―The researchers showed that their new dye, which consists of nanocrystals called quantum dots… emits near-infrared light that can be detected by a specially equipped smartphone," MIT News reported.[541]



Today, with the global service economy shut down to prevent large groups of infectious humans from assembling, *it is easier to imagine a day when people are required to have their infrared ID „tattoo" scanned in order to be granted access to any number of public venues*. And from there, it requires little stretch of the imagination to see this same tracking nanotechnology being applied broadly across the global economy, where it could be used to eliminate the use of dirty money.[542]

According to Gates, *anything that could be defined as a "mass gathering" – from spectators packed into a stadium for a sporting event, to protesters out on the street in demonstration* – would be considered an act of civil disobedience without a vaccine**.** Little surprise that Gates chose the concept of ―mass gathering" to snag all of us, for what is modern democratic society if

---

[540] See https://twitter.com/NewsAlternative/status/1246337502161416192
[541] See https://news.mit.edu/2019/storing-vaccine-history-skin-1218
[542] See https://www.strategic-culture.org/news/2020/04/02/ground-control-planet-lockdown-only-test/

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

not one big mass event after another? Indeed, since nobody will want to miss the next big happening, like the Super Bowl, or Comic-Con, or, heaven forbid, Eurovision, millions of people would predictably line up for miles to get their Microsoft-supported inoculation, even if it contains tracking technologies.

See an overall analysis of Id2020.[543] See also some members of congress or their staff becoming Senior Advisors to id2020 such as the office of Senator Kristin Gilibrand.[544]

- Blythe Masters, CEO, Digital Asset
- John Edge, Fintech Entrepreneur
- Dakota Gruener, Forbes 30 Under 30, Formerly with Gavi, the Vaccine Alliance
- Dr. Seth Berkley, CEO, Gavi, the Vaccine Alliance
- Elana Broitman, Senior Advisor, Office of Senator Kristin Gilibrand
- Kim Cameron, Microsoft Chief Architect of Identity
- Ann Cavoukian, Professor at Ryerson University, originator of Privacy by Design
- Chip Dempsey, Chief Commercial Officer, Options Clearing Corporation ("the world's largest equity derivatives clearing organization and the foundation for secure markets")
- David Treat, Head of Accenture's Capital Markets Blockchain practice (Accenture is "a leading global professional services company, providing a broad range of services and solutions in strategy, consulting, digital, technology and operations.")

Some of these members of congress have sold their soul to who pays more like Representative Bobby L. Rush.[545] While others see power and fame, like Anthony Fauci and his relationship with Bill Gates.[546]

> And behold, I clapped my hands together over your dishonest gain which you have made and over your blood-guilt that is in you. Will your heart endure, or will your hands remain strong in the days that I will deal with you? I, the Lord, have spoken, and I shall perform [Ezekiel 22:13-14].[547]

---

[543] See https://id2020.org/uploads/files/ID2020-Alliance-Overview.pdf See program theme https://id2020.org/uploads/files/Program-Themes.pdf
[544] See https://www.gillibrand.senate.gov/
[545] See H.R. 6666 Bill https://www.congress.gov/bill/116th-congress/house-bill/6666/text?q=%7B%22search%22%3A%5B%22h6666%22%5D%7D&r=1&s=2
[546] See https://www.the-sun.com/news/1492621/bill-gates-trump-fauci-scott-atlas-crackpot-covid/ see https://www.theguardian.com/world/2020/may/14/coronavirus-viral-video-plandemic-judy-mikovits-conspiracy-theories
[547] See https://www.chabad.org/library/bible_cdo/aid/16120#v13

―*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

**From:** New England Journal of Medicine
<onbehalfof@manuscriptcentral.com>
**Date:** April 25, 2020 at 12:31:26 PM EDT
**To:** "Fauci, Anthony (NIH/NIAID) [E]" <afauci@niaid.nih.gov>
**Subject: New England Journal of Medicine 20-13479**
**Reply-To:** "editorial@nejm.org" <editorial@nejm.org>

Dear Dr. Fauci,

I am sorry to inform you that your submission, "A Strategic Approach to
Successful COVID-19 Vaccine Development," has not been accepted for
publication in the Journal. It was evaluated by members of our editorial staff.
After considering its focus, content, and interest, we made the editorial
decision not to consider your submission further. We are informing you of
this promptly so that you can submit it elsewhere.

Thank you for the opportunity to consider your submission.

Sincerely yours,

Eric Rubin, M.D., Ph.D.
Editor-in Chief

New England Journal of Medicine
10 Shattuck Street
Boston, MA 02115
(617) 734-9800
Fax: (617) 739-9864
http://www.nejm.org

## B. PLANDEMIC: INDOCTORNATION

Promising to eradicate Polio w/ $1.2 billion, Gates took control of India's NAB, mandated 50
polio vaccines (up from 5) to every child before age 5. Indian doctors blame Gates for
devastating vaccine-strain polio epidemic that **paralyzed 496,000 children**.[548]

After the Lockdown: A Global Coronavirus Vaccination Program.[549]

## XXXIX. REVELATION 14 PROVIDES A WAKE UP WARNING

Then I saw another angel flying in the midst of heaven, having the everlasting gospel to preach
to those who dwell on the earth--to every nation, tribe, tongue, and people-- saying with a loud
voice, ―*Fear God and give glory to Him*, for the hour of His judgment has come; and worship

---

[548] See Documentary https://cetv.one/programs/plandemic-indoctrination
[549] See https://www.globalresearch.ca/after-the-lockdown-a-global-coronavirus-vaccination-program/5706547

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Him who made heaven and earth, the sea and springs of water." And another angel followed, saying, ―*Babylon is fallen, is fallen, that great city*, because she has made all nations drink of the wine of the wrath of her fornication."

Then a third angel followed them, saying with a loud voice, ―*If <u>anyone</u> <u>worships the beast and his image</u>*, and receives his mark on his forehead or on his hand, he himself shall also drink of *<u>the wine of the wrath of God</u>*, which is poured out full strength into the cup of His indignation. . . . Here is the patience of the saints; here are those who keep the commandments of God and the faith of Jesus [Revelation 14:6-12].[550]



*Then I looked, and behold, a\* Lamb standing on Mount Zion, and with Him one hundred and forty-four thousand, having His Father's name written on their foreheads*

## XXXX. HUMANITY ARE STUBBORN BY NATURE: REVELATION 16

Mr. President, in the book of revelation chapter 16 it shows that mankind instead of asking God for forgiveness, they blasphemed the God of heaven due to their pain and we see this same exact parable in the 10 plagues which hit Egypt's pharaoh because he was stubborn.[551]

> But the Lord hardened the heart of Pharaoh; and he did not heed them, just as the Lord had spoken to Moses [Exodus 9:12].[552]

The same is true when the World witnesses diseases, hurricanes, and plagues.

---

[550] See http://www.copticchurch.net/cgibin/bible/index.php?r=Revelation+14%3A6-12&version=NKJV&btn=View
[551] See https://youtu.be/GJleW4TCQM0 see https://youtu.be/HXmru6NrSAY
[552] See http://www.copticchurch.net/cgibin/bible/index.php?r=Exodus+9%3A12&version=NKJV&btn=View

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*The last 7 bowls of God's wrath*

Then I heard a loud voice from the temple saying to the seven angels, ―Go and pour out the bowls\* of the wrath of God on the earth." So the first went and poured out his bowl upon the earth, and a foul and loathsome sore came upon the men who had the mark of the beast and those who worshiped his image. Then the second angel poured out his bowl on the sea, and it became blood as of a dead man; and every living creature in the sea died. Then the third angel poured out his bowl on the rivers and springs of water, and they became blood. And I heard the angel of the waters saying: ―You are righteous, O Lord, because you have judged these things. *<u>For they have shed the blood of saints and prophets, and you have given them blood to drink</u>*. For it is their just due." And I heard another from the altar saying, ―Even so, Lord God Almighty, true and righteous are your judgments."

Then the fourth angel poured out his bowl on the sun, and power was given to him to scorch men with fire. And men were scorched with great heat, and *<u>they blasphemed the name of God who has power over these plagues; and they did not repent and give Him glory</u>*. Then the fifth angel poured out his bowl on the throne of the beast, and his kingdom became full of darkness; and they gnawed their tongues because of the pain. *<u>They blasphemed the God of heaven because of their pains and their sores, and did not repent of their deeds</u>*.

Then the sixth angel poured out his bowl on the great river Euphrates, and its water was dried up, so that the way of the kings from the east might be prepared. And I saw three unclean spirits like frogs coming out of the *<u>mouth of the dragon</u>*, *<u>out of the mouth of the beast</u>*, and *<u>out of the mouth of the false prophet</u>*. For they are spirits of demons, performing signs, which go out to the kings

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

of the earth and of the whole World, to gather them to the battle of that great day of God Almighty. ─Behold, I am coming as a thief. Blessed is he who watches, and keeps his garments, lest he walks naked and they see his shame." And they gathered them together to the place called in Hebrew, Armageddon [Revelation 16:1-16].[553]



*Pretty difficult scenes to picture [That is the parable] Not the <u>pain</u> but <u>stubbornness</u>*

Have we forgotten the different voices to the Lord, God?

## A. THE VOICES OF GOD

o   The first voice to the Lord was the voice of the creator; let there be light, and there was light [Genesis 3:1]; let there be life, and there was life; let there be human, and there was a human. This was the first voice of the Lord, the voice of the creator.

o   Then, we heard the voice of the Lord; a voice of blessing. Let the land produce vegetation: seed-bearing plants and trees on the land that bear fruit with seed in it, according to their various kinds. Let the water teem with living creatures, and let birds fly above the earth across the vault of the sky [Genesis 1:20]. This was the second voice of the Lord, the voice that blesses.

o   Then, we heard the voice of the Lord; a voice of a teacher; you shall eat from all that is in Garden of Eden, but you must not eat fruit from the tree that is in the middle of the garden, and you must not touch it, or you will die [Genesis 3:3].

---

[553] See http://www.copticchurch.net/cgibin/bible/index.php?r=Revelation+16%3A1-16&version=NKJV&btn=View

*―I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## XXXXI. THE TRANSFORMATION OF CHINA: FROM PAGAN TO CHRISTIANITY

The number of Christians in Communist China is growing so steadily that by 2030 it could have more churchgoers than America, reports The Telegraph. China on Course to Become ‗World's Most Christian Nation'.

The People's Republic of China remains, at least officially, an atheist country. But the number of Christians in China has grown from one million in 1949 to more than 49 million in 2010. Experts believe that number could more than triple over the next generation:

> Prof Yang, a leading expert on religion in China, believes that number will swell to around 160 million by 2025. That would likely put China ahead even of the United States, which had around 159 million Protestants in 2010 but whose congregations are in decline.

> By 2030, China's total Christian population, including Catholics, would exceed 247 million, placing it above Mexico, Brazil and the United States as the largest Christian congregation in the world, he predicted.

> ―Mao thought he could eliminate religion. He thought he had accomplished this," Prof Yang said. ―It's ironic – they didn't. They actually failed completely."

The Rise of Christianity: How the Obscure, Marginal Jesus Movement Became the Dominant Religious Force in the Western World in a Few Centuries.[554]

Hence, for a stubborn World who think they knew better, do not ever think that the Lord, God is not working for the good of the Earth. Branches of leaves from the same vine gets cut off because they bear no fruits and God leads to the growth of new branches which prosper and persist, until they bare fruits.

> Every branch in Me that does not bear fruit He takes away; and every branch that bears fruit He prunes, that it may bear more fruit [John 15:2].[555]

Here is the Parable: Master why do you speak in parables whenever crowds are near:[556]

- o Emperor Diocletian (Rome) fell and Christianity spread throughout <u>Rome</u>.
- o Nicolae Ceausescu (Romania) fell and Christianity spread throughout <u>Romania</u>.
- o Vladimir Lenin & Josephj Stalin (USSR) fell and Christianity spread throughout <u>Russia</u>.
- o General Mao (China) fell and Christianity is spreading throughout <u>China</u>.

They <u>all</u> wanted to be like a God, enforcing an atheist agenda and they all fell.



---

[554] <u>See</u> book https://www.amazon.com/The-Rise-Christianity-Religious-Centuries/dp/0060677015
[555] <u>See</u> https://www.copticchurch.net/bible?r=John+15%3A2&version=NKJV
[556] <u>See</u> https://youtu.be/0feZQkHbCkM?t=2619

*⸺I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXXII. THE HARSH PROPHECY CONCERNING CHINA

The voice of the Lord came to me saying ⸺Who has ascended into heaven, or descended? Who has gathered the wind in His fists? Who has bound the waters in a garment? Who has established all the ends of the earth? What is His name, and what is His Son's name, if you know?

And I answered: Behold! Jesus Christ, the <u>K</u>ing of kings, the <u>Lord</u>, of Lords, the <u>M</u>aster and the <u>S</u>ervant; God in flesh, glory in the highest Emmanuel. And the Earth's mountains trembled in fear, shouting grace, grace to him, Elohim!

A harsh prophecy was told to me concerning China; full of clamor, a tumultuous city, a happy city, your fallen have not fallen by the sword, nor have they died in war. The traitor shall be betrayed and the mighty men shall collapse. All your officers wandered together, because of the bow they were bound; all those found of you were bound together; from afar they fled.

And it came to pass that the choice of your valley were filled with chariots and the riders laid [siege] to the gate. And then I saw the great Wall in Beijing, glorious in its length, and the son of man came down to it, walking on it, and the voices of the angels shouted: Clear the way for the Lord came to China at last, to its Emperors and Empresses, and they all fell down on their knees in fear from the dazzling light saying who is able to stand before the Lamb.

Behold, the Lord shall cast you about with a mighty toss, and cause you to fly. He shall wind you around like a turban, like a surrounding wall, to a land of ample space; there you shall die, and there shall the chariots of your glory become the shame of the house of your master.

From Shanghai to Shenzhen; from Qingdao to Tianjin; and from Ningbo-Zhoushan to Hong Kong shall the mighty proud warriors of these cities collapse and I raise up a mighty men who I will dress him with your tunic, and with your girdle I will gird him, and your authority will I place into his hand, and he shall become a father to the inhabitants of China and to the house of Lord, Jesus Christ.

Then the voice of the Lord came to me saying: China, look at your past and present emperors, they all fell and vanished in the sands of history: From General Mao Zedong to Xi Jinping.

Be silent, ye island dwellers; be ashamed, for the sea said, the stronghold of the sea, saying, ⸺I have not travailed, nor have I borne, neither have I reared young men nor have I raised virgins. Your south china sea shall become an empty field for it is on that day that your warriors shall collapse and your mighty men shall scream, remembering the days of the Battle of Xiangjiang."

And in that moment, I saw a sign in the sky, illuminating in glorious light, and a shout of thunderous storms coming down upon the Earth saying ⸺There is no Communist, or Socialist or any other party on the Earth but a party of Good vs. Evil; a party that sees the Lord and fear him; a party that asks for the Lord to bless them; a party that seeks wisdom and righteousness."

For behold the Lamb comes forth from his place to visit the iniquity of the dweller of the land upon him: and that land shall be China, for they will know the Lord and he shall protect them.

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXXIII. REPUBLICANS VS DEMOCRACTS: THE PARABLE TO BLIND EYES

Throughout history, both Republicans and Democrats had their fair share of good and bad policies and they both tend to correct each others. Many have not realized what President Trump did to the soul of the United States of America but I have seen it all.

<u>Without</u> President Trump being elected:

1. We wouldn't see the Democrats working harder to protect the weak.
2. We wouldn't see Republicans being re-united by forgetting corporate lobbyists.
3. We wouldn't see how the system really runs, from the main stream media, to lobbyists.
4. Islamists wouldn't be confronted because under the Obama administration, he supported the Muslim Brotherhood's agenda in Egypt and no Democrat told him he was wrong.

Mr. President, this was my initial view of a World that I only saw from the outside. However, the Lord, God placed me in the path of Former President Donald J. Trump and he sends me out to face Beasts, starting with Kenneth Marcus, a lobbyist who worked on behalf of Israel and against the United States of America.

Mr. President, I was taught us in high school and later in law school the separation of the 3 branches of a government (Legislative, Executive, and Judicial) but the reality is that all 3 branches of the government are owned by wealthy Jews and Israel said it.

On October 3, 2001, I.A.P. News reported that according to Israel Radio (in Hebrew) Kol Yisrael an acrimonious argument erupted during the Israeli cabinet weekly session last week between Israeli Prime Minister Ariel Sharon and his foreign Minister Shimon Peres. Peres warned Sharon that refusing to heed incessant American requests for a cease-fire with the Palestinians would endanger Israeli interests and turn the US against us. Sharon reportedly yelled at Peres, saying don't worry about American pressure, we the Jewish people control America."

> I am aware how almost impossible it is in this country to carry out a foreign policy [in the Middle East] *not approved by the Jews*. . . terrific control the Jews have over the *news media* and the barrage the Jews have built up on *congressmen*. . . I am very much concerned over the fact that the Jewish influence here is completely dominating the scene and making it almost *impossible to Congress to do anything they don"t approve of*. The Israeli embassy is practically dictating to the congress through influential Jewish people in the country, said Ariel Sharon to Shimon Perez.[557]

No one lights a lamp and covers it with a bowl. Instead, they put it on a stand, so that those who come in can see the light. Whatever is hidden away will be brought out into the open, and whatever will be covered up will be found and brought out to light. Therefore take heed how you hear. For whoever has, to him more will be given; and whoever does not have, even what he seems to have will be taken from him [Luke 8:16-18].[558]

---

[557] See https://www.mediamonitors.net/sharon-to-peres-we-control-america/
[558] See https://youtu.be/0feZQkHbCkM?t=2712

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## A. THE LEGISLATIVE BRANCH: CONGRESS

Mr. President, both documentary ―Blood Money" and the ―U.S.A Lobby" shed light on how congress operates, who pays the fees, and who collects them, and how the special interest gets fulfilled.[559] The Jewish people were involved in both documentaries; however, there are those who leaned toward the left while others who leaned toward the right and the words of Theodore Herzl are coming to light ―Walthy Jews play and the World dances."[560]

For the Lord, God said the following:

> For the love of money is a root of all kinds of evil, for which some have strayed from the faith in their greediness, and pierced themselves through with many sorrows [1 Timothy 6:10].[561]



*The Sad Reality of This World - You Have No Choice ft George Carlin.*[562]

Forget the politicians; the politicians are put there to give you the idea that you have freedom of choice. You don't! You have no choice. You have owners, they own you. They own everything, they own all the important lands, they own and control the corporations. They've long since bought and paid for the senate, congress, the state houses, the city halls. They've got the judges in their back pockets and they own all the big media companies, so they control just about all news and information that you get to hear, they got you by the balls . . . They want more for

---

[559] <u>See</u> Blood Money <u>https://youtu.be/lFimy3QXqSc</u> <u>see</u> USA Lobby <u>https://youtu.be/3lSjXhMUVKE</u> , <u>https://youtu.be/XytkI7afHcQ</u> , <u>https://youtu.be/Mm-Dm4pO0xY</u> , <u>https://youtu.be/_1OgxfCT044</u>
[560] <u>See</u> the Founder of Israel own words: <u>https://youtu.be/eB7tr0MBTjA?t=291</u>
[561] <u>See</u> <u>https://www.copticchurch.net/bible?r=1+Timothy+6%3A10&version=NKJV&showVN=1</u>
[562] <u>See</u> Video <u>https://youtu.be/3fGQ8pF3wYU</u> <u>see</u> also <u>https://youtu.be/KLODGhEyLvk?t=490</u>

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

themselves and less for yourself, they don't want a population capable of critical thinking. They don't want well informed, well educated people capable of critical thinking; that is against their interest. It is a big Club! And you ain't in it, said George Carlin.[563]



*The love of money: Who doesn''t love money? Question is how it is used.*



*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## B. THE EXECUTIVE BRANCHE: THE PRESIDENT'S CABINET MEMBERS

Mr. President, it is no secret that both republicans and democrats work with the Jewish people, however, it is known that Democrats work with far left Jewish organizations, while Republicans work with far right Jewish organization.

When Former President Donald J. Trump was in power, he brought in far right Jewish lobbyist into his cabinet; Kenneth Marcus, among many others. And when you Mr. President, came to power, you brought in an entire left leaning cabinet of Jewish power.

**THE** real question becomes: how to reform these lost souls? They are stubborn as a rock, and many do evil more than good and the World sees that and they gain evil characteristic throughout the world of the Gentiles. Then they try to suppress it by coming up with definitions and it never helps them! I wanted this World to go back to the basics, by defining <u>Good vs. Evil</u>



*Jewish by name only but they"ve lost their origin: Children of Abraham.*[564]

## C. THE JUDICIAL BRANCH: THE COURT SYSTEM

Mr. President, I have seen it up close, Jewish lobby hold special events, wherein they invite judges to the events, they provide them with special recognition and awards and at that moment, the judge becomes the friend of the lobby so they can get re-elected again.

They do the same with members of the Justice Department, they do the following with members of the Supreme Court Justice, and they do the following with state attorney generals. Through covert diplomacy, they submit to them: as you can see, Vanita Gupta is thanking ADL CEO Jonathan Greenblatt and in return there will be a favor.[565] But who is the ADL? I will show you.

---

[564] See https://youtu.be/9R5VwxvUUvI?t=160
[565] See https://twitter.com/vanitaguptaCR/status/1347741100681945096

—*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The 20TH anniversary of the infamous ─"Anti-Defamation League (ADL) files controversy" in which the ADL was discovered infiltrating, spying on and otherwise violating the privacy rights of a large number of anti-Apartheid, civil-rights and peace groups through the unlawful acquisition of private data from corrupt local law enforcement officials.[566]



The single best retrospective is from long-time Middle East analyst and broadcaster Jeffrey Blankfort, who was also among those targeted by the ADL.[567]

Many Americans were outraged in 1993 after reading mainstream press accounts of a vast national ADL spy network with organelles passing information not only to Israel's Mossad but also Apartheid South African intelligence services — possibly resulting in the mysterious death of Chris Hani and the rushed deportation/detention of many Palestinians. Declassified FBI files newly reveal not only the flood of constituent letters pouring into Congress and the FBI's unfulfilled assurances that justice would be served, but the ADL's use of proven tactics that the Israel lobby has deployed since the 1940's to skirt accountability for major criminal violations.

The FBI files, originally scheduled for declassification in 2038, were suddenly released to IRmep under the Freedom of Information Act on November 20, 2013 and may now be browsed and downloaded from the Israel Lobby Archive.[568] It is a timely release since one of Israel's most harmful spies, Arnon Milchan, is openly boasting about his criminal exploits and Americans may soon demand not only that unsuccessful old law enforcement tactics be retired but new strategies be fielded to punish Israel lobby wrongdoers and end their long stint of immunity.

The Anti-Defamation League went after the shareholders in order to influence tech companies to ban individuals like Nathanael.[569]

> GREENBLATT: And I'll tell you a story. Last year with Twitter, I heard from people ... you know journalists, broadcast and print, who would interview me and then afterwards they would say, ─I'm worried about the anti-Semitic abuse being launched at me." I said, ─What do you mean?" So we organized a task force to look at this last year and we pulled some sample Twitter data. We found millions and millions and millions of anti-Semitic messages. Tens of thousands of messages directed specifically at Jewish journalists. And when this story broke, Twitter initially wasn't willing to listen to us. But if you remember how their M&A talks got derailed last year when Disney pulled back and Salesforce pulled back.
>
> SWISHER: Derailed is a kind way of putting it.

---

[566] See https://www.irmep.org/ADLespionage.asp
[567] See https://www.counterpunch.org/2013/06/12/adl-spies/
[568] See https://www.israellobby.org/ADL-FBI/
[569] See https://www.bitchute.com/video/t19aMwJlleUv/ , see https://www.bitchute.com/video/gOIzb7GEQzPe/

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

GREENBLATT: Maybe.

SWISHER: Nobody wanted to buy them.

GREENBLATT: And part of the reason they said was concern about the liability on the platform. I think in part that was because of the report that we released. And so here's what happened there. Twitter realized this is no longer a stakeholder issue; it's actually a shareholder issue. And this is what my own experience in business...

SWISHER: Explain the difference between them.

GREENBLATT: A stakeholder issue is where a small group of activists expresses a concern and it's a marginal issue and you deal with it out of the CSR office. It's kind of nice to have. A shareholder issue is when you deal with it out of the investor relations office and it's an absolute must because if your share price is going down, that suddenly gets the board's attention and gets your shareholders' attention in a different way.

What Greenblatt is explaining in not-so-veiled terms is that the ADL realized that dissident, counter-cultural political ideas were gaining in popularity, and no appeal to the broad masses of voters, citizens or social media users (stakeholders) could stop them.[570] So the ADL shifted from a policy of appealing to the majority, to strong-arming the handful of big money men behind the corporations into acquiescing.

Jonathan Greenblatt took over as CEO of the ADL in 2015.[571] This made Greenblatt especially suited to an age when trillion-dollar technology corporations top lists of the richest companies in the world, and when income inequality in the United States reaches historic levels.[572] Whereas the old ADL operated under a mask of far left ─civil rights" advocacy and supposed championing the underdog, the new ADL under Greenblatt is more than comfortable with robber baron oligarchy ruling the country. This makes sense in an era when Greenblatt's fellow tribes people include five of the top ten wealthiest individuals living in the United States.[573] As we have seen in my 15th letter, how Google and Facebook tried not only to suppress free speech but greed has dominated their souls.[574]

ADL finally admits, the rabbit is out of the box and we can't put it back, he adds ─we have to deal with it." What ADL tried to explain is that they cannot any longer control what they can promote and so the eyes can now see who is good and who is evil.

How the ADL's Israel Advocacy Undermines Its Civil Rights Work, wrote Jewish Currents.[575]

---

[570] See Podcast https://podcasts.apple.com/qa/podcast/how-to-fight-extremism-online-jonathan-greenblatt-ceo/id1011668648?i=1000394726962  see https://www.vox.com/2017/11/17/16667352/transcript-anti-defamation-league-ceo-jonathan-greenblatt-rights-hate-speech-jew-recode-decode
[571] See https://twitter.com/JGreenblattADL
[572] See https://www.cbsnews.com/news/income-inequality-in-america-is-at-its-highest-level-in-more-than-50-years-census-report-today-shows/
[573] See https://www.timesofisrael.com/5-jews-make-forbes-list-of-top-10-wealthiest-americans/
[574] See Mark Zuckerberg https://twitter.com/IntheNow_tweet/status/1179123085133467649
[575] See https://jewishcurrents.org/how-the-adls-israel-advocacy-undermines-its-civil-rights-work/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## FBI Investigated Anti-Defamation League (ADL) for Espionage
## "Quashed case" mystery solved: culprit is once again secret Israeli intervention

*By Grant F. Smith, Director of Research, IRmep*

2013 marks the 20th anniversary of the infamous "Anti-Defamation League (ADL) files controversy" in which the ADL was discovered infiltrating, spying on and otherwise violating the privacy rights of a large number of anti-Apartheid, civil-rights and peace groups through the unlawful acquisition of private data from corrupt local law enforcement officials. The single best retrospective is from long-time Middle East analyst and broadcaster Jeffrey Blankfort, who was also among those targeted by the ADL (see, "The Strange History of the Anti Defamation League: ADL Spies"). Many Americans were outraged in 1993 after reading mainstream press accounts of a vast national ADL spy network with organelles passing information not only to Israel's Mossad but also Apartheid South African intelligence services—possibly resulting in the mysterious death of Chris Hani and the rushed deportation/detention of many Palestinians. Declassified FBI files newly reveal not only the flood of constituent letters pouring into Congress and the FBI's unfulfilled assurances that justice would be



**ADL Regional Director David Lehrer and National Director Abraham Foxman**

served, but the ADL's use of proven tactics that the Israel lobby has deployed since the 1940's to skirt accountability for major criminal violations. The FBI files, originally scheduled for declassification in 2038, were suddenly released to IRmep under the Freedom of Information Act on November 20, 2013 and may now be browsed and downloaded from the Israel Lobby Archive. It is a timely release since one of Israel's most harmful spies, Arnon Milchan, is openly boasting about his criminal exploits and Americans may soon demand not only that unsuccessful old law enforcement tactics be retired but new strategies be fielded to punish Israel lobby wrongdoers and end their long stint of immunity.

*The History of ADL[576]*

### Turnover

After interviewing a disgruntled former ADL "fact finder" librarian who had curated information and worked with long-time ADL undercover contractor Roy Bullock, the FBI quickly focused in on ADL Regional Director David Lehrer as the prime suspect for acquiring and passing classified FBI files throughout the ADL. The FBI LA office requested several times that the FBI director authorize a formal interview with Lehrer. But FBI Director William Sessions, a holdover from the Reagan administration, left in July of 1993. Acting director Floyd Clarke took no action before leaving on September 1. Not until September 23, 1993 did the Clinton administration's new FBI Director Louis Freeh authorize special agent in command Edward J. Curran the only interview that could possibly lead to a prosecution: "personally interview David Lehrer, Regional Director - ADL - Los Angeles....The interview is to be conducted according to FCIM 65-5.1 guidelines, and recorded on an FD-302 in the event this matter warrants possible prosecution."

But it was much too late. Israel already had half a year to lobby for closure. On December 1, 1993, Israeli Justice Minister David Libai met for an hour with Attorney General Janet Reno. Libai spent thirty minutes on a futile attempt to secure Reno's recommendation to President Clinton that Israeli spy Jonathan Pollard's sentence be commuted. What Libai did for the remaining thirty minutes of the "private" meeting was not disclosed, but on March 22, 1994 the FBI's Los Angeles office indicated it was closing the ADL espionage investigation—apparently without ever having interviewed Lehrer. By April, Janet Reno was gushing over the ADL's latest report on militias and the FBI-ADL uncomfortable "special relationship"—first ordered by J. Edgar Hoover and later renewed by FBI director William Webster—was seemingly back on track.

### Fire "wrong-doers" but continue activities



**William S. Sessions**
**FBI Director**
**November 2, 1987 - July 19, 1993**



**Floyd I. Clarke**
**Acting Director**
**July 19, 1993 - September 1, 1993**



**Louis J. Freeh**
**Director**
**September 1, 1993 - June 25, 2001**

---

[576] See https://www.irmep.org/ADLespionage.asp

*̶I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXXIV. THE DEPARTMENT OF ~~JUSTICE~~: THE PARABLE TO JUSTICE

Mr. President, Attorney General William Barr was a gem among the Justice Department because he learned the parable toward a justice system; the differences between law vs. love, despair vs. hope, destroy vs. reform.[577] AG Barr listened to the voice of the weak and he learned many things; things that his best advisors wouldn't tell him and he sets out to re-educate his own ranks.

> Name one successful organization where the lowest level employees' decisions are deemed sacrosanct. There aren't any. Letting the most junior members set the agenda might be a good philosophy for a Montessori preschool, but it's no way to run a federal agency. Good leaders at the Justice Department — as at any organization — need to trust and support their subordinates. But that does not mean blindly deferring to whatever those subordinates want to do.

> We should not prosecute someone for wire fraud in Manhattan using a legal theory we would not equally pursue in Madison or in Montgomery, or allow prosecutors in one division to bring charges using a theory that a group of prosecutors in the division down the hall would not deploy against someone who engaged in indistinguishable conduct.

> We must strive for consistency. And that is yet another reason why centralized senior leadership exists — to harmonize the disparate views of our many prosecutors into a consistent policy for the Department. As Justice Jackson explained, ̶we must proceed in all districts with that uniformity of policy which is necessary to the prestige of federal law."



...THEN NEITHER DO I CONDEMN YOU
JOHN 8:11

In short, it is important for prosecutors at the Department of Justice to understand that their mission — above all others — is to do justice. That means following the letter of

---

[577] See http://www.copticchurch.net/cgibin/bible/index.php?r=John+8%3A1-11&version=NKJV&btn=View Go and sin no more https://youtu.be/w5GXnM_TxSQ

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

the law, and the spirit of fairness. Sometimes that will mean investing months or years in an investigation and then concluding it without criminal charges. Other times it will mean aggressively prosecuting a person through trial and then recommending a lenient sentence, perhaps even one with no incarceration.[578]

Mr. President, these same words angered the mighty proud and arrogant prosecutors, the ones who couldn't see passed their feet; James D. Herbert wrote a small article and the main stream media jumped on it with false narrative titles.[579]

And whoever exalts himself will be humbled, and he who humbles himself will be exalted [Matthew 23:12].[580]



But James D. Herbert forgot what AG Barr did for many inmates, releasing them out of jail and into home confinement; freedom at least, many shouted!

o   AG William Barr expediting release of vulnerable inmates at federal prisons swamped by coronavirus.[581]

---

[578] See https://www.justice.gov/opa/speech/remarks-attorney-general-william-p-barr-hillsdale-college-constitution-day-event
[579] See https://www.bostonglobe.com/2020/09/24/opinion/barr-dishonors-justice-department/
[580] See http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+23%3A12&version=NKJV&btn=View

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

- o Attorney General William Barr orders release of more federal inmates due to coronavirus pandemic.[582]

The same James D. Herbert, claims the following within his article yet he was proud of a justice department that was able to suppress the voices of the weak and call themselves "justice". Consider the following cases wherein, the Department of Justice *decline to prosecute* these cases despite Office of Inspector General reports.

> For 30 years I have been proud to say I work for the Department of Justice, but the current attorney general has brought shame on the department he purports to lead said James D. Herbert.

However, where was James D. Herbert and many like him when the Department of Justice dropped many cases like these and more? A strong heart is a heart that is humble which acknowledge their own mistakes and tries to reform from within but a weak heart is a heart that hides and runs in the shadow trying to portray a false reality to the public.

- o Findings of Misconduct by an FBI Special Agent for Contacting Witnesses for an Improper Purpose, Divulging Law Enforcement Sensitive Information to Unauthorized Individuals, Providing Misleading Testimony, Providing False Information to the OIG, Mishandling Classified Information, and Misusing Government Devices and his Position.[583]
- o Findings of Misconduct by an FBI Special Agent for Receiving Gifts from a Former FBI Confidential Human Source, Using the Source after Deactivation, Protecting the Source and the Source's Illegal Business, Misusing FBI Assets for Personal Gain, Lack of Candor, and Computer Security Policy Violations.[584]
- o Findings of Misconduct by an FBI Official for Accepting Gifts From Members of the Media and for Lack of Candor.[585]
- o Findings of Misconduct by a Senior DOJ Official for Ethical Misconduct, Sexual Harassment, Sexual Assault, and Lack of Candor to the OIG.[586]
- o Findings of Misconduct by an FBI Supervisory Special Agent for Making False Representations, Working for an FBI Contractor, Accepting Gifts from an FBI Applicant, Assisting the FBI Applicant in the Employment Selection Process, and Misusing a Government Vehicle and Cell Phone.[587]

I will tell you Mr. President, what DOJ career lawyers were doing; only receiving blessings among themselves and the word justice meant something else, and here you see the parables.

---

[581] See https://www.usatoday.com/story/news/politics/2020/04/03/ag-william-barr-expediting-prison-releases-feds-swamped-virus/2946433001/

[582] See https://www.cnbc.com/2020/04/04/ag-william-barr-orders-release-of-federal-inmates-due-to-coronavirus.html

[583] See https://web.archive.org/web/20190802015430/https://oig.justice.gov/reports/2018/f180430.pdf

[584] See https://web.archive.org/web/20200625235855/https://oig.justice.gov/reports/2018/f180806.pdf

[585] See https://web.archive.org/web/20200622080308/https://oig.justice.gov/reports/2018/f181016.pdf

[586] See https://web.archive.org/web/20200819171453/https://oig.justice.gov/reports/2018/f181204.pdf

[587] See https://web.archive.org/web/20190205195450/https://oig.justice.gov/reports/2019/f190205.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

If you love only the people who love you, why should you receive a blessing? For even sinners love those who love them. And if you do good to those who do good to you, why should you receive a blessing? Even sinners do that [Luke 6:32-34].[588]

So what is the best definition for justice? Learn the parable in order to reform hearts.



Love doesn't mean injustice. Love also doesn't mean to be immoral. Mercy is also justice. But many people take all these words verbatim. If they seek justice, they forget mercy; and if they seek mercy, they forget justice; and if they seek love, they forget morals and norms.

## A. SENIOR LEADERSHIP AT THE JUSTICE DEPARTMENT: ROD ROSENSTEIN

Mr. President, when my path crossed path with Kenneth Marcus because of my ongoing case with Office for Civil Rights [OCR], it is a text book case of Jews discriminating against a Coptic in law school; it is also a case of where federal employers corrupted themselves because of that same subject "Jewish". From OCR, to OIG, to DOJ. Four years till this very day and one administration left [Trump] and a new one came [Biden] and nothing changed.

---

[588] See http://www.copticchurch.net/cgibin/bible/index.php?r=Luke+6%3A32-34&version=NKJV&btn=View see https://youtu.be/0feZQkHbCkM?t=2117

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

God placed me in the path of Kenneth Marcus and the Israeli lobby and it was that same lobby that collapsed during my journey.[589]

Kenneth Marcus's heart was dark, no matter how much I tried for the past 2 years to change him while he was in office, he never wanted to change. He is one of those branches that the Lord, God cuts and throws it away because it bears no fruit. Like a viper, he tried to slip the IHRA definition without congress approving such definition, so in that sense, he brought liability to DOE/OCR.

On August 27, 2018, Secretary Kenneth Marcus granted ZOA's appeal based on IHRA definition.[590]

The Department has **not** adopted a definition of anti-Semitism, Hill said in an e-mail.[591]

Right after what Kenneth Marcus did, I e-mailed him saying

*If you have good intention with your policies on school campuses, then God bless you but if not, then God will show the truth in the right time.*"



---

[589] See https://www.haaretz.com/us-news/.premium-behind-the-scenes-of-the-israel-project-collapse-as-it-shutters-jerusalem-office-1.7612478
[590] See letter written by Kenneth Marcus https://www.politico.com/f/?id=00000165-ce21-df3d-a177-cee9649e0000
[591] See https://www.politico.com/story/2018/09/11/trump-anti-semitism-schools-781917

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Mr. President, what happened next wondered many yes. Lo and Behold! the leaked documentary was released to the public few days from my e-mail to Kenneth Marcus and God did indeed show how wicked Kenneth Marcus is, trying to influence the federal government, but by now we all know the Federal Government is bought by the Jews, they just couldn't say it out loud.[592]

Mr. President, what happened next was how senior Jewish leaders at the Justice Department corrupted themselves. Under the advice of the State Department is to reach out to both congress and the Department of Justice.

From: McIntosh, Kerry E <McIntoshKE@state.gov>
Sent: Tuesday, September 25, 2018 10:37 AM
To: Mark Bochra
Subject: RE: Mark Bochra - Email Working Defination

Hello Mark,

You may mail your letter to the following address:

Secretary of State Pompeo
Executive Secretariat
U.S. Department of State
2201 C Street NW, Room 7224
Washington, DC 20520

Though as I have said, your issue does not appear to fall into the State Department's area of responsibility. I advise you raise this with the Department of Justice and Department of Education. You can also write your Congressional representatives about your concerns, as Congress has a role in interacting and questioning executive branch agencies (including the State Department, the Department of Education, and the Department of Justice) and may be better placed to inquire and respond.

Kerry

Official
UNCLASSIFIED

And so I did reach out to the Justice Department senior leaders directly via e-mail, at that time was Jesse Panuccio and Beth A Williams installed by none other than ―Rod Rosenstein." What happened next was that after my direct e-mails dated September 23, 2018 and September 24, 2018 along with a short phone conversation. I found that Rod Rosenstein on September 25, 2018 updated the Department of Justice's DOJ Manual in a press release.[593] And in it, here you find a Jewish man protecting and covering for another Jewish man inside the Justice Department, the same hypocritical man who was shouting ―rule of law" constantly in congress when he was questioned by Rep Jim Jordan.[594]

Here is the blue print for protection, Disclosure of Foreign Influence Operations.[595]

Foreign influence operations will be publicly identified as such only when the Department can attribute those activities to a foreign government with high confidence.

---

[592] See https://youtu.be/XytkI7afHcQ?t=1958 , https://youtu.be/XytkI7afHcQ?t=2504 , https://youtu.be/XytkI7afHcQ?t=2004
[593] See https://www.justice.gov/opa/pr/department-justice-announces-rollout-updated-united-states-attorneys-manual
[594] See https://youtu.be/b0EtIf4tc0s
[595] See https://www.justice.gov/jm/jm-9-90000-national-security#9-90.730

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Disinformation or other support or influence by unknown or domestic sources not acting on behalf of a foreign government *is beyond the scope of this policy*.

**From:** Mark Bochra
**Sent:** Sunday, September 23, 2018 2:49 PM
**To:** jesse.panuccio@usdoj.gov
**Subject:** [Critical] To The Honorable Jesse Panuccio - Religious Liberty Task Force (Christianity)

Dear Mr. Panuccio -

I sincerely hope this letter reaches you personally. Last Friday, I spoke to Molly who took down my information, phone number, and email and relayed to me someone will contact me and that you're in a meeting. In order to explain this matter in details, please see my letter attached herein, along with their supportive exhibits A - F.

Please also see this leaked undercover censored video that was shared on YouTube on September 19, 2018.

"The goal is to have the <u>federal government</u> establish a definition of anti-Semitism that is parallel to the State Department definition" Marcus adds in 2016.

He said this in 2016 and did it exactly with the Rutgers University case when he granted Zoa Appeal this month. Mr. Kenneth Marcus is the current <u>Secretary of Office For Civil Rights</u> at the Department of Education.

<u>https://youtu.be/qRVyR0O--kE</u>



**Trump official wants students prosecuted for protesting Israel**

The video above obtained by The Electronic Intifada is leaked from Al Jazeera's censored documentary "The Lobby--USA." It is uploaded here for news reporting.

*Email dated September 23, 2018*



Mark Bochra
Mon 9/24/2018 10:04 AM
To: beth.a.williams@usdoj.gov; jesse.panuccio@usdoj.gov

Letter - Acting Associate Atto...   955 KB        Exhibit A.pdf   2 MB

Show all 7 attachments (7 MB)   Download all   Save all to OneDrive

Good Morning Ms. Williams -

After calling your office, i was advised to either fax the information or email it and I told them, I have your email. I am forwarding this email with its attached letter and exhibits that were sent to Mr. Panuccio because you're on the team for Religious Liberty Task Force.

*Email dated September 24, 2018*

─I came to complete not to refute. I came light to the World." <u>Jesus Christ</u>

Home » Office of Public Affairs » News

## JUSTICE NEWS

**Department of Justice**

Office of Public Affairs

FOR IMMEDIATE RELEASE                                    Tuesday, September 25, 2018

### Department of Justice Announces the Rollout of an Updated United States Attorneys' Manual

The Department of Justice announced the rollout of an updated United States Attorneys' Manual, now titled the Justice Manual. It is the first comprehensive review and overhaul of the Manual in more than 20 years. The Department-wide effort involved the dedicated work of over 200 Department of Justice employees.

"This was truly a Department-wide effort, involving hundreds of employees collaborating from many different Department components," said Deputy Attorney General Rod Rosenstein. "To mark this significant undertaking, and to emphasize that the Manual applies beyond the United States Attorneys' Offices, we have renamed it the Justice Manual. Though the name has changed, the Manual will continue as a valuable means of improving efficiency, promoting consistency, and ensuring that applicable Department policies remain readily available to all employees as they carry out the Department's vital mission."

By 2017, many provisions of the Manual no longer reflected current law and Department practice. This diminished the Manual's effectiveness as an internal Department resource, and reduced its value as a source of transparency and accountability for the public. To bring the Manual up to date, employees from around the country, primarily career attorneys, undertook a yearlong, top-to-bottom review. The Department's goals were to identify redundancies, clarify ambiguities, eliminate surplus language, and update the Manual to reflect current law and practice.

Some specific changes include expanding the Principles of Federal Prosecution to incorporate current charging and sentencing policies, and adding new policies on religious liberty litigation, third-party settlement payments, and disclosure of foreign influence operations.

Component(s):                              Press Release Number:
Office of the Deputy Attorney General      18 - 1248
U.S. Attorneys (USAO)

*Updated September 25, 2018*

*Department of justice manual was updated September 25, 2018 [Next day].*[596]

Mr. President, take notice, here is the parable; the same person who objected to Kenneth Marcus nomination is now the 3rd highest rank at the Justice Department, Vanita Gupta. Vanita Gupta was the President and CEO of the Leadership Conference on Civil and Human Rights after she left the Obama's administration.[597]

---

[596] See https://www.justice.gov/opa/pr/department-justice-announces-rollout-updated-united-states-attorneys-manual
[597] See https://civilrights.org/resource/oppose-confirmation-kenneth-marcus-assistant-secretary-civil-rights/ and see https://civilrights.org/2018/01/11/civil-rights-groups-urge-senate-help-committee-reject-confirmation-ken-marcus-head-ocr/ see Vanita Gupta profile https://civilrights.org/about/our-staff/vanita-gupta/#

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

However, Mr. President, Vanita Gupta under the Obama administration did injustice with my discrimination complaint, only to find that my case was picked up by the Department of Education. Now she returns to the Justice Department 4 years later, looking at how my case became a giant boulder on her shoulder. Question that I will ask her, did she change? Will she do justice in my case or try to destroy it just like many others tried to do till this very day.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



*Do for others, just as you have others do for you.*[18]

This time, Vanita Gupta is returning to my case where she will see how officials in several departments corrupted themselves by their own hands instead of doing good, they choose evil, to destroy my case and every time they try, they fall, never do they rise up. They take pride in their power and strength until that *<u>power that is given to them from above is taken away from them</u>*.

Just as I prayed to the Lord, God and God fulfilled. Haven't you seen what the Lord, God did bringing down haughty Jewish companies like Blackrock?[598] Larry Fink is the Chairman and CEO of Blackrock.[599]

"In my 44 years in finance, I have never experienced anything like this," Larry Fink (Jewish) wrote in the letter in the ETF giant's annual report.[600]

---

[598] See https://en.wikipedia.org/wiki/BlackRock
[599] See https://en.wikipedia.org/wiki/Larry_Fink
[600] See https://www.barrons.com/articles/blackrock-ceo-larry-fink-sounds-cautiously-optimistic-51585597662

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXXV. REJECT JEWISH HATRED: JEWISH EVIL HEARTS ARE TEACHING TO HATE JESUS CHRIST

And seek the peace of the city where I have caused you to be carried away captive, and pray to the Lord for it; <u>*for in its peace you will have peace*</u> [Jeremiah 29:7].[601]

The Jewish people will reject Jesus Christ as the Messiah[602] but they will anoint a false prophet like Rabbi Sabbatai Zeni to be their Messiah until he turned them down and converted to Islam.[603]



*The False Messiah who sold the Jews for $$*

The Jewish people are looking for power on Earth not Salvation and for that reason; they are losing their souls for thousands of years to the Devil. These were the words of King David to God — what profit is there in my blood, when I go down to the pit? Will the dust praise you?

---

[601] See https://www.copticchurch.net/bible?r=Jeremiah+29%3A7&version=NKJV&showVN=1
[602] See Hateful Rabbi https://youtu.be/xw8l8G-uhnA?t=54 vs. Rabbi Shmuley Boteach remarks relative to Jesus Christ's teachings https://youtu.be/5KBBRfSiDUY , see also love https://youtu.be/ynnjGKwVTjg?t=1688
[603] See https://en.wikipedia.org/wiki/Sabbatai_Zevi, see https://youtu.be/L0dnd2ZMUkM

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Will it declare your truth? [Psalms 30:9].[604] Here you will find that Kind David never wanted to be in hell but to be with the Lord, God. Here is when the soul leaves the body and either goes down the pit or up to heaven.

## A. THE STORY OF SABBATAI SEVI: THE FALSE PROCLAIMED MESSIAH

Apart from this general Messianic belief, there was another computation, based on an interpreted passage in the Zohar (a famous Jewish mystical text), and particularly popular among the Jews, according to which the year 1648 was to be the year of Israel's redemption by their long-awaited Jewish Messiah.

At age 22 in 1648; Sabbatai started declaring to his followers in Smyrna that he was the true Messianic redeemer. In order to prove this claim he started to pronounce the Tetragrammaton, an act which Judaism emphatically prohibited to all but the Jewish high priest in the Temple in Jerusalem on the Day of Atonement. For scholars acquainted with rabbinical, and kabbalistic literature, the act was highly symbolic. He would also claim that he could fly, but explained to his beholders that he couldn't do so in public because they were 'not worthy enough' to witness the sight. So too, he declared regularly that he was having various visions of God. He revealed his Messiahship early on to Isaac Silveyra and Moses Pinheiro, the latter a brother-in-law of the Italian rabbi and kabbalist Joseph Ergas.

> I, Abraham, was confined in a cave for forty years, and I wondered greatly that the time of miracles did not arrive. Then was heard a voice proclaiming, 'A son will be born in the Hebrew year 5386 [the year 1626 CE] to Mordecai Zevi; and he will be called Shabbethai. He will humble the great dragon; ... he, the true Messiah, will sit upon my throne." Declared Zevi.

Nehemiah, however, escaped to Constantinople, where he pretended to embrace Islam to get an audience with the kaymakam. He told him of Sabbatai's ambitions. The kaymakam informed the Sultan, Mehmed IV. Sabbatai was taken from Abydos to Adrianople, where the sultan's vizier gave him three choices;

1) Subject himself to a trial of his divinity in the form of a volley of arrows (in which should the archers miss, his divinity would be proven);
2) Be impaled; or
3) Convert to Islam.

## B. THE JEWISH PEOPLE LOVE FOR MONEY AND LIFE: EARTH'S SACRIFICES

The Sultan knew Jews crave money and this is what Sultan Mehmed IV got out of Sabbatai Sevi.

On the following day (September 16, 1666) Zevi came before the sultan, cast off his Jewish garb and put a Turkish turban on his head. Thus his conversion to *Islam was accomplished*. The sultan was much pleased, and rewarded Sabbatai by conferring on him the title *(Mahmed) Effendi*, and appointing him as his doorkeeper with a generous salary. Sarah and approximately 300 families

---

[604] See https://www.chabad.org/library/bible_cdo/aid/16251#v10

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

among Sabbatai's followers also converted to Islam. These new Muslims thereafter were known as dönmeh (converts). The sultan's officials ordered Sabbatai to take an additional wife to demonstrate his conversion. Some days after his conversion he wrote to Smyrna: "God has made me an Ishmaelite; He commanded, and it was done. The ninth day of my regeneration."



*Sultan Mehmed IV showed the Jews that he bought their false messiah with $$.[605]*

Mr. President, take notice the word "Effendi" is used with Rabbi Ovadia Yosef's.

> Why are gentiles needed? They will work, they will plow, they will reap. We will sit like an *effendi* and eat… That is why gentiles were created.[606]

## C. THE STORY OF SHLOMO YEHUDAH: ISRAEL NEW PROCLAIMED MESSIAH

Mr. President, in 2021, story broke out of a new rabbi emerging, proclaiming himself to be the messiah and the Jewish community in Israel all came around him to embrace his false teachings when he calls all "Jews are holy" and that "Only Jews are created on God's image."[607] Here you find this man is preaching to multitude something about pride; no one is holy but the Lord, God. Second here you see how that man is misreading the Torah or did he forget the story of Hagar? And the Jewish people will continue to crave anything on Earth but not one thing, their own salvation. For that reason, they are the last for the sake of the Gentiles

---

[605] See the scene https://youtu.be/L0dnd2ZMUkM?t=247
[606] See https://www.timesofisrael.com/5-of-ovadia-yosefs-most-controversial-quotations/
[607] See the videos https://youtu.be/coHuY72GQU4?t=80 see https://youtu.be/GIp2HA0Paf4?t=193

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

For I do not desire, brethren, that you should be ignorant of this mystery, lest you should be wise in your own opinion, that blindness in part has happened to Israel until the fullness of the Gentiles has come in. And so all Israel will be saved, as it is written: ─The Deliverer will come out of Zion, And He will turn away ungodliness from Jacob; For this is My covenant with them, When I take away their sins." [Romans 11:25-27].[608]

## D. THE WHITE HOUSE IS DECLARING JEWS OWN AMERICA

Mr. President, I understand giving your weak health, the ones who are running America is not the President this time but rather your Jewish Cabinet and in here, I will pray to the Lord, God to re-awaken the sleeping Eagle inside your heart; in order for you to redirect your own cabinet members rather than them redirecting you. In order for you not to say ─I will get in trouble if I said such and such." I can sense your heart from affair but it is dull and needs reshaping.

With Former President Donald Trump, I prayed for the following: didn_t God said he can change people_s hearts and have them do wonders through him? I asked didn_t they say you were the son of Joseph, the carpenter? Take this *piece of wood* and work with it, work with it by cutting and shaping it to craft a beautiful chair, a throne that you can sit on.

With you Mr. President, I will pray for the following: Lord, Biden's words are one thing and his actions are another. He has handed his rod to another and yet he proclaims ─Unity." Lord, take this piece of *ruby* and ignite it with your soul before it is too late, in order for him to see and lead because you said in Eden, the garden of God you were; every precious stone was [set in] your covering; *ruby*, topaz, diamond, chrysolite, onyx, and jasper, sapphire, carbuncle, and crystal and gold; the work of your drums and your orifices is in you; on the day of your creation they were established [Exodus 28:13]. Lord, ruby was the first stone you've used and in here, Biden claims that he is a Catholic but with no light, yet you said for as many of you as were *baptized* into Christ have put *on Christ*. There is neither Jew nor Greek, there is neither slave nor free, there is neither male nor female; for you are all one in Christ Jesus. And if you are Christ's, then you are Abraham's seed, and heirs according to the promise [Galatians 3:27-29]. Do not cast away your ruby, but work on it, and transform it because this was your promise to mankind — I will give you a *new heart* and put a new spirit within you [Ezekiel 36:25-27]. For in this great transformation, your name shall be glorified forever and ever amen before the eyes of the multitude.

Mr. President, in your Proclamation on Jewish American Heritage Month, the person who wrote this for you, said the following:

> As our Nation strives to heal these wounds and overcome these challenges, let us acknowledge and celebrate the crucial contributions that Jewish Americans have made to our collective struggle for a more just and fair society; leading movements for social justice, working to ensure that the opportunities they have secured are extended to others, and heeding the words of the Torah, ─Justice, justice shall you pursue."[609]

---

[608] See https://www.copticchurch.net/bible?r=Romans+11%3A25-27&version=NKJV&showVN=1
[609] See https://www.whitehouse.gov/briefing-room/presidential-actions/2021/04/30/a-proclamation-on-jewish-american-heritage-month-2021/

─I came to complete not to refute. I came light to the World." <u>Jesus Christ</u>



# A Proclamation on Jewish American Heritage Month, 2021

APRIL 30, 2021 • PRESIDENTIAL ACTIONS

Mr. President, whoever wrote this for you to sign on it, left out the rest of the verse:

> Justice, justice shall you pursue, *that you may live and possess the land* the Lord, your God, is giving you [Deuteronomy 16:20].[610]

The Lord, God did not give America's land to the Jewish people but rather they found rescue and solace in it from Nazi Germany and here you find the Jewish people picking verses from the bible and perverting God's words for their own personal glory on Earth.



*The Doctrine of Jesus Compared with Others.*[611]

America was born when the Founding father wanted to reshape it according to Jesus Christ's teachings and not according to the Jewish people own perverted teachings. They have perverted the Torah for thousands of years and it is time that we show them true light before it's too late.[612]

---

[610] See https://www.chabad.org/library/bible_cdo/aid/9980#v20
[611] See https://founders.archives.gov/documents/Jefferson/01-40-02-0178-0002
[612] See The Jewish people lost many hearts https://en.wikipedia.org/wiki/Expulsions_and_exoduses_of_Jews

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXXVI. IS THERE ANY HOPE FOR THIS WORLD: THE PARABLE OF BIRTH

Be reassured, God is the Pantocrator (in control of everything). He rules this World. God will never forsake mankind. God is the Lord of mankind. That is why he created human, and until today he creates men and women. Once someone asked "Does God love people or not? Does God approve of his creation or not?" His response was "God continues to create humans, every day babies are born." This means that God still loves the World but he does not love the evil that is in the World which mankind have caused.[613]

You are the hope of those who have no hope, and the helper of those who have no helper; the comfort of the fainthearted; the harbor of those in the storm. We are telling you O Lord that we are currently in a storm! And different from Pope Tawadros II own words because he doesn't know how this Journey started, I will ask you O Lord according to your own will that this storm shall not settle until the Kings and the Emperors of the Earth know who rules this Earth and became aware of their limited power on Earth and to never ever try to suppress the truth about your identity.

> Then Pilate said to Him, "Are You not speaking to me? Do you not know that I have power to crucify you, and power to release you?" Jesus answered, "You could have no power at all against me *unless it had been given you from above*. Therefore the one who delivered me to you has the greater sin." From then on Pilate sought to release Him [John 19:10-12].

I ask you O Lord to bless those nations who recognize your Glory, and to plague those nations who suppress your true identity, for in its trouble the nations will wake up to the reality that you are here not to judge mankind but to save humanity from sin.



---

[613] See https://twitter.com/open_genesis/status/1388593371183263752

*came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXXVII. THE PARABLE OF THE BUDDING FIG TREE

When its branch has already become tender, and puts forth leaves, you know that summer is near. So you also, when you see these things happening, know that it Assuredly, I say to you, this generation will by no means pass away till all these things take place. Heaven and earth will pass away, but my words will by no means pass away [Mark 13:28-31].[614]



*The Parable of the Fig Tree*

One of the first recurring themes I see in the scripture describes how the surviving nations will bring tribute and offerings to the LORD in Zion, honoring him as the King of kings. There are many passages which depict this during the Millennium.

At that time, <u>*there shall be brought a gift to the Lord of Hosts*</u>, a people pulled and torn, and from an awesome people from its beginning and onward, a nation punished in kind and trampled, whose land the rivers have plundered, to the place of the name of the Lord of Hosts, Mount Zion [Isaiah 18:7].[615]

Your God has commanded your strength; show this strength, O God, which you have wrought for us. From Your Temple, which is over Jerusalem, <u>*kings will bring you tribute*</u> [Psalms 68:29-30].[616]

And <u>*nations shall go by your light and kings by the brilliance of your shine*</u>. Lift up your eyes all around and see, they all have gathered, they have come to you; your sons shall come from afar, and your daughters shall be raised on [their] side. Then you shall see and

---

[614] See http://www.copticchurch.net/cgibin/bible/index.php?r=Mark+13%3A28-31&version=NKJV&btn=View
[615] See https://www.chabad.org/library/bible_cdo/aid/15949/v7
[616] See https://www.chabad.org/library/bible_cdo/aid/16289/v29

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

be radiant, and your heart shall be startled and become enlarged, for the abundance of the west shall be turned over to you, the wealth of the nations that will come to you. A multitude of camels shall cover you, the young camels of Midian and Ephah, all of them shall come from Sheba; gold and frankincense they shall carry, and the praises of the Lord they shall report. All the sheep of Kedar shall be gathered to you, the rams of Nebaioth shall serve you; they shall be offered up with acceptance upon My altar, and I will glorify My glorious house. Who are these that fly like a cloud and like doves to their cotes? For the isles will hope for Me, and the ships of Tarshish [as] in the beginning, to bring your sons from afar, their silver and their gold with them, in the name of the Lord your God and for the Holy One of Israel, for He has glorified you. And foreigners shall build your walls, and their kings shall serve you, *<u>for in my wrath I struck you, and in my grace have I had mercy on you</u>*. And they shall open your gates always; day and night they shall not be closed, to bring to you the wealth of the nations and their kings in procession. For the nation and the kingdom that shall not serve you shall perish, and the nations shall be destroyed. The glory of the Lebanon shall come to you, box trees, firs, and cypresses together, to glorify the place of my sanctuary, and the place of My feet I will honor. And the children of your oppressors shall go to you bent over, and those who despised you shall prostrate themselves at the soles of your feet, and they shall call you 'the city of the Lord, Zion of the Holy One of Israel.' [Isaiah 60:3-14.][617]



Along with tribute and offerings from the nations, the Bible also describes that day as a time when all the nations of the earth migrate to Israel to worship the LORD of Lords in all his glory.

And it will come to pass that everyone left of the nations who came up against Jerusalem will go up from year to year to prostrate himself to the King, the Lord of Hosts, and to celebrate the festival of Tabernacles [Zechariah 14:16].[618]

For, as the new heavens and the new earth that I am making, stand before me," says the Lord, ─so shall your seed and your name stand. And it shall be from new moon to new moon and from Sabbath to Sabbath, that all flesh shall come to prostrate themselves before Me," says the Lord [Isaiah 66:22-23].[619]

---

[617] See https://www.chabad.org/library/bible_cdo/aid/15991#v3
[618] See https://www.chabad.org/library/bible_cdo/aid/16218#v16
[619] See https://www.chabad.org/library/bible_cdo/aid/15997#v22

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Scriptures also describe a unique highway from Egypt to Assyria in that day that will allow the nations to caravan to Zion to worship the LORD.



*"Blessed is My people Egypt, and the work of My hands Assyria, and My heritage Israel"*
*[Isaiah 19:25].*[620]

The Millennial Kingdom will be free from the presence and power of the evil one — the devil — as the earth will enjoy a Day of victory over our enemies.

> Then I saw an angel coming down from heaven, having the key to the bottomless pit and a great chain in his hand. He laid hold of the dragon, that serpent of old, who is the Devil and Satan, and bound him for a thousand years; and he cast him into the bottomless pit, and shut him up, and set a seal on him, so that he should deceive the nations no more till the thousand years were finished. But after these things he must be released for a little while [Revelation 20:1-3].[621]

Peace and prosperity shall come to the Earth [Isaiah 65:17-25].[622] The Millennial Kingdom will be a progressive restoration of paradise on the earth, as God's people will be commissioned by the LORD Himself to expand the beauty and glory of His name throughout the earth [Joel 3:18].[623] The Restoration of Paradise [Ezekiel 47:1, 7-12].[624]

> In that day the Branch of the Lord shall be beautiful and glorious; and the fruit of the earth shall be excellent and appealing for those of Israel who have escaped. And it shall

---

[620] See https://www.chabad.org/library/bible_cdo/aid/15950/jewish/Chapter-19.htm
[621] See http://www.copticchurch.net/cgibin/bible/index.php?r=Revelation+20&version=NKJV&btn=View
[622] See http://www.copticchurch.net/cgibin/bible/index.php?r=Isaiah+65&version=NKJV&btn=View&showVN=1
[623] See http://www.copticchurch.net/cgibin/bible/index.php?r=Joel+3&version=NKJV&btn=View&showVN=1
[624] See http://www.copticchurch.net/cgibin/bible/index.php?r=Ezekiel+47&version=NKJV&btn=View&showVN=1

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

come to pass that he who is left in Zion and remains in Jerusalem will be called holy-everyone who is recorded among the living in Jerusalem. <u>*When the Lord has washed away the filth of the daughters of Zion*</u>.[625]



### Isaiah 4:2-4

A reading from Isaiah the prophet may his blessings be with us Amen.

In that day the Branch of the LORD shall be beautiful and glorious; and the fruit of the earth shall be excellent and appealing for those of Israel who have escaped.
And it shall come to pass that he who is left in Zion and remains in Jerusalem will be

called holy--everyone who is recorded among the living in Jerusalem. When the Lord has washed away the filth of the daughters of Zion.

Glory be to the Holy Trinity our God unto the age of ages, Amen.

*Prophet Isaiah''s prophœy concerning Israel*



*Blessed is Israel my Inheritance [Isaiah 19:25]; at last!*

---

[625] See https://www.chabad.org/library/bible_cdo/aid/15935

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXXVIII. THE SALVATION OF THE CHILDREN OF ISHMAEL

Therefore I say to you, do not worry about your life, what you will eat or what you will drink; nor about your body, what you will put on. Is not life more than food and the body more than clothing? Look at the birds of the air, for they neither sow nor reap nor gather into barns; yet your heavenly Father feeds them. <u>*Are you not of more value than they?*</u> Which of you by worrying can add one cubit to his stature? So why do you worry about clothing? Consider the lilies of the field, how they grow: they neither toil nor spin; and yet I say to you that <u>*even Solomon in all his glory was not arrayed like one of these*</u>. Now if God so clothes the grass of the field, which today is, and tomorrow is thrown into the oven, <u>*will He not much more clothe you*</u>, O you of little faith? Therefore do not worry, saying, 'What shall we eat?' or 'What shall we drink?' or 'What shall we wear?' For after all these things the Gentiles seek. For your heavenly Father knows that you need all these things. <u>*But seek first the kingdom of God*</u> and His righteousness, and all these things shall be added to you. Therefore do not worry about tomorrow, for tomorrow will worry about its own things. Sufficient for the day is its own trouble [Matthew 6:25:34].[626]

## A. WHO IS ALLAH: ALLAH IS NOT AN ISLAMIC WORD, IT IS A BIBLE WORD

Often many times, many Islamic or Arab civil right organizations in the United States come up with a particular agenda, an Islamic agenda that it wants to promote. You won't find many of these civil right organizations representing Christians from the middle-east nor would you find they want to explain the Arabic words in their correct terms. So you end up with stereotypes being adopted by the public when they see without knowing the truth.

Take the word ―Allah" as an example, often many times in the main stream media; it is referenced to either the Quran only or when we see radicals shouts ―Allah Akbar" before committing a crime. In this letter, I am going to reveal the actual Arabic meaning of Allah that is coming from a Christian Coptic. I should also note that an Arabic Egyptian dialect language, the countries in the middle-east would understand it in books, music, and movies because it is the dominant spoken language. However, Egyptians wouldn't understand other Arabic languages spoken in countries like Morocco, Syria, Iraq and so on, unless they speak to us in Arabic Egyptian dialect. Many Arabs watch and love Egyptian movies, especially in Ramadan wherein, cable TV will be filled with many Egyptian TV series from Comedy to Drama to Action and so on; only Egypt can do that. Hence, Egypt is the heart of the Arab World and also ―Blessed is Egypt my people" [Isaiah 19:25].

- o Allah means in Arabic ―God" – for the first time in the United States, you can hear it in Christian Coptic Songs with a sincere voice and different meaning i.e., ―Allah Mahaba" = God is love.[627]

---

[626] See http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+6%3A25-34&version=NKJV&btn=View see the words of Jesus Christ live https://youtu.be/0feZQkHbCkM?t=3672
[627] See https://youtu.be/Zl1TwUBpjiw?t=24 , https://youtu.be/Zl1TwUBpjiw?t=53 (Hear it Allah Mahaba = God is love)

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

- o Allah means in Arabic —Beautiful" – Most popular Egyptian singers use it many times within their songs.[628]
- o Islam means —Peace" or Slam – Hence real Arabs living in Egypt rejected radical islamist and their ideologies long time ago, yet they want to resurface in the West under a different banner. We owe it to the public to teach Arabic correctly and educate so others can learn. Education will start from the <u>*East*</u>, not the <u>*West*</u>.



*The Arabs are changing, for they found salvation in Christ.*[629]

When Egypt decided to bring religious reforms to its nation, it first (1) wanted to educate; it wanted to educate Egypt through songs and movies.[630] Then, (2) Egypt wanted to change the hearts that were lost by designating the Mosques to be used only to worship the Lord and nothing more; mosques cannot be used to insight hate or division. Then, (3) Egypt started to touch the hearts of many Egyptians through music by showing a Mosque and a Church are the houses of the Lord.[631] Egypt celebrated Easter in 2019 and many of the attendees were army personals, government personals, imams, and many Muslims attending Easter and it was broadcasted live

---

[628] See https://youtu.be/gRSH6pww7z4?t=54 , https://youtu.be/tCVfJDcXGO8
[629] Open your heart to light https://twitter.com/khalidalkhalifa/status/1342123029791469571 see https://twitter.com/AlsisiOfficial/status/1388840355123105794
[630] See Egypt's true culture https://youtu.be/vQC-GpdYnL8 , https://youtu.be/ncyVV9bwmdU , https://youtu.be/OfWDYPfHKQE , See President Al Sisi https://youtu.be/ZmapKzNOzws?t=143
[631] See Egyptian Song "Mosque and a Church" https://youtu.be/u_lRXPa0KYs , see https://youtu.be/S6fRcnPhU2M

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

throughout Egypt. Muslims listening to Pope Tawadros II's liturgy concerning the Lord, Jesus Christ.[632] And the list continues to grow within the Middle-East:

- o On April 1, 2019, Al-Monitor article reported that Egypt Minister of Religious Endowment issued a ministerial decision changing the names of many mosques, including the ones belonging to the Muslim Brotherhood Founder, Hassan al-Banna.[633]

- o Egypt sacks 1070 Teachers affiliated with banned Muslim Brotherhood Terror Organization.[634]

- o Saudi Arabia is overhauling its education curriculum, being a source of breeding intolerance, to remove content deemed influenced by Muslim Brotherhood ideology. The Kingdom announced that it was taking new measures to address shortcomings of some educational curricula. It seeks to ban books attributed to the Muslim Brotherhood from all schools and universities and remove all those who sympathize with the group.[635]

- o The United Arab Emirates unveiled plans for an interfaith complex in Abu Dhabi that will unite a church, a synagogue and a mosque. The announcement of the three houses of worship, collectively known as the Abrahamic Family House.[636]

- o Grand Mufti of Egypt says OK for Muslims to build churches.[637]

## B. DEFINE EVIL: COMBAT POLITICAL ISLAM AND ISLAMISTS

In order to combat political Islam, limit religious persecutions, and promote tolerance, the Arab World must reform their regulations and laws pertaining to Islam i.e., (1) Anti-Blasphemy Laws, (2) Anti-Conversion Laws, (3) Registration Laws, (4) Anti-Extremism Laws.[638]

Mr. President, labeling islamists or extremists as ―terrorists" have little to no affect on their status; in fact, they take pride in being called terrorists, for they think waging religious wars will bring them closer to the Lord, God.

However, labeling islamists and extremists as ―apostates" or in Arabic ―في مرتد ال' have a profound effect in preventing others from following them, especially when religious universities such as the Al-Azhar explain and issue such a decree.[639]

---

[632] See https://youtu.be/_4f_2_iQaeM?t=1744 , See https://aawsat.com/english/home/article/1698691/azhar-celebrates-easter-copts-criticizes-use-religion-fueling-conflicts

[633] See https://www.al-monitor.com/pulse/originals/2019/04/egypt-endowments-changing-names-political-muslim-brotherhood.html

[634] See https://aawsat.com/english/home/article/1936031/over-1000-teachers-sacked-egypt-terror-links

[635] See https://aawsat.com/english/home/article/1213411/saudi-arabia-combats-radical-ideology-reforming-national-curriculum

[636] See https://www.foxnews.com/faith-values/uae-plans-interfaith-complex-abrahamic-family-house

[637] See https://www.al-monitor.com/originals/2021/02/egypt-fatwa-muslims-build-churches-controversy.html

[638] See https://missionsbox.org/news/4-laws-used-against-persecuted-christians/

[639] See https://www.al-monitor.com/pulse/en/originals/2015/02/azhar-egypt-radicals-islamic-state-apostates.html
see also https://youtu.be/mtjMANw2hCA

✝*came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## C. THE TRANSFORMATION OF THE MIDDLE-EAST

On that day there shall be an altar to the Lord in the midst of the land of Egypt, and a monument beside its border, to the Lord. And it shall be for a sign and for a witness to the Lord of Hosts in the land of Egypt, for they shall cry out to the Lord because of oppressors, and He shall send them a savior and a prince, and he shall save them. And the Lord shall be known to the Egyptians, and the Egyptians shall know the Lord on that day, and they shall serve [with] a sacrifice and a meal offering, and they shall make vows to the Lord and they shall fulfill [them]. And the Lord shall plague Egypt, plaguing and healing, and they shall return to the Lord, and He shall accept their prayer and heal them [Isaiah 19:19-22].[640]

And such prophecy came to pass.[641] And I, Mark, who was named after Maremarkos, Saint Mark the Evangelist, the Lord, my God gave me sight to see what no one else saw, and to hear what no one else heard, and through God, the prophecy of prophet Isaiah shall be completed when the wicked men gets dispersed and the righteous are gathered for the Lord, God shall proclaim — blessed are the peacemakers, for they will be called children of God [Mathew 5:9].[642]

I will take the <u>heart of stone</u> out of your flesh and give you a <u>heart of flesh</u> [Ezekiel 36:26].



*Mohammad Bin Salman Al Saud* ✝. [643]

Both Egypt and Saudi Arabia wants to create mega cities.[644] However, a closer look at Saudi Arabia's NEOM city project, it touches exactly on the highway prophesied by prophet Isaiah that will link Egypt, Israel, and Assyria in the near future time.[645]

---

[640] See https://www.chabad.org/library/bible_cdo/aid/15950/jewish/Chapter-19.htm#v19
[641] See http://www.coptic.net/articles/EgyptInTheBible.txt
[642] See https://youtu.be/6jT9OtFaE_w , see
http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+5&version=NKJV&btn=View&showVN=1
[643] See https://twitter.com/amil59103685/status/1368107418027106305
[644] See Egypt https://youtu.be/P0fkucDtTRE , see Saudi Arabia https://youtu.be/FE63syd6OSI

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

In that day there will be a <u>highway</u> from Egypt to Assyria, and the Assyrian will come into Egypt and the Egyptian into Assyria, and the Egyptians will serve with the Assyrians. In that day Israel will be one of three with Egypt and Assyria -- a blessing in the midst of the land, whom the Lord of hosts shall bless, saying, ―Blessed is Egypt My people, and Assyria the work of My hands, and Israel My inheritance" [Isaiah 19:23-25].[646]



*Which the Lord of Hosts blessed them, saying, "Blessed is My people Egypt, and the work of My hands Assyria, and My heritage Israel" [Isaiah 19:25].[647]*

President Anwar Sadat in his speech to the Israelis in the Knesset asked the following question — ―Why don't we believe in the wisdom of what God convened to us by the proverbs of King Solomon." He then quoted the bible, the Old Testament, reciting several verses.[648]

> Deceit is in the heart of those who plot evil; but to the counselors of peace there is joy [Proverbs 12:20].[649] Better is a dry morsel and quietness therewith, than a house full of sacrifices with strife [Proverbs 17:1]. Why don't we repeat together from the Psalms of David. Hear the voice of my supplications, when I cry unto thee, when I lift up my hands toward your holy sanctuary. Draw me not away with the wicked, and with the workers of iniquity, which speak peace to their neighbors, but mischief is in their hearts. Give them according to their deeds and according to the wickedness of their endeavors [Psalms 28:2-4].[650]

---

[645] See Details of the project https://youtu.be/FE63syd6OSI?t=318
[646] See http://www.copticchurch.net/cgibin/bible/index.php?r=Isaiah+19%3A23-25&version=NKJV&btn=View
[647] See https://www.chabad.org/library/bible_cdo/aid/15950/jewish/Chapter-19.htm
[648] See President Anwar Sadat Speech in the Knesset https://youtu.be/CsQ0bikGkXg?t=487
[649] See https://www.chabad.org/library/bible_cdo/aid/16383/jewish/Chapter-12.htm
[650] See https://www.chabad.org/library/bible_cdo/aid/16249/jewish/Chapter-28.htm

*✝came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The 1978 Camp David Accords that followed led to the return of the Sinai to Egypt and normalized relations — the first peaceful recognition of Israel by an Arab country.

In a recent meeting between Egypt, Iraq, and Jordan, the 3 country are seeking to create a pipeline which will start from Iraq, reaching Jordan, and through the red sea, it shall reach Egypt! Such project shall isolate Iran from intimidating the Arab nations through the sea while strengthening the Arab nations with Israel in order to create a strong and enlightened geopolitical stability.



*Pipeline from Iraq to Egypt*

However, to the <u>*Arab leaders*</u>, you won't gain the Lord, God's blessings unless you know the heart of God through Jesus Christ.



*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*Neom, the city which will link Egypt, Saudi Arabia, and Israel.[651]*

---

[651] See https://www.alj.com/en/perspective/saudi-arabia-ready-lead-world-smart-city-development/

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXXIX. DO NOT REJECT LIGHT: JESUS IS THE LIGHT OF THIS WORLD

There was once a family who had a daughter that was about to give birth to a child. The family went to a Christian hospital wherein, the picture of Jesus Christ was hanged inside each room. The picture of Jesus Christ raged the family's hearts and the mother told the nurse:

> Can you remove this picture from the room, my daughter's child will not be born and the first sight will be to see this picture. But the nurse replied, we can't remove the picture, it is part of the hospital's identity. The mother replied, if you don't remove it, I will complaint to the hospital manager. The nurse replied, do as you please. The mother complained to the manager but to no avail the picture was not removed.

Upon the mother's daughter giving birth to her child, the child was born <u>blind</u>! And in that moment, the mother wish was fulfilled, the child was born and his first sight was not to see the picture of Jesus Christ. This is a true story of God's will to teach the stubborn hearts.



*When Jews don"t understand the nature of God because of their closed hearts.*[652]

---

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Senator Lindsey Graham asked Judge Kagan —Where were you on Christmas?" but she couldn't understand the heart of God in Jesus Christ, she couldn't understand her own bible, and with a laugh on her face while grinding her teeth, she replied —Like all Jews, I was probably at a Chinese restaurant."[653]

> For the message of the <u>*cross*</u> is <u>*foolishness to those who are perishing*</u>, but to us who are being saved it is the <u>*power of God*</u> [1 Corinthians 1:18].[654]

## A. THE CHARACTER OF SENATOR BERNIE SANDERS

They called him a socialist, they called him names but indeed he surprised me many times. He read my past letters to former President Donald Trump, and he took certain parts of that letter; sometime evil like reaching out to the Muslim brotherhood org but he missed the point that Arabs loved Bernie; not Islamists, Arabs. Islamists would use Bernie for political agendas but Arabs found the character of Bernie to be lovely like Haifa Whebe.



*Do not forget true light, for in it, you will find blessings.*

The popular Christian Lebanese singer Haifa Wehbe: Your heart is made of ice, mine is from fire.[655]

---

[653] See https://www.c-span.org/video/?c4520264/user-clip-kagan-like-jews-chinese-restaurant-christmas
[654] See http://www.copticchurch.net/cgibin/bible/index.php?r=1+Corinthians+1%3A18&version=NKJV&btn=View
[655] See https://twitter.com/HaifaWehbe/status/1353598548986667009 see https://youtu.be/3BJFvPSdNlo

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*Your heart is cold, my heart is fire.*

This is a gift that Senator Bernie Sanders can embrace, and a really gift of his life time if he is able to change. I watched his twitter and he couldn't say often many times ―Merry Christmas" or ―Happy Easter" and yet I find that there is some hope in him because he often tends to reach out in words to those who are down. However, words are one thing and action is another.

The remaining Jews in congress, played politics with AIPAC, ADL, and many others for the sake of money and continued campaign contributions. However, they receive no blessings in the eyes of the gentiles.

"I came to complete not to refute. I came light to the World." <u>Jesus Christ</u>

## XXXXX. THE TRUMP WORLD: FIGURE FOR THE OPPRESSED OR AN ILLUSION?

Mr. President, there is definitely a great side to former President Donald J Trump. He struck a blow to ISIS kalifah, promoted religion freedom, read my letters in details, and did what no other president did for the middle-east.[656] In the process, he flipped the system upside down, and many eyes started to see what they didn't see before. He wanted to simplify systems rather than building bureaucratic systems that answer to who pay more. They feared Trump and they decided to ban a person on their social media platforms, it was fear of losing power.

Trump's few down sides were: "He couldn't differentiate between God's laws and men's Laws." He thought he could please both men and God in his own personal ways, and he had a terrible cabinet at the Department of Education (DOE) and U.S. Department of Housing and Urban Development (HUD). However, he is a good listener 7 out of 10 times and he does things his own ways, he is the one in charge of decision making; he is bold and doesn't shy from questioning many things that doesn't seem right, he is always trying to seek answers to understand the situations himself rather than gets dictated to him.

Keep America Great was my slogan in a title of one of my letters to former President Donald J. Trump and he used it.[657] Then I told him "Keep America Blessed" and he failed me on that one.



*The empowerment of God's spirit ≠ Endorsement of Human,,s ̧doices.*[658]

---

[656] See https://youtu.be/TmrRILM9wFQ?t=248 , see https://youtu.be/lFimy3QXqSc?t=606 , and see https://trumpwhitehouse.archives.gov/briefings-statements/abraham-accords-peace-agreement-treaty-of-peace-diplomatic-relations-and-full-normalization-between-the-united-arab-emirates-and-the-state-of-israel/
[657] See https://youtu.be/7L6coVDg2Co
[658] See the last letter to president Donald J Trump https://www.mediafire.com/file/za7lsg58x5p3uhw/Letter+19+-+The+Last+Letter+to+President+Donald+Trump.pdf/file

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

**T**here was a conspiracy unfolding behind the scenes, one that both curtailed the protests and coordinated the resistance from CEOs. Both surprises were the result of an informal alliance between left-wing activists and business titans. The pact was formalized in a terse, little-noticed joint statement of the U.S. Chamber of Commerce and AFL-CIO published on Election Day. Both sides would come to see it as a sort of implicit bargain–inspired by the summer's massive, sometimes destructive racial-justice protests–in which the forces of labor came together with the forces of capital to keep the peace and oppose Trump's assault on democracy; the Time reports.



*The Secret History of the Shadow Campaign That Saved the 2020 Election.*[659]

Mr. President, if I were you, I would take everything good Trump did, learn from this letter and add on it, but the problem is that given your health, it is your cabinet that redirects you, rather than you redirecting them. And that is my struggle with you Mr. President; that I am not speaking to President Joseph R. Biden, but rather I am speaking to your Jewish Cabinet 9 out of 10 times and in that sense, I don't mind channeling these stubborn hearts that are too blind: blind by power, might, pride, position and everything that life craves.

However, the part that they neglect, others will listen and take it. That is the parable.

---

[659] See https://time.com/5936036/secret-2020-election-campaign/

*┼came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXXXI. KEEP AMERICA BLESSED ✝

Mr. President, Capitalism with no accountabilities or restrains, led to the destruction of many lives. Hence, the systems aren't the main cause of harm, but rather how men shall use these systems. I see that you already or even some of your own cabinet members have understood this part, a part that former President Donald Trump did not understand. Or maybe because Senator Kamala Harris read many of my letters to former President Donald Trump because her chief of staff would read the same letters, may be that is how many learned. The beauty of this is that people came and people left and some learned and others not. As I said many times, some people take parts of my letters, others take it all, and others don't. That depends on the hearts.

The middle class in the United States has not benefited from globalization for the past 25 years since 1990s, rather it was American's elites which took advantage of globalization the economy and left their middle and poor class saddled in debts and destruction of many families.[660] China on the other hands benefited from globalization and was able to pull its 1.3 billion populations out of poverty.

## A. THE UNITED STATES MIDDLE-CLASS ECONOMY

The data below will show that it is becoming increasingly clear that globalization benefits the few elites at the top while leaving behind the vast majority of society who feel that their place in society is not worth it. Leaders need to look at the totality of the United States of America's society rather than looking at the economy of each state.

**Stagnant wages**: a graphic showing what has happened to median real wages for full-time workers aged 16 and over since 1979 (setting 1979 wages at 100).[661] Over the four decade period since the beginning of 1979, real wages for American full-time workers has only increased by 6.6 percent.



---

[660] <u>See</u> Forbes list showed this reality  https://www.forbes.com/billionaires/#7d04b45d251c
[661] <u>See</u> https://fred.stlouisfed.org/series/LES1252881600Q#0

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The graphic showing what has happened to the median weekly nominal earnings for American full-time workers aged 16 and over since 1979. Over the four decade period, profits for Corporate America have increased by 696 percent or 2.4 times that of its wage earners over the same period.



According to News wise: TRANSCRIPT AND VIDEO AVAILABLE: China rising in global business, politics, and foreign policy - Expert Panel Event for August 27, 3PM EDT

> Now, the one thing that's interesting about China that's a little different than the United States is that, you know, Professor Hwang mentions Silicon Valley and venture capital. The two largest venture capital companies in all of Asia right now are Alibaba and Tencent. And *they're investing a tremendous amount and building entrepreneurial businesses just to help people grow.* Now, of course, they have private interest for that because they want people on their platform. So, it's not all roses, but there is something about building up a small-scale community and I just believe that as Thunderbird we need *to be teaching stakeholder capitalism.* That's just; I just think it's a better model than *shareholder capitalism.*[662]

Here Mr. President is the difference between to be teaching *stakeholder* capitalism vs *shareholder* capitalism. The shareholder capitalism benefited the wealthy and made them control America's policies based on their own selfish visions, while the average American has no say in America because as they said ─Money speaks."

So the regular American would not feel that he is part of America, part of congress decision making, and part that affects policies in his or her own states. Because the ones who pays the bills and make contributions are wealthy corporations but when that same power is taken away from them and given to the average American, then all of America would feel that they are part of America and in that same the Image of God is fulfilled as you will see God's image in every individual. Now the next task would be to identity good vs. evil.

The beauty of many vs. few is the contribution of many outweighs the few.

---

[662] See https://www.newswise.com/articles/expert-panel-event-for-august-27-3pm-edt-china-rising-in-global-business-politics-and-foreign-policy

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

CEO to worker wage disparity: the table from the Institute for Policy Studies showing the most egregious examples of CEO-to-worker pays gaps.[663]

| 10 Largest CEO-Worker Pay Gaps, 2017 | | | |
|---|---|---|---|
| Company | CEO Pay | Median Worker Pay (global) | Pay Ratio |
| Weight Watchers | $33,372,283 | $6,013 | 5,908:1 |
| Mattel | $31,275,289 | $6,271 | 4,987:1 |
| Abercrombie & Fitch | $10,262,749 | $2,991 | 3,431:1 |
| McDonald's | $21,761,052 | $7,017 | 3,101:1 |
| Gap | $15,587,186 | $5,375 | 2,900:1 |
| Live Nation | $70,615,760 | $24,406 | 2,893:1 |
| Yum China Holdings | $9,571,017 | $3,396 | 2,818:1 |
| Aptiv PLC | $13,800,347 | $5,464 | 2,526:1 |
| ManpowerGroup | $11,987,873 | $4,828 | 2,483:1 |
| Universal | $3,711,199 | $1,528 | 2,429:1 |

Source: AFL-CIO <u>Paywatch</u>.

The graphic from the Economic Policy Institute showing how the CEO-to-worker compensation ratio has changed since 1965.



CEO-to-worker compensation ratio, 1965–2017

CEO compensation has even grown when measured against the top 0.1 percent of earners as shown on this graphic.

---

[663] See https://inequality.org/wp-content/uploads/2019/02/CEO-worker-pay-ratio-policy-brief-updated-Feb-2019.pdf

—*came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



**Taxation**:  as shown on this graphic, Main Street America is paying a higher and higher share of Washington's total tax revenue.[664]



When compared to Corporate America as shown on this graphic, keep in mind that corporate profits have grown at 2.4 times that of median nominal wages.

---

[664] See https://fred.stlouisfed.org/series/A074RC1Q027SBEA

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



**Trade balance**:  as shown on this graphic how the United States trade balance has changed since 1992.[665]



Despite the comments made in May of 2000 by President Bill Clinton and former Federal Reserve President Alan Greenspan about the advantages of Permanent Normal Trade Relations (PNTR) with China.[666] Admitting China to the World Trade Organization has had a massive negative impact on America's manufacturing industry and its accompanying negative impact on wages and salaries for American workers.

The blind can see, the deaf can hear, the lame can walk.

---

[665] See https://fred.stlouisfed.org/series/BOPGSTB
[666] See President Clinton's Remarks on PNTR with China (2000) https://youtu.be/SOP8mMSXYJQ

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## B. BEWARE OF THE MIGHTTY PROUD HEART

Mr. President, I have shown former President Donald Trump in my 19th letter to him this parable but he didn't heed to the voice because he was mighty proud and so when he became mighty proud, he was rejected by the Lord, God to rule over America. I will show you as well.

After Egypt and Israel signed the Camp David Accord on September 17, 1978.[667] When Sadat's pride consumed him because of how popular he became in the west, featured on the Time magazines. Sadat couldn't tackle the economic challenges in Egypt nor the corruption that was occurring. In order to divert attention, he released all the islamists who were jailed by Gamal to attack the Copts on the street and feed on religion differences, causing religious sectarianism.

Sadat later jailed Pope Shenooda and was aiming to withdraw his patriarch as the Washington Post reported in 1981.[668] Sadat wife, Jehan Safwat Raouf[669] born from a Muslim father and a Christian British mother warned him, saying directly *—stay away from Shenooda, Sadat*."

> On one occasion in the conversation, he was telling me he would arrest some of the people who were in the opposition, including the Coptic pope, Shenouda. I said, "Mr. President, if you arrest or if you dismiss the pope, you know that this would be the first time ever, in fourteen centuries."

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

¹  *Musalaha tarikhiyya*

92                          SADAT'S STRATEGY AND LEGACY

> He took a deep puff from his pipe, and he said, "Who could have thought that I would go to Israel?" I said, "Frankly, nobody." "Well, I did it, and therefore, I will dismiss the pope. Even if nobody has done it in fourteen centuries, I will do it, because the man deserves to be dismissed."

Remember: The empowerment of God's spirit ≠ Endorsement of Human's choices

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

[667] <u>See</u> AIPAC statement https://www.aipac.org/news-hub/articles/remembering-sadats-historic-visit
[668] <u>See</u> https://www.washingtonpost.com/archive/politics/1981/09/07/egyptian-copts-support-ousted-patriarch/f8f951b7-bd0e-4ea0-a874-6e16a39abf16/
[669] <u>See</u> https://www.encyclopedia.com/women/encyclopedias-almanacs-transcripts-and-maps/sadat-jehan-1933
& https://en.wikipedia.org/wiki/Jehan_Sadat

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

However, Sadat didn't listen to his own wife nor his advisor, he was consumed by his mighty proud heart. The pope prayed to God who loves him. Then came the news about Sadat being murdered by islamists, by the people he released from Jail because he worked with evil.

Camp David Accords.[670]

> Each side paid a price for the first peace agreement between the State of Israel and one of its Arab neighbors. Israel took what it saw as a major security risk by returning all of the Sinai Peninsula to Egypt, which it had won during the defensive 1967 Six-Day War. And Egypt was expelled from the Arab League for making peace with Israel. But this demonstration of courage and wisdom led the Nobel committee to award President Sadat and Prime Minister Begin the 1978 Nobel Peace Prize. Unfortunately, the ―great risk" Sadat warned of was all too real. On Oct. 6, 1981, members of the Egyptian Islamic Jihad assassinated President Sadat.

God placed Sadat to complete a certain task but he ended up losing his soul because he never saw light. Sadat was hated but Pope Shenouda was loved to the point he was named ―The Pope of the Arabs" Learn the parable.

For the first time in Egypt's history, a Coptic movie dedicated to the life of Pope Shenouda III under the title ―Pope of Arabs" will be released in theaters and to all Arabs.[671] In order to help the West as well, Egyptian's movies need to constantly be subtitled in English for broader audience abroad to not only understand the culture but spread more awareness.[672]

Pope of Arabs focuses not only on the life of Pope Shenouda III and him being persecuted under President Anwar Sadat but also brings in his poetry relative to Egypt which brings to all of Egypt a national theme.[673] From the words of Pope Shenouda III — In the name of one God whom we worship collectively, I love you Egypt with all my heart, I love you from the bottom of my heart. If I missed you even for a while, I feel quite nostalgic and I spend time ruminating on you. If I thirsted for love one day, your love would quench my thirst. Everyone wanted to lift you over the heads and truly every human has what he intended.



*With Trials comes a blessing*

---

[670] See https://www.britannica.com/event/Camp-David-Accords

[671] See https://egyptianstreets.com/2019/11/06/the-coptic-church-to-produce-biographical-tv-series-about-pope-shenouda-iii/

[672] See the biography of Pope Shenouda https://en.wikipedia.org/wiki/Pope_Shenouda_III_of_Alexandria

[673] See Pope of Arabs trailer https://youtu.be/Ye0_SQcKxmM

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## C. LAW & ORDER OR JUSTICE & MERCY?

Love doesn't mean injustice. Love also doesn't mean to be immoral. Mercy is also justice. But many people take all these words verbatim. If they seek justice, they forget mercy; and if they seek mercy, they forget justice; and if they seek love, they forget morals and norms.

Mr. President, it is very important to understand the meaning for true justice.[674] Former Attorney General William Barr got it right this time, at least in a speech but the public needs to see it in action.[675]

Mr. Barr also said that it was his job to push back on career lawyers and make important judgment calls because those prosecutors were too narrowly focused or too inexperienced to know how best to handle delicate cases.

"Letting the most junior members set the agenda might be a good philosophy for a Montessori preschool, but it is no way to run a federal agency," he said.

While Mr. Barr did not mention the Flynn or Stone cases by name, he said that following the letter of the law and the spirit of fairness sometimes meant "investing months or years in an investigation and then concluding it without criminal charges."

"Other times," he said, "it will mean aggressively prosecuting a person through trial and then recommending a lenient sentence, perhaps even one with no incarceration."

*This is the parable.*

Mr. President, see what evil officers do to black inmates inside prison and these are the events that the eyes can't deny.[676] So both Black lives matter and Blue lives matter (I have seen the good and bad officers in my own life including the discrimination case that is being handled by

---

[674] See https://youtu.be/A14THPoc4-4
[675] See https://www.justice.gov/opa/speech/remarks-attorney-general-william-p-barr-hillsdale-college-constitution-day-event
[676] See https://youtu.be/yitULN4qYtw?t=129 see https://youtu.be/kpEnH_Zzz4g?t=67

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Office For Civil Rights [OCR] under your own administration; a case that traveled from Obama administration, to Trump administration, to now your administration.

> Woe to those who call evil good, and good evil; Who put darkness for light, and light for darkness; Who put bitter for sweet, and sweet for bitter! [Isaiah 5:20].



The United States ranked #1 in the world in term of mass incarceration 2nd to china, yet china has a population of 1.386 billion compare to the United States population 327.2 million.[55] The United States spend a $1 trillion price tag on (prison, jail, probation, and parole). Today, 50 percent of those in the justice system are mentally ill, 80 percent have a substance abuse disorder, and the majority has some cognitive dysfunction. Are we healing the hearts?

The United States ranked #1 in the world in term of mass incarceration, 2nd to china.[677] But when Covid19 struck the World, Attorney General William Barr found that it was his due to save the lives of many inmates to release them out toward freedom.[678] Something many past Presidents

---

[677] See https://www.prisonpolicy.org/reports/pie2019women.html
[678] See https://www.usatoday.com/story/news/politics/2020/04/03/ag-william-barr-expediting-prison-releases-feds-swamped-virus/2946433001/ See https://www.reuters.com/article/us-health-coronavirus-usa-prisons-emerge/u-s-attorney-general-orders-release-of-more-federal-inmates-due-to-coronavirus-pandemic-idUSKBN21M02R

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

failed to do including Congress. For years and they failed to reform their sentencing guidelines and their criminal justice system, add on top of that zealot prosecutors who many do not understand the parables which Jesus Christ spoke of.[679]

Is the goal here mass prosecution or reforming hearts? And who is right? Portland defendants or Capitol defendants? Who was evil and who was good? America is missing its real soul.

- o As Capitol Defendants Rot in D.C. Jail, Portland Rioters Get Leniency.[680]



For I was hungry and you gave Me food; I was thirsty and you gave Me drink; I was a stranger and you took Me in; I was naked and you clothed Me; I was sick and you visited Me; I was in prison and you came to Me.' Then the righteous will answer Him, saying, 'Lord, when did we see You hungry and feed You, or thirsty and give You drink? When did we see you a stranger and take you in, or naked and clothe you? Or when did we see you sick, or in prison, and come to you?' And the King will answer and say to them, 'Assuredly, I say to you, inasmuch as you did it to one of the least of these my brethren, you did it to Me.' [Matthew 25:35-40].[681]

---

[679] See https://youtu.be/0feZQkHbCkM?t=2619 // https://youtu.be/0feZQkHbCkM?t=2264
[680] See https://amgreatness.com/2021/04/14/as-capitol-defendants-rot-in-dc-jail-portland-rioters-get-leniency/
[681] See https://www.copticchurch.net/bible?r=Matthew+25%3A35-40&version=NKJV

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXXXII. LOOK TOWARD THE WARNING SIGNS: LISTEN TO THE LORD, GOD

Mr. President, in the book of revelation, the Lord, God showed us many warning signs, signs so mankind understand him that he is giving them chances in order to gain salvation. Signs that were made so that mankind understands him, rather mankind are more interested in paying attention toward the fulfillment of these signs rather than heed to the voice of the Lord.

> Take heed that no one deceives you. For many will come in my name, saying, 'I am the Christ,' and will deceive many. And you will hear of wars and rumors of wars. See that you are not troubled; for all these things must come to pass, but <u>*the end is not yet*</u>. For nation will rise against nation, and kingdom against kingdom. And there will be famines, pestilences, and earthquakes in various places. <u>*All these are the beginning of sorrows*</u>. [Mathew 24:4-8].[682]

In the book of revelation, the Lord said all of this shall come to pass and ―the end is not yet here." The Lord wanted humanity to listen to his voices, to see in order to understand, yet many don't pay attention to his voice, while others are stubborn in falling into the vortex of sin and you do know how stubborn mankind is. You've seen what Covid19 did to the World, it brought out both good and evil in its midst.

There are people, who change through your soft voice, and there are people who change through trials, and because the Lord, God knows each person's heart, the Lord reached out to us sometimes through soft voice and other times through life trials.

In the story of Samson who fell in love with Delilah, you sent him 3 warning signs but he did not heed to the warning signs and the result was he lost his sight and strength.



*Samson [Israelite] and Delilah [Philistine]*

---

[682] See http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+24%3A4-8&version=NKJV&btn=View

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



Delilah tried to trick Samson 3 times, and 3 times did God showed Samson that Delilah was evil but Samson was blind to see it.

Now Samson went to Gaza and saw a harlot there, and went in to her. When the Gazites were told, "Samson has come here!" they surrounded the place and lay in wait for him all night at the gate of the city. They were quiet all night, saying, "In the morning, when it is daylight, we will kill him." And Samson lay low till midnight; then he arose at midnight, took hold of the doors of the gate of the city and the two gateposts, pulled them up, bar and all, put them on his shoulders, and carried them to the top of the hill that faces Hebron.

Afterward it happened that he loved a woman in the Valley of Sorek, whose name was Delilah. And the Lords of the Philistines came up to her and said to her, "Entice him, and find out where his great strength lies, and by what means we may overpower him, that we may bind him to afflict him; and every one of us will give you eleven hundred pieces of silver." So Delilah said to Samson, "*Please tell me where your great strength lies, and with what you may be bound to afflict you.*" And Samson said to her, (1) "If they bind me with seven fresh bowstrings, not yet dried, then I shall become weak, and be like any other man." So the Lords of the Philistines brought up to her seven fresh bowstrings, not yet dried, and she bound him with them. Now men were lying in wait, staying with her in the room. And she said to him, "The Philistines are upon you, Samson!" But he broke the bowstrings as a strand of yarn breaks when it touches fire. So the secret of his strength was not known. Then Delilah said to Samson, "*Look, you have mocked me and told me lies. Now, please tell me what you may be bound with.*" So he said to her, (2) "If

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

they bind me securely with new ropes that have never been used, then I shall become weak, and be like any other man." Therefore Delilah took new ropes and bound him with them, and said to him, ─The Philistines are upon you, Samson!" And men were lying in wait, staying in the room. But he broke them off his arms like a thread. Delilah said to Samson, ─*Until now you have mocked me and told me lies. Tell me what you may be bound with*." And he said to her, (3) ─If you weave the seven locks of my head into the web of the loom"-- So she wove it tightly with the batten of the loom, and said to him, ─The Philistines are upon you, Samson!" But he awoke from his sleep, and pulled out the batten and the web from the loom. Then she said to him, ─How can you say, 'I love you,' when your heart is not with me? You have mocked me these three times, and have not told me where your great strength lies." And it came to pass, when she pestered him daily with her words and pressed him, so that his soul was vexed to death, that he told her all his heart, and said to her, ─No razor has ever come upon my head, for I have been a Nazirite to God from my mother's womb. If I am shaven, then my strength will leave me, and I shall become weak, and be like any other man."



When Delilah saw that he had told her all his heart, she sent and called for the Lords of the Philistines, saying, ─Come up once more, for he has told me all his heart." So the Lords of the Philistines came up to her and brought the money in their hand. Then she lulled him to sleep on her knees, and called for a man and had him shave off the seven locks of his head. Then she began to torment him, and his strength left him. And she said, ─The Philistines are upon you, Samson!" So he awoke from his sleep, and said, ─I will go out as before, at other times, and shake myself free!" But he did not know that the Lord had departed from him. Then the *Philistines took him and put out his eyes, and brought him down to Gaza*. They bound him with bronze fetters, and he became a grinder in the prison.

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



However, the hair of his head began to grow again after it had been shaven. Now the Lords of the Philistines gathered together to offer a great sacrifice to Dagon their god, and to rejoice. And they said: "Our god has delivered into our hands Samson our enemy!" When the people saw him, they praised their god; for they said: "Our god has delivered into our hands our enemy, the destroyer of our land, and the one who multiplied our dead." So it happened, when their hearts were merry, that they said, "Call for Samson, that he may perform for us." So they called for Samson from the prison, and he performed for them. And they stationed him between the pillars. Then Samson said to the lad who held him by the hand, "Let me feel the pillars which support the temple, so that I can lean on them." Now the temple was full of men and women. All the Lords of the Philistines were there--about three thousand men and women on the roof watching while Samson performed. Then Samson called to the Lord, saying, "O Lord God, remember me, I pray! Strengthen me, I pray, just this once, O God, that I may with one blow take vengeance on the Philistines for my two eyes!" And Samson took hold of the two middle pillars which supported the temple, and he braced himself against them, one on his right and the other on his left. Then Samson said, "Let me die with the Philistines!" And he pushed with all his might, and the temple fell on the Lords and all the people who were in it. So the dead that he killed at his death were more than he had killed in his life. And his brothers and all his father's household came down and took him, and brought him up and buried him between Zorah and Eshtaol in the tomb of his father Manoah. He had judged Israel twenty years [Judge 16].[683]

---

[683] See http://www.copticchurch.net/cgibin/bible/index.php?r=Judges+16&version=NKJV&btn=View&showVN=1

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



Mr. President, the lesson behind the story of Samson is that you the Lord loves the humble. Samson fell, because he took too much pride in his strength, strength that was given to him by God. However, when Samson was weak and prayed to the Lord, God strengthens him, by providing him with strength to destroy the Philistines' temple.

And here I will ask the Lord, God: how many times have you provided mankind with *warning signs* in order for them to heed to your voice? The answer would be many times.

- o   The Lord told Adam: ─Of every tree of the garden you may freely eat. But of the Tree of Knowledge of good and evil you shall not eat of it, for on the day that you eat thereof, *you shall surely die*." [Genesis 2:16-17].[684]

- o   The Lord told Noah:  And the Lord was sorry that He had made man on the earth, and He was grieved in His heart. So the Lord said, ─I will destroy man whom I have created from the face of the earth, both man and beast, creeping thing and birds of the air, for I am sorry that I have made them." But *Noah found grace in the eyes of the Lord*. This is the genealogy of Noah. Noah was a just man, perfect in his generations. Noah walked with God. And Noah begot three sons: Shem, Ham, and Japheth [Genesis 6:6-10].[685] And

---

[684] See http://www.copticchurch.net/cgibin/bible/index.php?r=Genesis+2%3A16-17&version=NKJV&btn=View
[685] See http://www.copticchurch.net/cgibin/bible/index.php?r=Genesis+6%3A6-10&version=NKJV&btn=View

*⌐I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

behold, I myself am bringing *floodwaters on the earth*, to destroy from under heaven all flesh in which is the breath of life; everything that is on the earth shall die [Genesis 6:17].

o   The Lord told Abraham concerning Sodom & Gomorrah: Then he said, ⌐Let not the Lord be angry, and I will speak but once more: Suppose ten should be found there?" And He said, ⌐*I will not destroy it for the sake of ten*." So the Lord went His way as soon as He had finished speaking with Abraham; and Abraham returned to his place [Genesis 18:32-33].[686]

o   The Lord told the World: Take heed that no one deceives you. For many will come in my name, saying, 'I am the Christ,' and will deceive many. And you will hear of wars and rumors of wars. See that you are not troubled; for all these things must come to pass, but the *end is not yet*. For nation will rise against nation, and kingdom against kingdom. And there will be *famines, pestilences, and earthquakes in various places*. *All these are the beginning of sorrows* [Mathew 24:4-8].[687]

## XXXXXIII. THE VOICE OF THE LORD, GOD IN THESE WORLD EVENTS

And you will hear of war and rumors of wars: Egypt and Ethiopia were headed into a lockdown because of the renaissance dam; a dam which would cut water on Egypt and Sudan leading to starvation.

## A. LACK OF WATER AND STARVATION

For Egypt, a country that suffers from lack of rain, the Nile is a most important matter which shapes domestic and foreign policy. Egypt has been hit with a historic drought in the past few months, leading to a drastic receding of the Nile. The Egyptians have always tried to attract huge amounts of water to their territory. The building of the Aswan Dam in the 1960s is a prominent example of this policy. The question of water shortage becomes more acute in Egypt each passing year. The Nile, whose waters evaporate more rapidly every year, no longer provides the amount of water needed for the Aswan Dam. Even though the country' population has grown, the amount of land under cultivation has shrunk.

With Ethiopia's Grand Renaissance Dam nearly complete, Egypt has been left with limited options going forward after it failed to persuade the East African nation to offer concessions over their drawn-out negotiations about the dam's impact on Egypt's vital share of the Nile water, according to experts.[688]

---

[686] See http://www.copticchurch.net/cgibin/bible/index.php?r=Genesis+18%3A32-33&version=NKJV&btn=View
[687] See http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+24%3A4-8&version=NKJV&btn=View
[688] See https://www.thenational.ae/world/mena/egypt-faces-limited-options-after-nile-renaissance-dam-talks-failure-1.921522

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



# FACTSHEET ON GRAND ETHIOPIAN RENAISSANCE DAM

Grand Ethiopian Renaissance Dam (GERD) is located in Benishangul Gumuz Region, some 900 kilometers (310.6 miles) northwest of the capital Addis Ababa

Construction of the dam commenced on **April 2, 2011**

GERD is being built by the Italian **Salini Impregilo**

It has a total water storage capacity of **74 billion** cubic meters

The electro-mechanical works of the dam are being carried out by **the Ethiopian Metals and Engineering Corporation (METEC)**

The total construction cost of the dam is more than **$4 billion**

GERD's installed power generation capacity is **6,450 MW**

GERD comprises **16 turbines,** each with an installed power of **375-400MW.** However, recently officials said the turbines will be reduced to 15

GERD is **1.8 km (1.1 miles) long and 0.14 km (0.09 mi) deep**

It has a total water storage capacity of **74 billion** cubic meters

The surface area of the dam is **1,680 square kilometers (648.65 miles)**

GERD has created **10,672** employment opportunities

Some **450** foreign nationals drawn from **32** countries are taking part in construction of the dam

Amount of money pledged by the people was **12.8 billion birr ($0.4 billion)**, of which **9.6 billion birr ($0.33 billion)** has been collected so far

So far, the dam has been visited by **250,000** local

Blue Nile traverses **Ethiopia, Sudan, South Sudan and Egypt** and it is the longest river in the world but not the largest in terms of water volume.

**Blue Nile** washes away millions of tons of soil every year from Ethiopia which it dumped on the wider plain fields of Sudan and Egypt

Funding for **GERD** is entirely raised from local sources in the form of bond

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

And men failed to resolve the issue. The entire World saw the limits of their strength.[689] Then the miracle happened. What men failed, God completed it.



*White House meeting with Egypt, Sudan, and Ethiopia [The limits of men"s power]*

After prayers, Pope Tawadros II of Alexandria took a cup of Holy Water from the church's Alter and dropped it into the Nile and Lo and Behold; the flood came.[690]

> Floods caused by record rainfall have affected people along five river basins in Ethiopia, Seleshi Bekele told Anadolu Agency on Wednesday. "We need to have more dikes and other flood retention structures in disaster-prone areas."

And now Egypt has enough water reserve for the next four years which reminds the words "Blessed is Egypt, My people" [Isaiah 19:25].[691]

---

[689] See https://www.reuters.com/article/us-egypt-ethiopia-trump/trump-tells-sisi-u-s-to-pursue-efforts-for-deal-on-ethiopia-dam-egypt-presidency-idUSKBN20Q2J4

[690] See https://www.telegraph.co.uk/global-health/climate-and-people/once-in-a-lifetime-floods-wreak-havoc-across-africa/ See https://www.aa.com.tr/en/africa/protective-steps-must-as-floods-ravage-ethiopia/1975223

[691] See https://www.chabad.org/library/bible_cdo/aid/15950/jewish/Chapter-19.htm#v25 See http://www.coptic.net/articles/EgyptInTheBible.txt

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*An aerial view shows flooding of the Nile in Khartoum, Sudan*

## B. PLAGUE OF LOCUSTS DESCENDING UPON THE MIDDLE-EAST

―Our Children Will Starve' Say Pakistan Farmers as Locusts Breed.[692] Every farmer in the village has lost crops worth hundreds of thousands of rupees," said Zehri, 33, a bearded father of six. But in the hills surrounding the village of Nur Gamma, two hours' drive north of the city of Khuzdar, are hundreds of thousands of pods of orange-colored eggs waiting to hatch into a new plague in time to devour his most valuable crop.

―Every farmer in the village has lost crops worth hundreds of thousands of rupees," said Zehri, 33, a bearded father of six. But in the hills surrounding the village of Nur Gamma, two hours' drive north of the city of Khuzdar, are hundreds of thousands of pods of orange-colored eggs waiting to hatch into a new plague in time to devour his most valuable crop.

―Every farmer here used to reap about 100 to 200 bags of wheat, but all that has gone. The locusts have eaten it," said Abdul Qadir, a farmer from Pashta Khan Moulla in Balochistan. He said there are at least 2,000 people in the village and all of them depend on income from farming. ―If the locusts damage our cotton crop, our children will starve."

―This is the worst locust attack we have seen since 1993," said Falak Naz, director general of crop protection at Pakistan's Ministry of Food Security. He said a new generation of eggs is hatching that may also threaten India, as well as the fertile valleys of Punjab and Sindh

---

[692] See https://www.bloomberg.com/news/features/2020-03-17/-our-children-will-starve-say-pakistan-farmers-as-locusts-breed

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

provinces which supply much of Pakistan's food. "The locusts will attack our crops in Punjab and Sindh again in May and June," he said.





*╪came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## C. MAJOR HURRICANS AFFECTING THE UNITED STATES

From Hurricane Laura, to Hurricane Sally. Every time, the mighty proud hearts try to take away from the weak, God sends Hurricanes to show the limits of men's power in order to see, hear, and understand. Yet men do not understand the parables.[693]

> This is all I got, what do you mean this is all you got? How terrible of you who are reach now, for you had your easy life. How terrible of you who laugh now, for you shall mourn and weep. How terrible when all men speak well of you, for their ancestors said the very same thing about the false prophets. But I tell you who hear me, loves your enemies, be good to those who hate you, bless those who curse you, pray for those who mistreat you.



*Major Hurricanes swarming around the United States [We need God's blessings not <u>Make America Great</u> but rather <u>Keep America Blessed</u>]*

## D. INDIA'S APOCALYPSE: BURNING BODIES

India's coronavirus second wave is rapidly sliding into a devastating crisis, with hospitals unbearably full, oxygen supplies running low, desperate people dying in line waiting to see doctors — and mounting evidence that the actual death toll is far higher than officially reported.

    o   Covid Forecasters Warn India Deaths May Double in Coming Weeks.[694]

---

[693] <u>See</u> the parables <u>https://youtu.be/0feZQkHbCkM?t=2021</u> <u>See</u> <u>https://bit.ly/2ZWama6</u>
[694] <u>See</u> <u>https://bloom.bg/3xPeRmb</u>

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*Who is your God,* Narendra Modi?[695]



*You pray to them but they don't speak to you; you worship them but they don't answer you.*[696]

Cultures are beautiful but do not forget who rules over the Earth.[697]

---

[695] See <u>https://youtu.be/ZSYHZjJ2fxU?t=63</u> vs. <u>https://www.statnews.com/2021/04/27/in-covid-grip-india-gasps-for-air-if-there-is-an-apocalypse-this-has-to-be-one/</u>  see <u>https://www.nytimes.com/2021/04/24/world/asia/india-coronavirus-deaths.html</u>
[696] See <u>https://twitter.com/InsiderNews/status/1389793125846167558</u>
[697] See Cultures <u>https://youtu.be/V-GE78Vy6Lk</u> , <u>https://youtu.be/Jyi3gjg0CzM</u> , <u>https://youtu.be/7kwfo08SdHc</u>

—*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



Behold, happy is the man whom God corrects; Therefore do not despise the chastening of the Almighty [Job 5:17].[698]

---

[698] See https://www.copticchurch.net/bible?r=Job+5%3A17&version=NKJV

—*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXXXIV. WHO SHALL GOD BLESSES & WHY THE WORRIES?

Therefore I say to you, do not worry about your life, what you will eat or what you will drink; nor about your body, what you will put on. Is not life more than food and the body more than clothing? Look at the birds of the air, for they neither sow nor reap nor gather into barns; yet your heavenly Father feeds them. *Are you not of more value than they?* Which of you by worrying can add one cubit to his stature? So why do you worry about clothing? Consider the lilies of the field, how they grow: they neither toil nor spin; and yet I say to you that *even Solomon in all his glory was not arrayed like one of these*. Now if God so clothes the grass of the field, which today is, and tomorrow is thrown into the oven, *will He not much more clothe you*, O you of little faith? Therefore do not worry, saying, 'What shall we eat?' or 'What shall we drink?' or 'What shall we wear?' For after all these things the Gentiles seek. For your heavenly Father knows that you need all these things. *But seek first the kingdom of God* and His righteousness, and all these things shall be added to you. Therefore do not worry about tomorrow, for tomorrow will worry about its own things. Sufficient for the day is its own trouble [Matthew 6:25:34].[699]

> Blessed are the poor in spirit, for theirs is the kingdom of heaven. Blessed are those who mourn, for they shall be comforted. Blessed are the meek, for they shall inherit the earth. Blessed are those who hunger and thirst for righteousness, for they shall be filled. Blessed are the merciful, for they shall obtain mercy. Blessed are the pure in heart, for they shall see God. Blessed are the peacemakers, for they shall be called sons of God. Blessed are those who are persecuted for righteousness' sake, for theirs is the kingdom of heaven. Blessed are you when they revile and persecute you, and say all kinds of evil against you falsely for my sake. Rejoice and be exceedingly glad, for great is your reward in heaven, for so they persecuted the prophets who were before you [Matthew 5:3-12].[700]

O you of little faith? Because of your unbelief; for assuredly, I say to you, if you have faith as a mustard seed, you will say to this mountain, 'Move from here to there,' and it will move; and nothing will be impossible for you [Matthew 17:20].[701]

## XXXXXV. HOW TO BECOME PART OF THE HOLY: PROPHET ISAIAH

In the year of the death of King Uzziah, I saw the Lord sitting on a high and exalted throne, and His lower extremity filled the Temple. Seraphim stood above for Him, six wings, six wings to each one; with two he would cover his face, and with two he would cover his feet, and with two he would fly. And one called to the other and said, —Holy, holy, holy is the Lord of Hosts; the whole earth is full of His glory." And the doorposts quaked from the voice of him who called, and the House became filled with smoke. And I said, —Woe is me for I am lost, for I am a man of unclean lips, and amidst a people of unclean lips I dwell, for the King, the Lord of Hosts have my eyes seen" [Isaiah 6:1-5].[702]

---

[699] See http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+6%3A25-34&version=NKJV&btn=View
see the words of Jesus Christ live https://youtu.be/0feZQkHbCkM?t=3672
[700] See http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+5%3A3-12&version=NKJV&btn=View
[701] See http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+17%3A20&version=NKJV&btn=View
[702] See https://www.chabad.org/library/bible_cdo/aid/15937/jewish/Chapter-6.htm

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Here, Prophet Isaiah experienced his first communion, to become part of the Holy in order to approach the Holy. So tell me World, how are you going to become part of the Holy, God?



*Seraphim bring a glowing coal and touching the mouth of Isaiah*

And one of the seraphim flew to me, and in his hand was a *glowing coal*; with tongs he had taken it from upon the altar. And he caused it to *touch my mouth*, and he said, ―Behold, this has touched your lips; and *your iniquity shall be removed*, and your *sin* shall be *atoned for*." And I heard the voice of the Lord, saying, "Whom shall I send, and who will go for us?" And I said, ―Here I am; send me." And He said, ―Go and say to this people, 'Indeed you hear, but you do not understand; indeed you see, but you do not know.' This people's heart is becoming fat, and his ears are becoming heavy, and his eyes are becoming sealed, lest he see with his eyes, and hear with his ears, and his heart understands, and he repents and be healed" [Isaiah 6:6-10].[703]

For that same reason, Jesus Christ who is Holy and became the sacrificed lamb, when mankind takes communion after repent and confession, they become part of the Holy and he lives in them

---

[703] See https://www.chabad.org/library/bible_cdo/aid/15937/jewish/Chapter-6.htm#v6 See Scene
https://youtu.be/l9vn5UvsHvM?t=163

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

and they become part of him so that no sin shall separate mankind ever again from the Lord, God.[704]



Your weekly Passover inside the Coptic Church, bread and wine. The bread becomes body and the wine turns into blood of Christ. Too difficult for the hearts to understand? Read Isaiah 53.



---

[704] See https://youtu.be/0feZQkHbCkM?t=5043

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*I am the bread of life.*[705]

When some Priests during the middle-age doubted the miracle of the bread and the wine, they witnessed that it indeed turns into a distressed body of a heart and blood. In that sense, humans when they take communion do not see the difference in appearance or taste but it is the bread that came down from heaven when the Cherubim and Seraphim descend on them; turning the bread to body and the wine to blood, and in that sense no more animal sacrifice are needed because Jesus Christ became the Passover lamb. No sacrifices for the Muslims and no sacrifices for the Jews.[706]

## XXXXXVI. THE HOLY FIRE THAT DOESN'T BURN THE BODY

Mr. President, have you ever wondered about the name ―Easter" which is taken from the word ―East" It is not called ―Weaster" it is called Easter.

> For as the lightning comes from the east and flashes to the west, so also will the coming of the Son of Man be [Matthew 24:27].

Each year after the Jewish Passover, the true Easter comes in; using the Coptic calendar, Jesus Christ's tomb lights with holy fire that doesn't burn the body and people pass the flames around

---

[705] See https://youtu.be/vci5QPRvSQk?t=223 see https://youtu.be/0feZQkHbCkM?t=5007
[706] See https://bit.ly/2RtgQf5 see https://www.churchpop.com/2015/06/28/5-extraordinary-eucharistic-miracles-with-pictures/

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

without fear because they can't even detect any heat from the flame. It is a divine holy fire that many Christians from the Orthodox Churches witness with their own eyes each year.[707]



This holy divine fire comes as a proof for Jesus Christ's resurrection (Χριστός ἀνέστη! i.e., Christ is Risen i.e., Christos Anesti) after the Jewish Passover because Jesus Christ said —I came to complete, not to refute" and because he loved all his seeds.[708] Those who have any doubts about the holy flame that doesn't burn, can witness the miracle themselves in Jerusalem.

The eyes that see but don't want to believe would claim all sorts of heretical comments but didn't Moses split the red sea in half for the Jews to escape from Egypt; why do some want to believe in the first and not in the latter when they have eyes that can see.

---

[707] <u>See</u> <u>https://bit.ly/3h6Qb2A</u>
[708] <u>See</u> Jesus Christ is the Passover lamb <u>https://youtu.be/VeVZRZlt-7Q</u> <u>see</u> <u>https://youtu.be/CdS8NuqHGVQ</u> and <u>see</u> divine miracle <u>https://youtu.be/s0XHvQWtMoM?t=848</u> , <u>https://youtu.be/4kZu87tyqJ4</u> <u>see</u> 2021 <u>https://twitter.com/greglothan/status/1388564423111954433</u>

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

The fight over the Holy Fire lasted for years among nations. It was a fight over power rather than understanding the nature of God. The Lord, God would look from above and question human's hearts.[709]

    o   Al Biruni, an Iranian scholar doubted the holy fire and he saw it once he put it to the test with a copper wire.[710]

    o   The Holy Fire did not appear for invaders who soughts power rather than understanding the Lord, God. Among many of them at that time were: the Crusaders, Salah Al Din, and the Roman Catholic Patriarch.[711]

It is thought that between 1099, when the crusaders took Jerusalem, and 1187, when the church was lost to Saladin, the Roman Catholic Patriarch of Jerusalem tried but failed to replicate the miracle of Holy Fire.

As the divide between Eastern and Western Christianity endured so did the enmity between them. Following the failure of the crusades it is not surprising that the *Holy Fire miracle faded from Western imaginations*. When its time came, the Protestant Reformation rejected as fraudulent many of the relics and miracles so it is no surprise that the miracle of Holy Fire was viewed as yet another vain superstition of the past.



*Leadership and Hypocrisy*

---

[709] See https://youtu.be/FyxhZhla7iU?t=452
[710] See https://en.wikipedia.org/wiki/Al-Biruni see http://www.holyfire.org/eng/history.htm
[711] See https://www.premierchristianity.com/home/holy-fire-the-biggest-miracle-youve-probably-never-heard-of/244.article

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## A. THE RETURN OF THE HOLY FIRE TO ISRAEL

Therefore, so said the Lord God: Now I shall return to the captivity of Jacob, and I shall have compassion on the House of Israel, and I shall be zealous for My Holy Name. And they shall bear their disgrace and all their treachery that they committed against me when they dwell on their land securely with no one frightening them. When I return them from the peoples and gather them from the lands of their enemies, I shall be sanctified through them before the eyes of many nations. And they will know that I am the Lord their God when I exile them to the nations, and I shall gather them to their land, and I shall no longer leave any of them there.

And *I shall no longer hide My face from them*, for I shall have poured out *My spirit* upon the House of Israel, says the Lord God [Ezekiel 39:25-29].[712]

Here are true examples of Palestinians, so that your eyes can see:



---

[712] See https://www.chabad.org/library/bible_cdo/aid/16137/jewish/Chapter-39.htm#v25

—*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Here is another proud Christian Palestinian family opening a food business in Texas.[713]

Location : 35230 Old Hempstead Rd Hockley, Texas     Location : 35230 Old Hempstead Rd Hockley, Texas

 

*Can you see the difference?*

The same could be said about Israelis who found their way toward Jesus Christ.[714]



Hidden for over 2000 years, the Gospel light is spreading in Israel like never before!

---

[713] See https://twitter.com/safetosayjay/status/1279540482469695490
[714] See https://youtu.be/X6UfxZbQDSE see Blessed is Israel my Inheritance https://bit.ly/2QUlKlq

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Lord, God loved all his people — Are you not like the people of Ethiopia to Me, O children of Israel? Says the Lord. Did I not bring up Israel from the land of Egypt, the Philistines from Caphtor, and the Syrians from Kir? [Amos 9:7].[715]

The Jewish people will not teach the Jews the Torah the correct way, they will distort and take part and leave the other and they have been doing it for thousands of years and God continues to judge them for their stubbornness.[716]

- o God saved the Ethiopians.
- o God saved the Philistines.
- o God saved the Syrians.
- o God saved the Israelites.
- o God made Egypt his homeland, the birth of his son Jesus Christ —Out of Egypt, I called my son" [Hosea 11:1].

Mr. President, if you want to find peace in Israel, you must invest in Egypt, Saudi Arabia, Gaza and Israel; invest in them both economically and promoting religion freedom and in the end Christ will complete. You also have to remove completely evil from the surface i.e., both Islamists and evil Jews; one seeks destruction and the other seeks divide and conquer.



*Instead of destroying yourself, try to rebuilt yourself.*

---

[715] See https://www.chabad.org/library/bible_cdo/aid/16181#v7
[716] See https://en.wikipedia.org/wiki/Expulsions_and_exoduses_of_Jews

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*The Abraham Accord was missing Mark"s insight because Trump was out when God rejected him as a King. Now Biden can complete the mission; if he <u>listens</u>.*

The Lord, God did promise that he will destroy *the pride of the Philistines*; their pride is in owning the entire land, it won't happen. Just as the Lord, God judged Israel into exile for 2000 years. Both Israelites and the Philistines need to build not destroy; you cannot do this unless the Arab Leaders removes Hamas completely from the surface of these areas and you cannot do this unless you bring light to this area. Who is that light? Jesus Christ; building churches in the middle-east; baptize Arabs for in their baptism they shall gain salvation; it starts with the Arab leaders.

> Behold, *the Lord shall impoverish her*, and He shall smite her wealth in the sea, and she shall be consumed by fire. *Ashkelon shall see and fear*, and *Gaza-and she shall quake violently-and Ekron*, for the one to whom she looked was ashamed. And a king was lost from Gaza, and Ashkelon shall not be inhabited. And the strangers shall dwell in Ashdod, and *I will cut off the pride of the Philistines* [Zechariah 9:4-6].[717]

---

[717] See https://www.chabad.org/library/bible_cdo/aid/16213/jewish/Chapter-9.htm#v4 see
https://www.copticchurch.net/bible?r=Zechariah+9%3A4-6&version=NKJV

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## XXXXXVII. ISRAEL WESTERN WALL IS AN ILLUSION: THE KOTEL

Mr. President, for many years, Jews and non-Jews believed that the Kotel is part of Temple Mount, however the Western Wall is actually part of the Roman's empire *<u>Antonia Fortress</u>* and there is nothing divine about the wall rather it is part history.[718]

The Lord, Jesus as he drew near Jerusalem, saw the city and wept over it, saying ―if only, on this your day you had known the *<u>path</u>* for *<u>peace</u>* but you have failed to see it. The days will come when your enemies build ramparts to surround you and hem you in pressing hard from every side and within these walls, they will destroy you and your children. They will *<u>not leave one stone</u>* upon another in you because you did not recognize the time of your visitation [Luke 19:41-44].[719]

The Lord Jesus Christ foretold the destruction of the 2nd temple completely and not one stone shall be left. The Western Wall is actually part of Islamic tradition rather than Jewish tradition.

## A. THE HISTORY OF THE WESTERN WALL: KOTEL

The holiest place in Judaism is the Temple Mount where the Second Temple stood until it was destroyed by the Romans in 70 C.E. Mistakenly, the Western Wall is generally thought to be the holiest site, but prayers at this location are a relatively recent phenomenon, which were prompted, ironically, by a Muslim conqueror.

When the Romans razed the Temple, they left one outer wall standing. They probably would have destroyed that wall as well, but it must have seemed too insignificant to them since it was not part of the Temple itself, just a retaining wall surrounding the Temple Mount. It held no special significance, according to F.M. Loewenberg, until the 16th century when Sultan Suleyman I (―the Magnificent") ended nearly 300 years of Mamluk rule and established the Ottoman Empire. Suleyman restored Jerusalem's city walls in 1536 and encouraged Jews who had been expelled from Spain and Portugal to settle in the city.[720]



In 1546, an earthquake devastated the region and damaged the Temple Mount and the surrounding area. Suleyman ordered the rubble of homes adjacent to the western wall to be cleared for a prayer site for the Jews.

---

[718] See Antonia Fortress https://en.wikipedia.org/wiki/Antonia_Fortress , see https://youtu.be/gFxzSG36JS8
[719] See http://www.copticchurch.net/cgibin/bible/index.php?r=Luke+19&version=NKJV&btn=View&showVN=1 see Jesus Christ foretelling the destruction of the 2nd temple as it happened https://youtu.be/0feZQkHbCkM?t=4584
[720] See Sultan's biography https://en.wikipedia.org/wiki/Suleiman_the_Magnificent

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Loewenberg notes the area was previously unknown to the Jews. Suleyman issued a firman (decree) that Jews had the right to pray there for all times. This decree remained in force and was honored by his successors for more than 400 years. Throughout the centuries Jews from throughout the world made the difficult pilgrimage to Palestine, and immediately headed for the Kotel ha-Ma'aravi (the Western Wall) to thank God. The prayers offered at the Kotel were so heartfelt that gentiles began calling the site the ―Wailing Wall." This undignified name never won a wide following among traditional Jews; the term ―Wailing Wall" is not used in Hebrew.

For most of that period, the area in front of the wall was a narrow alley only 4 meters wide and 28 meters long (less than six percent of the wall's total length of 488 meters) boxed in by a Muslim neighborhood known as the Mughrabi Quarter. According to Loewenberg, Jews did not regularly visit the Wall. They came on special occasions, such as Tisha B'Av, or to pray for help with personal problems. Later, the alley would become packed during festivals and Shabbat. Regular prayer at the Wall did not begin until the late 19th or early 20th century. By 1941, the popularity of visiting and praying at the Wall led the British-appointed chief rabbis to issue regulations for proper behavior at the Wall, which included the separation of men and women (the British did not permit the erection of a mechitzah).[721]



A. Antonia fortress
B. Colonnades
C. Inner precincts
   (see opposite page)
D. Stone balustrade
E. Court of the Gentiles
F. Viaduct
G. Steps leading to
   meeting hall
H. Meeting hall (site of
   Sanhedrin meetings
   after about A.D. 30)
I. Ritual baths
J. "Pinnacle" Matthew 4:5,
   Luke 4:9

*The 2ⁿᵈ temple was completely destroyed according to Jesus Christ*

---

[721] See https://www.jewishvirtuallibrary.org/history-and-overiview-of-the-western-wall

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## B. THE MOUNTAIN OF MOSES: MOUNT SINAI LOCATED IN SAUDI ARABIA

And he said: ―*The Lord came from Sinai*, And dawned on them from Seir; He shone forth from Mount Paran, And He came with ten thousands of saints; From His right hand Came a fiery law for them" [Deuteronomy 33:2].[722] It is in Sinai that Moses first encounters the Lord; it is back to Sinai that Moses leads the Israelites from Egypt; and it is from Sinai that, two years later, on God's order again, Moses sets off with them to conquer a piece of the Fertile Crescent.

But where is Sinai, is it in Egypt? That is what history had us believe since the 4th century. Exodus unequivocally places it in the land of Midian. After fleeing ―into Midianite territory," Moses is hosted by ―a priest of Midian with seven daughters" [Exodus 2:15-16].[723] He ―agreed to stay on there with the man, who gave him his daughter Zipporah in marriage" [Exodus 2:21]. Moses' father-in-law is named Reuel in [Exodus 2:18], but Jethro in [Numbers 3:1][724], ―Hobab son of Reuel the Midianite" in [Numbers 10:29], and ―Hobab the Kenite" in [Judges 1:16].[725] His daughter Zipporah gave Moses two sons: Gershom [Exodus 2:22] and Eliezer [Exodus 18:4]. It is while grazing his father-in-law's flocks that Moses finds himself near Mount Horeb, ―to the far side of the desert" [Exodus 3:1], where he hears God call his name. Sinai was in Midian.[726]



*The Map of Ancient Egypt included part of Arabia*

[722] See http://www.copticchurch.net/cgibin/bible/index.php?r=Deuteronomy+33%3A2&version=NKJV&btn=View
[723] See http://www.copticchurch.net/cgibin/bible/index.php?r=Exodus+2&version=NKJV&btn=View&showVN=1
[724] See http://www.copticchurch.net/cgibin/bible/index.php?r=Numbers+3&version=NKJV&btn=View&showVN=1
[725] See http://www.copticchurch.net/cgibin/bible/index.php?r=Judges+1&version=NKJV&btn=View&showVN=1
[726] See Ryan Mauro discovering the real Mount Sinai https://youtu.be/YjrxHqNy5CQ

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## C. WHERE IS MIDIAN?

Greek authors unanimously place it in northwestern Arabia, on the eastern shore of the Gulf of Aqaba. Even Paul the Apostle, who spent three years in Arabia, knew that ―Sinai is a mountain in Arabia" [Galatians 4:25].[727] It was not before the 4th century that the biblical Sinai was misplaced in the Egyptian peninsula, probably for geopolitical reasons (Egypt was within the control of the Roman Empire, unlike Arabia, under Persian influence).



*The Map toward Midian*

Where, then, did the Israelites cross the Red Sea? They probably didn't: the biblical ―Red Sea" is a mistranslation originating from the Greek Septuagint. These waters are simply referred to in Hebrew as Yam Suph (23 times), which means ―Sea of Reeds," and suggests a body of shallow fresh water, which Yahweh simply ―dried up" before the Israelites, according to [Joshua 2:10]. It could be anywhere, in this land of ephemeral wadis.[728] In all of the 3 Abrahamic religions, the origin becomes the seed and the seed leads to the root but without the root, the branches to the root die off easily. Religious tolerance will only be reached when humanity understands the words of the Lord, God [one god].

---

[727] See http://www.copticchurch.net/cgibin/bible/index.php?r=Galatians+4%3A25&version=NKJV&btn=View
[728] See http://www.copticchurch.net/cgibin/bible/index.php?r=Joshua+2%3A10&version=NKJV&btn=View

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXXXVIII. A CONVERSATION WITH THE LORD, GOD

Lord, when you said — <u>*He who called you is holy*</u>, <u>*you also be holy in all your conduct*</u>, because it is written, ―Be holy, for I am holy." [1 Peter 1:13-16].[729] Lord, when you say such words, meaning you want humanity not to forget their original image, that they were ―created on God's image" [Genesis 1:27].[730]

Lord, you preferred to give mankind their will to decide and choose, rather than be like the other creatures who can't think or differentiate the difference between good vs. evil; righteous vs. sin. But then I ask you and you answer me, when men sin before your eyes, what do you do O Lord?

> You said, when men sins, I will send my prophets and the shepherds, and the priests, and the voice of the Lord who appear in the weak, and the Holy Spirit to lead the sinful men to repentance. And what else O Lord? You said, I will send him living examples in order to understand. And what else O Lord? You said, I will sacrifice my only begotten son in order to vanquish his or her sin and cleanse him, so one turns white like a white blossom.

Lord, you who love holiness, you tell us something beautiful in Ezekiel 36.

> Then I will sprinkle clean water on you, and you shall be clean; I will cleanse you from all your filthiness and from all your idols. I will give you a *new heart* and put a new spirit within you; I will take the heart of stone out of your flesh and give you a *heart of flesh*. I will put My Spirit within you and cause you to walk in my statutes, and you will keep my judgments and do them [Ezekiel 36:25-27].[731]

Lord, you said you will do all of these for the ones you loved, you said I will give you a new heart, you said I will take away a heart of stone and give you a heart of flesh. Lord, I know you want mankind to live for you and to live for you, we have to be holy because you said — Pursue peace with all people, and holiness, *without which no one will see the Lord* [Hebrews 12:14].[732]

Lord, you said in order to live with you, we have to be holy because we can't live among good and evil together at the same time and Elijah said

> Until when are you hopping between two ideas? If the Lord is God, go after Him, and if the Baal, go after him. And the people did not answer him a word [1 Kings 18:21].[733]

Lord, I know that in order to live with you, we have to be holy because everything that surrounds you is holy. The bible itself is called ―The holy book." Your house is holy, your temple is holy, and you said ―I will live in you and you in me" [John 14:20].[734]

---

[729] See http://www.copticchurch.net/cgibin/bible/index.php?r=1+Peter+1%3A13-16&version=NKJV&btn=View
[730] See https://www.chabad.org/library/bible_cdo/aid/8165#v27
[731] See http://www.copticchurch.net/cgibin/bible/index.php?r=Ezekiel+36%3A25-27&version=NKJV&btn=View
[732] See http://www.copticchurch.net/cgibin/bible/index.php?r=Hebrews+12%3A14&version=NKJV&btn=View
[733] See https://www.chabad.org/library/bible_cdo/aid/15902#v21
[734] See http://www.copticchurch.net/cgibin/bible/index.php?r=John+14%3A20&version=NKJV&btn=View

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

You told Moses — *Do not draw near this place*. Take your sandals off your feet, for the place where you stand *is holy* ground [Exodus 3:5].[735]

Lord, you said — for as many of you as were *baptized* into Christ have put *on Christ*. There is neither *Jew* nor *Greek*, there is neither slave nor free, there is neither male nor female; for you are all one in Christ Jesus. And if you are Christ's, then you are Abraham's seed, and heirs according to the promise [Galatians 3:27-29].[736]

Lord, you said — when you pass through water, I am with you, and in rivers, they shall not overflow you; when you go amidst fire, you shall not be burnt, neither shall a flame burn amongst you. Since you are dear in my eyes, you were honored and I loved you, and I give men in your stead and nations instead of your life. Fear not for I am with you; from the east I will bring your seed, and from the west I will gather you. I will say to the north, "Give," and to the south, "Do not refrain"; bring my sons from afar and my daughters from the end of the earth [Isaiah 43:2-6].[737]

Lord, I asked and you answered, I asked that you will strike China according to your will, not mine and indeed it happened; I asked that the World will not forget you and Covid19 became a pandemic, showing the limit of strength among World's leaders to the point they started to fear for their own lives. I asked and you answered me. Lord, this is a stubborn World and they do not heed to your voice quite often but I still see light at the end of the tunnel, I see light because I see how you continue to change nations and just as you changed Nineveh, you shall change many nations among the World.

But they rebelled and grieved His Holy Spirit; So He turned Himself against them as an enemy, And He fought against them [Isaiah 63:10].[738]

Lord, I ask you according to your will, not mine, to vanquish Covid19, not for the wicked, the wicked show them the way toward righteousness through constant trials, hit and heal, hit and heal until they cease their wickedness, but I pray to you that you vanquish Covid19 and without a vaccine so that this World understands the limitation to men's power and strength. I ask that you vanquish Covid19 according to your will not mine so that many see and believe.[739] I ask that you vanquish Covid19 for the righteous who have suffered on earth.

Abraham, the father of the fathers also entered in a conversation with you concerning Sodom when he said — would you also destroy the righteous with the wicked? Suppose there were fifty righteous within the city; would you also destroy the place and not spare it for the fifty righteous that were in it? Far be it from you to do such a thing as this, to

---

[735] See http://www.copticchurch.net/cgibin/bible/index.php?r=Exodus+3%3A5&version=NKJV&btn=View see when Moses meets God https://youtu.be/poZr9HjMizQ?t=108
[736] See http://www.copticchurch.net/cgibin/bible/index.php?r=Galatians+3%3A27-29&version=NKJV&btn=View
[737] See https://www.chabad.org/library/bible_cdo/aid/15974
[738] See https://www.copticchurch.net/bible?r=Isaiah+63%3A10&version=NKJV
[739] See https://twitter.com/open_genesis/status/1310408956976693248

*†came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

slay the righteous with the wicked, so that the righteous should be as the wicked; far be it from you! Shall not the Judge of all the earth do right? [Genesis 18:23-25].[740]





*After the raging waves, comes hope in the Lord.[741]*

You, O Lord, did not create humanity to perish. For that same reason, Saint Athanasius said — surely it *would* have been *better* never to have been *created* at all *than*, having been *created*, to be neglected and *perish*.

Saint Paul the Apostle in his letter to Timothy said — who desires all men to be saved and to come to the knowledge of the truth [1 Timothy 2:4].[742] Do I have any pleasure at all that the wicked should die? Says the Lord God, and not that he should turn from his ways and live? [Ezekiel 18:23].[743]

---

[740] See http://www.copticchurch.net/cgibin/bible/index.php?r=Genesis+18&version=NKJV&btn=View&showVN=1
[741] See https://twitter.com/open_genesis/status/1246557511567671296
[742] See http://www.copticchurch.net/cgibin/bible/index.php?r=1+Timothy+2&version=NKJV&btn=View
[743] See http://www.copticchurch.net/cgibin/bible/index.php?r=Ezekiel+18&version=NKJV&btn=View&showVN=1

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXXXIX. FAITH OF CENTURION

Now when Jesus had entered Capernaum, a centurion came to Him, pleading with Him, saying, ―Lord, my servant is lying at home paralyzed, dreadfully tormented." And Jesus said to him, ―I will come and heal him." The centurion answered and said, ―Lord, I am not worthy that You should come under my roof. <u>*But only speak a word, and my servant will be healed*</u>. <u>*For I also am a man under authority, having soldiers under me*</u>. And I say to this one, <u>*'Go,' and he goes; and to another, 'Come,' and he comes; and to my servant, 'Do this,' and he does it*</u>." When Jesus heard it, He marveled, and said to those who followed, ―Assuredly, I say to you, I have not found such great faith, not even in Israel! And I say to you that many will come from east and west, and sit down with Abraham, Isaac, and Jacob in the kingdom of heaven." <u>*But the sons of the kingdom will be cast out into outer darkness. There will be weeping and gnashing of teeth*</u>." Then Jesus said to the centurion, ―Go your way; and as you have believed, so let it be done for you." And his servant was healed that same hour [Mathew 8:5-13].[744]



Then the Jews said ―*but we know we are the chosen people, how come a pagan can be worthier than the sons of Israel?*" Then Jesus replied ―Everybody, everybody is welcomed at my father's table. Rich, poor, masters, servants, children of Abraham, and the pagans."

The Word of God is the Water of life.[745] If you drink from it, you shall not thirst. Then we have the Tree of life.[746] If you eat from it, you shall never die. Then we have the son of man.[747]

---

[744] See http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+8%3A5-13&version=NKJV&btn=View See Scenes https://youtu.be/97a0fLC4S-0 // https://youtu.be/97a0fLC4S-0?t=167 // https://youtu.be/97a0fLC4S-0?t=175
[745] See https://youtu.be/PgmAkM39Zt4
[746] See https://youtu.be/TJLan-pJzfQ
[747] See https://youtu.be/z6cWEcqxhlI // https://youtu.be/3dEh25pduQ8

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXXXX. THE TRIAL OF SATAN: WHEN THE DEVIL IS THE PROSECUTOR

One day, Satan stood before the Lord, accusing me of many sins and then he said "you stand alone and defy me" and I responded "I am not alone." Then the voice of the Lord came to me through one of his angels saying "the Lord, your God speaks to you, he speaks to you in a way that you can understand. He has heard your voice of pain, a voice of inflicted wounds and he shall raise you up to reveal the true nature of the Devil before the eyes of the World; little one."

Then he showed me Joshua the high priest standing before the Angel of the Lord, and *Satan* standing at his right hand to *oppose him*. And the Lord said to Satan, "The Lord rebuke you, Satan! The Lord who has chosen Jerusalem rebuke you! Is this not a brand plucked from the fire?"

Now Joshua was clothed with filthy garments, and was standing before the Angel. Then He answered and spoke to those who stood before Him, saying, "Take away the filthy garments from him." And to him He said, "See, I have removed your iniquity from you, and I will clothe you with rich robes." And I said, "Let them put a clean turban on his head." So they put a clean turban on his head, and they put the clothes on him. And the Angel of the Lord stood by. Then the Angel of the Lord admonished Joshua, saying, Thus says the Lord of hosts: 'If you will walk in My ways, And if you will keep My command, Then you shall also judge My house, And likewise have charge of My courts; I will give you places to walk Among these who stand here [Zechariah 3].[748]



*The angels of the Lord took away filthy garment and clothed Joshua with a clean turban.*

---

[748] See https://www.copticchurch.net/bible?r=Zechariah+3&version=NKJV&showVN=1

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Now there was a day when the sons of God came to present themselves before the Lord, and Satan also came among them. And the Lord said to Satan, "From where do you come?" So Satan answered the Lord and said, "From going to and fro on the earth, and from walking back and forth on it." Then the Lord said to Satan, "Have you considered my servant Job, that there is none like him on the earth, a blameless and upright man, one who fears God and shuns evil?" So Satan answered the Lord and said, "Does Job fear God for nothing? Have you not made a hedge around him, around his household, and around all that he has on every side? You have blessed the work of his hands, and his possessions have increased in the land. But now, stretch out your hand and touch all that he has, and he will surely curse you to your face!" And the Lord said to Satan, "Behold, all that he has is in your power; only do not lay a hand on his person." So Satan went out from the presence of the Lord [Job 1:6-12].[749]



*Satan is the Prosecutor.[750] But the Jesus Christ is the Defender.[751]*

## A. WHEN GOD ANSWERED JOB: WHAT THE EYES COULDN'T SEE

Then the Lord answered Job out of the whirlwind, and said: "Who is this who darkens counsel by words without knowledge? Now prepare yourself like a man; I will question you, and you shall answer me [Job 38:1-2].

---

[749] See https://www.copticchurch.net/bible?r=Job+1%3A6-12&version=NKJV
[750] See https://youtu.be/GswSg2ohqmA?t=65
[751] See https://youtu.be/w5GXnM_TxSQ?t=34

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Where were you when I laid the foundations of the earth? Tell me, if you have understanding. Who determined its measurements? Surely you know! Or who stretched the line upon it? To what were its foundations fastened? Or who laid its cornerstone, when the morning stars sang together, and all the sons of God shouted for joy? Or who shut in the sea with doors, When it burst forth and issued from the womb; When I made the clouds its garment, And thick darkness its swaddling band; When I fixed My limit for it, And set bars and doors; When I said, 'This far you may come, but no farther, And here your proud waves must stop!' [Job 38:4-11].

Have you commanded the morning since your days began, And caused the dawn to know its place, That it might take hold of the ends of the earth, And the wicked be shaken out of it? It takes on form like clay under a seal, and stands out like a garment. From the wicked their light is withheld, and the upraised arm is broken. Have you entered the springs of the sea? Or have you walked in search of the depths? Have the gates of death been revealed to you? Or have you seen the doors of the shadow of death? Have you comprehended the breadth of the earth? Tell me, if you know all this. [Job 38:12-18].[752]

─Does the hawk fly by your wisdom, and spread its wings toward the south? Does the eagle mount up at your command, and make its nest on high? On the rocks it dwells and resides, on the crag of the rock and the stronghold. From there it spies out the prey; its eyes observe from afar. Its young ones suck up blood; and where the slain are, there it is" [Job 39:26-30].[753]

## B. WHEN THE LORD, GOD LOVES HUMANS TO QUESTION HIS JUDGEMENTS

Moreover the Lord answered Job, and said: ─Shall the one who contends with the Almighty correct Him? He who rebukes God, let him answer it." Then Job answered the Lord and said: ─Behold, I am vile; what shall I answer you? I lay my hand over my mouth. Once I have spoken, but I will not answer; Yes, twice, but I will proceed no further" [Job 40:1-4].[754]

Then the Lord answered Job out of the whirlwind, and said: Now prepare yourself like a man; I will question you, and you shall answer me: *Would you indeed annul my judgment?* Would you condemn me that you may be justified? Have you an arm like God? Or can you thunder with a voice like His? Then adorn yourself with majesty and splendor, and array yourself with glory and beauty. Disperse the rage of your wrath; Look on everyone who is proud, and humble him. Look on everyone who is proud, and bring him low; Tread down the wicked in their place. Hide them in the dust together; Bind their faces in hidden darkness. Then I will also confess to you that your own right hand can save you [Job 40:6-14].

Who has preceded me, that I should pay him? *Everything under heaven is mine.* I will not conceal his limbs, His mighty power, or his graceful proportions. Who can remove his outer coat? Who can approach him with a double bridle? Who can open the doors of his face, with his terrible teeth all around? His rows of scales are his pride, Shut up tightly as with a seal; One is so near another That no air can come between them; They are joined one to another, They stick

---

[752] See https://www.copticchurch.net/bible?r=Job+38&version=NKJV&showVN=1
[753] See https://www.copticchurch.net/bible?r=Job+39&version=NKJV&showVN=1
[754] See https://www.copticchurch.net/bible?r=Job+40&version=NKJV&showVN=1

*⟊ came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

together and cannot be parted. His sneezings flash forth light, and his eyes are like the eyelids of the morning [Job 41:11-18].[755]



Then Job answered the Lord and said: ⟊ know that you can do everything, And that no purpose of yours can be withheld from you. You asked, 'Who is this who hides counsel without knowledge?' Therefore I have uttered what I did not understand, Things too wonderful for me, which I did not know. Listen, please, and let me speak; *you said, 'I will question you, and you shall answer Me*.' ⟊ have heard of you by the hearing of the ear, But now my eye sees you. Therefore I abhor myself, and repent in dust and ashes" [Job 42:1-6].[756]

And the Lord restored Job's losses when he prayed for his friends. Indeed the Lord gave Job twice as much as he had before. Then all his brothers, all his sisters, and all those who had been his acquaintances before, came to him and ate food with him in his house; and they consoled him and comforted him for all the adversity that the Lord had brought upon him. Each one gave him a piece of silver and each a ring of gold. Now the Lord blessed the latter days of Job more than his beginning; for he had fourteen thousand sheep, six thousand camels, one thousand yoke of oxen, and one thousand female donkeys. He also had seven sons and three daughters. After this Job lived one hundred and forty years, and saw his children and grandchildren for four generations. So Job died, old and full of days [Job 42:10-17].

---

[755] <u>See</u> https://www.copticchurch.net/bible?r=Job+41&version=NKJV&showVN=1
[756] <u>See</u> https://www.copticchurch.net/bible?r=Job+42&version=NKJV&showVN=1

*⸺I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## XXXXXXI. DEMOCRATS VS REPUBLICANS: A HOUSE DIVDED

Mr. President, I have times and times again showed the previous congress under former president Donald Trump the parable to the justice system, I have also showed them how they will be able to see better, to drop labels and define good vs. evil. But each side stood watching without learning.

When Betsy Devos was evil, neglected students, supported for-profit institutions who defrauded students, destroyed office for civil rights along with Kenneth Marcus's evil agenda, Democrats were fighting her agenda and Republicans stood watching.

Now when Miguel Cardona is evil, Democrats stood watching while Republicans started to fight things like his Department:

- o Critical Race Theory;[757]
- o The IHRA Definition;[758]
- o LGBTQ Agenda (sin) through Title IX modification[759]; and
- o Destroying Office for Civil Rights with an unjust enforcement of its Manual.

Mr. President, do you want to know who rules over these distorted agendas? The Devil.

> For the love of money is a root of all kinds of evil, for which some have strayed from the faith in their greediness, and pierced themselves through with many sorrows [1 Timothy 6:10].[760]

Every kingdom divided against itself is brought to desolation, and every city or house divided against itself will not stand. If Satan casts out Satan, he is divided against himself. How then will his kingdom stand? [Matthew 12:25-27].[761]

## XXXXXXII. A UNIVERSAL DEFINITION FOR THE TERM EVIL: THE SEED

Mr. President, in order for humans to see better, they have to return to the origin; life in simplicity allows the eyes to see better and from there many will be able to reform hearts. The term good vs. evil, is a term that is taught to children from their birth. But then life goes on and distorts what the eyes see, defining people by labels and terms for different purpose.

- o The Jewish people came with the term ⸺"Atisemitism"
- o The Muslim people came with the term ⸺"Islamophobia"
- o The Christian people came with the term ⸺"Anti-Christ"

Yet, all of them failed to see what Satan is doing to men through pride, wealth, lust, and power.

---

[757] See https://bit.ly/3toHW4m
[758] See https://www2.ed.gov/about/offices/list/ocr/docs/qa-titleix-anti-semitism-20210119.pdf
[759] See https://youtu.be/0j0geUnWxBU?t=1256 and see https://gloria.tv/post/St4qnmYNNS7d24EtNjnARvDoD
[760] See https://www.copticchurch.net/bible?r=1+Timothy+6%3A10&version=NKJV&showVN=1
[761] See the scene https://youtu.be/2D7AiufhXms?t=28

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



Then the Lord, God declared:

> Behold, the man has become like one of us, to know good and evil. And now, lest he put out his hand and *take also of the tree of life, and eat, and live forever* — [Genesis 3:22].[762] Therefore the Lord God sent him out of the Garden of Eden to till the ground from which he was taken.

Mr. President, until when, are you going to watch and pass your duties to your cabinet members. Your duty is not to sit on a throne seeking people to glorify you.[763] Your duty was a message of "Unity" and that is not a simple task yet your administrations are glorifying sin before the eyes of the Lord, God and doing injustice as well just like the Trump's administration. Former President Donald Trump didn't change until I reached out to him in 2019. However, before 2019, he was a lost man, and the timeline shows how Trump turned from a failure into a populist man.

The Lord, God didn't say that he will hand you an easy task but rather a difficult task that is proven through your work and not words and PRs. I will help you but you have to listen first.

---

[762] See https://www.copticchurch.net/bible?r=Genesis+3%3A22&version=NKJV&showVN=1
[763] See https://twitter.com/POTUS

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXXXXIII. RABBI KADURI'S PROPHECY CONCERNING ISRAEL

Rabbi Kaduri was a Mizrahi Haredi Rabbi who devoted his life to the Torah study and prayer on behalf of the Jewish people.[764] Before his death, Kaduri told his students that he met the Mashiach i.e., the Messiah, in a vision; the rabbi whose vision and story were suppressed by the Israeli government back in 2006 once it was revealed the name of the Messiah, Yeshoshua i.e., Jesus.[765]

> On the eve of the year 5780 (2020 in the Hebrew calendar), the year of corrections, *there will not be a government in Israel* for an extended period and the various camps will be quarrel[ing] much without a decision on either side, and then, on Rosh Hashana (the Jewish new year) itself, they will fight in heaven, the holy side against the side of evil, and G-d and His entourage will decide between them. And this is all I can say, and from here I swore not to reveal more secrets and hidden things.

Rabbi Kaduri predicated 40 years ago that time will come when Israel will hold elections but there won't be a government.[766] According to News1, Kaduri's prophecy about political turmoil besetting Israel makes reference to a period when there will come one day that two ministers win the government in the land of Israel. Both their names will be Benjamin and neither of them will succeed in establishing their government or kingship — Benjamin Netanyahu vs. Benny Gantz.[767]

News1 reports that the things in Rabbi Kadol's handwriting are similar, except that it is written in more detail and he speaks specifically about this year as a year that can turn into a year of redemption. While it is not an ─election campaign" and it is an interpretation, it is written about the struggle between the various parties in the people of Israel, and it is a station on the road to salvation and one of its signs. In any case, in the end, salvation depends only on us, the people of Israel, and it may or may not be fulfilled.[768]

Rabbi Kaduri wrote: On that day, know and understand that the King Messiah already *stands at the doorway* and on the *Sabbath afterwards* he will come and be revealed — that is a direct quote from the book of revelation.

> Behold, I stand at the door and knock. If anyone hears my voice and opens the door, I will come in to him and dine with him, and he with me [Revelation 3:20].[769]

---

[764] See https://en.wikipedia.org/wiki/Yitzhak_Kaduri
[765] See Rabbi Kaduri's Documentary Film https://youtu.be/H-LG_BTVuHc , See https://youtu.be/2ypEegnWP0c
[766] See https://www.jpost.com/Israel-News/Netanyahu-Gantz-impasse-predicted-in-hidden-manuscript-of-leading-mystic-602670 see https://sputniknews.com/middleeast/201909241076877732-kabbalist-mystic-rabbi-predicted-bibi-gantz-showdown-would-end-in-politicians-fighting-in-heaven/
[767] See https://www.haaretz.com/israel-news/elections/.premium-netanyahu-calls-gantz-in-last-effort-to-form-government-before-returning-the-mandate-1.7918951 , see https://www.news1.news/il/2019/09/did-rabbi-kadouri-predict-the-outcome-of-the-elections.html
[768] See https://www.israelhayom.co.il/article/693975
[769] See http://www.copticchurch.net/cgibin/bible/index.php?r=Revelation+3%3A20&version=NKJV&btn=View

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*He will lift the people and prove that his words and law are valid — Yeshua ישוע*

The Jewish people are always looking for their lost identity, and yet their identity is before their eyes days and nights but because of their mighty proud hearts, they reject and when they reject, they forget the Lord, and when they forget the Lord, they commit wickedness before the eyes of many.

> Jewishness is one consistent definition; it is a religion doctrine, means as follow. There are no identifiable characteristics that all Jews share. That means there is no such thing as a definition of a Jew in terms of characteristics. It is not an ethnicity, it is not a race, it is not a religion but who is a Jew is a religious doctrine, explained Rabbi Yaakov Shapiro.[770]

Rabbi Yaakov Shapiro tried to explain traditional Jewish identity vs. Zionist Jewish identity, yet he really fails to simplify the truth. Many Jews can try to wisely preach what is a Jewish identity but they all fail to recognize the origin — the seed of Judah, the son of David, Jesus Christ.

> o   Orthodox Jews suing ONE FOR ISRAEL Ministry (& YouTube) to take down all evangelistic videos promoting Jesus in Hebrew and pay them $250,000 - only days after big debate with rabbi![771]

There are many people who have eyes but can't see; ears but can't listen; and mouth but can't speak the truth.

---

[770] See https://youtu.be/-I9O9RWqdgk?t=485
[771] See https://twitter.com/oneforisrael/status/1390376576508960768 and see
https://www.oneforisrael.org/news/lawsuit-against-oneforisrael/

"I came to complete not to refute. I came light to the World." Jesus Christ

## XXXXXXIV. THE DAY OF THE LORD VISITATION: YOUR CHANCES ON EARTH

I was in the Spirit on the Lord's Day, and I heard behind me a loud voice, as of a *trumpet*, saying, "I am the Alpha and the Omega, the First and the Last," and, to Ephesus, to Smyrna, to Pergamos, to Thyatira, to Sardis, to Philadelphia, and to Laodicea [Revelation 1:10-11].[772]

He who is unjust, let him be unjust still; he who is filthy, let him be filthy still; he who is righteous, let him be righteous still; he who is holy, let him be holy still. And behold, I am coming quickly, and my reward is with me, to give to everyone according to his work [Revelation 22:11-12].[773] Behold, I am coming quickly! [Revelation 22:7].[774]



I, the Lord, have called you in righteousness, and will hold your hand; I will keep you and give you as a *covenant* to the people, *as a light to the Gentiles* [Isaiah 42:6].[775]

> Be exceedingly happy, O daughter of *Zion*; Shout, O daughter of Jerusalem. Behold! Your king shall come to you. He is just and victorious; humble, and *riding a donkey* and a foal, the offspring of [one of] she-donkeys [Zechariah 9:9].[776]

When the Lord, Jesus Christ entered Jerusalem on a donkey, the Jewish people celebrated in joy.

---

[772] See https://www.copticchurch.net/bible?r=Revelation+1&version=NKJV See https://youtu.be/lZK-2WTsPpg?t=35 // https://youtu.be/lZK-2WTsPpg?t=112

[773] See http://www.copticchurch.net/cgibin/bible/index.php?r=Revelation+22&showVN=1&version=NKJV

[774] See https://youtu.be/lZK-2WTsPpg?t=137

[775] See https://www.copticchurch.net/bible?r=Isaiah+42%3A6&version=NKJV and see https://www.chabad.org/library/bible_cdo/aid/15973#v6

[776] See https://www.chabad.org/library/bible_cdo/aid/16213/jewish/Chapter-9.htm#v9

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Jewish people were expecting a king who will save them from the Roman Empire, they were looking for an Earthly glory and while the Jewish people were celebrating, Jesus Christ was weeping.[777]

- o The Lord, Jesus Christ came to seek and save but Jerusalem was stubborn to see.
- o Jerusalem was blinded by choice.
- o There was a veil on the eyes of the Jewish people.
- o People were cheering to restore the Kingdom of David but the Lord was weeping.
- o The day of visitation and the hour of salvation is near and I feel it.

Mr. President, our life on Earth is the day of visitation.

## XXXXXXV. HOW TO ENTER IN A COVENANT WITH GOD: FROM OLD TO NEW

John the Baptist was a Jewish itinerant preacher, baptizing the Jewish people with water, and he promised them that the Lord will come and he will baptize them with the Holy Spirit.[778]

When the Lord Jesus Christ came to John the Baptist, a voice from heaven came and said:



This is my beloved Son, in whom I am well pleased [Matthew 3:17].[779]

---

[777] See Joy https://youtu.be/0feZQkHbCkM?t=4510 see weeping https://youtu.be/0feZQkHbCkM?t=4581
[778] See John the Baptist https://en.wikipedia.org/wiki/John_the_Baptist see
https://youtu.be/0feZQkHbCkM?t=866
[779] See https://youtu.be/0feZQkHbCkM?t=1032

*†came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## A. BAPTISM IS PART OF THE SAME COVENANT: OLD & NEW TESTAMENT

In the Torah we read that before the giving of the Law on Mount Sinai, God commanded the people to wash their clothing as a symbolic act of purification [Exodus 19:10]. Leviticus 8:6 records the washing of Aaron and his sons when they were ordained as priests to minister in the holy tabernacle. Again, in Leviticus 16:4, God commanded Aaron to wash himself before and after he ministered in the Holy of Holies on the Day of Atonement.

In order to enter into a covenant with the Lord, God, you must first be baptized in the name of the Father, the Son, and the Holy Spirit — this is for the Jews, the Arabs, and the Gentiles.[780]



*A Child is baptized.*

For I will take you out of the nations; I will gather you from all the countries and bring you back into your own land. I will *sprinkle clean water on you*, and you will be clean; I will cleanse you from all your impurities and from all your idols. I will give you *a new heart* and put *a new spirit* in you; I will remove from you your heart of stone and give you a heart of flesh. And I will put my Spirit in you…You will live in the land I gave your forefathers; you will be my people; and I will be your God [Ezekiel 36:24-28].[781]

---

[780] See baptism https://youtu.be/ClQ0DlzGb1Q?t=836
[781] See https://www.chabad.org/library/bible_cdo/aid/16134#v24 see
https://www.copticchurch.net/bible?r=Ezekiel+36%3A24-28&version=NKJV

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

## B. THE HOLY BODY: NO MORE OFFERINGS OR ANIMAL SACRIFICIES

In that moment, the Lord, God will live inside you because your body is the temple of God. This is how the Holy Spirit resides in you to keep you conscious and saved from sins. Then comes the second part, the holy body and blood of Christ in a form of bread and wine inside the Church. However, without repentance and changing your ways of living, then you are taking a communion without right.

Who would have believed our report, and to whom was the arm of the Lord revealed?

> And he came up like a sapling before it, and like a root from dry ground, he had neither form nor comeliness; and we saw him that he had no appearance. Now shall we desire him? *Despised and rejected by men*, a man of *pains* and accustomed to illness, and as one who hides his face from us, despised and we held him of no account. Indeed, *he bore our illnesses*, and our pains-he carried them, yet we accounted him as plagued, smitten by God and oppressed. But he was *pained because of our transgressions*, *crushed because of our iniquities*; the chastisement of our welfare was upon him, and *with his wound we were healed*.

> We all went astray like sheep, we have turned, each one on his way, and the Lord accepted his prayers for the iniquity of all of us. He was oppressed, and he was afflicted, yet *he would not open his mouth*; like *a lamb to the slaughter* he would be brought, and like a ewe that is mute before her shearers, and he would not open his mouth. From imprisonment and from judgment he is taken, and his generation who shall tell? For he was cut off from the land of the living; because of the transgression of my people, a *plague befell them*. And he gave *his grave to the wicked*, and to the wealthy with his kinds of death, because he committed no violence, and there was no deceit in his mouth. And the *Lord wished to crush him*, He made him ill; if his soul makes itself restitution, he shall see children, he shall prolong his days, and God's purpose shall prosper in his hand.

> From the toil of his soul he would see, he would be satisfied; with his knowledge My servant would vindicate the just for many, and their iniquities he would bear. Therefore, I will allot him a portion in public, and with the strong he shall share plunder, because he poured out his soul to death, and with transgressors he was counted; and he *bore the sin of many*, and interceded for the transgressors [Isaiah 53].[782]

Lord, Jesus Christ, I saw you at Golgotha (Calvary), hanged, nailed, and wounded. I looked at your face and I tried not to question: Why did you choose the road of suffering? Why did you choose the punishment, while you are the almighty? Why didn't you leave a sinner like me to perish? My Lord, how did you endure all this shame? My beloved, I boast in your cross, my righteous one.

If I was on my own, ever stray like a sheep. If I was the only sinner in the world. If all been righteous and I was the only one to reject you with my stubborn heart. Would you have chosen

---

[782] See https://www.chabad.org/library/bible_cdo/aid/15984/jewish/Chapter-53.htm

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

the road of suffering? Would you have chosen the punishment, while you are the almighty? Yes, you would have come, my Lord, only for me.



*This is the real Passover, not just a symbol but the body of Christ; to become part of the Holy.[783]*

No one is holy but the Lord, God [1 Samuel 2:2].[784] And no one is righteous for all have sinned.[785] Hence, you cannot become Holy on your own unless you become part of Holy. The Holy came from heaven, the son of man; Jesus Christ.

---

[783] See https://youtu.be/vci5QPRvSQk?t=223 see https://youtu.be/0feZQkHbCkM?t=5007
[784] See https://www.chabad.org/library/bible_cdo/aid/15831#v2
[785] See the parable to justice https://youtu.be/A14THPoc4-4

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## XXXXXXVI. WHAT TYPE OF SEED ARE YOU: THE PARABLES TO THIS WORLD

**A**nd one of the disciples came to him and asked: Master why do you speak in parables whenever crowds are near.[786]

Jesus answered: the knowledge of the secrets of the kingdom of God has been given to you but to others it comes by *means of parables* so *they may look but not see* and *listen but not understand*.

This is what the parables means.

> The seed is the Words of God. The seed that fell along the path stand for those who hear but the devil comes and takes away the message from their hearts in order to keep them from believing and being saved. The seed that fell on rocky grounds stands for those who hear the message and receive it gladly, but they have no root. They believe only for a while, but when time of testing comes, they fall away. The seeds that fell among thorn stands for those who hear but the worries, and riches, and the pleasures of this life crowd in and shock them and their fruits never rips. And the seed that fell in a good soil, stands for those who hear the message and retained it in a good and obedient heart and they persist until they bear fruit [Luke 8:11-15].[787]

Mr. President, if you wish to succeed, read this letter very carefully and do right with it and through Jesus Christ, he will raise you up and multiply your days with more success than former president Donald J Trump. However, and I will say it straight forward, do not listen to evil hearts who redacts ̶God" from many messages and wants to glorify sin. Then you come around and ask for blessings; it doesn't work this way. Do not make the same mistake that of Donald Trump!

## XXXXXXVII. GOD'S VALUE IN ONE'S LIFE

What are your feelings for the Lord? What do you know about the Lord, God? What do you know about his nature? What is the relationship between God's nature and humanity? Where is God? Is he up there in heaven or inside one's heart? God is love? What is your relationship to this love? God is merciful? What is your relationship to mercy? God is present? What is your relationship to his presence? What is the value of the Lord in one's life?

Jesus Christ asked his disciples ̶*Who do you think I am? Who am I?*" and the Lord still asks humanity, who am I to you? Here, I will answer you Lord: You're the father who is filled with love and kindness; my personal father not the earthly father; and you're my friend, my personal friend. You're the bread of life that I can't live without it. With you I am present, living, and can move. You're not just an idea, you're inside me, inside my body, inside my soul, inside my thoughts, and you're everything to me. Through me you do wonders, I don't do anything; you're the doer. May be sometimes I don't understand you but I feel you, I feel your presence inside of me that no one can describe. I know you but the words that come out of my mouth can't describe

---

[786] See https://youtu.be/0feZQkHbCkM?t=2619
[787] See https://www.copticchurch.net/bible?r=Luke+8%3A11-15&version=NKJV

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

you enough. I know I am not worthy of your love because I sin every single day and you forgive my sins because you love me. You told me in the bible that:

> When you pass through water, I am with you, and in rivers, they shall not overflow you; when you go amidst fire, you shall not be burnt, neither shall a flame burn amongst you. Since you are dear in my eyes, you were honored and I loved you, and I give men in your stead and nations instead of your life. Fear not for I am with you; from the east I will bring your seed, and from the west I will gather you. I will say to the north, "Give," and to the south, "Do not refrain"; bring my sons from afar and my daughters from the end of the earth [Isaiah 43:2-6].[788]

Lord you taught us many things but humanity keeps forgetting who you really are but not to worry because nations will not forget who you are and they will know that just as much as you love us, that we also love you back. Forgive their weaknesses and their daily temptations because you understood us when you descended from your thrown onto earth in the body of Jesus Christ and you've experienced the temptation of hunger when you fasted 40 days in the Judaean Desert. You've seen how weak and fragile humans are but not to worry because your name will be glorified among nations when they see how you've dispersed the hateful hearts and gathered the righteous and did wonders through the weak.

Let me ask the world another question so that they can read in order to understand: Is the Lord coming out of you or is he inside of you; meaning is God far away in heaven — when you pray and say "Lord" do you look up in the sky or do you look inside your heart.



Where is the Lord exactly? There are people who pray and have no relationship with the Lord and the Lord will tell them — when you spread out your hands, I will hide my eyes from you, even when you pray at length, I do not hear [Isaiah 1:15].[789] The Lord will tell the people of the books who want to learn everything verbatim — these people honor me with their lips, but their hearts are far from me. They worship me in vain; their teachings are merely human rules. Jesus called the crowd to him and said, 'listen and understand' [Matthew 15:8-10].[790] They pray and there is no relationship.

There are people who fast and there are no relationship with the Lord; all what matters what type of food are we eating and what time will we eat but there is no relationship with the Lord. There are people who read the bible and study it and teach it to others but there is no relationship with the Lord.

[788] See https://www.chabad.org/library/bible_cdo/aid/15974
[789] See https://www.chabad.org/library/bible_cdo/aid/15932
[790] See http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+15%3A1-20&version=NKJV&showVN=1

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

They all do it, not out of love for the Lord but for different reasons and it becomes a routine for many individuals that means nothing to the Lord; routine and still the Lord asks us who am I to you. If one wants to know if the Lord is listening, you must come to him with a humble heart. The heart is the only part of the body that is linked directly to the Lord and that is why not everyone who prays is able to hear the voice of the Lord.

## XXXXXXVIII. THE NATURE OF JESUS CHRIST [ONE GOD]

Jesus Christ is God's word that appeared in the body. Jesus Christ is the Son of God by nature. Jesus is the only one born from the Father; the same as the birth of light by the sun ―Let there be light and there was light" [Genesis 1:3].[791] Equal to the father in essence, light true light; born, not created. Because we know creation has a beginning and has an end.

God did not give birth; God was not born by human's definition i.e., through marriage but through self-birth. Like the birth of the word from human entity; never was he inarticulate. God created Adam from dust.[792] In the bible it explains ―The Lord God formed man of dust from the ground, and he breathed into his nostrils the soul of life, and man became a living soul" [Genesis 2:7].[793] We all know that the body dies like all living creatures but the soul lives on.[794]

In the beginning was the word, and the word was with God, and the word was God himself![795]

*God Bless America*

/s/ Mark Bochra

[791] See https://www.chabad.org/library/bible_cdo/aid/8165
[792] See https://youtu.be/0feZQkHbCkM?t=50
[793] See https://www.chabad.org/library/bible_cdo/aid/8166/jewish/Chapter-2.htm
[794] See Coptic Creed https://i.imgur.com/7tQvuI8.png He will lift the people and prove that his word and law are valid — Yeshua/Jesus/عوشي. Rabbi Kaduri's letter https://i.imgur.com/X3865v6.jpg
[795] See the words of Saint Mark the Evangelist https://youtu.be/Q6ISSkvT0v8?t=5647 https://youtu.be/o8vDCFnKsjw?t=6146

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**GIFT TO PRESIDENT JOSEPH R. BIDEN**

Mr. President, I am leaving you with a gift along this letter and it is my first gift to you, a wooden cross. If you open your eyes and ears, the Lord will give you an answer for peace. I want to see you succeed and loved and my only advice to you in person is to take everything that I taught Donald J Trump and add on top of it what you will learn from this letter.

Understand the parable toward the justice system and do not say "it is congress duty to create the laws and it is the court duties to enforce the laws" because if the laws were created by evil men or woman or corrupt men or woman, than injustice occur in many places. The word a Just Judge means a lot for those who truly want to be a judge, not for fame, or extra profit, but to change a stubborn world. A police officer can learn the parable, a prosecutor can learn the parable, and a judge can learn the parable. Even in the bible, the Lord, God warns against those who preach the bible by saying:

> My brethren, let not many of you become *teachers*, knowing that we shall receive a *stricter judgment*. For we all stumble in many things. If anyone does not stumble in word, he is a perfect man, able also to bridle the whole body. Indeed, we put bits in horses' mouths that they may obey us, and we turn their whole body. Look also at ships: although they are so large and are driven by fierce winds, they are turned by a very small rudder wherever the pilot desires. Even so the tongue is a little member and boasts great things. See how great a forest a little fire kindles! And the tongue is a fire, a world of iniquity. The tongue is so set among our members that it defiles the whole body, and sets on fire the course of nature; and it is set on fire by hell. For every kind of beast and bird, of reptile and creature of the sea, is tamed and has been tamed by mankind [James 3:1-7].[796]



---

[796] See http://www.copticchurch.net/cgibin/bible/index.php?r=James+3%3A1-7&version=NKJV&btn=View

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## WE'RE CREATED IN THE HOLY IMAGE OF GOD

By this you know the Spirit of God: Every spirit that confesses that Jesus Christ has come in the flesh is of God, and every spirit that does not confess that Jesus Christ has come in the flesh is not of God. And *<u>this is the spirit of the Antichrist</u>*, which you have heard was coming, and is now already in the *<u>world</u>* [1 John 4:2-3].[797]

Mr. President, I am also leaving you with words which rhyme with your personality very much and many others, including myself. Words of a Coptic Christian song and I hope you like it.

Since it is in Arabic, I will translate it.[798]

**This song has touched my life many times.**

My image to you, a beautiful picture even though I am a stubborn sinner. 0:21 - 0:30
An image, a pure picture, an innocent picture, you have drawn with a beautiful hand. 0:31 - 0:43
An image in a thought, not in a reality, it became a reality on the day I was baptized. 0:44 - 0:54
And day after day grew my worries, and my mistakes distorted this pure image. 0:55 - 1:06
Bring me back to my original image, help me stay pure since the day I was born 1:07 - 1:17
Make me look like you, the image you drew it for me, bring me back to Christ a pure icon. 1:18 - 1:42

I was lost in life and I am walking looking to be a good person. 1:43 - 1:57
I don't know how to be like others, I don't know how to prove myself. 1:58 - 2:08
I forgot to search for my image in you, to see its beauty when I strive toward it. 2:09 - 2:17
Great work, from the beginning of time, you prepared it for me in my pure image. 2:18 - 2:29
Bring me back to my original image; help me stay pure since the day I was born. 2:30 - 2:40
Help me look like you, a pure image, bring me back to Christ a pure icon. 2:41 - 3:02

My image to you was drawn with precision from the day I was born. 3:03 - 3:17
It has all the details of my life, from the day I was born to the day I died. 3:18 - 3:28
You prepared for me, a defeat for the sin, because you are my savior. 3:29 - 3:40
I am able to defeat all my trials, with my strong belief that is drawn in the picture. 3:41 - 3:51
Bring me back, to my original picture, help me stay pure since the day I was born. 3:52 - 4:03
Make me look like you, a pure image with a pure name. 4:04 - 4:08
Bring me back to Christ a pure icon. 4:09 - 4:14
Bring me back to my pure image; help me stay pure since the day I was born. 3:15 - 4:31
Bring me back to Christ a pure icon. 4:32 - 4:40



---

[797] See https://www.copticchurch.net/bible?r=1+John+4%3A2-3&version=NKJV
[798] See https://youtu.be/xZCyOKVEOQ0

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

<u>*Via Electronic Mails*</u>

**THE WHITE HOUSE**

The Honorable Ronald A. Klain
Chief of Staff for the President
1600 Pennsylvania Avenue NW
Washington, DC 20500

The Honorable Bruce N. Reed
Deputy Chief of Staff for the President

The Honorable Michael C. Donilon
Senior Advisor for the President

The Honorable Steven J. Ricchetti
Counselor for the President

The Honorable Jeffery D. Zients
Counselor for the President

The Honorable Jacob J. Sullivan
National Security Advisor for the President

The Honorable Jennifer R. Psaki
White House Press Secretary

**PRESIDENT JOSEPH BIDEN CABINET MEMBERS**

The Honorable Antony Blinken
U.S. Secretary of State
2201 C Street, N.W.
Washington, DC 20520

The Honorable Miguel Cardona
U.S. Secretary of Education
400 Maryland Avenue S.W.
Washington, D.C. 20202-1100

The Honorable Marcia Fudge
U.S. Secretary of HUD
451 7th Street S.W.
Washington, DC 20410

The Honorable Martin J. Walsh
U.S. Secretary Department of Labor
200 Constitution Ave N.W.
Washington, DC 20210

The Honorable Janet Yellen
U.S. Secretary Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

The Honorable Gina M. Raimondo
U.S. Secretary Department of Commerce
1401 Constitution Ave., N.W.
Washington, D.C. 20230

The Honorable Debra Haaland
U.S. Secretary Department of the Interior
1849 C Street, N.W.
Washington DC 20240

The Honorable Xavier Becerra
U.S. Secretary of Health & Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

The Honorable Jennifer M. Granholm
U.S. Secretary of Energy
10000 Independence Ave., SW
Washington, DC 20585

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## THE SUPREME COURT JUSTICES

The Honorable Chief Justice John G. Roberts
Supreme Court of the United States
1 First Street, NE, Washington, DC 20543

The Honorable Justice Clarence Thomas
Associate Justice

The Honorable Justice Stephen G. Breyer
Associate Justice

The Honorable Justice Samuel A. Alito
Associate Justice

The Honorable Justice Sonia Sotomayor
Associate Justice

The Honorable Justice Elan Kagan
Associate Justice

The Honorable Justice Neil M. Gorsuch
Associate Justice

The Honorable Justice Brett M. Kavanaugh
Associate Justice

The Honorable Justice Amy Barrett
Associate Justice

## DEPARTMENT OF JUSTICE SENIOR LEADERSHIP

The Honorable Merrick B. Garland
Assistant Attorney General
U.S. Department of Justice
Civil Rights Division
Washington, DC 20530-0001

The Honorable Eric W. Treene
Special Counsel for Religious Discrimination
U.S. Department of Justice
Civil Rights Division
Washington, DC 20530-0001

The Honorable Matthew Klapper
Chief of Staff for AG Merrick Garland

The Honorable Lisa O. Monaco
Deputy Attorney General

The Honorable Pamela Karlan
Acting Assistant Attorney General
Civil Right Division

The Honorable John C. Demers
Assistant Attorney General
National Security Division

The Honorable Brian Boynton
Principal Deputy Assistant Attorney General
Civil Right Division

The Honorable Nicholas L. McQuaid
Acting Assistant Attorney General
Criminal Division

The Honorable John Carlin
Acting Deputy Attorney General

The Honorable Kate Heinzelman
Chief Counsel

The Honorable Brian Fletcher
Department of Justice Counsel

The Honorable Maggie Goodlander
Department of Justice Counsel

The Honorable Kevin Andrew Chambers
Associate Deputy Attorney General

The Honorable Emily Loeb
Associate Deputy Attorney General

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Honorable Matthew Axelrod
Associate Attorney General

The Honorable Tim Visser
Trial Attorney

The Honorable Elizabeth Prelogar
Acting Solicitor General

The Honorable Vanita Gupta
Associate Attorney General

The Honorable Helaine Greenfeld
Acting Assistant Attorney General

The Honorable Kevin Jones
Acting Assistant Attorney General

The Honorable Anthony Coley
Office of Public Affairs

The Honorable Tracy Touhou
Director Office of Tribal Justice

## DEPARTMENT OF JUSTICE U.S. ATTORNEYS

| District | United States Attorney |
|---|---|
| 1. Alabama, Middle | Sandra Stewart |
| 2. Alabama, Northern | Prim F. Escalona |
| 3. Alabama, Southern | Sean Costello |
| 4. Alaska | E. Bryan Wilson |
| 5. Arizona | Glenn B. McCormick |
| 6. Arkansas, Eastern | Jonathan D. Ross |
| 7. Arkansas, Western | Clay Fowlkes |
| 8. California, Central | Phillip Talbert |
| 9. California, Northern | Stephanie Hinds |
| 10. California, Southern | Randy S. Grossman |
| 11. Colorado | Matthew T. Kirsch |
| 12. Connecticut | Leonard C. Boyle |
| 13. Delaware | David C. Weiss |
| 14. District of Columbia | Channing D. Phillips |
| 15. Florida, Middle | Karin Hoppmann |
| 16. Florida, Northern | Jason Coody |
| 17. Florida, Southern | Juan A. Gonzalez |
| 18. Georgia, Middle | Peter D. Leary |
| 19. Georgia, Northern | Kurt Erskine |
| 20. Georgia, Southern | David H. Estes |
| 21. Guam & Northern Mariana Islands | Shawn N. Anderson |
| 22. Hawaii | Judith A. Philips |
| 23. Idaho | Rafael M. Gonzalez Jr. |
| 24. Illinois, Central | Douglas J. Quivey |
| 25. Illinois, Northern | John R. Lausch, Jr. |
| 26. Illinois, Southern | Steven D. Weinhoeft |
| 27. Indiana, Northern | Gary T. Bell |
| 28. Indiana, Southern | John E. Childress |
| 29. Iowa, Northern | Sean R. Berry |
| 30. Iowa, Southern | Richard D. Westphal |

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

31. Kansas       Duston J. Slinkard
32. Kentucky, Eastern    Carlton S. Shier IV
33. Kentucky, Western    Michael A. Bennett
34. Louisiana, Eastern    Duane A. Evans
35. Louisiana, Middle    Ellison C. Travis
36. Louisiana, Western    Alexander C. Van Hook
37. Maine        Donald E. Clark
38. Maryland      Jonathan F. Lenzner
39. Massachusetts     Nathaniel R. Mendell
40. Michigan, Eastern    Saima Mohsin
41. Michigan, Western    Andrew B. Birge
42. Minnesota      W. Anders Folk
43. Mississippi, Northern   James C. "Clay" Joyner
44. Mississippi, Southern   Darren J. LaMarca
45. Missouri, Eastern    Sayler A. Fleming
46. Missouri, Western    Teresa A. Moore
47. Montana       Leif M. Johnson
48. Nebraska      Jan W. Sharp
49. Nevada       Christopher Chiou
50. New Hampshire    John J. Farley
51. New Jersey      Rachael Honig
52. New Mexico     Fred J. Federici
53. New York, Eastern    Mark Lesko
54. New York, Northern    Antoinette T. Bacon
55. New York, Southern    Audrey Strauss
56. New York, Western    James P. Kennedy
57. North Carolina, Eastern   G. Norman Acker
58. North Carolina, Middle   Sandra J. Hairston
59. North Carolina, Western   William T. Stetzer
60. North Dakota     Nicholas W. Chase
61. Ohio, Northern     Bridget M. Brennan
62. Ohio, Southern     Vipal J. Patel
63. Oklahoma, Eastern    Christopher Wilson
64. Oklahoma, Northern   Clinton J. Johnson
65. Oklahoma, Western   Robert J. Troester
66. Oregon       Scott E. Asphaug
67. Pennsylvania, Eastern   Jennifer A. Williams
68. Pennsylvania, Middle   Bruce D. Brandler
69. Pennsylvania, Western   Stephen R. Kaufman
70. Puerto Rico      W. Stephen Muldrow
71. Rhode Island     Richard B. Myrus
72. South Carolina     M. Rhett DeHart
73. South Dakota     Dennis R. Holmes
74. Tennessee, Eastern    Francis M. Hamilton III
75. Tennessee, Middle    Mary Jane Stewart
76. Tennessee, Western   Joseph C. Murphy

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

77. Texas, Eastern             Nicholas J. Ganjei
78. Texas, Northern           Prerak Shah
79. Texas, Southern           Jennifer Lowery
80. Texas, Western            Ashley Hoff
81. Utah                      Andrea T. Martinez
82. Vermont                   Jonathan Ophardt
83. Virgin Islands            Gretchen C.F. Shappert
84. Virginia, Eastern         Raj Parekh
85. Virginia, Western         Daniel P. Bubar
86. Washington, Eastern       Joseph Harrington
87. Washington, Western       Tessa M. Gorman
88. West Virginia, Northern   Randolph J. Bernard
89. West Virginia, Southern   Lisa G. Johnston
90. Wisconsin, Eastern        Richard G. Frohling
91. Wisconsin, Western        Timothy O'Shea
92. Wyoming                   L. Robert Murray

## U.S. DEPARTMENT OF EDUCATION & OFFICE FOR CIVIL RIGHTS

<u>Secretary Office</u>

The Honorable Sheila Nix
Chief of Staff for Secretary Cardona

The Honorable Michelle Asha Cooper
Acting Assistant Secretary

The Honorable Donametria ―Tria" Stallings
Confidential Assistant, Office of Secretary

The Honorable Stephanie Williams
Deputy Director

The Honorable Cindy Marten
Deputy Secretary of Education

The Honorable Una Corbett
Confidential Assistant
Office of the Secretary

<u>Under Secretary Office</u>

The Honorable Julie Morgan
Delegated the Duties of Under Secretary

The Honorable Melanie Muenzer
Chief of Staff, Office of the Under Secretary

The Honorable Julie Margetta Morgan
Office of the Under Secretary

The Honorable Latricia Hardman
Confidential Assistant
Office of the Under Secretary

<u>Office for Civil Rights</u>

The Honorable Suzanne Goldberg
Acting Secretary for OCR

The Honorable Jasmine Bolton
Senior Counsel Office for Civil Rights

The Honorable Ramin Taheri
Chief of Staff, Office for Civil Rights

The Honorable Randolph Wills
Deputy Assistant Secretary for Enforcement

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

| | |
|---|---|
| The Honorable Monique Dixon<br>Deputy Assistant Secretary for Policy | The Honorable Laurie Monk<br>Deputy Assistant Secretary for Management |

The Honorable Will Young
Executive Officer

<u>Office of Communication</u>

| | |
|---|---|
| The Honorable Rachel Thomas<br>Office of Communication and Outreach | Ms. Tracy Catoe<br>Communication Director |

<u>Federal Student Aid</u>

The Honorable Richard Cordray
Chief Operating Officer of Federal Student Aid

## U.S. DEPARTMENT OF EDUCATION GENERAL COUNSEL

| | |
|---|---|
| The Honorable Emma Leheny<br>Acting General Counsel | The Honorable Greg Schmidt<br>Senior Counsel |
| The Honorable Joanna Darcus<br>Senior Counsel | The Honorable William Desmond<br>Senior Counsel |

## U.S. DEPARTMENT OF EDUCATION & DOJ OFFICE OF INSPECTOR GENERAL

| | |
|---|---|
| The Honorable Sandra Bruce<br>Inspector General<br>l550 12th Street, S.W. Washington, D.C. 20202 | The Honorable Michael E. Horowitz<br>Inspector General |
| The Honorable Yessyka Santana<br>Director of Policy and National Initiatives | |

## COUNCIL OF THE INSPECTORS GENERAL ON INTERGITY AND EFFICIENCY

| | |
|---|---|
| The Honorable Michael Rigas<br>CIGIE Executive Chair | |
| The Honorable Allison C. Lerner<br>CIGIE Chair | The Honorable Mark Lee Greenblatt<br>CIGIE Vice Chair |
| The Honorable Alan Boehm<br>Executive Director | The Honorable Douglas Holt<br>Executive Director |
| The Honorable David Morris<br>Chief Operating Officer | The Honorable Atticus J. Reaser<br>General Counsel |

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

| | |
|---|---|
| The Honorable Alex Padilla<br>Chief Information Officer | The Honorable Denise Mangra<br>Chief Administrative Officer |
| The Honorable Andrew Katsaros<br>IG Federal Trade Commission | The Honorable Robert P. Storch<br>IG National Security Agency |
| The Honorable Dale Christopher<br>Deputy Director for Compliance<br>U.S. Office of Government Ethics | The Honorable Catherine Bruno<br>Assistant Director<br>Office of Integrity and Compliant, FBI |

**U.S. OFFICE FOR SPECIAL COUNSEL**

| | |
|---|---|
| The Honorable Henry J. Kerner<br>Special Counsel<br>1730 M Street, N.W., Suite 218<br>Washington, D.C., 20036-4505 | The Honorable Ellen Epstein<br>Principal Deputy Special Counsel |
| The Honorable Kimberley Baxter<br>Chief, Investigation & Prosecution Division | The Honorable Emilee Collier<br>Chief, Investigation & Prosecution Division |
| The Honorable Darshan Sheth<br>Chief, Investigation & Prosecution Division | The Honorable Martha Sheth<br>Chief, Investigation & Prosecution Division |
| The Honorable Rachel Venier<br>Chief, Investigation & Prosecution Division | The Honorable Jane Juliano<br>Chief, Alternative Dispute Resolution Unit |
| The Honorable Bruce Fong<br>Associate Special Counsel | The Honorable Bruce Gipe<br>Chief Operation Officer |
| The Honorable Zachary Kurz<br>Communication Director | The Honorable Barbara Wheeler<br>Chief, Case Review Division |

**U.S. SENATE MAJORITY LEADER AND THE HOUSE SPEAKER**

| | |
|---|---|
| The Honorable Chuck Schumer<br>Senate Majority Leader<br>322 Hart Senate Office Building<br>Washington, DC 20510<br>Chief of Staff – Michael Lynch | The Honorable Mitch McConnell<br>Senate Minority Leader<br>S-230, U.S. Capitol<br>Washington, D.C. 20510<br>Chief of Staff – Terry Carmack |
| The Honorable Nancy Pelosi<br>Speaker of U.S. House of Representatives<br>204 Capitol Building<br>Washington, DC 20515<br>Chief of Staff – Robert Edmonson | |

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## U.S. SENATE COMMITTEE ON THE JUDICIARY

The Honorable Richard Durbin
U.S. Senate Committee on the Judiciary
224 Dirksen Senate Office Building
Washington, D.C. 20510
Chief of Staff – Pat Souders

The Honorable Chuck Grassley
U.S. Senate Committee on the Judiciary
224 Dirksen Senate Office Building
Washington, D.C. 20510
Chief of Staff – Aaron Cummings

The Honorable Patrick Leahy
Chief of Staff – John Dowd

The Honorable Lindsey Graham
Chief of Staff – Richard Perry

The Honorable Dianne Feinstein
Chief of Staff – David Grannis

The Honorable John Cornyn
Chief of Staff – Beth Jafari

The Honorable Sheldon Whitehouse
Chief of Staff – Sam Goodstein

The Honorable Michael S. Lee
Chief of Staff – Allyson Bell

The Honorable Amy Klobuchar
Chief of Staff – Lindsey Kerr

The Honorable Ted Cruz
Chief of Staff – Steve Chartan

The Honorable Christopher A. Coons
Chief of Staff – Jonathan Stahler

The Honorable Ben Sasse
Chief of Staff – Raymond Sass

The Honorable Senator Richard Blumenthal
Chief of Staff – Joel Kelsey

The Honorable Joshua D. Hawley
Chief of Staff – Kyle Plotkin

The Honorable Senator Mazie Hirono
Chief of Staff – Alan Yamamoto

The Honorable Tom Cotton
Chief of Staff – Doug Coutts

The Honorable Cory Booker
Chief of Staff – Veronica Duron

The Honorable John Kennedy
Chief of Staff – David Stokes

The Honorable Alex Padilla
Chief of Staff – David Montes

The Honorable Thom Tillis
Chief of Staff – Ted Lehman

The Honorable John Ossoff
Chief of Staff – Reynaldo Benitez

The Honorable Marsha Blackburn
Chief of Staff – Charles Flint

## U.S. SENATE COMMITTEE ON FOREIGN RELATIONS

The Honorable Bob Menendez
Chairman
Senate Foreign Relations Committee
United States Senate
Washington, DC 20510
Chief of Staff – Fred Tuner

The Honorable James E. Risch
Ranking Member
Senate Foreign Relations Committee
United States Senate
Washington, DC 20510
Chief of Staff – Ryan White

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Honorable Ben Cardin
Chief of Staff – Chris Lynch

The Honorable Jeanne Shaheen
Chief of Staff – Chad Kreikemeier

The Honorable Christopher Coons
Chief of Staff – Jonathan Stahler

The Honorable Chris Murphy
Chief of Staff – Allison Herwitt

The Honorable Tim Kaine
Chief of Staff – Mike Henry

The Honorable Edward J. Markey
Chief of Staff – John Walsh

The Honorable Jeff Merkley
Chief of Staff – Mike Zamore

The Honorable Cory Booker
Chief of Staff – Veronica Duron

The Honorable Brian Schatz
Chief of Staff – Eric Einhorn

The Honorable Chris Van Hollen
Chief of Staff – Tricia Russell

The Honorable Marco Rubio
Chief of Staff – Mike Needham

The Honorable Ron Johnson
Chief of Staff – Sean Riley

The Honorable Mitt Romney
Chief of Staff – Liz Johnson

The Honorable Rob Portman
Chief of Staff – Kevin Smith

The Honorable Rand Paul
Chief of Staff – William Henderson

The Honorable Todd Young
Chief of Staff – John Connell

The Honorable John Barrasso
Chief of Staff – Dan Kunsman

The Honorable Ted Cruz
Chief of Staff – Steve Chartan

The Honorable Mike Rounds
Chief of Staff – Kyle Chase

The Honorable Bill Hagerty
Chief of Staff – John Rader

## U.S. HOUSE OVERSIGHT AND REFORM

The Honorable Carolyn Maloney
Chairwoman
House Committee on Oversight and Reform
Chief of Staff – Emily Crerand

The Honorable Eleanor Norton
Chief of Staff – Raven Reeder

The Honorable Jim Cooper
Chief of Staff – Lisa Quigley

The Honorable Raja Krishnamoorthi
Chief of Staff – Mark Shauerte

The Honorable James Comer
Ranking Member
House Committee on Oversight and Reform
Chief of Staff – Caroline Cash

The Honorable Stephen Lynch
Chief of Staff – Kevin Ryan

The Honorable Gerald Connolly
Chief of Staff – Jamie Smith

The Honorable Jamie Raskin
Chief of Staff – Julie Tagen

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Honorable Ro Khanna
Chief of Staff – Geo Saba

The Honorable Alexandria O-Cortez
Chief of Staff – Ariel Eckblad

The Honorable Katie Porter
Chief of Staff – Jordan Wood

The Honorable Danny Davis
Chief of Staff – Yul Edwards

The Honorable Peter Welch
Chief of Staff – Patrick Satalin

The Honorable John Sarbanes
Chief of Staff – Dvora Lovinger

The Honorable Mark DeSaulnier
Chief of Staff – Betsy Arnold Marr

The Honorable Robin Kelly
Chief of Staff – Julius West

The Honorable Jim Jordan
Chief of Staff – Kevin Eichinger

The Honorable Virginia Foxx
Chief of Staff – Carson Middleton

The Honorable Glenn Grothman
Chief of Staff – Chris Grawein

The Honorable Bob Gibbs
Chief of Staff – Hillary Gross

The Honorable Ralph Norman
Chief of Staff – Mark Piland

The Honorable Peter Sessions
Chief of Staff – Warren Bell

The Honorable Byron Donalds
Chief of Staff – Tyler Haymore

The Honorable Kweisi Mfume
Chief of Staff – Eric Bryant

The Honorable Rashida Tlaib
Chief of Staff – Britteny Jenkins

The Honorable Cori Bush
Chief of Staff – Abbas Alawieh

The Honorable Debbie Schultz
Chief of Staff – Tracie Pough

The Honorable Hank Johnson
Chief of Staff – Scott Goldstein

The Honorable Jackie Speier
Chief of Staff – Josh Connolly

The Honorable Jimmy Gomez
Chief of Staff – Bertha Alisia Guerrero

The Honorable Brenda Lawrence
Chief of Staff – Curtis Doster

The Honorable Paul Gosar
Chief of Staff – Tom Van Flein

The Honorable Jody Hice
Chief of Staff – Tim Reitz

The Honorable Michael Cloud
Chief of Staff – Adam Magary

The Honorable Clay Higgins
Chief of Staff – Kathee Facchiano

The Honorable Fred Keller
Chief of Staff – Jon Anzur

The Honorable Andy Biggs
Chief of Staff – Kate LaBorde

The Honorable Nancy Mace
Chief of Staff – Mara Mellstrom

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Honorable Yvette Herrell
Chief of Staff – Michael Horanburg

The Honorable Jake LaTurner
Chief of Staff – Braden Dreiling

The Honorable Pat Fallon
Chief of Staff – Shannon Sorrell

The Honorable Andrew Clyde
Chief of Staff – Nicolas Brown

The Honorable Ayanna Pressley
Chief of Staff – Sarah Groh

The Honorable Scott Franklin
Chief of Staff – Melissa Kelly

## U.S. EDUCATION & LABOR COMMITTEE

The Honorable Robert C. Scott
Chairman
Chief of Staff – David Dailey

The Honorable Virginia Foxx
Ranking Member
Chief of Staff – Carson Middleton

The Honorable Raul M Grijalva
Chief of Staff – Amy Emerick-Clerkin

The Honorable Joe Courtney
Chief of Staff – Neil McKiernan

The Honorable Gregorio Kilili Sablan
Chief of Staff – Bob Schwalbach

The Honorable Frederica S. Wilson
Chief of Staff – Jean Roseme

The Honorable Suzanne Bonamici
Chief of Staff – Rachael Bornstein

The Honorable Mark Takano
Chief of Staff – Richard McPike

The Honorable Alma S. Adams
Chief of Staff – John Christie

The Honorable Mark DeSaulnier
Chief of Staff – Betsy Arnold Marr

The Honorable Donald Norcross
Chief of Staff – Michael Maitland

The Honorable Pramila Jayapal
Chief of Staff – Lilah Pomerance

The Honorable Joseph D. Morelle
Chief of Staff – Nicholas Weatherbee

The Honorable Susan Wild
Chief of Staff – Jed Ober

The Honorable Lucy McBath
Chief of Staff – Rebecca Walldorf

The Honorable Jahana Hayes
Chief of Staff – Alex Ginis

The Honorable Andy Levin
Chief of Staff – Ven Neralla

The Honorable Ilhan Omar
Chief of Staff – Connor McNutt

The Honorable Haley M. Stevens
Chief of Staff – Justin German

The Honorable Teresa Leger Fernandez
Chief of Staff – Nathan Schelble

The Honorable Mondaire Jones
Chief of Staff – Zach Fisch

The Honorable Kathy E. Manning
Chief of Staff – Sarah Curtis

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Honorable Frank J. Mrvan
Chief of Staff – Mark Lopez

The Honorable Mark Pocan
Chief of Staff – Glenn Wavrunek

The Honorable Mikie Sherrill
Chief of Staff – Jean Roehrenbeck

The Honorable Adriano Espaillat
Chief of Staff – Aneiry Batista

The Honorable Joe Wilson
Chief of Staff – Jonathan Day

The Honorable Tim Walberg
Chief of Staff – RJ Laukitis

The Honorable Elise M. Stefanik
Chief of Staff – Patrick Hester

The Honorable Jim Banks
Chief of Staff – David Keller

The Honorable Russ Fulcher
Chief of Staff – Cliff Bayer

The Honorable Gregory F. Murphy
Chief of Staff – Dave Natonski

The Honorable Burgess Owens
Chief of Staff – Keelie Broom

The Honorable Lisa C. McClain
Chief of Staff – Nick Hawathmeh

The Honorable Mary E. Miller
Chief of Staff – Cari Fike

The Honorable Scott Fitzgerald
Chief of Staff – Ryan McCormack

The Honorable Michelle Steel
Chief of Staff – Arie Dana

The Honorable Jamaal Bowman
Chief of Staff –  Sarah Iddrissu

The Honorable Joaquin Castro
Chief of Staff – Danny Meza

The Honorable John A. Yarmuth
Chief of Staff – Julie Carr

The Honorable Kweisi Mfume
Chief of Staff – Eric Bryant

The Honorable Glenn Thompson
Chief of Staff – Matthew Brennan

The Honorable Glenn Grothman
Chief of Staff – Chris Grawien

The Honorable Rick W. Allen
Chief of Staff – Lauren Hodge

The Honorable James Comer
Chief of Staff – Caroline Cash

The Honorable Fred Keller
Chief of Staff – Jon Anzur

The Honorable Mariannette Miller-Meeks
Chief of Staff – Tracie Gibler

The Honorable Bob Good
Chief of Staff – Mark Kelly

The Honorable Diana Harshbarger
Chief of Staff – Zac Rutherford

The Honorable Victoria Spartz
Chief of Staff – Renee Hudson

The Honorable Madison Cawthorn
Chief of Staff – Blake Harp

The Honorable Julia Letlow
Chief of Staff – Edward Verrill

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

<u>*Via Electronic Mails*</u>

**CC**

<u>Senate Democratic leadership</u>

The Honorable Chuck Schumer
Senate Majority Leader
Chief of Staff – Michael Lynch

The Honorable Patty Murray
Senate Assistant Democratic Leader
Chief of Staff – Mindi Linquist

The Honorable Mark Warner
Vice Chair of the Senate Democratic Caucus
Chief of Staff – Elizabeth Falcone

The Honorable Amy Klobuchar
Chair Democratic Steering Committee
Chief of Staff – Lindsey kerr

The Honorable Cory Booker
Vice Chair Policy and Communication
Chief of Staff – Veronica Duron

The Honorable Tammy Baldwin
Secretary Senate Democratic Caucus
Chief of Staff – Ken Reidy

The Honorable Catherine Cortez Masto
Vice Chair Democratic Outreach
Chief of Staff – Scott Fairchild

The Honorable Dick Durbin
Senate Majority Whip
Chief of Staff – Pat Souders

The Honorable Debbie Stabenow
Chair Democratic Policy & Communication
Chief of Staff – Matt Van Kuiken

The Honorable Elizabeth Warren
Vice Chair of the Senate Democratic Caucus
Chief of Staff – Jon Donenberg

The Honorable Bernie Sanders
Chair Democratic Outreach
Chief of Staff – Misty Rebik

The Honorable Joe Manchin
Vice Chair Policy and Communication
Chief of Staff – Lance West

The Honorable Gary Peters
Chair Senatorial Campaign Committee
Chief of Staff – Caitlyn Stephenson

<u>Senate Republican leadership</u>

The Honorable Mitch McConnell
Senate Minority Leader
Chief of Staff – Terry Carmack

The Honorable John Barrasso
Chair Republican Conference
Chief of Staff – Dan Kunsman

The Honorable Joni Ernst
Vice Chair Republican Conference
Chief of Staff – Lisa Smittcamp Goeas

The Honorable John Thune
Senate Minority Whip
Chief of Staff – Ryan Nelson

The Honorable Roy Blunt
Chair Republican Policy Committee
Chief of Staff – Stacy McBride

The Honorable Rick Scott
Chair National Senatorial Committee
Chief of Staff – Craig Carbone

*⸺I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Honorable Mike Lee
Chair of the Senate Republican Steering Committee
Chief of Staff – Allyson Bell

<u>House Democratic leadership</u>

The Honorable Steny Hoyer
House Majority Leader
Chief of Staff – Alexis Covey-Brandt

The Honorable Katherine Clark
Assistant Speaker of the House
Chief of Staff – Brooke Scannell

The Honorable Pete Aguilar
Vice Chair of the Democratic Caucus
Chief of Staff – Boris Medzhibobsky

The Honorable Matt Cartwright
Co-Chair Policy and Communications
Chief of Staff – Hunter Ridgway

The Honorable Ted Lieu
Co-Chair Policy and Communications
Chief of Staff – Marc Cevasco

The Honorable Collin Allred
Junior Caucus Leadership Representative
Chief of Staff – Paige Hutchinson

The Honorable Cheri Bustos
Co-Chair Steering and Policy Committee
Chief of Staff – Trevor Reuschel

The Honorable Eric Swalwell
Co-Chair Steering and Policy Committee
Chief of Staff – Michael Reed

The Honorable Jan Schakowsky
Senior Deputy Whips
Chief of Staff – Syd Terry

The Honorable Shelia Jackson Lee
Chief Deputy Whips
Chief of Staff – Kenneth Nealy

The Honorable James Clyburn
House Majority Whip
Chief of Staff – Yebbie Watkins

The Honorable Hakeem Jeffries
Chair of the House Democratic Caucus
Chief of Staff – Tasia Jackson

The Honorable Sean Patrick Maloney
Chair Congressional Campaign Committee
Chief of Staff – Matthew McNally

The Honorable Debbie Dingell
Co-Chair Policy and Communications
Chief of Staff – Dan Black

The Honorable Joe Neguse
Co-Chair Policy and Communications
Chief of Staff – Lisa Bianco

The Honorable Mondaire Jones
Freshman Class Leadership Representative
Chief of Staff – Zach Fisch

The Honorable Barbara Lee
Co-Chair Steering and Policy Committee
Chief of Staff – Julie Nickson

The Honorable G.K. Butterfield
Senior Deputy Whips
Chief of Staff – Kyle Parker

The Honorable Henry Cuellar
Chief Deputy Whips
Chief of Staff – Amy Loveng

The Honorable Dan Kildee
Chief Deputy Whips
Chief of Staff – Mitchell Rivard

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Honorable Stephanie Murphy
Chief Deputy Whips
Chief of Staff – Brad Howard

The Honorable Jimmy Panetta
Chief Deputy Whips
Chief of Staff – Joel Bailey

The Honorable Terri Sewell
Chief Deputy Whips
Chief of Staff – Hillary Beard

The Honorable Debbie Wasserman Schultz
Chief Deputy Whips
Chief of Staff – Tracie Pough

The Honorable Peter Welch
Chief Deputy Whips
Chief of Staff – Patrick Satalin

<u>House Republican leadership</u>

The Honorable Kevin McCarthy
House Minority Leader
Chief of Staff – James Min

The Honorable Steve Scalise
House Minority Whip
Chief of Staff – Megan Miller

The Honorable Elise Stefanik
Chair of the House Republican Conference
Chief of Staff – Patrick Hester

The Honorable Mike Johnson
Vice Chair of the Republican Conference
Chief of Staff – Hayden Haynes

The Honorable Richard Hudson
Secretary of the House Republican Conference
Chief of Staff – Billy Constangy

The Honorable Gary Palmer
Chair of the Republican Policy Committee
Chief of Staff – William Smith

The Honorable Tom Emmer
Chair of the National Republican Congressional Committee
Chief of Staff – Chris Maneval

<u>Senate Members</u>

**Alabama**

The Honorable Tommy Tuberville
Chief of Staff – Stephen Boyd

The Honorable Richard Shelby
Chief of Staff – Dayne Cutrell

**Alaska**

The Honorable Dan Sullivan
Chief of Staff – Larry Burton

The Honorable Lisa Murkowski
Chief of Staff – Kaleb Froehlich

**Arizona**

The Honorable Kyrsten Sinema
Chief of Staff – Meg Joseph

The Honorable Mark Kelly
Chief of Staff – Jennifer Cox

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

**Arkansas**

The Honorable Tom Cotton
Chief of Staff – Doug Coutts

The Honorable John Boozman
Chief of Staff – Toni-Marie Higgins

**Colorado**

The Honorable John Hickenlooper
Chief of Staff – Kirtan Mehta

The Honorable Michael Bennet
Chief of Staff – Jonathan Davidson

**Connecticut**

The Honorable Christ Murphy
Chief of Staff – Alisson Herwitt

The Honorable Richard Blumenthal
Chief of Staff – Joel Kelsey

**Delaware**

The Honorable Tom Carper
Chief of Staff – Emily Spain

The Honorable Chris Coons
Chief of Staff – Jonathan Stahler

**Florida**

The Honorable Rick Scott
Chief of Staff – Craig Carbone

The Honorable Marco Rubio
Chief of Staff – Mike Needham

**Georgia**

The Honorable Jon Ossoff
Chief of Staff – Reynaldo Benitez

The Honorable Raphael Warnock
Chief of Staff – Mark Libell

**Hawaii**

The Honorable Mazie Hirono
Chief of Staff – Alan Yamamoto

The Honorable Brian Schatz
Chief of Staff – Eric Einhorn

**Idaho**

The Honorable Jim Risch
Chief of Staff – Ryan White

The Honorable Mike Crapo
Chief of Staff – Susan Wheeler

**Illinois**

The Honorable Dick Durbin
Chief of Staff – Pat Souders

The Honorable Tammy Duckworth
Chief of Staff – Kalina Thompson

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

**Indiana**

The Honorable Mike Braun
Chief of Staff – Joshua Kelley

The Honorable Todd Young
Chief of Staff – John Connell

**Iowa**

The Honorable Joni Ernst
Chief of Staff – Lisa Smittcamp Goeas

The Honorable Chuck Grassley
Chief of Staff – Aaron Cummings

**Kansas**

The Honorable Roger Marshall
Chief of Staff – Brent Robertson

The Honorable Jerry Moran
Chief of Staff – Brennen Britton

**Kentucky**

The Honorable Mitch McConnell
Chief of Staff – Terry Carmack

The Honorable Rand Paul
Chief of Staff – William Henderson

**Louisiana**

The Honorable Bill Cassidy
Chief of Staff – James Quinn

The Honorable John Kennedy
Chief of Staff – David Stokes

**Maine**

The Honorable Angus King
Chief of Staff – Kathleen Connery-Dawe

The Honorable Susan Collins
Chief of Staff – Steve Abbott

**Maryland**

The Honorable Ben Cardin
Chief of Staff – Chris Lynch

The Honorable Chris Van Hollen
Chief of Staff – Tricia Russell

**Massachusetts**

The Honorable Elizabeth Warren
Chief of Staff – Jon Donenberg

The Honorable Ed Markey
Chief of Staff – John Walsh

**California**

The Honorable Dianne Feinstein
Chief of Staff – David Grannis

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

**Michigan**

The Honorable Debbie Stabenow
Chief of Staff – Matt Van Kuiken

The Honorable Gary Peters
Chief of Staff – Caitlyn Stephenson

**Minnesota**

The Honorable Amy Klobuchar
Chief of Staff – Lindsey Kerr

The Honorable Tina Smith
Chief of Staff – Jeff Lamonaco

**Mississippi**

The Honorable Roger Wicker
Chief of Staff – Michelle Richardson

The Honorable Cindy Hyde-Smith
Chief of Staff – Doug David

**Missouri**

The Honorable Josh Hawley
Chief of Staff – Kyle Plotkin

The Honorable Roy Blunt
Chief of Staff – Stacy McBride

**Montana**

The Honorable Jon Tester
Chief of Staff – Dylan Laslovich

The Honorable Steve Daines
Chief of Staff – Jason Thielman

**Nebraska**

The Honorable Deb Fischer
Chief of Staff – Joe Hack

The Honorable Ben Sasse
Chief of Staff – Raymond Sass

**Nevada**

The Honorable Jacky Rosen
Chief of Staff – Dara Cohen

The Honorable Catherine Cortez Masto
Chief of Staff – Scott Fairchild

**New Hampshire**

The Honorable Jeanne Shaheen
Chief of Staff – Chad Kreikemeier

The Honorable Maggie Hassan
Chief of Staff – Marc Golberg

**New Jersey**

The Honorable Bob Menendez
Chief of Staff – Fred Turner

The Honorable Cory Booker
Chief of Staff – Veronica Duron

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

**New Mexico**

The Honorable Martin Heinrich
Chief of Staff – Rebecca Avitia

The Honorable Ben Ray Lujan
Chief of Staff – Carlos Sanchez

**New York**

The Honorable Kristen Gillibrand
Chief of Staff – Jess Fassler

The Honorable Chuck Schumer
Chief of Staff – Michael Lynch

**North Carolina**

The Honorable Thom Tillis
Chief of Staff – Ted Lehman

The Honorable Ricahrd Burr
Chief of Staff – Natasha Hickman

**North Dakota**

The Honorable Kevin Cramer
Chief of Staff – Mark Gruman

The Honorable John Hoeven
Chief of Staff – Tony Eberhard

**Ohio**

The Honorable Sherrod Brown
Chief of Staff – Sarah Benzing

The Honorable Rob Portman
Chief of Staff – Kevin Smith

**Oklahoma**

The Honorable James Inhofe
Chief of Staff – Luke Holland

The Honorable James Lankford
Chief of Staff – Michelle Altman

**Oregon**

The Honorable Jeff Merkley
Chief of Staff – Mike Zamore

The Honorable Ron Wyden
Chief of Staff – Jeff Michels

**Pennsylvania**

The Honorable Bob Casey Jr
Chief of Staff – Kristen Gentile

The Honorable Pat Toomey
Chief of Staff – Daniel Brandt

**Rhode Island**

The Honorable Sheldon Whitehouse
Chief of Staff – Sam Goodstein

The Honorable Jack Reed
Chief of Staff – Neil Campbell

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

**South Carolina**

The Honorable Lindsey Graham
Chief of Staff – Richard Perry

The Honorable Tim Scott
Chief of Staff – Jennifer DeCasper

**South Dakota**

The Honorable Mike Rounds
Chief of Staff – Kyle Chase

The Honorable John Thune
Chief of Staff – Ryan Nelson

**Tennessee**

The Honorable Marsha Blackburn
Chief of Staff – Chuck Flint

The Honorable Bill Hagerty
Chief of Staff – John Rader

**Texas**

The Honorable Ted Cruz
Chief of Staff – Steve Chartan

The Honorable John Cornyn
Chief of Staff – Beth Jafari

**Utah**

The Honorable Mitt Romney
Chief of Staff – Liz Johnson

The Honorable Mike Lee
Chief of Staff – Allyson Bell

**Vermont**

The Honorable Bernie Sanders
Chief of Staff – Misty Rebik

The Honorable Patrick Leahy
Chief of Staff – John Dowd

**Virginia**

The Honorable Tim Kaine
Chief of Staff – Mike Henry

The Honorable Mark Warner
Chief of Staff – Elizabeth Falcone

**Washington**

The Honorable Maria Cantwell
Chief of Staff – Jami Burgess

The Honorable Patty Murray
Chief of Staff – Mindi Linquist

**West Virginia**

The Honorable Joe Manchin
Chief of Staff – Lance West

The Honorable Shelley Moore Capito
Chief of Staff – Joel Brubaker

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

**Wisconsin**

| | |
|---|---|
| The Honorable Tammy Baldwin | The Honorable Ron Johnson |
| Chief of Staff – Ken Reidy | Chief of Staff – Sean Riley |

**Wyoming**

| | |
|---|---|
| The Honorable John Barrasso | The Honorable Cynthia Lummis |
| Chief of Staff – Dan Kunsman | Chief of Staff – Kristin Walker |

<u>House Members</u>

Will compile the list later – this was tiring.

*<u>Via Electronic Mails</u>*

**CC**

**ILLINOIS ATTORNEY GENERAL**

| | |
|---|---|
| The Honorable Kwame Raoul | The Honorable Kim Janas |
| Illinois Attorney General | Chief of Staff for IL Attorney General |
| 500 South Second Street | |
| Springfield, IL 62701 | |
| | |
| The Honorable Adam Braun | The Honorable Brent Stratton |
| Executive Deputy Attorney General | Chief Deputy Attorney General |
| | |
| Mr. Joseph Sanders | Ms. Susan Ellis |
| Consumer Fraud Bureau | Division Chief |
| Student Loan Ombudsman | Consumer Protection Division |

**FLORIDA ATTORNEY GENERAL**

| | |
|---|---|
| The Honorable Ashley Moody | The Honorable John Matthew Guard |
| Florida Attorney General | Chief Deputy Attorney General |
| THE Capitol PL-01, | |
| Tallahassee, FL 32399-0001 | |
| | |
| The Honorable Richard Martin | Mr. Whitney Ray |
| General Counsel | Director of Communication |

*<u>Via Electronic Mails</u>*

**CC**

| | |
|---|---|
| Governor of Illinois | Governor of Florida |
| Chief of Staff – Anne Caprara | Chief of Staff – Adrian Lukis |

"I came to complete not to refute. I came light to the World." <u>Jesus Christ</u>

Governor of Texas
Chief of Staff – Luis Saenz

*<u>Via Electronic Mails</u>*

**CC**

The Leadership Conference on Civil and Human Rights
President and CEO Wade Henderson
Executive Vice President Monica Woods
Executive Vice President Vanessa N. Gonzalez
Senior Program Director Liz King

J Street
President Jeremy Ben-Ami
Chief of Staff Adina Vogel Ayalon
Director of Government Affairs Debra Shushan

# EXHIBIT B

Mark M. Bochra
5757 North Sheridan Road, Apt 13B
Chicago, IL 60660

**June 12, 2018**

Honorable Kenneth L. Marcus
Secretary For Office For Civil Rights
U.S. Department of Education
Via Fast Mail kenneth.marcus@ed.gov

Honorable Candice Jackson
Deputy Assistant Secretary and Acting Assistant Secretary
Via Fast Mail candice.jackson@ed.gov

Honorable Randolph Wills
Enforcement Director
Via Fast Mail Randolph.Wills@ed.gov

National Origin: Egypt        Religion: Christian Coptic

Re:    *Florida Coastal School of Law*
       *OCR Complaint #  04-16-2184*

Dear Secretary Kenneth Marcus:

I sincerely hope this letter reaches you in person. I am respectfully writing this letter pleading to take a look at OCR Atlanta and their mismanagement of my civil right complaint under Title vi for discrimination and retaliation, and their continuous violation to OCR case processing manual (CPM); specifically section 302 and 603.

For many years since Title VI of the Civil Rights Act of 1964 enactment, barriers to quality education free from discrimination and/or retaliation persist in terms of power asymmetries, due process violations, and nontransparency, inequitable distributions of benefits which burdens students and their families – killing dreams, ruining lives, and shattering communities. However, Office For Civil Rights can and should serve as an antidote to this problem.

It is easy for students to feel abandoned, many students out there feel isolated and alone in their educational journeys and when tragedies strike, they look to their leaders, not only for rescue but for solace.[1] Hope is what drives a student to keep pushing forward. A hope for a better change, and we all know change is hard.

Secretary Marcus, during your confirmation hearing before the Senate Committee on Health, Education, Labor and Pensions, you said, "Secretary DeVos described her view that, "Every child in America deserves to be in a safe environment that is free from discrimination." She has

---

[1] See recent Above the Law (Article) http://abovethelaw.com/2017/09/law-school-bullying-leads-to-recent-graduates-suicide/

subsequently emphasized that "educational institutions have a responsibility to protect every student's right to learn in a safe environment and to prevent unjust deprivations of that right." I share those objectives, and it would be a great honor to join Secretary DeVos at the Department of Education and work to carry them out."

You've also said in part, "No student at a federally assisted school or college should face this form of discrimination or harassment. I will work to strengthen OCR; to preserve civil rights; to seek equal justice for all; to respect the rule of law; and to promote public confidence."

You've promised students, "If confirmed, I will ensure that OCR's approach to each type of investigation furthers OCR's mission of vigorous enforcement of the civil rights statutes under OCR's jurisdiction" . . . "To the best of my ability ensuring that OCR continues to have sufficient staff to resolve complaints in a high quality, efficient manner."[2]

In a press release by the Department of Education, Secretary DeVos said, "In his many years of public service, Ken has shown himself to be a strong advocate for victims of intolerance and discrimination, and he will not back down when it comes to protecting the civil rights of all students."[3]

What happens when a student complain of a threat by a faculty just to find himself interim suspended without a valid and a clear reason immediately the next day? What happens when a student files a grade appeal with evidence of his professor committing misconduct and after the professor's admission of such misconduct to the law school, the student finds his grade appeal denied without due process and interim suspended immediately the next day? What happens when a law school turns the complainant into the respondent after being assaulted and battered by another student? What happens when a law school takes the student's money for living expenses provided by FSA, holding it in their bank, leaving the students in a foreign state without any means to pay his rent, food, afford legal counsel, and much more? What happens when a student reports discrimination just to be retaliated against in the most egregious manner? What happens when a student mentions Jesus Christ quoting a verse from the bible because he is a Christian Coptic just to be labeled later unfit to be a lawyer and an array of racial remarks in writing by a lead investigator who taught a class to the students involved? What happens when that same lead investigator befriend the involved students on facebook? What happens when a law school tries to scare witnesses and faculties from speaking out for that same student in order to bury the truth? What happens when a law school seeks from a student to sign a release and waiver of all legal claims against the law school in order for that same student to continue his legal education? And what happens when that same law school engages in conspiracy trying to setup the same student through the criminal justice system not once but twice in order to get rid of him for good?

These are very tough questions to answer, however, the reality to what I experienced at Florida Coastal School of Law; see Exhibit A, OCR Atlanta opening my complaint for investigation.

---

[2] See
https://www.insidehighered.com/sites/default/server_files/media/Marcus%20PM%20QFR%20Responses.pdf
[3] See https://www.ed.gov/news/press-releases/secretary-devos-praises-ken-marcus%E2%80%99-confirmation-lead-office-civil-rights

We all agree that Office For Civil Rights is a neutral fact finder as defined under its own case processing manual. However, that hasn't been the case with my civil right complaint. Please see the two letters attached herein which were sent in the past to Secretary Candice Jackson.

## I.    SECRETARY BETSY DEVOS

"One person denied due process is one too many" said Secretary Betsy DeVos on Title ix.[4]

"Justice delayed, is justice denied" said acting assistant secretary for Office of Civil Rights, Earnice Jackson. Secretary Candice Jackson emphasized in her press release that the department's new instructions direct that all civil rights violations be given equal care and importance, and every type of civil right to be enforced with equal vigor and vigilance.

On October 10, 2017, I sent a letter to Secretary Betsy DeVos, highlighting in part the importance of due process, shared some insight into Office For Civil Rights ("OCR") resolution agreement letters, and emphasized on the gap for remedies under borrowers defense to repayment. In my letter to Secretary Betsy DeVos, I wrote the following:

> Often many times, students after receiving the findings to their complaint by Office For Civil Rights, would engage in long battle of litigation in order to seek tuition refund, compensatory, and punitive damages and the cycle is ongoing with no outright adequate remedies to the harmed students.

> The economic penalties that victims of discrimination currently face as a result of discrimination, especially for low-income students. They suffer high rates of PTSD, depression, and anxiety, which "can hamper their ability to succeed in school." According to the U.S. Census, leaving college prior to graduation could decrease earnings by up to 30% for year-round, full-time workers.[5] The effects are compounded for students with staggering student loan debt. Students who leave college prematurely are four times more likely to default on their student loans.[6] This debt is substantial: One study of individuals with student debt indicated that 75% of respondents who completed only "some college" had debt exceeding $10,000.[7] Student debt impacts students' lives in many ways.

> Schools should be required to reimburse victims of discrimination for lost tuition to avoid penalizing students for experiencing discrimination and/or retaliation. Indeed, the Department of Education has already recognized a school's obligation to avoid penalizing complainants for experiencing discrimination: Specifically, part of a school's

---

[4] Secretary Betsy DeVos on Title IX https://youtu.be/gBe8R3AlD1U

[5] Day, J.C. & Newburger, E.C. (2002). The Big Payoff: Educational Attainment and Synthetic Estimates of Work-Life Earnings. Washington, DC: U.S. Census Bureau.

[6] Casselman, B. (2012, November 22). The Cost of Dropping Out. The Wall Street Journal. Retrieved from http://online.wsj.com/news/articles/SB10001424127887324599045781174009434720 68.

[7] Baylor, E., & Murray, O. (2014, June 24.). Important Insights on College Choice and the Burden of Student-Loan Debt. Retrieved from The Center for American Progress website: http://cdn.americanprogress.org/wp-content/uploads/2014/06/StudentLoanDebtFINAL.pdf.

obligation to remedy certain violations includes "arranging for the complainant to retake a course or withdraw from a class without penalty."

In practice, however, withdrawing from a class or re-taking a course exacts a significant financial penalty, as the victim of discrimination or retaliation forfeit the tuition dollars they paid to take the course in the first place. Complainants who leave (or are forced to leave school) during a semester can incur costs of up to $40,000 in lost tuition, on top of accruing student loan interest.

Ensuring equal access to education and providing proper remedies will deter schools from discriminating or retaliating against students, especially violating their due process rights. This requirement will incentivize schools to provide the highest quality accommodations up front, in order to ensure that students are able to remain in school.

In response, Office For Civil Rights Legal Department responded to my letter with a clarification relative to when a student is subject to a hostile environment under title vi, the department as a remedial action would seek educational reimbursement for the student(s). I am attaching herein this response for your reference; see Exhibit B.

This policy for remedial action has been consistent under President Trump. Please see Buffalo State University resolution agreement.[8]

## II.    SECRETARY CANDICE JACKSON

On December 5, 2017, I wrote a letter pleading for Secretary Candice Jackson's help because Office For Civil Rights Atlanta's senior counsel Ledondria Saintvil and her supervisor Ebony Calloway-Spencer were violating the case processing manual (CPM) by suspending my case multiple times in pursuit of section 302.[9] Moreover, lying to me, the complainant about interviewing a critical witness i.e., Professor Korin Munsterman. Please see a copy of my letter attached herein, as Exhibit C. See also my subsequent letter dated March 2, 2018 attached herein, as Exhibit D.

Secretary Jackson heard my voice and as a result, enforcement director Randolph Wills reached out to me via e-mail and later through the telephone.[10] Mr. Randolph Wills communications with me were all excellent. He further relayed to me Secretary Jackson's response which was that my case needs to move forward into the investigation, my professor needs to be interviewed, and for my case to be handled properly. As a result, Mr. Randolph Wills followed up with Office For Civil Rights Atlanta Director Melanie Velez.

Since January of 2018 and up to today, instead of seeing my case being handled properly by enforcing Office For Civil Rights CPM, all I saw were deliberate delays.[11] The delays were intended to allow the involved students to graduate, hence render the school taking any action

---

[8] See Page 16 https://www.insidehighered.com/sites/default/server_files/media/OCR-SUNY-Buffalo-State.pdf
[9] See https://www2.ed.gov/about/offices/list/ocr/docs/ocrcpm.pdf
[10] See staff directory https://www2.ed.gov/about/offices/list/ocr/contactus2.html
[11] See https://www2.ed.gov/about/offices/list/ocr/docs/ocrcpm.pdf

against them moot. Moreover, OCR Atlanta stood watching Florida Coastal School of Law dispersing and/or retaliating against many of my professors. Specifically, the following professors were not interviewed by OCR Atlanta, Ms. Ledondria Saintvil:

1. Prof. John Talyor - The school fired him during the ongoing investigation by OCR.[12]
2. Prof. Carolin Nichols - She abruptly resigned in spring 2018 after she was meant to teach it. This happened after the Facilitated Resolution Between the Parties (FRBP) was terminated by the school.[13]
3. Prof. Korin Munsterman - Who is a Dean and a law professor, the school in retaliation, won't renew her contract. Ms. Ledondria Saintvil relayed to me back in May 2017 that she interviewed her, only to find that this was a lie three month later by Professor Munsterman and that Ms. Saintvil canceled her interview a day before her official interview with OCR Atlanta.
4. Prof. Gregory Pingree - The school placed him on sabbatical leave for a year after Ms. Ledondria Saintvil canceled his interview a day before his official interview with OCR Atlanta.
5. Prof. Alexander Moody & Prof. Jeffery Schmitt - both left the school and never interviewed by OCR.

During OCR investigation, I've watched my professors being dispersed and/or retaliated against one after the other, while seeing the involved students who conspired against me graduating one by one.

My mother, who was dreaming of seeing her son on the stage with a Juries Doctor (J.D), saw her son's educational future collapsing in the face of discrimination and retaliation. It might not mean much to others but it means a lot to me and what I experienced at that school.

### III.     OFFICE FOR CIVIL RIGHTS

The mission of the Office for Civil Rights is to ensure equal access to education and to promote educational excellence throughout the nation through vigorous enforcement of civil rights.[14]

When a complainant files a complaint and his or her complaint gets open for an investigation, OCR case processing manual acts as a rule book and guidance in order for the complainant due process not to be violated during OCR administration procedure.[15]

Moreover, OCR ensures that both the male and female are treated equally under its resolution agreements. Hence, the public can't find that OCR sought educational reimbursement for the female student as one of the remedial action, while failing to do the same for the male student.

OCR pursuant to its own CPM is a neutral fact finder. Anything that falls short of this commitment leaves the gate open for due process violations. Hence, if OCR had all the

---

[12] See https://www.thepetitionsite.com/takeaction/427/755/725/

[13] Previously named ECR (Early Complaint Resolution) OCR CPM was amended on March 5, 2018.

[14] See OCR Mission https://www2.ed.gov/about/offices/list/ocr/aboutocr.html

[15] See OCR CPM https://www2.ed.gov/about/offices/list/ocr/docs/ocrcpm.pdf

reasonable evidence to establish evidence by preponderance of the evidence that either discrimination and/or retaliation occurred, then it needs to issue findings with good faith.

OCR is well aware that they can establish both discrimination and retaliation within my complaint since December of 2017; especially the retaliation portion of my complaint. When a student complaints of discrimination, he or she should never be retaliated against.

The Supreme Court has consistently treated retaliation against civil rights complainants as a form of intentional discrimination. The Court has held that "retaliation offends the Constitution [because] it threatens to inhibit exercise of the protected right" and "is thus akin to an unconstitutional condition demanded for the receipt of a government-provided benefit." Crawford-El v. Britton, 523 U.S. 574, 588 n.10 (1998) (citations and internal quotation marks omitted); see also Chandamuri v. Georgetown Univ., 274 F. Supp. 2d 71, 81 (D.D.C. 2003) (discussing Court's approach to retaliation in Crawford-El).

On April 24, 2013, the Office for Civil Rights (OCR) in the U.S. Department of Education issued a statement to all colleges and universities warning them against retaliation.[16]

> The Federal civil rights laws make it unlawful to retaliate against an individual for the purpose of interfering with any right or privilege secured by these laws. If, for example, an individual brings concerns about possible civil rights problems to a school's attention, it is unlawful for the school to retaliate against that individual for doing so. It is also unlawful to retaliate against an individual because he or she made a complaint, testified, or participated in any manner in an OCR investigation or proceeding.

Retaliation occurs when a school intimidates, threatens, coerces, or in any way discriminates against an individual who has brought a concern or reported a possible violation of a federal civil right. This includes formal or informal reports of a violation and reports regarding a violation of your own rights or the rights of others.

I have written three memos to establish with evidence both discrimination and retaliation and the retaliation are out right proven because the act was already performed and completed. I've provided these memos to OCR Atlanta investigative team, as well as OCR Atlanta Director Melanie Velez, and Enforcement Director Mr. Randolph Wills.

To briefly cite the facts within memo number 2 and 3 without going into its details:

- I complained to the school dean of discrimination because of my national origin and religion on January 24, 2016 after I found I was setup by the school dean of student affairs.

- On the same day, January 24, 2016 after speaking to a counsel at my church, Saint Demania Coptic Church, I requested for an independent investigator instead of the dean of student affairs.[17]

---

[16] See OCR statement http://www2.ed.gov/about/offices/list/ocr/letters/colleague-201304.html
[17] The dean of student affairs no longer works at the school.

- On January 25, 2016, the school assigned 3 law professors with a lead investigator who was not only a conflict of interest (he taught criminal law to the involved students), but he befriended some of them on Facebook. He was the one who drafted additional trumped up violations filled with hateful and racial remarks about my character. There are more details to this within my memos.

- Once the school failed with their plan to criminal conspires against me, through their counsel Mark Alexander, they sought from me to sign a release and a waiver of all legal claims against the school in order for me to continue my education. When I refused, the school counsel threatened me with legal action not to contact anyone at the school.

See how easily OCR New York established retaliation under Title vi compare to what I've experienced at Florida Coastal School of Law.[18]

### IV.     OFFICE FOR CIVIL RIGHT CPM

*Section 302 of OCR Case Processing Manual*

Section 302 dictates that if,

> "The recipient expresses an interest in resolving the allegations and OCR determines that it is appropriate to resolve them with an agreement. OCR will inform the recipient that this resolution process is voluntary. When OCR determines that it is appropriate to resolve the allegations(s) pursuant to CPM Section 302, OCR will notify the complainant of the recipient's interest in resolution."

Section 302 adds that,

> "From the date that the proposed resolution agreement is shared with the recipient, OCR and the recipient will have a period of up to 30 calendar days within which to reach final agreement. During the negotiations period (which may be less than 30 days, at the discretion of OCR), OCR may suspend its investigation of the case. Where a final agreement is not reached by the 30th day, the investigation will resume no later than on the 31st day after negotiations were initiated; however, negotiations may continue while the investigation resumes. This 30-day period for suspension of the investigation in order to conduct negotiations cannot be restarted. "

During the ongoing investigation of my complaint, Senior Staff Attorney Ledondria Saintvil not only violated section 302 of OCR CPM but lied to me, specifically:

1. On May 24, 2017 she relayed to me that she interviewed Professor Korin Munsterman. Only to find 3 month later in September of 2017 from Prof. Munsterman that her

---

[18] See https://www2.ed.gov/about/offices/list/ocr/docs/investigations/more/02152348-a.pdf
See https://www2.ed.gov/about/offices/list/ocr/docs/investigations/more/02152348-b.pdf

interview was canceled after she was interviewed by the school counsel and the school admitted wrongdoing.

2. She never notified me verbally or in writing that she is negotiating a resolution with the school since June of 2017. In a verified e-mail dated May 1, 2018 by Mr. Randolph Wills, he e-mailed me saying in part that the team canceled Professor Korin Munsterman interview because the school expressed an interest in settling the matter; see Exhibit E.

3. She never complied with section 302 time frame. OCR CPM does not allow an open window of negotiation for a year. OCR CPM only allows for 30-day period for negotiation. If negotiation failed, then the investigation resumes and my professors would need to be interviewed.

4. She canceled my professor interview after the school counsel interviewed Professor Korin Munsterman a day before her official interview with OCR; see Exhibit F for further details.

*Section 603 of OCR Case Processing Manual*

Section 603 dictates that,

> "A recipient denies access to OCR when it: Refuses to permit OCR access to its employees during the recipient's regular business hours."

Section 603 adds that,

> "Where the recipient has refused to provide OCR access orally, either in person, over the telephone or through use of other media, OCR must attempt to ascertain the exact basis for the recipient's refusal and explain OCR's authority to obtain the evidence. Where attempts to persuade the recipient to provide access have failed, OCR must send a letter to the recipient that sets forth in detail the evidence (e.g., documents, data, other information, witnesses) to which the recipient denied OCR access and specifies the efforts that OCR has made to obtain the evidence. If the recipient does not voluntarily provide OCR with access to the requested evidence within 30 calendar days of OCR's issuance of the letter to recipient, OCR will issue a Letter of Impending Enforcement Action. If the recipient continues to deny OCR access to the requested evidence, OCR will issue a letter to the recipient stating OCR's intention to impose deferral of funds."

During the ongoing investigation of my complaint and after I found out that Senior Staff Attorney Ledondria Saintvil lied to me about my professor held interview. I reached out to her supervisor Ebony Collway Spencer wherein, she also provided me with false statement, specifically:

1. Via a telephone conversation, Ms. Spencer relayed to me that the school can deny access to witnesses and OCR can't interview them, it would be unethical to try to interview

them. When I started to read OCR CPM and found that this is not true. Ms. Spencer later via e-mail denied what she said over the phone.

2. Both Ms. Saintvil and Ms. Spencer decided to proceed with Section 302 several times and up to today, we are still under section 302.

## V.    CONCLUSION

Secretary Kenneth Marcus, this pen that is used to write this letter speaks the pain that he endured for the past two years. It can write all day but it takes commitment from leaders to put a stop to these violations.

Any state bar Character and Fitness board wants the complete truth to this matter or it would be considered lack of candor. A truth that Florida Coastal School of Law tried to burry many times even during an ongoing investigation by Office For Civil Rights.

No one asked Florida Coastal School of Law to do what they did to me; they did it without a second thought, with intent and malice, lawyers who teach the law to their students. Lawyers who teach what a crime is? What a conspiracy is? And what discrimination or retaliation is? A law school with so many issues that is on the verge of closure.[19]

I sincerely hope you can address the concerns within this letter and not allow my rights to be violated any further.

Sincerely,

/s/ Mark Bochra

---

[19] See https://abovethelaw.com/2017/12/which-law-school-has-been-put-up-for-rent/ & http://www.abajournal.com/news/article/still_out_of_compliance_with_aba_standards_florida_coastal_is_investigating

# EXHIBITS

**Exhibit A**  A copy of OCR Atlanta opening my complaint for investigation and what they are investigating.

**Exhibit B**  Office For Civil Rights Legal Department response to my letter to Secretary Betsy Devos.

**Exhibit C**  Copy of a letter sent to Secretary Candice Jackson on December 5, 2017.

**Exhibit D**  Copy of a letter sent to Secretary Candice Jackson on March 2, 2018.

**Exhibit E**  Enforcement Director Randolph Wills e-mail relative to Professor Korin Munsterman canceled interview.

**Exhibit F**  An e-mail sent to OCR Senior Attorney Ledondria Saintvil detailing Prof. Korin Munsterman's testimony to the school counsel.

# Call

### Wills, Randolph <Randolph.Wills@ed.gov>

Tue 5/1/2018 3:34 PM

To:mbochr2@hotmail.com <mbochr2@hotmail.com>;

Hello, Mr. Bochra—

I will not be able to make our call today, but can speak with you tomorrow.

I heard from the team regarding the interview of Professor Munsterman. The team stated that OCR had scheduled an interview with Professor Munsterman, but that when the school expressed an interest in settling the matter, the interview was cancelled. ECR discussions (unsuccessful) then ensued.

Thanks.

## Re: Your email to Secretary DeVos

### OCR-PLG@ED <OCR-PLG@ed.gov>

Mon 11/20/2017 2:27 PM

To:mbochr2@hotmail.com <mbochr2@hotmail.com>;

1 attachments (35 KB)

OS-17-019979 PLG Policy control.rtf;

Dear Mr. Bochra:

Thank you for your email to Secretary DeVos regarding whether "OCR has the authority to seek educational reimbursements and other reasonable expenses when violations are found." Your email has been forwarded to the Department's Office for Civil Rights (OCR) and we are pleased to respond on her behalf.

OCR enforces, among other laws, Title VI of the Civil Rights Act of 1964 (Title VI), which prohibits discrimination on the basis of race, color, or national origin in any program or activity receiving Federal financial assistance; Title IX of the Education Amendments of 1972 (Title IX), which prohibits discrimination on the basis of sex in any education program or activity receiving Federal financial assistance; Section 504 of the Rehabilitation Act of 1973 (Section 504) which prohibits discrimination on the basis of disability in any program or activity receiving Federal financial assistance; and Title II of the Americans with Disabilities Act of 1990 (Title II), which prohibits discrimination on the basis of disability in certain public entities. Under these laws, a student may not, on the basis of race, color, national origin, sex, or disability, be excluded from participation in, denied the benefits of, or otherwise subjected to discrimination in federally funded educational programs or activities. Although OCR refrains from offering opinions about specific facts without first conducting an investigation, we are happy to provide general information about the civil rights laws that OCR enforces.

The regulations implementing the laws that OCR enforces do not explicitly address whether OCR has the authority to seek "educational reimbursements and other reasonable expenses" when OCR finds that a recipient has violated one or more of those laws. However, OCR has negotiated agreements with schools to reimburse complainants for certain educational expenses, including, for example, tuition adjustments and reimbursement for counseling, where those remedies are appropriate to eliminate a hostile environment or remedy the effects of discrimination that violates the laws enforced by OCR. Under the civil rights laws that OCR enforces, when discriminatory harassment creates a hostile environment, a school must take prompt and effective steps reasonably calculated to end the harassment, eliminate the hostile environment, and prevent its recurrence. If a school delays in responding to allegations of harassment or responds inappropriately, and the school's own inaction subjects the student to a hostile environment, the school is also required to remedy the effects of the harassment that could reasonably have been prevented had the school responded promptly and equitably. Thus, when a school's actions or inactions (after it knows or should have known of the hostile environment created by the harassment) augment the complainant's injury, OCR may determine that an appropriate remedy for the injury includes the provision of services such as counseling or tuition reimbursement for the complainant. By contrast, when a school takes prompt and effective steps reasonably calculated to end the harassment, eliminate the hostile environment, and prevent its recurrence, the school has carried out its responsibility under the law.

Anyone who believes that a recipient institution has engaged in sex discrimination may file a complaint with OCR. Details about filing a complaint are available on OCR's website. Additional resources on the civil rights laws OCR enforces are available in the Reading Room on OCR's website.

Correspondence issued by OCR in response to an inquiry from the public does not constitute a formal statement of OCR

policy and should not be construed as creating or articulating new policy. OCR's formal policy statements are approved by a duly authorized OCR official and made available to the public.

Sincerely,
Program Legal Group
Office for Civil Rights
U.S. Department of Education

# EXHIBIT C



**UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS, REGION IV**

61 FORSYTH ST., SOUTHWEST, SUITE 19T10
ATLANTA, GA 30303-8927

REGION IV
ALABAMA
FLORIDA
GEORGIA
TENNESSEE

December 11, 2018

Senator Richard J. Durbin
United States Senate
230 South Dearborn St.
Suite 3892
Chicago, Illinois 60604

Re:     Mark Bochra
        OCR Complaint #04-16-2184

Dear Senator Durbin:

The U.S. Department of Education (Department) Office for Civil Rights (OCR), Region IV received your office's inquiry related to the above-referenced complaint (Complaint) against Florida Coastal Law School (Law School). Your correspondence included your constituent's inquiry with your office regarding OCR Complaint #04-16-2184. In addition, your correspondence requested that OCR provide you with information regarding the status of this matter.

On April 21, 2016, OCR received the Complaint, in which Mark Bochra (Complainant) alleged that the Law School subjected him to discrimination and retaliation under Title VI of the Civil Rights Act of 1964 (Title VI). OCR is responsible for enforcing Title VI, 42 U.S.C. §§ 2000d *et seq.*, and its implementing regulation, 34 C.F.R. Part 100, which prohibit discrimination on the bases of race, color, and national origin by recipients of Federal Financial Assistance from the Department. Title VI also prohibits retaliation against any individual who asserts rights or privileges under these laws or who files a complaint, testifies, or participates in an OCR proceeding. As a recipient of Federal financial assistance from the Department, the Law School is subject to these laws.

On August 22, 2016, OCR notified the Complainant and the Law School that it would investigate the following legal issues:

1.  Whether the Law School subjected the Complainant to different treatment on the basis of national origin, in noncompliance with the regulation implementing Title VI at 34 C.F.R. § 100.3; and

2.  Whether the Law School retaliated against the Complainant, in noncompliance with Title VI and its implementing regulation at 34 C.F.R. § 100.7.

---

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness
by fostering educational excellence and ensuring equal access.*
www.ed.gov

18-007516

During the course of the investigation completed to date, OCR has reviewed data provided by both the Complainant and the Law School. OCR also interviewed the Complainant, several members of the Law School staff and an additional witness the Complainant requested OCR interview.

Prior to the conclusion of OCR's investigation of the Complaint, the Law School requested to address the complaint allegations with a voluntary resolution agreement (Agreement) pursuant to Section 302 of OCR's *Case Processing Manual* (CPM). CPM Section 302 states that allegations under investigation may be resolved at any time when, prior to the point when the Regional Office issues a final determination under CPM Section 303, the recipient expresses an interest in resolving the allegations and OCR determines that it is appropriate to resolve them with an agreement. After a careful review of the complaint and the evidence obtained during the investigation thus far, OCR determined that it was appropriate to resolve the allegations prior to the conclusion of the investigation under Section 302 of the CPM. OCR notified the Complainant that the Law School expressed an interest in the Section 302 resolution.

However, before OCR commenced the negotiations with the Law School, the Complainant and the Law School expressed an interest in voluntarily participating in OCR's mediation process, during which OCR attempts to facilitate a resolution between the parties. On October 20, 2017, OCR initiated the mediation process, and a neutral OCR facilitator contacted both parties and attempted to facilitate a resolution between the Complainant and the Law School. However, the mediation process was unsuccessful, and OCR notified both parties of this outcome on December 5, 2017.

After mediation was unsuccessful, the Law School renewed its interest in a Section 302 resolution. To date, however, OCR has not reached a resolution with the Law School in this matter and the matter is currently in investigation. Once OCR concludes its case resolution process and the matter is reviewed in accordance with the CPM, OCR will inform both the Complainant and the Law School. We aim to resolve this matter by the end of the next quarter, March 31, 2019.

In his inquiry with your office, the Complainant also requested that OCR seek a remedy based on his allegation of retaliation on behalf of a Law School staff member, even though that staff member has not filed a complaint with this office. However, pursuant to the CPM, OCR requires written consent before proceeding with a complaint investigation when disclosure of the identity of a complainant is necessary in order to resolve a complaint. A complainant filing on behalf of or pertaining to another person is responsible for securing any necessary written consent from the individual. OCR did not receive the required written consent on behalf of the Law School staff member. OCR, therefore, did not proceed with an investigation of the Complainant's allegations filed on behalf of a Law School staff member.

Finally, staff members in my office and I have communicated with the Complainant to update him regarding the status of the Complaint and to discuss additional information he requested that OCR consider during the investigation.

OCR Complaint #04-16-2184
Page 3 of 3
December 11, 2018

If you have additional questions or concerns, please do not hesitate to have your staff contact the Office of Legislation and Congressional Affairs, at (202) 401-0020.

Sincerely,

Melanie Velez
Regional Director



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE FOR CIVIL RIGHTS, REGION IV**

61 FORSYTH ST., SOUTHWEST, SUITE 19T10
ATLANTA, GA 30303-8927

REGION IV
ALABAMA
FLORIDA
GEORGIA
TENNESSEE

July 17, 2019

Senator Richard J. Durbin
United States Senate
230 South Dearborn St.
Suite 3892
Chicago, Illinois 60604

RECEIVED JUL 2 2 2019

Re:    Mark Bochra
       OCR Complaint # 04-16-2184

Dear Senator Durbin:

The U.S. Department of Education (Department) Office for Civil Rights (OCR), Region IV received your office's inquiry related to the above-referenced complaint (Complaint) against Florida Coastal Law School (Law School). Your correspondence requested that OCR provide you with information in response to your constituent's most recent inquiry with your office regarding OCR Complaint # 04-16-2184.

OCR received the Complaint on April 21, 2016 in which Mark Bochra (Complainant) alleged that the Law School subjected him to discrimination and retaliation under Title VI of the Civil Rights Act of 1964 (Title VI). OCR is responsible for enforcing Title VI, 42 U.S.C. §§ 2000d *et seq.*, and its implementing regulation, 34 C.F.R. Part 100, which prohibit discrimination on the bases of race, color, and national origin by recipients of Federal Financial Assistance from the Department. Title VI also prohibits retaliation against any individual who asserts rights or privileges under these laws or who files a complaint, testifies, or participates in an OCR proceeding. As a recipient of Federal financial assistance from the Department, the Law School is subject to these laws. On August 22, 2016, OCR notified the Complainant and the Law School that it would investigate the following two legal issues:

1. Whether the Law School subjected the Complainant to different treatment on the basis of national origin, in noncompliance with the regulation implementing Title VI at 34 C.F.R. § 100.3; and

2. Whether the Law School retaliated against the Complainant, in noncompliance with Title VI and its implementing regulation at 34 C.F.R. § 100.7.

During its investigation, OCR reviewed data provided by the Complainant and the Law School. OCR also interviewed the Complainant, several members of the Law School staff and an additional witness that the Complainant requested OCR interview. Prior to the conclusion of OCR's investigation, the Law School requested to address the complaint allegations with a voluntary resolution agreement pursuant to Section 302 of OCR's *Case Processing Manual* (CPM). CPM

OCR Complaint #04-16-2184
Page 2 of 3
July 17, 2019

Section 302 states that allegations under investigation may be resolved at any time when, prior to the point when the Regional Office issues a final determination under CPM Section 303, the recipient expresses an interest in resolving the allegations and OCR determines that it is appropriate to resolve them with an agreement. After a careful review of the complaint and the evidence obtained during the investigation, OCR determined that it was appropriate to resolve the allegations prior to the conclusion of the investigation under Section 302 of the CPM. OCR notified the Complainant that the Law School expressed an interest in the Section 302 resolution.

Before OCR commenced the negotiations with the Law School, the Complainant and the Law School expressed an interest in voluntarily participating in OCR's mediation process, during which OCR attempts to facilitate a resolution between the parties. On October 20, 2017, OCR initiated the mediation process, and a neutral OCR facilitator contacted both parties and attempted to facilitate a resolution between the Complainant and the Law School. However, the mediation was unsuccessful, and OCR notified both parties of this outcome on December 5, 2017.

Following the unsuccessful mediation, the Law School renewed its interest in a Section 302 resolution. We had anticipated resolving this matter earlier this fiscal year; however, to date, OCR has not reached a resolution with the Law School and the matter remains in investigation. Once OCR concludes its case resolution process and the matter is reviewed in accordance with the CPM, OCR will inform both the Complainant and the Law School.

Throughout the investigation, members of my staff and I have spoken with the Complainant regarding the status of the Complaint. Most recently, I spoke with the Complainant on June 18, 2019 regarding the Complaint.

If you have additional questions or concerns, please do not hesitate to have your staff contact the Office of Legislation and Congressional Affairs,

Sincerely,

Melanie Velez
Regional Director



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE FOR CIVIL RIGHTS, REGION IV**

61 FORSYTH ST., SOUTHWEST, SUITE 19T10
ATLANTA, GA 30303-8927

REGION IV
ALABAMA
FLORIDA
GEORGIA
TENNESSEE

October 31, 2019

Senator Richard J. Durbin
United States Senate
230 South Dearborn St.
Suite 3892
Chicago, Illinois 60604

Re:    Mark Bochra
       Complaint # 04-16-2184

Dear Senator Durbin:

The U.S. Department of Education (Department) Office for Civil Rights (OCR), Region IV received your office's inquiry related to the above-referenced complaint (Complaint) against Florida Coastal Law School (Law School) filed by your constituent, Mark Bochra (Complainant). Your correspondence requested that OCR provide you with the status of its investigation regarding Complaint # 04-16-2184.

On April 21, 2016, OCR received Complaint # 04-16-2184 which alleged that the Law School subjected the Complainant to discrimination and retaliation under Title VI of the Civil Rights Act of 1964 (Title VI).  OCR is responsible for enforcing Title VI, 42 U.S.C. §§ 2000d *et seq*., and its implementing regulation, 34 C.F.R. Part 100, which prohibit discrimination on the bases of race, color, and national origin by recipients of Federal Financial Assistance from the Department.  Title VI also prohibits retaliation against any individual who asserts rights or privileges under these laws or who files a complaint, testifies, or participates in an OCR proceeding.  As a recipient of Federal financial assistance from the Department, the Law School is subject to these laws.

On August 22, 2016, OCR notified the Complainant and the Law School that it would investigate the following two legal issues:

1. Whether the Law School subjected the Complainant to different treatment on the basis of national origin, in noncompliance with the regulation implementing Title VI at 34 C.F.R. § 100.3; and

2. Whether the Law School retaliated against the Complainant, in noncompliance with Title VI and its implementing regulation at 34 C.F.R. § 100.7.

OCR Complaint #04-16-2184
Page 2 of 2
October 31, 2019

During its investigation, OCR reviewed data provided by the Complainant and the Law School. OCR also interviewed the Complainant, several members of the Law School staff and an additional witness that the Complainant requested OCR interview. Prior to the conclusion of OCR's investigation, the Law School requested to address the complaint allegations with a voluntary resolution agreement pursuant to Section 302 of OCR's *Case Processing Manual* (CPM). CPM Section 302 states that allegations under investigation may be resolved at any time when, prior to the point when the Regional Office issues a final determination under CPM Section 303, the recipient expresses an interest in resolving the allegations and OCR determines that it is appropriate to resolve them with an agreement. After a careful review of the complaint and the evidence obtained during the investigation, OCR determined that it was appropriate to resolve the allegations prior to the conclusion of the investigation under Section 302 of the CPM. OCR notified the Complainant that the Law School expressed an interest in the Section 302 resolution.

Before OCR commenced the negotiations with the Law School, the Complainant and the Law School expressed an interest in voluntarily participating in OCR's mediation process, during which OCR attempted to facilitate a resolution between the parties. On October 20, 2017, OCR initiated the mediation process, and a neutral OCR facilitator contacted both parties and attempted to facilitate a resolution between the Complainant and the Law School. However, the mediation was unsuccessful, and OCR notified the Complainant and the Law School of this outcome on December 5, 2017.

At the present time, this matter remains in investigation and we continue to work on resolving this matter. OCR aims to resolve this matter by the end of the calendar year. Once OCR concludes its case resolution process and the matter is reviewed in accordance with the CPM, OCR will inform both the Complainant and the Law School.

Throughout the investigation, members of my staff and I have spoken with the Complainant regarding the status of the Complaint, and once we have additional information to share about the complaint resolution, we will share that information with the Complainant

If you have additional questions or concerns, please do not hesitate to have your staff contact the Office of Legislation and Congressional Affairs.

Sincerely,

Melanie Velez
Regional Director

# EXHIBIT D

*I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**Table of Contents**

I. PRESIDENT TRUMP'S SUPPORT TOWARD THE COPTIC PEOPLE ................................................ 3

II. MARK'S PROLOGUE STORY: A TALE OF INJUSTICE AMONG THE TITANS ................................ 4

    A. BRIEF SUMMARY OF THE STATUS OF INFILAW'S LAW SCHOOLS ...................................... 6

III. OFFICE FOR CIVIL RIGHT, ATLANTA ................................................................................... 7

    A. OCR ATLANTA SENIOR ATTORNEY LEDONDRIA SAINTVILL ........................................... 8

IV. OFFICE FOR CIVIL RIGHT, HEADQUARTER ......................................................................... 9

V. OFFICE OF INSPECTOR GENERAL ..................................................................................... 13

    A. WHY DO YOU ALLOW EVIL TO FLOURISH ................................................................. 14

VI. WHEN WILL THE OFFICE FOR CIVIL RIGHTS CEASE PERSECUTING A COPTIC STUDENT? ..................... 16

VII. OFFICE OF ILLINOIS ATTORNEY GENERAL & THE DEPARTMENT OF JUSTICE FL .................................. 20

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Mark Bochra
5757 North Sheridan Road, Apt 13B
Chicago, IL 60660



**VIA ELECTRONIC MAIL & MAIL**

President Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

The Honorable Lindsey Graham
Chairman
U.S. Senate Committee on the Judiciary
224 Dirksen Senate Office Building
Washington, D.C. 20510
whistleblower@judiciary-rep.senate.gov

The Honorable Dianne Feinstein
Ranking Member
U.S. Senate Committee on the Judiciary
224 Dirksen Senate Office Building
Washington, D.C. 20510
info@judiciary-dem.senate.gov

The Honorable Carolyn B. Maloney
Chairwoman
2471 Rayburn House Office Building
Washington, D.C. 20515
oversight.democrats@mail.house.gov

The Honorable Betsy DeVos
Secretary of Education
400 Maryland Avenue SW
Washington, D.C. 20202-1100
betsy.DeVos@ed.gov

September 22, 2020

**Re:     Your Administration at DOE is retaliating against a Copt (Coptic)**
**When will the Office of Civil Right cease persecuting a Coptic Student?**
**The fall of Office for Civil Rights with Kenneth Marcus**

Dear Mr. President,

Lord, how they have increased who trouble me! Many are they who rise up against me. Many are they who say of me, ─There is no help for him in God." Selah but You, O Lord, are a shield for me, my glory and the one who lifts up my head [Psalms 3:1-3].[1] Why do you stand afar off, O Lord? Why do you hide in times of trouble? The wicked in his pride persecutes the poor; Let them be caught in the plots which they have devised [Psalms 10:1-2].[2] Lord, to this very day, they continue to test my faith in you but you said ─everything is possible for the one who believes" [Mark 9:23].[3]

---

[1] See http://www.copticchurch.net/cgibin/bible/index.php?r=Psalms+3&version=NKJV&btn=View&showVN=1
[2] See http://www.copticchurch.net/cgibin/bible/index.php?r=Psalms+10%3A1-2&version=NKJV&btn=View
[3] See http://www.copticchurch.net/cgibin/bible/index.php?r=Mark+9%3A23&version=NKJV&btn=View

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

Many a time they have afflicted me from my youth; yet they have not prevailed against me. The plowers plowed on my back; they made their furrows long. <u>*And the lord is watching? He is not doing anything*</u>? The Lord is righteous; He has cut in pieces the cords of the wicked [Psalms 129:2-3].[4]

## I. PRESIDENT TRUMP'S SUPPORT TOWARD THE COPTIC PEOPLE

Mr. President, it is true that you read all many of my letters; it is true that you read them with open eyes by showing love with action not words. It is true that the slogan "keep America Great" you took it from the title of my 5th letter and you've used it.[5] It is true that I showed you since 2019 who your enemies were, it is true that you heard my voice more than once when you started to speak against the persecuted Christians starting with the Coptic people.[6] It is true that you sent 2 letters for 2 consecutive years related to "Global Coptic Day", and it is true that you showed love with action not words.[7] But, Mr. President, where am I in this entire equation? Was your heart craving true love or was your heart craving something else? The President, who went out of his way to confront evil, could not be the same President that his own administration does injustice toward the weak and call it good.[8]

Mr. President, with all of this, but you forget the person who was writing letters to you and supporting you all the way, supporting you differently, by changing your heart and no one else did that for you Mr. President. Here we are wherein, your own administration at the Department of Education, picked up a case that was opened since the Obama Administration and they did not only do injustice in my case, but they retaliated without any care, mercy, or providing any solace and here is the question, and you answer me "do for others, just as you have others do for you." Mr. President, you wanted the weak to support you when you yourself tasted injustice but then why would your own administration commit injustice with intent and malice.

> Righteous are You, O Lord, when I plead with you; yet let me talk with you about your judgments. Why does the way of the wicked prosper? Why are those happy who deal so treacherously? [Jeremiah 12:1].[9]

> Lord, how they have increased who trouble me! Many are they who rise up against me. Many are they who say of me, "There is no help for him in God." Selah but You, O Lord, are a shield for me, my glory and the one who lifts up my head [Psalms 3:1-3].[10] Why do you stand afar off, O Lord? Why do you hide in times of trouble? The wicked in his pride persecutes the poor; Let them be caught in the plots which they have devised [Psalms 10:1-2].[11]

---

[4] See http://www.copticchurch.net/cgibin/bible/index.php?r=Psalms+129%3A2-3&version=NKJV&btn=View
[5] See https://twitter.com/realDonaldTrump/status/1178821592421404678
[6] See President Trump's remarks https://youtu.be/TmrRILM9wFQ?t=248 Book https://www.amazon.com/21-Journey-into-Coptic-Martyrs/dp/0874868394/
[7] See https://www.whitehouse.gov/briefings-statements/presidential-message-global-coptic-day-2020/
[8] See https://twitter.com/open_genesis/status/1273302851717074944
[9] See http://www.copticchurch.net/cgibin/bible/index.php?r=Jeremiah+12&version=NKJV&btn=View&showVN=1
[10] See http://www.copticchurch.net/cgibin/bible/index.php?r=Psalms+3&version=NKJV&btn=View&showVN=1
[11] See http://www.copticchurch.net/cgibin/bible/index.php?r=Psalms+10&version=NKJV&btn=View&showVN=1

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## II. MARK'S PROLOGUE STORY: A TALE OF INJUSTICE AMONG THE TITANS

Mr. President, this 20th letter will be all about my own case and true it has wicked Jews who retaliated discriminated and retaliated against me, but labels has causes people not to be able to identify good from evil and when we see Jews who follow Christ, we call them non-Jews, and when we see Jews who deny Christ and commit evil because of their closed hearts, we call them Jews. The topic is never controversial, the hearts are, and you yourself were being setup by Jews left and right, most of Muller's prosecuting team were all Jews.[12] Rod Rosenstein was also Jewish who spoke about the ―Rule of Law" but the law that he wants to follow, a law of closed heart and for that I showed many that ―no one is righteous." So let me share with you my story.

In 2016, I filed a complaint against Florida Coastal School of Law with the Department of Justice for Discrimination and Retaliation; little did I know back then how the system runs, I then followed up via e-mail with DOJ Civil Right Attorney Vanita Gupta.[13] I thought the word *justice* meant something but it didn't, it was only an agenda for who wield that power.[14] Vanita Gupta was and is a supporter of Islamist Organizations as she invited organizations such as ―Muslim Advocates" and gave recognition speeches to them.[15]

> We saw on the news, the case *The American Legion, et al. v. American humanist association, et al.*, which headed to the Supreme Court for an oral argument by a civil right organization ―American Humanist" representing atheists seeking the removal of the memorial cross. They lost the lawsuit.[16] We've also saw how several civil right organizations joined the plaintiff's bandwagon like ―Muslim Advocates" giving a speech and holding signs saying ―*The cross does not stand for me*."[17]

Vanita Gupta never cared about my case or a Christian (a Coptic), despite my e-mails to her, rather she was following a specific agenda, and DOJ did dismiss my case without following their own proper protocol i.e., if they can't handle the case, they must forwarded it to Office For Civil Rights at the department of Education; see **Exhibit A** DOJ response letter.

As a result of their failure to follow the Department of Justice's proper protocol and procedure, I had to write a complaint letter to Attorney General Loretta Lynch; see **Exhibit B**. While in the meantime; I filed a complaint with Office for Civil Rights (OCR) by reaching directly to Secretary John King and Secretary for Office for Civil Right Catherine Lhamon. The Complaint(s) included Fraud, Abuse, and Deception related to Infilaw's Law Schools when it comes to Federal Student Aid, and Discrimination, Retaliation, and Criminal Conspiracy with intent related to Florida Coastal School of Law for Office For Civil Rights.

---

[12] See https://forward.com/fast-forward/376491/3-jewish-prosecutors-join-robert-muellers-team-for-russia-meddling-probe/
[13] See https://twitter.com/vanitaguptaCR
[14] See https://youtu.be/A14THPoc4-4
[15] See her speech https://www.justice.gov/opa/speech/head-civil-rights-division-vanita-gupta-delivers-remarks-muslim-advocates-annual-gala
[16] See https://www.legion.org/honor/246061/legion-wins-bladensburg-memorial-supreme-court-case
[17] See also blood money documentary https://youtu.be/lFimy3QXqSc See http://sonorannews.com/2016/07/06/muslim-brotherhood-massive-government-infiltration-stigmatizing-government-employee-islamophobia/

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*Do for others, just as you have others do for you.*[18]

And Lo and Behold! the result of these letters were that Secretary John King's office paid special attention to my letters regarding Law Schools and the American Bar Association failure to enforce their own standards, while OCR took my case by forwarding it to OCR Atlanta; see **Exhibit C**, Federal Student Aid (FSA) responded on behalf of Secretary John King. I went back and informed DOJ that OCR took over my case and as a result, DOJ had to write me a letter on behalf of AG Loretta Lynch; see **Exhibit D**, but the letter had little meaning because it tried to show that DOJ complied with their own procedure by forwarding my complaint to OCR which they can't forward a complaint when OCR already took over the complaint. DOJ under the leadership of Vanita Gupta was never a neutral agency and God exposed it later during the Trump's administration. DOJ under the leadership of the Obama Administration did empower organizations that are connected to the Muslim Brotherhood rather than regular every day Arabs, and they distorted the word —discrimination" by using their political Islam advocacy agenda.

As a result of Secretary John King paying attention to my complaint letter, this is what happened.

On June 22, 2016, the National Advisory Committee on Institutional Quality and Integrity (NACIQI) held a hearing with the American Bar Association reciting it lack of enforcing their

---

[18] See https://youtu.be/0feZQkHbCkM?t=2110

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

standards which resulted in many predatory law schools to defraud many students while ruining their lives. The result of the hearing was the recommendation to place ABA under probation and to report back after a year.[19] This was the result of a letter sent on May 23, 2016 reporting Infilaw as a company, directly to Secretary John B. King. A reference to the complaint was recited on page 164 of the NACIQI hearing reciting the following — during this particular recognition period the Department received 11 third-party comments and one complaint which was received on May 31, 2016 and has not yet been reviewed by the Department.[20]

The Department of Education in response to my complaint against Florida Coastal School of Law and Infilaw responded with a letter on behalf of Secretary John King; see **Exhibit E**.

## A. BRIEF SUMMARY OF THE STATUS OF INFILAW'S LAW SCHOOLS

InfiLaw Corporation (—InfiLaw") is a Delaware corporation that, through a number of corporate entities, owns and operates three for-profit law schools, including: (1) Florida Coastal School of Law in Jacksonville, FL; (2) Arizona Summit Law School in Phoenix, AZ; and (3) Charlotte School of Law in Charlotte, NC.

o The First law school which fell under the Department of Education investigative watch was Charlotte School of Law wherein, the Department of Education denied it access to title iv funds. The result of a series of investigations by both the Department of Education and the American Bar Association was the shutter of the law school.[21] This occurred under the Obama's administration.

o The Second law school which fell under the Department of Education investigative watch was Arizona Summit of Law wherein, the Department of Education issued a teach out plan for the closure of the law school after being placed on probation by the American Bar Association.[22] This occurred under the Trump's administration.

o The Third and the last law school is Florida Coastal School of Law which after being under an investigation by the American Bar Association, the law school through Infilaw decided to lawsuit ABA in order to prevent ABA from sending a fact finder to the law school and after the law school lost several motions in the federal court, and after the law school's dean attended several hearing before ABA, a mutual agreement between ABA and Infilaw was initiated to drop the lawsuits in exchange of ABA placing FCSL in good standing. Florida Coastal School of Law in order to game the system to a certain extent knew that ABA and its finances aren't stable enough to defend against 3 consecutive lawsuits at the same time.[23]

---

[19] See https://www.law.com/americanlawyer/almID/1202764994053/
[20] See Hearing Transcript on page 164
https://web.archive.org/web/20170630014607/http://www2.ed.gov/about/bdscomm/list/naciqi-dir/2016-spring/naciqi-transcripts-062216.pdf
[21] See
http://www.abajournal.com/news/article/charlotte_school_of_law_must_close_north_carolina_ags_office_says
[22] See http://www.abajournal.com/news/article/arizona_summit_submits_another_teach_out_plan_to_aba
[23] See http://www.abajournal.com/news/article/all-infilaw-suits-against-the-aba-appear-headed-to-resolution

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

This is a company that its entire empire collapsed within a year after they discriminated and retaliated against me. They loved evil and hated good. The lord, God raises the humble and brings down the mighty proud from their thrones and disperses the haughty within their own thoughts.

## III. OFFICE FOR CIVIL RIGHT, ATLANTA

On August 22, 2016, Office for Civil Right Atlanta opened my complaint for discrimination and retaliation, the complaint was being investigated by senior attorney Ledondria H Saintvil. During the time of the investigation, I mailed in my case file on a USB with all its supportive evidence and investigation which included 3 investigative memos related to discrimination, retaliation with intent, and malice, along with criminal conspiracy to end Mark Bochra's life and legal career by any means necessary.[24]

Something, the naked eyes can't deny; OCR had a choice, either (1) resolve the complaint fairly and equally like all the other OCR complaints or (2) issue proper and just findings based on the facts and the truth presented, and pass the case to the Department of Justice for proper prosecution by enforcing the laws that they swore to protect. However, OCR Atlanta didn't do either, rather they tempered with witnesses, witnesses' testimony, and the evidence, and after a long chain of delay and excuses, they issued a trumped up findings during Covid19 shutdown, while allowing the recipient (Florida Coastal School of Law) to disperse all potential witnesses from the school during the span of 2 years.

> It is easy for students to feel abandoned, many students out there feel isolated and alone in their educational journeys and when tragedies strike, they look to their leaders, not only for rescue but for solace.[25] Hope is what drives a student to keep pushing forward. A hope for a better change, and we all know changes are hard.

What happens when a student complain of a threat by a faculty just to find himself interim suspended without a valid and a clear reason immediately the next day? What happens when a student files a grade appeal with evidence of his professor committing misconduct and after the professor's admission of such misconduct to the law school, the student finds his grade appeal denied without due process and interim suspended immediately the next day? What happens when a law school turns the complainant into the respondent after being assaulted and battered by another student? What happens when a law school takes the student's money for living expenses provided by Federal Student Air, holding it in their bank, leaving the students in a foreign state without any means to pay his rent, food, afford legal counsel, and much more? What happens when a student reports discrimination just to be retaliated against in the most egregious manner? What happens when a student mentions Jesus Christ quoting a verse from the bible because he is a Christian Coptic just to be labeled later unfit to be a lawyer and an array of racial remarks in writing by a lead investigator who taught a class to the students involved? What happens when that same lead investigator befriend the involved students on facebook? What

---

[24] <u>See</u> 3 Memos http://www.mediafire.com/file/pta2u2xgb4lu27a/Letter_20_Investigative_Memos_1-3_.pdf/file
[25] <u>See</u> Above the Law Article https://abovethelaw.com/2017/09/law-school-bullying-leads-to-recent-graduates-suicide/

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

happens when a law school tries to scare witnesses and faculties from speaking out for that same student in order to bury the truth? What happens when a law school seeks from a student to sign a release and waiver of all legal claims against the law school in order for that same student to continue his legal education? And what happens when that same law school engages in conspiracy trying to setup the same student through the criminal justice system not once but twice in order to get rid of him for good?



*The first e-mail from Ms. Ledondria Saintvil.*

## A. OCR ATLANTA SENIOR ATTORNEY LEDONDRIA SAINTVILL

Under Section 302 of OCR Case Processing Manual, it dictates the following, [if]:

> "The recipient expresses an interest in resolving the allegations and OCR determines that it is appropriate to resolve them with an agreement. OCR will inform the recipient that this resolution process is voluntary. When OCR determines that it is appropriate to resolve the allegations(s) pursuant to CPM Section 302, OCR will notify the complainant of the recipient's interest in resolution."

Section 302 adds that "From the date that the proposed resolution agreement is shared with the recipient, OCR and the recipient will have a period of up to 30 calendar days within which to reach final agreement. During the negotiations period (which may be less than 30 days, at the

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

discretion of OCR), OCR may suspend its investigation of the case. Where a final agreement is not reached by the 30th day, the investigation will resume no later than on the 31st day after negotiations were initiated; however, negotiations may continue while the investigation resumes. This 30-day period for suspension of the investigation in order to conduct negotiations cannot be restarted. "

During the ongoing investigation of my complaint, Senior Staff Attorney Ledondria Saintvil not only violated section 302 of OCR CPM but lied to me face on, hence failing to become a neutral fact finding agency as they claim, specifically:

1. On May 24, 2017 Ledondria Saintvil relayed to me that she interviewed Professor Korin Munsterman. Only to find 3 month later in September of 2017 from Prof. Munsterman herself that her interview was canceled after she was interviewed by the school's counsel and the school admitted wrongdoing.
2. Ledondria Saintvil never notified me verbally or in writing that she is negotiating a resolution with the school since June of 2017. In a verified e-mail dated May 1, 2018 by Mr. Randolph Wills, he e-mailed me saying in part that the team canceled Professor Korin Munsterman interview because the school expressed an interest in settling the matter.
3. Ledondria Saintvil never complied with section 302 time frame. OCR CPM does not allow an open window of negotiation for a year. OCR CPM only allows for 30-day period for negotiation. If the negotiation fails, then the investigation resumes.
4. Ledondria Saintvil canceled my professor's interviews after the school counsel interviewed Professor Korin Munsterman a day before her official interview with OCR.

## IV. OFFICE FOR CIVIL RIGHT, HEADQUARTER

Letters were sent to Office for Civil Right Headquarter and at the time forwarded to Secretary Candice Jackson who then consulted with Enforcement Director Mr. Randolph Wills to handle the situation by telling him ―I need this case to be handled properly."

Mr. Randolph Wills did indeed reach out to me, and then reached out to the director of OCR Atlanta's Office Melanie Velez and they were both working on the case attempting to correct wrongdoings which happened at the hands of other lawyers but while Mr. Randolph Wills was honest with me, Melanie Velez always spend hours on the phone with me filled with delays and excuses to the point I saw all the witnesses involved in my case being dispersed one after the other without OCR interviewing them and I would tell Melanie Velez, the school is dispersing witnesses and her only response was ―Mr.Bochra, I promised you that I will resolve your case."

However, Melanie Velez was wicked at what she did 2 years later even though she promised that she will resolve this complaint, but she never did, all her actions proved the idea of dispersing witnesses and they were indeed dispersed and OCR never interviewed the required witnesses.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>



*Many more e-mails were exchanged between Mark Bochra and Mr. Randolph Wills.*



*And many more e-mails.*

*—I came to complete not to refute. I came light to the World.*" Jesus Christ

Mr. Randolph Wills consulted with OCR Director of the Atlanta Office, Melanie Velez who continued to mishandle Mark's case until her real wickedness appeared 2 years later by tempering with witnesses, evidence, and issue trumped up findings during Covid19 shutdown, thinking at that time that this was the perfect time to destroy Mark's case and that no one will pay attention to his case because of the pandemic.

Melanie Velez wickedness only deepens OCR involvement in the case because now not only Florida Coastal School of Law committed criminal conspiracy with intent and malice beside discrimination and retaliation but also Office for Civil Right Atlanta did the same exact thing by tempering with witnesses and evidence face on and they always forget that God is watching.



*The very early e-mail from Melanie Velez, Director of OCR Atlanta.*



*A year later and Melanie Velez continued with her wicked excuses.*

—*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



**Velez, Melanie** ☆
Melanie.Velez@ed.gov
✉ Send email    📇 View profile

---

✓ **Results**                                                                              **Filter** ⌄

| VM | Velez, Melanie | ↩ | RE: Florida Coastal School of Law/complaint | I ca... | Inbox | 7/17/2018 |
| VM | Velez, Melanie | ↩ | RE: Florida Coastal School of Law/complaint | Mr. ... | Inbox | 7/17/2018 |
| VM | Velez, Melanie | ↩ | RE: Florida Coastal School of Law/complaint | Hi ... | Inbox | 7/16/2018 |
| VM | Velez, Melanie | ↩ | RE: Florida Coastal School of Law/complaint | Mr. ... | Inbox | 7/12/2018 |
| VM | Velez, Melanie | → | Florida Coastal School of Law/complaint | Dear M... | Inbox | 7/12/2018 |
| VM | Velez, Melanie | ↩ | RE: Case Status - Mark Bochra | Mr. Bochra—I wil... | Inbox | 4/9/2018 |
| VM | Velez, Melanie | ↩ | RE: Case Status - Mark Bochra | Dear Mr. Bochra... | Inbox | 4/2/2018 |
| VM | Velez, Melanie | ↩ | RE: Case Status - Mark Bochra | Mr. Bochra—I wil... | Inbox | 3/28/2018 |
| VM | Velez, Melanie | ↩ | RE: Case Status - Mark Bochra | Good evening, M... | Inbox | 3/27/2018 |
| VM | Velez, Melanie | ↩ | RE: Case Status - Mark Bochra | Mr. Bochra—I wil... | Inbox | 3/27/2018 |
| VM | Velez, Melanie | ↩ | RE: Florida Coastal School of Law 302 | Good afte... | Inbox | 3/12/2018 |
| VM | Velez, Melanie | ↩ | Re: Florida Coastal School of Law 302 | Good mor... | Inbox | 3/9/2018 |
| VM | Velez, Melanie | ↩ | RE: Florida Coastal School of Law 302 | Mr. Bochr... | Inbox | 3/7/2018 |
| VM | Velez, Melanie | ↩ | RE: Retaliation Against Prof. Korin Munsterman b... | | Inbox | 3/5/2018 |
| VM | Velez, Melanie | ↩ | RE: Retaliation Against Prof. Korin Munsterman b... | | Inbox | 3/2/2018 |
| VM | Velez, Melanie | ↩ | Call | Mr. Bochra— I am unable to call you much ... | Inbox | 2/23/2018 |
| VM | Velez, Melanie | ↩ | RE: Florida Coastal School of Law (04-16-2184) - | I | Inbox | 2/22/2018 |
| VM | Velez, Melanie | ↩ | Florida Coastal School of Law (04-16-2184) - | HI... | Inbox | 2/21/2018 |
| VM | Velez, Melanie | → | RE: Florida Coastal School of Law (04-16-2184) - ... | | Inbox | 2/16/2018 |
| VM | Velez, Melanie | ↩ | RE: Florida Coastal School of Law (04-16-2184) - ... | | Inbox | 2/7/2018 |
| VM | Velez, Melanie | | RE: Florida Coastal School of Law (04-16-2184) | G... | Inbox | 1/26/2018 |
| VM | Velez, Melanie | ↩ | RE: Florida Coastal School of Law (04-16-2184) | G... | Inbox | 1/25/2018 |

*And many more e-mails from Ms. Melanie Velez*

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## V. OFFICE OF INSPECTOR GENERAL

Under the advice of an attorney at DOJ Florida, he recommended that I reach out to Office of Inspector General relative to lawyers' misconducts at OCR and indeed I did reach out to OIG in order for them to correct the ongoing wrongdoing and they heard my voice and they opened my case for an investigation.

**From:** Santana, Yessyka <Yessyka.Santana@ed.gov>
**Sent:** Monday, May 7, 2018 10:59 AM
**To:** Mark Bochra
**Subject:** RE: Ethical Misconducts - employees at Office of Civil Right Atlanta [Complaint]

Mr. Bochra,

I forwarded your email to the Special Agent in Charge overseeing Atlanta investigations. His contact information is below.

Neil E. Sanchez | Special Agent in Charge
U.S. Department of Education | Office of Inspector General
1999 Bryan Street, Ste. 1440 | Dallas, Texas 75201
214-661-9546 (Direct) | 214-661-9589 (Fax)

Thanks,

**Yessyka Santana**
Director of Policy and National Initiatives
United States Department of Education
Office of Inspector General
Office: (404) 974-9431
Mobile: (404) 989-1782

*When God gives hope*

**From:** Santana, Yessyka
**Sent:** Monday, May 07, 2018 12:02 PM
**To:** Tighe, Kathleen S.; Bruce, Sandra; Jordan, Aaron; Smith, Mark A.; Gardner, Nicole
**Subject:** RE: Ethical Misconducts - employees at Office of Civil Right Atlanta [Complaint]

All – I forwarded this to SAC Neil Sanchez. I also responded to Mr. Bochra and provided Neil's contact information. Neil will address.

Thanks,
Yessy

**Yessyka Santana**
Director of Policy and National Initiatives
United States Department of Education
Office of Inspector General
Office: (404) 974-9431
Mobile: (404) 989-1782

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



So every time the Lord, God opens a door for me to give me hope, the Devil comes and destroys that door by shutting it down and now we see OCR Atlanta committing misconducts, OIG committing misconducts, and it kept growing not getting smaller.

Out of the blue, another agent at OIG was trying to close my complaint by any means possible, that agent name's was Nicole Gardner.

## A. WHY DO YOU ALLOW EVIL TO FLOURISH

I ask you O Lord, what are your opinion concerning them. <u>Why</u> do you allow the devil to rise and his kingdom stretches far and wide? <u>Why</u> did you say in the book of revelation — it was granted to him to make war with the saints and to overcome them. And authority was given him over every tribe, tongue, and nation [Revelation 13:7].[26] <u>Why</u> did you say — and unless those days were shortened, no flesh would be saved; but for the elect's sake those days will be shortened [Mathew 24:22].[27] <u>Why</u> did you say — now when the thousand years have expired, Satan will be released from his prison and will go out to deceive the nations which are in the four corners of the earth, Gog and Magog, to gather them together to battle, whose number is as the sand of the sea [Revelation 20:7-8].[28]

---

[26] See http://www.copticchurch.net/cgibin/bible/index.php?r=Revelation+13%3A7&version=NKJV&btn=View
[27] See http://www.copticchurch.net/cgibin/bible/index.php?r=Matthew+24%3A22&version=NKJV&btn=View
[28] See http://www.copticchurch.net/cgibin/bible/index.php?r=Revelation+20%3A7-8&version=NKJV&btn=View

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

<u>Why</u> O Lord, many have increased who trouble me! <u>Why</u> many are rising up against me. <u>Why</u> many are saying, —There is no help for him in God." <u>Why</u> does the believer cry out to you every day and say —hasten to my aid, my enemies are in the vigor of life, and those who hate me for false reasons have become great."



**From:** Gardner, Nicole
**Sent:** Wednesday, May 09, 2018 9:43 AM
**To:** Hall, Melissa
**Subject:** FW: Ethical Misconducts - employees at Office of Civil Right Atlanta [Complaint]

Melissa,

This is the one I asked about last week and went missing somehow. Can youu please process?

Thanks!
Nicole

---

**From:** Gardner, Nicole
**Sent:** Tuesday, May 08, 2018 11:45 AM
**To:** Santana, Yessyka
**Cc:** Sanchez, Neil
**Subject:** RE: Ethical Misconducts - employees at Office of Civil Right Atlanta [Complaint]

Hi Yessy,

Just a quick follow up.  Mr. Bochra has been complaining for a non-stop since February and his concerns are not OIG matters. He has exhausted his appeals with OCR.  The latest is he is claiming that OCR "tampered" with witnesses.  This is not a crime, because it is related to an administrative matter.  We have not entered all of his other complaints in yet because he keeps adding more information.  I believe this is a hotline matter.  I attached the emails that are not duplicates.  Please advise if you would like the hotline or southern to handle this.

Best-
Nicole

*When the Devil destroys hope*

Then came the new, at OIG Inspector General retired, but did she really retired or did something happened which triggered her retirement?



Automatic reply: Infilaw -

TS  Tighe, Kathleen S. < Kathleen.Tighe@ed.gov >
Sat 12/1/2018 11:33 AM
To: You

Kathleen Tighe has retired as of 11/30/18. Please direct all questions to acting IG Sandra Bruce at Sandra.Bruce@ed.gov or call OIG Headquarter main number at (202) 245-6900.

Reply  |  Forward

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## VI. WHEN WILL THE OFFICE FOR CIVIL RIGHTS CEASE PERSECUTING A COPTIC STUDENT?

Prior to the conclusion of my OCR Complaint, came the wicked Beast, who called himself the ─Nazi Beast is back"[29] Kenneth Marcus, wherein, I sent him two detailed letters and Senator Durbin's office sent OCR 3 letters asking for the status of my Complaint but Kenneth Marcus never did justice in my case and for that reason he left OCR at the time God wanted it.[30]



Kenneth L. Marcus
@Klmarcus

Here is another recent example of neo-Nazi Jew-spotting from the Daily Stormer comments.
#TheNaziBeastIsBack

7:54 AM · Aug 1, 2016 · OS X

---

[29] See https://twitter.com/Klmarcus/status/760096381751005185
[30] See first Letters http://www.mediafire.com/file/xnaao88eayn7hca/Letter_20_-_First_letter_to_Kenneth_Marcus.pdf/file See second letter
http://www.mediafire.com/file/m0x57d0966b7zml/Letter_20_-_Second_letter_to_Kenneth_Marcus.pdf/file

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

At that time, Secretary Candice Jackson left her duties as the secretary and she was not in control of my case anymore, but rather it was left to Kenneth Marcus and Kenneth Marcus did commit wickedness and watched OCR Atlanta retaliating and for that reason he left OCR while my case is pending an appeal before yet another OCR office, OCR Dallas.[31]

---

### Re: Having a concern - Florida Coastal School of Law Closure [Mark]

ⓘ    You replied on Tue 7/10/2018 9:29 AM

 Jackson, Candice <Candice.Jackson@ed.gov>
Tue 7/10/2018 9:23 AM
You ⌄

Mr. Bochra,
I am no longer the Assistant Secretary for OCR.

Thank you,
Candice

Candice Jackson
Office for Civil Rights
U.S. Dept. of Education

---

*At least she was kind and that is the part I remember about her*

Mr. President, OCR HQ to this very day continues to play with their manual, changing it to their like at the time they want without any public comments or feedback and who exposes them, it was none other than Kenneth Marcus.[32] They can give you an appeal process that is never independent and filled with shortfalls and denial of due process, while they can modify other parts of the manual which helps them legally but every time they attempt to do injustice with the weak they fall deeper and deeper.

My Question to you Mr. President, when will your administration cease retaliating against a Coptic Student? They don't care, and it is a jungle at that house, and more like a divided house, a house that lost its path toward righteous and now is filled with vipers and serpents and action speaks louder than words.

> Righteous are You, O Lord, when I plead with you; yet let me talk with you about your judgments. Why does the way of the wicked prosper? Why are those happy who deal so treacherously? [Jeremiah 12:1].[33]

---

[31] Kenneth Marcus left OCR https://www.nytimes.com/2020/07/27/us/politics/kenneth-marcus-education-department.html

[32] See https://twitter.com/Klmarcus/status/1298730430473089024

[33] See http://www.copticchurch.net/cgibin/bible/index.php?r=Jeremiah+12&version=NKJV&btn=View&showVN=1

*—I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

---

**From:** Mark Bochra
**Sent:** Friday, October 4, 2019 10:34 AM
**To:** kenneth.marcus@ed.gov <kenneth.marcus@ed.gov>; Kimberly.Richey@ed.gov <Kimberly.Richey@ed.gov>; candice.jackson@ed.gov <candice.jackson@ed.gov>; Wills, Randolph <Randolph.Wills@ed.gov>; william.trachman@ed.gov <william.trachman@ed.gov>
**Cc:** Chelsea.Henderson@ed.gov <Chelsea.Henderson@ed.gov>; Carol.Ashley@ed.gov <Carol.Ashley@ed.gov>; Lisa.Chang@ed.gov <Lisa.Chang@ed.gov>; Mia.Karvonides@ed.gov <Mia.Karvonides@ed.gov>; Melanie.Velez@ed.gov <Melanie.Velez@ed.gov>
**Subject:** Request for a different OCR Investigator + a different OCR Director to oversee my complaint Florida Coastal School of Law [Mark Bochra]

Good Morning OCR HQ -

I am requesting that my complaint against Florida Coastal School of Law be re-assigned to a
different investigative team and lead by a different Director, independent, and different from
Ms. Melanie Velez.

In the past, over the phone, I have asked Ms. Velez for this, requesting initially for a
different investigator(s) to handle my complaint and her response in part to me was that she is
there to make sure my complaint is handled properly but after the OCR Manual was violated face
on and after Ms. Velez allowed for OCR Manual to be violated face on, especially section 302
when OCR Atlanta used a year to negotiate a resolution with the recipient compare to 30 days as
dictated by OCR manual, and after being provided with many opportunities to correct ongoing
wrongdoings and Ms. Velez continued to violation the manual when she failed to now comply with
section 303.

https://www2.ed.gov/about/offices/list/ocr/docs/ocrcpm.pdf

I have tried so hard to seek an independent investigator prior to Melanie Velez retaliating against me but to no avail. I even complaints to Betsy Devos's chief of staff but the guy living in his own world. They told me —Mark you have reached the Secretary's Chief of staff, there is no higher person than him" Well not here is, God.

Now my case is pending an appeal before yet another regional office, OCR Dallas.[34]



Gonzales, Terri <Terri.Gonzales@ed.gov>
Mon 7/6/2020 2:23 PM
To: You
Cc: Vidacak, Sakina

📄 Re-Appeal OCR Final 10 page...
   1 MB

Dear Mr. Bochra,

Thank you for your prompt response. As per your request, we will consider the attached 10 pages your appeal.

Best,

Terri Gonzales

---

[34] <u>See</u> initial appeal
http://www.mediafire.com/file/b11dw53117rm8we/Letter_20_Mark_Bochra_OCR_Appeal_Amended.pdf/file See
subsequent appeal when OCR Dallas demand a 10 page appeal, double space
http://www.mediafire.com/file/1wamdbysz4x4z9e/Letter_20_Re-Appeal_OCR_Final_10_pages.pdf/file

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>



*Justice is hard, isn't it Mr. President?*

Will OCR Dallas commit the same misconducts as OCR Atlanta? So far they have shaken my heart when they first rejected my appeal because it was not 10 page double space and later accepted an appeal that was 10 page double space but here I tell you, they enforced the manual on me, a manual that gets modified by OCR HQ whenever they like but they never enforced that same manual on the recipient, instead they violated it head on.

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## VII. OFFICE OF ILLINOIS ATTORNEY GENERAL & THE DEPARTMENT OF JUSTICE FL

Mr. President, who else was involved in my case and looked at it, both IL Attorney General and the Department of Justice Florida.

---

**From:** Sanders, Joseph <JSanders@atg.state.il.us>
**Sent:** Thursday, March 26, 2020 6:56 AM
**To:** Mark Bochra <mbochr2@hotmail.com>; Attorney_General <attorney_general@atg.state.il.us>; Janas, Kimberly <KJanas@atg.state.il.us>; Stratton, Brent <bstratton@atg.state.il.us>; Braun, Adam <ABraun@atg.state.il.us>
**Cc:** Ellis, Susan <sellis@atg.state.il.us>; Lipski,Ewa <elipski@atg.state.il.us>; Arnaldo, Carlos <CArnaldo@atg.state.il.us>
**Subject:** Re: Higher Education & Infilaw System: A Text Book for Deception and Fraud

Dear Mark,

Do you have a copy of OCR's findings, referenced below? We will review a copy if you are willing to forward it.

Stay safe during these stressful times.

Best Regards,
Joe Sanders

---

Re: Higher Education & Infilaw System: A Text Book for Deception and Fraud

ⓘ   You replied on Mon 5/18/2020 10:51 AM

   Sanders, Joseph <JSanders@atg.state.il.us>
Thu 3/26/2020 7:28 AM
To: You
Cc: Lipski,Ewa; Arnaldo, Carlos

Thanks Mark. Looking forward to reviewing.

Best,
Joe

---

I have also reached out to U.S. Attorney Maria Chapa Lopez[35] by leaving her a voicemail, she did assigned a DOJ lawyer by the name Yohance Pettis, and we discussed my case and he read all of my 3 investigative memos and he added "Mark you are very smart to come up with these investigations" and he added "I will reach out to DOJ criminal division to see what they like to do and get back to you" But when my e-mails turned numerous and DOJ saw how complex and messy my case is, Mr. Yohence's tone changed and send me this e-mail.

If I was a prosecutor at DOJ, would I ever do that? If a U.S Attorney advises me to e-mail the Complainant asking him to not e-mail a U.S. Attorney, would I do that? Don't they call it the "Department of Justice"? What does Justice meant for these lawyers? Do they understand the parable toward a justice system? For that reason, I left them for sometimes and I channeled the

---

[35] See https://www.justice.gov/usao-mdfl/meet-us-attorney

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

heart of AG Barr and the leader listened and continued to evolve by teaching DOJ lawyers that true justice means.[36]



This is my story, and this is your administration Mr. President and you said you support the Coptic people and you said you support religious freedom, and you said you defend against religious persecution and you said, "I will never let you down."


/s/ Mark Bochra

---

[36] See https://youtu.be/A14THPoc4-4

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

<u>***Via Electronic Mails***</u>

**THE WHITE HOUSE**

The Honorable Pasquale A. Cipollone
Counsel for President Donald J. Trump

The Honorable Christopher J. Abbott
Deputy Director for Donald J. Trump

The Honorable Jared C. Kushner
Senior Advisor for President Donald J. Trump

Mr. Avrahm J. Berkowitz
Assistant to President Donald Trump

The Honorable Brooke Rollins
Acting Assistant to the President for Domestic Policy and Director of Domestic Policy

The Honorable Kayleigh McEnany
White House Press Secretary for President Donald J. Trump

**THE SUPREME COURT JUSTICES**

The Honorable Chief Justice John G. Roberts
Supreme Court of the United States
1 First Street, NE, Washington, DC 20543

The Honorable Justice Clarence Thomas
Associate Justice

The Honorable Justice Stephen G. Breyer
Associate Justice

The Honorable Justice Samuel A. Alito
Associate Justice

The Honorable Justice Sonia Sotomayor
Associate Justice

The Honorable Justice Elan Kagan
Associate Justice

The Honorable Justice Neil M. Gorsuch
Associate Justice

The Honorable Justice Brett M. Kavanaugh
Associate Justice

The Honorable Soon Justice Amy Barrett
Associate Justice

**DEPARTMENT OF JUSTICE**

The Honorable Eric Dreiband
Assistant Attorney General
U.S. Department of Justice
Civil Rights Division
Washington, DC 20530-0001

The Honorable Eric W. Treene
Special Counsel for Religious Discrimination
U.S. Department of Justice
Civil Rights Division
Washington, DC 20530-0001

The Honorable William Levi
Chief of Staff for AG Bill Barr

The Honorable Rachel Parker Bissex
Deputy Chief of Staff for AG Bill Barr

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Honorable John R. Lausch, Jr
United States Attorney's Office
Northern District of Illinois, Eastern Division
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

The Honorable Maria Chapa Lopez
United States Attorney's Office
400 North Tampa Street Suite 3200
Tampa, FL 33602

Ms. Kerri Kupec
Director of Communications and Public Affairs
U.S. Department of Justice

## U.S. OFFICE FOR SPECIAL COUNSEL

The Honorable Henry J. Kerner
Special Counsel
1730 M Street, N.W., Suite 218
Washington, D.C., 20036-4505

The Honorable Ellen Epstein
Principal Deputy Special Counsel

The Honorable Kimberley Baxter
Chief, Investigation & Prosecution Division

The Honorable Emilee Collier
Chief, Investigation & Prosecution Division

The Honorable Martha Sheth
Chief, Investigation & Prosecution Division

The Honorable Bruce Fong
Associate Special Counsel

The Honorable Elizabeth McMurray
Chief, Retaliation and Disclosure Unit

The Honorable Barbara Wheeler
Chief, Case Review Division

## U.S. DEPARTMENT OF EDUCATION GENERAL COUNSEL

The Honorable Mr. Reed D. Rubinstein
Principal Deputy General Counsel
U.S. Department of Education

The Honorable Mr. Jed Brinton
Deputy General Counsel
U.S. Department of Education

## U.S. DEPARTMENT OF EDUCATION & FEDERAL STUDENT AID

Mr. Nathan Adam Bailey
Chief of Staff  for Secretary Devos
Office for Secretary of Education

The Honorable Robert L. King
Secretary of Postsecondary Education.
Department of Education

The Honorable Diane Auer Jones
Principal Deputy under Secretary
Department of Education

The Honorable Mark A. Brown
Chief Operating Officer
U.S. Federal Student Aid

*─I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## U.S. DEPARTMENT OF EDUCATION OFFICE FOR CIVIL RIGHT

The Honorable Kimberly Richey
Acting Secretary for Office for Civil Rights
U.S. Department of Education

Mr. Randolph Wills
Deputy Assistant Secretary for Enforcement

Mr. David Tryon
Deputy Assistant Secretary for Policy and Development

Mr. Don Salo
Acting Deputy Assistant Secretary for Management and Planning

| | | |
|---|---|---|
| Ms. Carol Ashley | Ms. Lisa Chang | Ms. Mia Karvonides |
| Enforcement Director | Enforcement Director | Enforcement Director |
| | | |
| Mr. Christian Corrigan | Ms. Heather Gunnarson | Ms. Jady Hsin |
| Senior Counsel | Senior Counsel | Senior Counsel |
| | | |
| Ms. Meir Katz | Ms. Sarah Perry | Mr. William Trachman |
| Senior Counsel | Senior Counsel | Senior Counsel |

Mr. Gregory McGhee
Office for Civil Rights, Dallas Texas
Supervisory General Attorney & Overseeing Director for the Dallas Office

## U.S. DEPARTMENT OF EDUCATION OFFICE OF INSPECTOR GENERAL

| | |
|---|---|
| The Honorable Sandra Bruce | The Honorable Yessyka Santana |
| Inspector General | Director of Policy and National Initiatives |
| l550 12th Street, S.W. Washington, D.C. 20202 | |

Special Agent Neil E. Sanchez
Office of Inspector General
1999 Bryan Street, Ste. 1440, Dallas Texas 75201

## ILLINOIS ATTORNEY GENERAL

| | |
|---|---|
| The Honorable Kwame Raoul | The Honorable Kim Janas |
| Illinois Attorney General | Chief of Staff for IL Attorney General |
| 500 South Second Street | |
| Springfield, IL 62701 | |

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

The Honorable Adam Braun
Executive Deputy Attorney General

Mr. Joseph Sanders
Supervising Attorney, Consumer Fraud Bureau
Student Loan Ombudsman

The Honorable Brent Stratton
Chief Deputy Attorney General

Ms. Susan Ellis
Division Chief
Consumer Protection Division

**FLORIDA ATTORNEY GENERAL**

The Honorable Ashley Moody
Florida Attorney General
THE Capitol PL-01,
Tallahassee, FL 32399-0001

The Honorable John Matthew Guard
Chief Deputy Attorney General

The Honorable Richard Martin
General Counsel

Mr. Whitney Ray
Director of Communication

**U.S. STATE DEPARTMENT**

The Honorable Michael R. Pompeo
U.S. Secretary of State
2201 C Street, NW
Washington, DC 20520

The Honorable Lisa Greene
Chief of Staff at U.S. Secretary of State

The Honorable Richard Buangan
Executive Assistant for Office of the Secretary at U.S. Secretary of State

**U.S. SENATE MAJORITY LEADER AND THE HOUSE SPEAKER**

The Honorable Mitch McConnell
Senate Majority Leader
S-230, U.S. Capitol
Washington, DC 20510
Chief of Staff – Philip Maxson

The Honorable Chuck Schumer
Senate Minority Leader
322 Hart Senate Office Building
Washington, D.C. 20510
Chief of Staff – Michael Lynch

The Honorable Nancy Pelosi
Speaker of U.S. House of Representatives
204 Capitol Building
Washington, DC 20515
Chief of Staff – Robert Edmonson

**U.S. SENATE COMMITTEE ON THE JUDICIARY**

The Honorable Lindsey Graham
U.S. Senate Committee on the Judiciary
224 Dirksen Senate Office Building
Washington, D.C. 20510

The Honorable Dianne Feinstein
U.S. Senate Committee on the Judiciary
224 Dirksen Senate Office Building
Washington, D.C. 20510

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Honorable Chuck Grassley
Chief of Staff – Aaron Cummings

The Honorable John Cornyn
Chief of Staff – Beth Jafari

The Honorable Michael S. Lee
Chief of Staff – Allyson Bell

The Honorable Ted Cruz
Chief of Staff – Steve Chartan

The Honorable Ben Sasse
Chief of Staff – Raymond Sass

The Honorable Joshua Hawley
Chief of Staff – Kyle Plotkin

The Honorable Thom Tillis
Chief of Staff – Ted Lehman

The Honorable Joni Ernst
Chief of Staff – Lisa Smittcamp Goeas

The Honorable Mike Crapo
Chief of Staff – Susan Wheeler

The Honorable John Kennedy
Chief of Staff – David Stokes

The Honorable Patrick Leahy
Chief of Staff – John Dowd

The Honorable Dick Durbin
Chief of Staff – Pat Souders

The Honorable Sheldon Whitehouse
Chief of Staff – Sam Goodstein

The Honorable Amy Klobuchar
Chief of Staff – Elizabeth Peluso

The Honorable Christopher Coons
Chief of Staff – Jonathan Stahler

The Honorable Richard Blumenthal
Chief of Staff – Joel Kelsey

The Honorable Mazie Hirono
Chief of Staff – Alan Yamamoto

The Honorable Cory Booker
Chief of Staff – Matt Klapper

The Honorable Kamala Harris
Chief of Staff – Kristine Lucius

The Honorable Marsha Blackburn
Chief of Staff – Chuck Flint

## U.S. SENATE COMMITTEE ON FOREIGN RELATIONS

The Honorable James E. Risch
Senate Foreign Relations Committee
United States Senate
Washington, DC 20510
Chief of Staff – John Insinger

The Honorable Senator Marco Rubio
Senate Majority Leader
Chief of Staff – Mike Needham

The Honorable Senator Rand Paul
Chief of Staff – William Henderson

The Honorable Bob Menendez
Senate Foreign Relations Committee
United States Senate
Washington, DC 20510
Chief of Staff – Fred Turner

The Honorable Senator Ben Cardin
Senate Minority Leader
Chief of Staff – Christopher Lynch

The Honorable Senator Chris Coons
Chief of Staff – Jonathan Stahler

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Honorable Senator Ted Cruz
Chief of Staff – Perak Shah

The Honorable Senator Tim Kaine
Chief of Staff – Mike Henry

The Honorable Senator Lindsey Graham
Chief of Staff – Richard Perry

The Honorable Senator Cory Booker
Chief of Staff – Tricia Russell

The Honorable Senator Ron Johnson
Chief of Staff – Tony Blando

The Honorable Senator Jeanne Shaheen
Chief of Staff – Chad Kreikemeier

The Honorable Senator David Perdue
Chief of Staff – Megan Whittemore

The Honorable Senator Edward Markey
Chief of Staff – Morgan Gray

## U.S. HOUSE OVERSIGHT AND REFORM

The Honorable Carolyn Maloney
Chairwoman
House Committee on Oversight and Reform
Chief of Staff – Andrew Lowenthal

The Honorable James Comer
Ranking Member

The Honorable Eleanor Norton
Chief of Staff – Raven Reeder

The Honorable Wm Clay
Chief of Staff – Yvette Cravins

The Honorable Stephen Lynch
Chief of Staff – Kevin Ryan

The Honorable Jim Cooper
Chief of Staff – Lisa Quigley

The Honorable Gerald Connolly
Chief of Staff – Jamie Smith

The Honorable Raja Krishnamoorthi
Chief of Staff – Mark Schauerte

The Honorable Jamie Raskin
Chief of Staff – Julie Tagen

The Honorable Harley Rouda
Chief of Staff – Andrew Noh

The Honorable Kweisi Mfume
Chief of Staff – Eric Bryant

The Honorable Ro Khanna
Chief of Staff – Pete Spiro

The Honorable Debbie Wasserman Schultz
Chief of Staff – Tracie Pough

The Honorable John Sarbanes
Chief of Staff – Dvora Lovinger

The Honorable Peter Welch
Chief of Staff – Patrick Satalin

The Honorable Jackie Speier
Chief of Staff – Josh Connolly

The Honorable Robin Kelly
Chief of Staff – Julius West

The Honorable Mark DeSaulnier
Chief of Staff – Betsy Arnold Marr

The Honorable Brenda Lawrence
Chief of Staff – Varun Krovi

The Honorable Stacey Plaskett
Chief of Staff – Angeline Muckle-Jabbar

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

The Honorable Jimmy Gomez
Chief of Staff – Bertha Alisia Guerrero

The Honorable Alexandria Ocasio-Cortez
Chief of Staff – Ariel Eckblad

The Honorable Ayanna Pressley
Chief of Staff – Sarah Groh

The Honorable Rashida Tlaib
Chief of Staff – Ryan Anderson

The Honorable Katie Porter
Chief of Staff – Jordan Wood

The Honorable Jim Jordan
Chief of Staff – Kevin Eichinger

The Honorable Paul Gosar
Chief of Staff – Tom Van Flein

The Honorable Virginia Foxx
Chief of Staff – Carson Middleton

The Honorable Thomas Massie
Chief of Staff – John Ferland

The Honorable Jody Hice
Chief of Staff – Tim Reitz

The Honorable Glenn Grothman
Chief of Staff – Chris Grawien

The Honorable Gary Palmer
Chief of Staff – William Smith

The Honorable Michael Cloud
Chief of Staff – Adam Magary

The Honorable Bob Gibbs
Chief of Staff – Hillary Gross

The Honorable Clay Higgins
Chief of Staff – Kathee Facchiano

The Honorable Ralph Norman
Chief of Staff – Mark Piland

The Honorable Chip Roy
Chief of Staff – Maggie Harrell

The Honorable Carol Miller
Chief of Staff – Matthew Donnellan

The Honorable Mark Green
Chief of Staff – Stephen Siao

The Honorable Kelley Armstrong
Chief of Staff – Roz Leighton

The Honorable Fred Keller
Chief of Staff – Jon Anzur

The Honorable W. Steube
Chief of Staff – Alex Blair

## U.S. EDUCATION & LABOR COMMITTEE

The Honorable Bobby Scott
Chairman of the U.S. Education & Labor Committee
Chief of Staff – David Dailey

The Honorable Virginia Foxx
Ranking Member
Chief of Staff – Carson Middleton

***<u>Via Electronic Mails</u>***

**CC**

<u>Senate Members</u>

Honorable Senator Kamala Harris
Chief of Staff – Kristine Lucius

Honorable Senator Dianne Feinstein
Chief of Staff – David Grannis

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

| | |
|---|---|
| Honorable Senator Dick Durbin<br>Chief of Staff – Pat Souders | Honorable Senator Bernie Sanders<br>Chief of Staff – Caryn Compton |
| Honorable Senator John Cornyn<br>Chief of Staff – Beth Jafari | Honorable Senator Elizabeth Warren<br>Chief of Staff – Anne Reid |
| Honorable Senator James Lankford<br>Chief of Staff – Michelle Altman | Honorable Senator Lamar Alexander<br>Chief of Staff – David Cleary |
| Honorable Senator Tim Scott<br>Chief of Staff – Jennifer Decasper | Honorable Senator John Thune<br>Chief of Staff – Ryan Nelson |
| Honorable Senator Kirsten Gillibrand<br>Chief of Staff – Joi Chaney | Honorable Senator Amy Klobuchar<br>Chief of Staff – Elizabeth Peluso |
| Honorable Senator Richard Burr<br>Chief of Staff – Natasha Hickman | Honorable Senator Mark Warner<br>Chief of Staff – Mike Harney |
| Honorable Senator Roger Wicker<br>Chief of Staff – Michelle Barlow | Honorable Senator Patrick Leahy<br>Chief of Staff – John Dowd |
| Honorable Senator Joni Ernst<br>Chief of Staff – Lisa Smittcamp Goeas | Honorable Senator Roy Blunt<br>Chief of Staff – Stacy McBride |
| Honorable Senator Bill Cassidy<br>Chief of Staff – James Quinn | Honorable Senator Chris Van Hollen<br>Chief of Staff – Karen Robb |
| Honorable Senator Kyrsten Sinema<br>Chief of Staff – Meg Joseph | Honorable Senator Catherine Cortez Masto<br>Chief of Staff – Reynaldo Benitez |
| Honorable Senator Michael Bennet<br>Chief of Staff – Jonathan Davidson | Honorable Senator Tammy Duckworth<br>Chief of Staff – Kaitlin Fahey |
| Honorable Senator Lamar Alexander<br>Chief of Staff – David Clearly | |

<u>House Members</u>

| | |
|---|---|
| Honorable Representative Kevin McCarthy<br>Chief of Staff – Dan Meyer | Honorable Representative Elijah Cummings<br>Chief of Staff – Vernon Simms |
| Honorable Representative Jim Jordan<br>Chief of Staff – Kevin Eichinger | Honorable Representative Mark Meadows<br>Chief of Staff – Paul Fitzpatrick |
| Honorable Representative French Hill<br>Chief of Staff – Brook Bennett | Honorable Representative Lee Zeldin<br>Chief of Staff – Eric Amidon |

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

| | |
|---|---|
| Honorable Representative Adam Schiff<br>Chief of Staff – Jeff Lowenstein | Honorable Representative Betty McCollum<br>Chief of Staff – Bill Harper |
| Honorable Representative Theodore Deutch<br>Chief of Staff – Joshua Rogin | Honorable Representative Joe Wilson<br>Chief of Staff – Jonathan Day |
| Honorable Representative Gerald Connolly<br>Chief of Staff – James Walkinshaw | Honorable Representative Steve Chabot<br>Chief of Staff – Stacy Barton |
| Honorable Representative Gus Bilirakis<br>Chief of Staff – Liz Hittos | Honorable Representative Devin Nunes<br>Chief of Staff – Jilian Plank |
| Honorable Representative Nita Lowey<br>Chief of Staff – Elizabeth Stanley | Honorable Representative Eliot Engel<br>Chief of Staff – Bill Weitz |
| Honorable Representative Steny Hoyer<br>Chief of Staff – Alexis Covey-Brandt | Honorable Representative Mark Pocan<br>Chief of Staff – Glenn Wavrunek |
| Honorable Representative Bill Pascrell, Jr<br>Chief of Staff – Ben Rich | Honorable Representative Cheri Bustos<br>Chief of Staff – Jon Pyatt |
| Honorable Representative Alexandria Cortez<br>Chief of Staff – Ariel Eckblad | Honorable Representative Ayanna Pressley<br>Chief of Staff – Sarah Groh |
| Honorable Representative Jerrold Nadler<br>Chief of Staff – Amy Rutkin | Honorable Representative Doug Collins<br>Chief of Staff – Joel Katz |
| Honorable Representative Tulsi Gabbard<br>Chief of Staff – Kainoa Penaroza | Honorable Representative Jacky Rosen<br>Chief of Staff – Dara Cohen |

<u>House Democrats</u>

| | |
|---|---|
| Honorable Representative Hakeem Jeffries<br>Chief of Staff – Tasia Jackson | Honorable Representative Ron Kind<br>Chief of Staff – Hana Greenberg |
| Honorable Representative John Garamendi<br>Chief of Staff – Bradley Bottoms | Honorable Representative Brad Schneider<br>Chief of Staff – Casey O'Shea |
| Honorable Representative Vincente Gonzalez<br>Chief of Staff – Jose Borjon | Honorable Representative Jamie Raskin<br>Chief of Staff – Julie Tagen |
| Honorable Representative Jimmy Gomez<br>Chief of Staff – Bertha Alisia Guerrero | Honorable Representative Colin Allred<br>Chief of Staff – Paige Hutchinson |
| Honorable Representative Ed Case<br>Chief of Staff – Tim Nelson | Honorable Representative Sean Casten<br>Chief of Staff – Ann Adler |

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Honorable Representative Gil Cisneros
Chief of Staff – Nick Jordan

Honorable Representative Sharice Davids
Chief of Staff – Allison Teixeira

Honorable Representative Madeleine Dean
Chief of Staff – Koh Chiba

Honorable Representative Antonio Delgado
Chief of Staff – John Bivona

Honorable Representative Sylvia Garcia
Chief of Staff – John Gorczynski

Honorable Representative Jared Golden
Chief of Staff – Aisha Woodward

Honorable Representative Jahana Hayes
Chief of Staff – Acacia Salatti

Honorable Representative Kendra Horn
Chief of Staff – Brady King

Honorable Representative Steven Horsford
Chief of Staff – Asha Jones

Honorable Representative Chrissy Houlahan
Chief of Staff – Michelle Dorothy

Honorable Representative Andy Kim
Chief of Staff – Anthony DeAngelo

Honorable Representative Mike Levin
Chief of Staff – Kara Van Stralen

Honorable Representative Tom Malinowski
Chief of Staff – Colston Reid

Honorable Representative Ben McAdams
Chief of Staff – Nichole Dunn

Honorable Representative Lucy McBath
Chief of Staff – Rebecca Walldorf

Honorable Representative Joseph Morelle
Chief of Staff – Nicholas Weatherbee

Honorable Representative Joe Neguse
Chief of Staff – Lisa Bianco

Honorable Representative Lizzie Fletcher
Chief of Staff – Sarah Caplan Feinmann

Honorable Representative Chris Pappas
Chief of Staff – Matt Lee

Honorable Representative Max Rose
Chief of Staff – Anne Sokolov

Honorable Representative Harley Rouda
Chief of Staff – Andrew Noh

Honorable Representative Kim Schrier
Chief of Staff – Erin O'Quinn

Honorable Representative Donna Shalala
Chief of Staff – Jessica Killin

Honorable Representative Greg Stanton
Chief of Staff – Seth Scott

Honorable Representative Haley Stevens
Chief of Staff – Justin German

Honorable Representative Xochitl Small
Chief of Staff – Brian Sowyrda

Honorable Representative Lori Trahan
Chief of Staff – Alicia Molt-West

Honorable Representative David Trone
Chief of Staff – Andy Flick

Honorable Representative Susan Wild
Chief of Staff – Jed Ober

Honorable Representative Jared Huffman
Chief of Staff – Ben Miller

*―I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

| | |
|---|---|
| Honorable Representative Alcee L. Hastings<br>Chief of Staff – Lale Morrison | Honorable Emanuel Cleaver<br>Chief of Staff – Jennifer Taft |
| Honorable Representative Elissa Slotkin<br>Chief of Staff – Mela Louise Norman | Honorable Representative Elaine Luria<br>Chief of Staff – Kathryn Sorenson |
| Honorable Representative James E. Clyburn<br>Chief of Staff – Yelberton Watkins | Honorable Representative Bennie Thompson<br>Chief of Staff – Andrea Lee |
| Honorable Representative Josh Harder<br>Chief of Staff – Rachael Goldenberg | Honorable Representative Susan Davis<br>Chief of Staff – Lisa Sherman |
| Honorable Representative Adam Smith<br>Chief of Staff – Shana Chandler | |

<u>House Republicans</u>

| | |
|---|---|
| Honorable Representative Alex Mooney<br>Chief of Staff – Michael Hough | Honorable Representative Troy Balderson<br>Chief of Staff – Teri Geiger |
| Honorable Representative Elise Stefanik<br>Chief of Staff – Patrick Hester | Honorable Representative Michael Cloud<br>Chief of Staff – Adam Magary |
| Honorable Representative John Curtis<br>Chief of Staff – Corey Norman | Honorable Representative Ron Estes<br>Chief of Staff – Josh Bell |
| Honorable Representative Debbie Lesko<br>Chief of Staff – Matthew Simon | Honorable Representative Clay Higgins<br>Chief of Staff – Kathee Facchiano |
| Honorable Representative Ralph Norman<br>Chief of Staff – Mark Piland | Honorable Representative Kelly Armstrong<br>Chief of Staff – Roz Leighton |
| Honorable Representative Jim Baird<br>Chief of Staff – Ashlee Vinyard | Honorable Representative Ben Cline<br>Chief of Staff – Matt Miller |
| Honorable Representative Anthony Gonzalez<br>Chief of Staff – Tim Lolli | Honorable Representative Lance Gooden<br>Chief of Staff – Aaron Harris |
| Honorable Representative Mark Green<br>Chief of Staff – Stephen Fiao | Honorable Representative Dan Meuser<br>Chief of Staff – Matt Hutson |
| Honorable Representative Carol Miller<br>Chief of Staff – Matthew Donnellan | Honorable Representative Greg Pence<br>Chief of Staff – Kyle Robertson |
| Honorable Representative Guy Reschenthaler<br>Chief of Staff – Aaron Bonnaure | Honorable Representative John Rose<br>Chief of Staff – Van Hilleary |

*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

Honorable Representative Chip Roy
Chief of Staff – Wade Miller

Honorable Rep Denver Riggleman
Chief of Staff – Dave Natonski

Honorable Representative Ross Spano
Chief of Staff – Jamie Robinette

Honorable Representative Pete Stauber
Chief of Staff – Desiree Koetzoe

Honorable Representative Bryan Steil
Chief of Staff – Ryan Carney

Honorable Representative Van Taylor
Chief of Staff – Lonnie Dietz

Honorable Representative William Timmons
Chief of Staff – Moutray McLaren

Honorable Representative Michael Waltz
Chief of Staff – Micah Ketchel

Honorable Representative Steve Watkins
Chief of Staff – Colin Brainard

Honorable Representative Ron Wright
Chief of Staff – Ryan Thompson

Honorable Representative Tom Emmer
Chief of Staff – Christopher Maneval

Honorable Representative Liz Cheney
Chief of Staff – Kara Ahern

Honorable Representative Mike Johnson
Chief of Staff – Hayden Haynes

Honorable Representative Andy Harris
Chief of Staff – John Dutton

Honorable Representative Louie Gohmert
Chief of Staff – Connie Hair

Honorable Representative Dan Crenshaw
Chief of Staff – Eliza Baker

Honorable Representative John Ratcliffe
Chief of Staff – Dustin Carmack

Honorable Representative Tim Burchett
Chief of Staff – Michael Grider

Honorable Representative Matt Gaetz
Chief of Staff – Jillian Lane-Wyant

Honorable Representative Martha McSally
Chief of Staff – Justin Roth

Honorable Representative Jody Hice
Chief of Staff – Tim Reitz

Honorable Representative Jeff Duncan
Chief of Staff – Allen Klump

# EXHIBIT A

**U.S. Department of Justice**

Civil Rights Division

_Educational Opportunities Section - PHB_
_950 Pennsylvania Ave, NW_
_Washington, DC 20530_

SS:WP:YCM
DJ 169-17M-0

**APR 27 2016**

Mark Bochra
5757 North Sheridan Road, Apt. 13B
Chicago, IL 60660

Dear Mark Bochra:

This is in response to your letter to the Educational Opportunities Section in which you allege that you experienced unfair and unequal treatment while attending Florida Coastal School of Law, in Jacksonville, FL. We have carefully reviewed your email and accompanying documents.

The Educational Opportunities Section enforces federal laws that protect students from harassment or discrimination. The Section is responsible for enforcing, among other statutes, Title IV of the Civil Rights Act of 1964, which prohibits discrimination on the basis of race, color, national origin, sex, and religion in public schools and institutions of higher learning; the Equal Educational Opportunities Act of 1974 which, among other things, requires states and school districts to provide English Language Learner (ELL) students with appropriate services to overcome language barriers; and Title II of the Americans with Disabilities Act, which prohibits discrimination based on disability.

However, the Section is not able to pursue every complaint we receive, and we have determined that we are not in a position to pursue this complaint. Accordingly, no action will be taken in response to this complaint. There may be state and local laws relevant to your complaint. You may wish to consult with a private attorney, local legal aid organization, and/or state or local bar association, which may be able to assist you further.

Thank you for taking the time to contact the Department of Justice about your concerns.

Sincerely,

Yolanda C. Mills
Paralegal Specialist

# EXHIBIT B



U.S. Department of Justice

Mail Referral Unit

Washington, D.C. 20530

July 20, 2016

Mark Bochra
5757 N. Sheridan Rd. #13B
Chicago, IL 60660-8770

Dear Friend:

Thank you for your letter dated May 2, 2016 to the Attorney General, Deputy
Attorney General, or Associate Attorney General, which was received by the Department
of Justice, Mail Referral Unit, on July 20, 2016 and assigned ID number 3368251.

Your letter will be reviewed and if a response or an update is necessary it will be
sent to you within 60 business days. If you have any questions, please contact us at (301)
583-7350 and refer to your ID number 3368251 when requesting any information
concerning your correspondence.

Sincerely,

Mail Referral Unit
Department of Justice

# EXHIBIT C



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE FOR CIVIL RIGHTS

61 FORSYTH ST., SOUTHWEST, SUITE 19T10
ATLANTA, GA 30303-8927

REGION IV
ALABAMA
FLORIDA
GEORGIA
TENNESSEE

August 22, 2016

Mr. Mark Bochra
5757 N. Sheridan Road
Chicago, IL 60660-4746

### Re: Complaint #04-16-2184

Dear Mr. Bochra:

On April 21, 2016, the U.S. Department of Education (Department), Office for Civil Rights (OCR), received the above-referenced complaint filed against the Florida Coastal School of Law (Law School) in which you (Complainant) alleged that the Law School engaged in discrimination on the basis of national origin as well as retaliation. Specifically, you alleged the following:

1. The Law School subjected you to different treatment on the basis of national origin by 1) denying your grade appeal; 2) failing to investigate your allegations of conspiracy and assault against another law student; and 3) applying the investigative procedures differently to you and another law student who filed a complaint against him.

2. The Law School retaliated against you after you filed a complaint of national origin discrimination by filing additional violations against you and denying you due process during the hearing.

OCR enforces Title VI of the Civil Rights Act of 1954 (Title VI), 42 U.S.C. § 2000d *et seq.*, and its implementing regulation at 34 C.F.R. Part 100, which prohibit discrimination on the basis of race, color, and national origin by recipients of Federal financial assistance from the Department. These laws enforced by OCR prohibit retaliation against any individual who asserts rights or privileges under these laws or who files a complaint, testifies, or participates in an OCR proceeding. The Law School receives Federal financial assistance from the Department. Therefore, OCR has jurisdiction over this complaint. Additional information about the laws OCR enforces is available on our website at http://www.ed.gov/ocr.

Based on the above, OCR will investigate the following legal issues:

1) Whether the Law School subjected the Complainant to different treatment on the basis of national origin, in noncompliance with the regulation implementing Title VI at 34 C.F.R. § 100.3.

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

Complaint #04-16-2184
Page 2

> 2) Whether the Law School retaliated against the Complainant, in noncompliance with Title VI and its implementing regulation at 34 C.F.R. § 100.7.

Because OCR has determined that it has jurisdiction and that the complaint was filed timely, it is opening the allegations for investigation. Please note that opening the allegations for investigation in no way implies that OCR has made a determination with regard to their merit. During the investigation, OCR is a neutral fact-finder, collecting and analyzing relevant evidence from the Complainant, the recipient, and other sources, as appropriate. OCR will ensure that its investigation is legally sufficient and is dispositive of the allegations, in accordance with the provisions of Article III of the *Case Processing Manual.*

While we are proceeding with an investigation, there are other approaches that can achieve this goal. Early Complaint Resolution (ECR) is a voluntary, informal approach where OCR may attempt to resolve the complaint by facilitating discussions and exploring options with you and the District. If you believe ECR can be useful in this case, please contact Ms. Ledondria H. Saintvil, Esq., as soon as possible.

OCR is committed to prompt and effective service. We will be in contact with you periodically regarding the status of your complaint. Please refer to the docket number listed above in any contacts with this office. If you have any questions, please contact Ms. Saintvil, Attorney, at (404) 974-9373, or me, at (404) 974-9367.

Sincerely,

Ebony Calloway-Spencer
Compliance Team Leader

# EXHIBIT D

**U.S. Department of Justice**

Civil Rights Division

_Educational Opportunities Section - PHB_
_950 Pennsylvania Ave, NW_
_Washington, DC 20530_

SS: FRM:JDN
ID 3368251

DEC 13 2016

Mr. Mark Bochra
5757 North Sheridan Road, Apt 13B
Chicago, IL 60660

Dear Mr. Bochra:

This responds to your May 2, 2016 letter and May 3, 2016 email to the U.S. Department of Justice regarding our response to your previous complaint in which you alleged that you experienced unfair and unequal treatment by certain faculty members, administrators, and students at Florida Coastal School of Law ("Florida Coastal"). You originally asserted that the treatment you experienced during your first semester at Florida Coastal violated Title VI of the Civil Rights Act of 1964 ("Title VI"), 42 U.S.C. § 2000d, _et seq._, which prohibits discrimination on the basis of race, color, national origin, sex, and religion in public schools and institutions of higher learning. Your most recent letter and email were forwarded to our office for review. Please excuse our delay in responding.

In your May 2 and May 3 correspondence, you cite and summarize articles from various publications, including the New York Times and The Atlantic, in support of your allegation that Florida Coastal is a for-profit "scam school." You also specifically request that the Department initiate an investigation into Florida Coastal regarding the allegations in your complaint. The Department acknowledges your request and appreciates your bringing this matter to our attention.

Specifically, with respect to your allegations of "consumer deception" and "education fraud" by Florida Coastal, we are forwarding your complaint to and we recommend you contact the U.S. Department of Education's Office of Federal Student Aid, Student Aid Enforcement Unit. You may direct additional inquiries to the following address and/or telephone number:

Office of Federal Student Aid
Student Aid Enforcement Unit
U.S. Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202
(800) 4FED-AID; (800) 433-3243

Additionally, regarding your allegations concerning Florida Coastal's violation of Title VI, we are forwarding your complaint to and we recommend you contact the U.S. Department of Education's Office for Civil Rights. You may direct additional inquiries about your Title VI complaint to the following address and/or telephone number:

U.S. Department of Education
Office for Civil Rights
400 Maryland Avenue, S.W.
Washington, DC 20202-1475
Telephone: (202) 453-6020
Facsimile: (202) 453-6021
Email: OCR.DC@ed.gov

Thank you for taking the time to contact the Department of Justice about your concerns. We hope this information is helpful. Please do not hesitate to contact the Department if we can be of assistance in other matters.

Sincerely,

Jonathan Newton
Trial Attorney

# EXHIBIT E



June 16, 2016

*Via U.S. Mail and E-mail*

Mr. Mark M. Bochra
5757 North Sheridan Road, Apt. 13B
Chicago, IL 60660

Dear Mr. Bochra:

Thank you for your recent letter to Secretary John B. King, Jr. regarding oversight and accountability in higher education. We appreciate hearing your views on these important issues. The Secretary's Office has referred your letter to the Office of Federal Student (FSA) for review, and I am pleased to respond.

In your letter, you also discuss borrower defense to repayment. As you know, borrowers may be eligible for borrower defense if their school misled them or engaged in other misconduct relating to their Federal Student Aid loans. The Department recently created an Enforcement Unit within FSA that will oversee the adjudication of these borrower defense claims. The Unit will collaborate with federal and state agencies to investigate and enforce federal laws governing student aid to protect students and taxpayers from unlawful conduct.

With regard to your particular case, our office has received your application for a borrower defense loan discharge and supporting exhibits. Your loans are currently in their grace period; if your application is still under review when your grace period ends, your loans will then be placed into forbearance. We will review your application and contact you if we have any questions or need additional information from you.

If you have any further questions, please feel free to contact me at (202) 377-3242 or christopher.porter@ed.gov.

Sincerely,

Christopher Porter
Attorney Advisor



Federal**Student**Aid
AN OFFICE of the U.S. DEPARTMENT of EDUCATION

830 First St. N.E., Washington, DC 20202

# EXHIBIT E



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE FOR CIVIL RIGHTS**

REGION VI
LOUISIANA
MISSISSIPPI
TEXAS

Renaissance Tower
1201 Elm Street, Suite 1000
Dallas, TX 75270

June 7, 2021

Mark Bochra
mbochr3@hotmail.com

Re: OCR Case # 04-16-2184

Dear Mr. Bochra,

This letter is in response to your appeal dated May 8 and 11, 2020, sent to the U.S. Department of Education, Office for Civil Rights (OCR), regarding OCR's closure of the above-referenced complaint, filed against the Florida Coastal School of Law that contained two allegations. The OCR Atlanta Office found insufficient evidence of discrimination regarding Allegation 1 of different treatment and Allegation 2 of retaliation and notified you of these determinations in a letter dated March 20, 2020. Your appeal was forwarded to OCR's Dallas Office for review and a response.

After careful consideration, and for the reasons set forth below, OCR Dallas finds that the issues you raise in your appeal do not warrant a change in OCR's disposition of your case under the laws and regulations enforced by OCR.

While you make assertions in your appeal that OCR failed to follow its case processes in negotiating a voluntary resolution with the recipient and that key witnesses were either not interviewed or their testimonies were not included in the findings, you do not explain how correction of any alleged errors would change the outcome of the case. You also assert that OCR failed to investigate additional legal theories; however, other than making this statement, you do not provide information to support why you believe the factual information was incomplete or the appropriate legal standards were not applied.

OCR CPM Section 307 states that in "the appeal the complainant must explain why he or she believes the factual information was incomplete or incorrect, the legal analysis was incorrect or the appropriate legal standard was not applied and how correction of any errors would change the outcome of the case." I have determined that you have provided no basis for changing OCR's disposition of your complaint allegations. Therefore, your appeal is denied.

This concludes OCR's consideration of your appeal and is the final agency determination. Final agency determinations and regional office determinations are not formal statements of OCR policy and should not be relied upon, cited, or construed as such. OCR's formal policy statements are approved by a duly authorized OCR official and are made available to the public.

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

www.ed.gov

Page 2  04-16-2184 Appeal Response

You have now exhausted all avenues of review within the U.S. Department of Education. You may have the right to file a private suit in federal court whether or not OCR finds a violation.

Sincerely,

J. Aaron Romine
Acting Regional Director
OCR Dallas