"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Mark Bochra, individually and on Behalf of all Others Similarly Situated, | Civil Action No. 1:21-cv-03887 |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF EDUCATION Lyndon Baines Johnson Dept. Of Education Bldg. 400 Maryland Avenue, SW Washington, D.C. 20202, | **Hon. Judge Sara L. Ellis** **Hon. Mag Judge Jeffrey T. Gilbert** |
| And | |
| Miguel Cardona Secretary of Education In his Official Capacity Lyndon Baines Johnson Dept. Of Education Bldg. 400 Maryland Avenue, SW Washington, D.C. 20202, | |
| And | |
| Suzanne Goldberg, in her official capacity as Acting Assistant Secretary For the Office for Civil Rights, U.S. Department of Education, et al., Lyndon Baines Johnson Dept. Of Education Bldg. 400 Maryland Avenue, SW Washington, D.C. 20202, | |
| Defendants. | |

**PLAINTIFF'S FIRST AMENDED COMPLAINT**
**COMPLAINT FOR INJUCTIVE AND DECLARATORY RELIEF**

COMES NOW, Plaintiff, Mark Bochra, *Pro Se*, and hereby brings this action against Defendants, U.S. Department of Education, Miguel Cardona (Secretary of Education), and Suzanne Goldberg (Acting Assistant Secretary for Civil Rights), in their official capacities, for the purpose of reforming the Department of Education, and in support thereof states as follows:

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## <u>PRELIMINARY STATEMENT: THE PARABLE TO A JUSTICE SYSTEM</u>

To The Honorable Court:

a.      And the disciples came and said to him, Master why do you speak in parables whenever crowds are near. And Jesus answered, the knowledge of the secrets of the kingdom of God has been given to you but to others it comes by means of parables, so they may look but not see, and listen but not understand [Mathew 13].[1]

b.      Jesus Christ answered; this is what the parables means. The seed is the Words of God. (1) The seed that fell along the path stand for those who hear but the devil comes and takes away the message from their hearts in order to keep them from believing and being saved. (2) The seed that fell on rocky grounds stands for those who hear the message and receive it gladly, but they have no root. They believe only for a while, but when time of testing comes, they fall away. (3) The seeds that fell among thorn stands for those who hear but the worries, and riches, and the pleasures of this life crowd in and shock them and their fruits never rips. (4) And the seed that fell in a good soil stands for those who hear the message and retained it in a good and obedient heart and they persist until they bear fruit.[2]

c.      No one lights a lamp and covers it with a bowl. Instead, they put it on a stand, so that those who come in can see the light. Whatever is hidden away will be brought out into the open, and whatever will be covered up will be found and brought out to light. Therefore take heed how you hear. For whoever has, to him more will be given; and whoever does not have, even what he seems to have will be taken from him [Luke 8:16-18].[3]

d.      To the Honorable Court, these are not just pure words but the parable to the World we live in.[4] And with that, let me seek justice within the walls of this Court in order to reform the Department of Education because after more than 5 years channeling the hearts of various mighty proud Jewish-Israeli lobby who gained control within the federal government such as Kenneth Marcus; stubbornness persisted because no one told them to stop, and they

---

[1] <u>See</u> Mathew 13: 1-17 https://www.copticchurch.net/bible?r=Matthew+13%3A1-17&version=NKJV
[2] <u>See</u> https://youtu.be/0feZQkHbCkM?t=2619
[3] <u>See</u> https://youtu.be/0feZQkHbCkM?t=2712
[4] <u>See</u> https://youtu.be/A14THPoc4-4 <u>See</u> the change within Justice Clarence Thomas and he did indeed change recently, you will see him in his recent court rulings that he understood the parable to this World https://twitter.com/ClaremontInst/status/1262346233328304128

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

couldn't reform on their own because they took pride in their own strength; power that was given to them from above.[5] With God's help, a single Coptic "Blessed is Egypt my people" [Isaiah 19:25] brought to the middle-east, the *Abraham Accord* when the ears listened in order to learn about the Children of Abraham.[6]

> But God has chosen the foolish things of the world to put to shame the wise, and God has chosen the weak things of the world to put to shame the things which are mighty; and the base things of the world and the things which are despised God has chosen, and the things which are not, to bring to nothing the things that are, that no flesh should glory in his presence [1 Corinthians 1:27-29].[7]

## I. INTRODUCTION

1.      The Office for Civil Rights ("OCR") within the U.S. Department of Education ("DOE") has a special mission: "to ensure <u>equal</u> access to education and to promote educational excellence through vigorous enforcement of civil rights in our nation's schools." https://www2.ed.gov/about/offices/list/ocr/aboutocr.html. This office serves "student populations facing discrimination and the advocates and institutions promoting systemic solutions to civil rights problems." *Id*. In fact, Secretary Miguel Cardona takes pride in promoting an agenda to be a pioneer for "Equity" rather than "Equality."[8] Yet, the reality is nothing more than a PR even when he advocates for "Equity"; words are one thing but action is another.

2.      To fulfill its mission, OCR notes that "an important responsibility is resolving complaints of discrimination." *Id.* Complaints of discrimination can be filed by anyone who believes that an educational institution that receives federal financial assistance has discriminated against someone on the basis of race, color, national origin, sex, disability, or age. The victim

---

[5] <u>See</u> Kenneth Marcus previous Secretary for OCR https://www2.ed.gov/news/staff/bios/marcus.html see his goal before joining OCR https://youtu.be/XytkI7afHcQ?t=1958 , https://youtu.be/XytkI7afHcQ?t=2504 , https://youtu.be/XytkI7afHcQ?t=2004 (Leaked videos to the public). <u>See</u> also covert campaigns https://youtu.be/Mm-Dm4pO0xY?t=722 , https://youtu.be/_1OgxfCT044?t=929 , https://youtu.be/Mm-Dm4pO0xY?t=1349  <u>See</u> what was said Kenneth Marcus did it https://www.politico.com/f/?id=00000165-ce21-df3d-a177-cee9649e0000   So he had the intent + action to do evil.
[6] <u>See</u> https://www.state.gov/the-abraham-accords/ A Coptic did it
https://trumpwhitehouse.archives.gov/briefings-statements/presidential-message-global-coptic-day-2020/
[7] <u>See</u> https://www.copticchurch.net/bible?r=1+Corinthians+1%3A27-29&version=NKJV
[8] <u>See</u> https://twitter.com/SecCardona/status/1407387055953526784 and see https://twitter.com/usedgov/status/1407095987760476162

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

himself does not need to file – instead, an advocate or organization can file on an individual's behalf or on behalf of a group. The ability to file a complaint and have it thoroughly reviewed is integral to the mission of the OCR.

3.       Indeed, some claims under the statutes enforced by DOE's OCR, such as those alleging disparate impact discrimination, can only be enforced by the federal government. *Alexander v. Sandoval*, 532 U.S. 275 (2001) (finding that implementing regulation of Title VI of the Civil Rights Act of 1964 regarding disparate impact discrimination is only enforceable by the federal funding agencies).

4.       Contrary to its mission and without any public notice, DOE summarily eliminated substantive rights of the very people it purports to serve by changing its Case Processing Manual to abdicate its basic duty to investigate legitimate complaints of discrimination by students and their parents.

5.       Effective March 5, 2018, the DOE amended the U.S. Department of Education Office for Civil Rights Case Processing Manual ("2018 OCR Manual"). The changes include new provisions to require mandatory dismissal of certain complaints and the elimination of the appeal rights of complainants.

6.       This was under Trump's Cabinet members Kenneth Marcus and Betsy DeVos leadership. Kenneth Marcus stance was "We Are Law Enforcement Officials, Not … Social Justice People."[9] Yet, Kenneth Marcus himself tried to be the social justice warrior when he infiltrated the Federal Government by adopting the IHRA definition without congress intent when he personally ruled on Zoa's appeal without the knowledge of higher ups at OCR.[10] At that time, the Department of Education under Secretary Betsy DeVos released a statement — The Department has **<u>not</u>** adopted a definition of anti-Semitism, Hill said via e-mail.[11]

---

[9] <u>See</u> https://dailycaller.com/2018/07/31/education-department-social-justice/
[10] <u>See</u> Kenneth Marcus personally approving the appeal
https://web.archive.org/web/20200316051403/https://www.politico.com/f/?id=00000165-ce21-df3d-a177-cee9649e0000  see Kenneth Marcus leaked videos prior to becoming a secretary for OCR
https://youtu.be/XytkI7afHcQ?t=1958 , https://youtu.be/XytkI7afHcQ?t=2504 ,
https://youtu.be/XytkI7afHcQ?t=2004
[11] <u>See</u> Politico https://www.politico.com/story/2018/09/11/trump-anti-semitism-schools-781917

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

7.      After a public uproar, OCR backtracked by amending their manual and re-opened all dismissed complaints; <u>see</u> copy of the settlement.[12] However, again without any public notice, discussion, and public comment on the regulation in the Federal Register, Office for Civil Rights has done two things to the manual under both the Trump's and the Biden's leaderships.

(A) Weakening the appeal process by limiting the appeal to 10 page double spaces with no time frame provided to rule on the appeal, and without mentioning who rules on the appeal. The appeal procedure is written in a way which makes the appeal process a never independent process but rather it relays on pleasing the Masters who rules over a federal building i.e., Office For Civil Rights; here due process was denied again for many; and

(B) Without any public notice or comments, or even congress adopting such definition, Office for Civil Rights through Kenneth Marcus adopted the IHRA definition, a definition that makes the Jewish people superior in every way compare to the Gentiles.[13]

8.      By secretly adopting the IHRA definition with the stroke of a pen, without congress' intent or public notice and comments in the Federal Register.[14] The Jewish lobby by and through Kenneth Marcus with intent and malice taught America something very dangerous i.e., we are all *not created equal* and not created on the image of God [Genesis 5:1].[15]

9.      The same mistake the Jewish people did 2000 years ago when they set aside the children of Abraham i.e., Ishmael and Isaac.[16] The result was the birth of Islam. <u>See</u> to **Exhibit A** page 31-36, (BAHIRA: THE CHRISTIAN MONK, THE TRUE FATHER OF MUHAMMAD). The result of separating the children of Abraham (Ishmael & Isaac) is seen to the naked eyes in the Arab culture throughout their movies and culture; <u>see</u> **Exhibit A** pages 86-87.[17]

10.      The result of the IHRA definition is that it never brings protection or blessings to the Jewish people but rather hate and destruction because when a Jewish person commits

---

[12] <u>See</u> https://browngold.com/news/settle-lawsuit-against-doe/ <u>see</u> settlement https://browngold.com/wp-content/uploads/2020/08/Countersigned-Settlement-Agreement-ACE-DOE.pdf
[13] <u>See</u> https://www2.ed.gov/about/offices/list/ocr/docs/qa-titleix-anti-semitism-20210119.pdf
[14] <u>See</u> https://www.federalregister.gov/
[15] Emphasis added https://youtu.be/YbipxLDtY8c
[16] <u>See</u> https://twitter.com/haaretzcom/status/1434662377580945409  and <u>see</u> https://www.haaretz.com/israel-news/.premium-on-rosh-hashanah-jews-everywhere-are-commanded-to-mark-the-first-nakba-1.10183234
[17] <u>See</u> also pride is the root of all evil https://youtu.be/97a0fLC4S-0?t=167

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

wickedness against a non-Jewish person; he or she is still protected under the banner of the IHRA definition rendering Title VI worthless; <u>see</u> **Exhibit A** pages 88-95; <u>see</u> also **Exhibit G** pages 124-126; and <u>see</u> **Exhibit G** pages 231-233 (his path as a Jew led him to Jesus).

11.     The IHRA definition has a far more overreaching implication when a Federal Court reviews the definition one item at a time. It calls for supremacy, power, censorship, and control in a very deceptive manner; something that is already being discussed among the public when it comes to who are the top richest people in the world who didn't pay their fair share of taxes, the answer is and was the Jewish Oligarch according to Pro Publica and Forbes World's Billionaires List; <u>see</u> **Exhibit G** pages 169-203.[18]

12.     A clear example of this scenario was Plaintiff's journey in the law school he attended "Florida Coastal School of Law" and how Office for Civil Rights tried to destroy Plaintiff's case more than once across a span of 3+ years until the closure of the law school in recent days in order to try to render Plaintiff's civil right complaint moot; all because the involved individuals who did evil were Jews; <u>see</u> **Exhibit G** pages 127-136 (The case of a Coptic).

13.     It was too difficult for OCR to politically say Jews discriminated and/or retaliated against a Coptic student. They couldn't define good vs. evil in simple terms; rather they perverted everything by calling evil-good and good-evil. It was also too difficult for OCR to also reach a resolution with a stubborn recipient i.e., Florida Coastal School of Law. And it was also too difficult for Office for Civil Rights to follow their own adopted manual and enforce it equally and fairly. Rather, OCR corrupted itself by itself and treated students differently based on their, race and identities; the adoption of IHRA destroyed title VI.

14.     For the Department of Education senior leadership they aimed at getting rid of the issue all at once; hitting two birds with one stone by getting rid of Plaintiff's complaint by any means possible as they tried across the span of the past 4 years, and shutting down Florida Coastal School of law for good to render the Plaintiff's complaint moot, among DOE holding

---

[18] See https://www.propublica.org/article/the-secret-irs-files-trove-of-never-before-seen-records-reveal-how-the-wealthiest-avoid-income-tax <u>see</u> https://twitter.com/SenWarren/status/1402772111270240256 <u>see</u> Forbes list https://www.forbes.com/billionaires/

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

FCSL accountable for deception and fraud which was also the result of Plaintiff's initial complaint back in May 23, 2016 to Secretary John King.

15.    After Plaintiff's first letter to President Biden and the Department of Education senior leadership, on that same day, Federal Student Aid denied Florida Coastal School of Law access to title IV funds leading it to its closure; <u>see</u> **Exhibit G** pages 127 – 133.

16.    In return, Florida Coastal School of Law thought to have its way with the Department of Education just like they did when they lawsuit the American Bar Association to be placed back in good standing and they were put back in good standing.[19] Just like ABA, FCSL also lawsuit the Department of Education under the APA seeking a judicial review of their denied Title IV privilege; Case 3:21-cv-00721.[20] The result of the lawsuit was different as Judge Howard denied FCSL sought relief and the last remaining law school of Infilaw's empire went into closure.[21] Florida Coastal won't permanently close until 2023 when its admitted class of students graduate; there is still a chance for OCR to right the wrongs of their wrongdoings with the recipient i.e., Florida Coastal School of Law; the case is not moot yet.

17.    Plaintiff further contends that Office of Inspector General (OIG) in their recent May 11, 2021 audit report reported that Office for Civil Rights (OCR) is not in compliance when it leaves recipient in non-compliance; finding the following on page 33.[22]

> Dismissing complaints where investigations have been completed and/or are in resolution wastes time and effort spent by OCR staff investigating and working with those recipients, and identified issues that were in the process of being resolved *may be left unresolved* and *the recipient may remain in noncompliance*.

18.    Defendant's constant modification to the OCR manual without a public notice in the federal register and comments provided by the public, and to secretly adopt the IHRA definition without congress's intent have lead to the destruction of the civil right act.

---

[19] See https://www.bizjournals.com/jacksonville/news/2019/02/28/florida-coastal-drops-suit-against-american-bar.html
[20] See https://www.abajournal.com/news/article/after-being-denied-title-iv-funds-florida-coastal-sues-doe see https://www.pacermonitor.com/public/case/41073459/Florida_Coastal_School_of_Law_v_Cardona_et_al
[21] See https://www.abajournal.com/files/Florida_Coastal_SJ_order_8.10.21.pdf
[22] See https://www2.ed.gov/about/offices/list/oig/auditreports/fy2021/a19t0002.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

19.     Because these changes violate the federal Administrative Procedure Act ("APA"), 5 U.S.C. Chapter 5, §§ 551, *et seq*., and are contrary to OCR's mission, Plaintiff, on his own behalf and on behalf of other members who are or may be victims of discrimination in the education system, ask this honorable Court (1) to declare the amendments to the August 26, 2020 OCR Manual in violation of the law[23], (2) to declare that the adoption of the IHRA definition by OCR is unconstitutional[24], (3) to enjoin Defendants from enforcing these new provisions of the August 26, 2020 OCR Manual, and (4) to set aside the changes; and (5) to seek a judicial review when possible of OCR clear discriminatory and retaliatory behaviors concerning Plaintiff's civil right complaint and the violations to OCR manual (*who watches the watchmen?*).

## II. PARTIES & JURISDICTION

20.     Plaintiff, Mark Bochra, on his own behalf and on behalf of other members have been or are being injured by the Defendants' failure to comply with the requirements of Chapter 5 of the Federal APA.

21.     Plaintiff on his own behalf and behalf of other members have suffered, and continued to experience injustice by Office for Civil Rights failure to ensure equal access to education when recipients of federal financial assistance are in violation of federal civil rights law.

22.     Plaintiff on his own behalf and behalf of other members bring this suit on behalf of himself and other similarly situated members.

23.     Defendants are the U.S. Department of Education ("DOE"), current U.S. Secretary of Education Miguel Cardona, and Suzanne Goldberg, Acting Assistant Secretary for Civil Rights. Mr. Cardona and Ms. Goldberg are sued in their official capacities.

24.     As the U.S. Secretary of Education, Miguel Cardona is responsible for the administration of the DOE in accordance with law, including adoption of rules and regulations pursuant to the rule-making procedures set out in the federal Administrative Procedure Act, 5 U.S.C. Chapter 5, §§ 551, et seq.

---

[23] See https://www2.ed.gov/about/offices/list/ocr/docs/ocrcpm.pdf
[24] See https://www2.ed.gov/about/offices/list/ocr/docs/qa-titleix-anti-semitism-20210119.pdf

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

25.     As the Acting Assistant Secretary for Civil Rights, Ms. Golberg is responsible for the administration of the DOE's Office for Civil Rights ("OCR") in accordance with law, including mandating procedures for the handling and processing of complaints of illegal discrimination made to OCR for investigation.

26.     This Court has subject matter jurisdiction over this matter pursuant to 5 U.S.C. §701 – 706; 28 U.S.C. §§ 1331 and 2201; HEA, 20 U.S.C. § 1082; and Federal Rule of Civil Procedure 23.

27.     This Court has authority to issue declaratory relief pursuant to 28 U.S.C. § 2201-2202.

28.     Venue is proper in this judicial district because Named Plaintiff Mark Bochra resides in this district and no real property is involved in the action. 28 U.S.C. § 1391(e)(1).

29.     Venue is proper in this Court under 28 U.S.C. §1391(e)(1)(C), because the United States, its agencies, and its officials acting in their official capacity may be sued in the federal judicial jurisdiction in which the plaintiff reside, so long as no real property is involved in the suit.

30.     On review, the APA empowers courts to set aside agency action that is, among other things, "arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law."

### III. ALLEGATIONS COMMON TO THE CLASS:
### Administrative Procedure Act

31.     The APA requires a federal agency to render responsive decisions on matters within its purview in a prompt and definite fashion.

32.     For example, the APA requires that, "[w]ith due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." 5 U.S.C. § 555(b).

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

33. The APA similarly requires that "prompt notice shall be given of the denial in whole or in part of a written application, petition, or other request of an interested person made in connection with any agency proceeding." 5 U.S.C. § 555(e).

34. And, the APA requires that "[e]ach agency . . . [g]ive an interested person the right to petition for the issuance, amendment, or repeal of a rule." 5 U.S.C. §553(e).

35. "A person suffering legal wrong because of agency action, or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof." 5 U.S.C. §702. "Agency action "includes the "failure to act."5 U.S.C.§553(e).

36. A Court "shall – compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. §706(1).

37. A Court shall also "hold unlawful and set aside agency action, findings, and conclusions found to be . . . arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. §706(2)(A).

## IV. LEGAL BACKGROUND

38. The head of a federal Executive Department may adopt rules for the conduct and government of her agency. 5 U.S.C. §301.

39. Adoption of such rules must comply with the requirements of the rule-making procedures of the federal Administrative Procedure Act ("APA"), 5 U.S.C. §551, et seq., if the proposed rules meet the definition of "rule" found in 5 U.S.C. §551(4): " … the whole or a part of an agency statement of general or particular applicability and future effect designed to implement, interpret, or prescribe law or policy or describing the organization, procedure, or practice requirements of an agency . . . ."

40. The APA requires that courts "shall … hold unlawful and set aside agency action, findings, and conclusions found to be … arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2)(A), (B).

41. The APA also requires that rules proposed by a federal agency first be published in the Federal Register, with the terms or substance of the proposed rule, the legal authority for

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

the proposed rule, and specific information regarding when a public hearing on the proposed rule will take place. 5 U.S.C. §§ 553(b), (d).

42.     Under the APA, the proposing agency must consider, prior to adoption of the rule, all written data, views, or arguments submitted by interested persons regarding the proposed rule. 5 U.S.C. §§ 553(c), (d). This set of APA provisions for publication and consideration of comments is referred to as the "notice-and-comment requirement."

43.     5 U.S.C. §702 creates a cause of action in federal court for any person who has suffered legal wrong because of, or been adversely affected or aggrieved by, an agency action or failure to act as required by the rule-making statutes. The statute waives the sovereign immunity of the federal government for such a lawsuit, so long as the lawsuit is against a federal agency or a federal employee who acted or failed to act in her official capacity or under color of legal authority, and the suit does not request monetary damages.

44.     28 U.S.C. § 2201 permits this Court to issue a declaratory judgment that the Defendants have violated 5 U.S.C. Chapter 5 in adopting the IHRA definition as well as certain provisions in August 26, 2020 OCR Manual, as identified below.

## V. RELEVANT FACTS

45.     Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794, *et seq.* ("Section 504"), prohibits discrimination by recipients of federal financial assistance, including assistance from the DOE, from discriminating against individuals with disabilities.

46.     Title VI of the Civil Rights Act of 1964, 42 U.S.C. § 2000d, *et seq.* ("Title VI"), prohibits discrimination by recipients of federal financial assistance, including assistance from the DOE, from discriminating on the basis of race, color, or national origin.

47.     The DOE's Title VI regulations provide:

> The responsible Department official or his designee *<u>will</u>* make a prompt investigation *<u>whenever</u>* a compliance review, report, complaint, or any other information *<u>indicates a possible failure to comply</u>* with this part.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

34 C.F.R. § 100.7(c) (Title 34, Subchapter B, Chapter 1, Part 100: Non-Discrimination Under Programs Receiving Federal Assistance Through the Department of Education Effectuation of Title VI of the Civil Rights Act of 1964) (emphasis added).

48.     Section 504 requires agencies that provide federal funding to apply the same remedies, procedures, and rights set forth in Title VI to the civil rights of persons with disabilities. 29 U.S.C. § 794a(a). DOE adopted the Title VI rights and procedures, including 34 C.F.R. § 100.7, for complaints of violations of Section 504. 34 C.F.R. § 104.61.

49.     In 2015, the OCR issued a Case Processing Manual ("2015 OCR Manual"), which adopted "procedures to promptly and effectively investigate and resolve complaints, compliance reviews and directed investigations to ensure compliance with the civil rights laws enforced by OCR," including Title VI and Section 504. 2015 OCR Manual, Introduction.

50.     The 2015 OCR Manual set out the process by which OCR staff received and investigated complaints from individuals who allege that a person or entity that receives funding from the DOE has violated the civil rights laws by illegally discriminating on the basis of race, color, national origin, sex, disability, or age. *Id.*

51.     The 2015 OCR Manual allowed timely complaints that were within OCR's jurisdiction to be dismissed prior to opening an investigation in three circumstances, namely, (1) if the complaint, on its face, failed to state a claim of violation of one of the laws that OCR enforces, (2) if it lacked sufficient detail for OCR to infer that discrimination has occurred, or (3) if it was so speculative, conclusory or incoherent that OCR could not infer that discrimination had occurred. *Id.* § 108.

52.     The 2015 Manual also provided that, if an investigation concluded that the preponderance of the evidence did not support a conclusion that the recipient had violated applicable law, OCR would issue a letter of findings explaining the reasons for its decision. 2015 Manual § 303. The 2015 Manual stated that "OCR affords an opportunity to the complainant to appeal" such a letter of findings to the *<u>Director of the Enforcement Office</u>* that issued the letter. 2015 OCR Manual §§ 303(a) and 306.

53.     The appeal process of the Manual was also left untouched with no limits to the number of pages an appeal needs to be along with the only agency and/or person who rules on the appeal is OCR Headquarter; mainly the Deputy Assistant Secretary for Enforcement; in this

*"I came to complete not to refute. I came light to the World."* Jesus Christ

case, currently Mr. Randolph Wills, (*See* Page 8 of the OIG Complaint against Kenneth Marcus filed by multiple civil right organizations).[25]

> The unique handling of the ZOA appeal decision is also reflected in its outcome. Of those 183 appeals resolved between September 29, 2014, and August 27, 2018, by OCR's Deputy Assistant Secretary for Enforcement, only two were reopened (on April 12, 2013, and April 18, 2013).[20] Indeed, if one considers an even broader time period of almost six years (from December 11, 2012, to November 5, 2018) in which 743 appeals were resolved by OCR's Deputy Assistant

54.     In March 2018 under the leadership of Kenneth Marcus, OCR issued a new "U. S. Department of Education, Office for Civil Rights, Case Processing Manual." The Introduction to the 2018 OCR Manual states:

> The Case Processing Manual (CPM) provides OCR with the procedures to promptly and effectively investigate and resolve complaints, compliance reviews, and directed investigations to ensure compliance with the civil rights laws and regulations enforced by OCR.

2018 OCR Manual, Introduction. Upon information and belief, the 2018 Manual replaces the 2015 OCR Manual.

55.     Unlike the 2015 OCR Manual, dismissal is mandatory §108(t), and there is no requirement that the previous complaints have been found to be without merit, or even that the undefined "pattern" involves the same or similar allegations.

56.     The first change ("**Rule Change 1**") means that, as of March 5, 2018, OCR will no longer investigate a claim of illegal discrimination if the claim is part of "a pattern" of complaints by an individual complainant against multiple recipients. "Pattern" is undefined and may cover as few as two complaints, involving different allegations against different entities over an unspecified period of time. This provision, as written, is not limited to those complaints that would place an "unreasonable burden" on OCR. Nor is this provision limited to instances where the prior complaints were meritless.

---

[25] See 2015 OCR  Manuel
https://web.archive.org/web/20150302165238/https://www2.ed.gov/about/offices/list/ocr/docs/ocrcpm.pdf See Complaint with OIG revealing that it is the Deputy Assistant Secretary for Enforcement who rules on the appeals, in this case Mr. Randolph Wills https://www2.ed.gov/about/offices/list/ocr/contactus2.html ,
https://static1.squarespace.com/static/548748b1e4b083fc03ebf70e/t/5ec593062f7cfc3aa7e3deac/159000653463
1/Letter+from+Civil+Rights+Groups+to+Office+of+Inspector+General.pdf

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

57.     This new restriction affects both individuals who have been subjected to more than one incident of illegal discrimination and organizations that represent individuals who cannot afford to bring claims on their own. The latter groups often submit claims over time for multiple individuals against multiple recipients. These groups include entities like Plaintiffs, civil rights advocates and attorneys, and the Protection and Advocacy systems, which are federally authorized and funded to pursue administrative, legal and other claims of discrimination on behalf of individuals with disabilities under 54 U.S.C. § 15043, 29 U.S.C. § 3004, and 42 U.S.C. § 10803-07.

58.     According to the language of §108(t) of the 2018 OCR Manual, such entities will be blocked from bringing multiple claims on behalf of their multiple constituents. Because DOE provided no opportunity for notice and comment. In addition, the 2018 Manual precludes any civil right organization and/or individuals from bringing a single complaint against multiple recipients (even if those recipients acted together), if OCR, in its sole judgment, and on the basis of unknown factors, decides that investigating would place an undefined "unreasonable burden" on OCR's resources ("**Rule Change 2**").

59.     These two distinct and substantive changes mean that, as of March 5, 2018, OCR has unilaterally eliminated a right of claimants that was created by the DOE's regulations and maintained in prior Case Processing Manuals: the right to have one's claim of discrimination investigated if it indicates a possible failure to comply with federal civil rights laws.

60.     Rule Changes 1 and 2 to the 2018 OCR Manual were arbitrary, capricious, and not in accordance with law.

61.     In addition to adding § 108(t), DOE made a third change that eliminated complainants' right to appeal OCR findings of insufficient evidence ("**Rule Change 3**").

62.     The 2015 OCR Manual included a right for complainants to appeal OCR decisions to close their complaints for lack of evidence. In the 2018 OCR Manual, DOE eliminated the entire "Appeals" section. There is no provision in the 2018 OCR Manual offering an appeal or reconsideration of an OCR determination not to pursue a claim of discrimination. The appeal right was eliminated without notice and comment and without any stated rationale to support it.

63.     None of the three 2018 OCR Manual rule changes is merely an interpretative rule, a general statement of policy, or a rule of agency organization, procedure, or practice. All the

changes shift and affect rights and interests of complainants, and make substantive changes to prior rules. Therefore, all three changes were required to be subject to notice and comment under the APA.

64.     DOE did not comply with the federal APA rule-making procedures set out in 5 U.S.C. Chapter 5, §§ 551, *et seq*., before issuing the 2018 OCR Manual. The proposed 2018 OCR Manual was not published in the Federal Register, nor were public comments on the proposal sought, received, or considered, prior to the 2018 OCR Manual's adoption. The public did not have an opportunity for notice and comment before the Manual was adopted and put into effect.

65.     After a public uproar and litigation, OCR backtracked by amending their manual and re-opened <u>all</u> dismissed complaints.[26] However, again without any published notice in the Federal Register, comments and discussion on the regulation, Office for Civil Rights has done two things to the manual under both the Trump's and the Biden's cabinet leaderships; OCR August 26, 2020 Manual and January 19,2021 the IHRA definition.

(A) Weakening the appeal process by limiting the appeal to 10 page double space with no time frame provided to rule on the appeal, and without mentioning who rules on the appeal, yet the appeal is asked to be mailed to OCR headquarter address; never to any regional offices. The appeal procedure is written in a way that is vague, unclear, and provides no time frame for ruling on the appeal; rendering due process rights an illusion. The appeal procedure is written in a way which makes the appeal process a never independent process but rather it relays on pleasing the Masters who rules over a federal building i.e., Office For Civil Rights; here due process was denied again for many; equity and equality was denied for many as well ("**Rule Change 4**"); and

 (B) Without any notice published in the Federal Register or public comments, or even congress adopting such definition, Office for Civil Rights adopted the IHRA definition, first by Kenneth Marcus himself when he granted Zoa's appeal under the definition without congress intent.[27] And later OCR continued and enforced the IHRA definition under the leadership of Suzanne Goldberg under the Biden's administration (both

---

[26] See https://browngold.com/wp-content/uploads/2020/08/Countersigned-Settlement-Agreement-ACE-DOE.pdf
[27] See https://web.archive.org/web/20200307225539/https://www.politico.com/f/?id=00000165-ce21-df3d-a177-cee9649e0000

"*I came to complete not to refute. I came light to the World.*" Jesus Christ

Kenneth Marcus and Suzanne Goldberg are Jews); a definition which makes the Jewish people superior in every way compare to the Gentiles ("**Rule Change 5**").[28]

66. On March 19, 2021, Plaintiff wrote a direct letter to Secretary Cardona and sends it his via e-mail Miguel.Cardona@ed.gov along with his entire staff at DOE and OCR. Plaintiff in a hope for a new leadership, a vision to fix rather than destroys, and after watching Secretary Miguel Cardona confirmation hearing, especially when he said on his own twitter account "All means all", Plaintiff had high hope for a greater change within OCR.[29] However, words were one thing and action was another. See Office for Civil Rights their response to a call for reformation after Plaintiff's 1st letter to Secretary Miguel Cardona. OCR outright said the Plaintiff can complaint to OIG. OCR didn't care about addressing the context of Plaintiff's letter nor correct past leadership wrongdoings, to OCR new leadership, Plaintiff was a no one; here you saw the rise of Goliath taking pride in his own strength.



*OCR said to complaint to OIG.*

---

[28] See https://www2.ed.gov/about/offices/list/ocr/docs/qa-titleix-anti-semitism-20210119.pdf
[29] See https://twitter.com/teachcardona/status/1357181681686437893 see hearing https://www.help.senate.gov/hearings/nomination-of-miguel-cardona-to-serve-as-secretary-of-education

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

67.     However, on June 7, 2018, Office of Inspector General said the Plaintiff needs to complaint to OCR, sending the file back to OCR after it was *opened* for an investigation by OIG.



**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF INSPECTOR GENERAL**

June 7, 2018

Mark Bochra
5757 N. Sheridan Road Apt 13B
Chicago, IL 60660

Ref: OIG Complaint C18HQ02716

Dear Mr. Bochra:

I am writing in response to your emails dated June 6, 2018 and June 7, 2018, regarding the status of your Office of Inspector General (OIG) complaint. I am the Special Agent in Charge of Headquarters Operations. I work closely with Director Yessyka Santana and Special Agent in Charge Neil Sanchez. I understand you submitted your complaint through various individuals within the Office of Inspector General, and we have all reviewed the matter and discussed the appropriate path forward. After review our office determined that is not a criminal matter and should be handled through the appropriate appeals process with Office of Civil Rights (OCR). As stated in an email to you dated June 6, 2018, we referred your matter to the OCR, and the OIG complaint is closed. If you have new allegations, unrelated to your OCR case, please direct them to our hotline portal, www.oighotline.ed.gov, for timely and efficient processing.

Respectfully,

Nicole Gardner
Special Agent in Charge
Headquarter Operations

cc:

SAC Neil Sanchez
Director Yessyka Santana

68.     While U.S. Office of Government Ethics, on August 8, 2019, said the Plaintiff needs to complaint to Office of Inspector General (OIG). The end result is that no one wanted to take responsibility into reforming Office for Civil Rights. Several Federal agencies all ping-

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

ponged Plaintiff's complaints around; throwing their own responsibilities onto the other. <u>See</u> further **Exhibit A** pages 186 – 190 complaint to Justice Department Senior leadership.



*OGE referring the Complaint to OIG*

69.     DOE's action in adopting the changes to OCR Manual is final. DOE's action in adopting the IHRA definition is final. There is no other remedy for this injury except suit in federal court.

## VI. WHAT IS THE IHRA DEFINITION & A BACKGROUND CHAIN OF EVENTS

70.     The IHRA definition was a political charged definition by multiple Jewish lobbyists and advocated by Israel in order to deflect the truth about many realities rather than seeking reformation. In order to understand what the IHRA is doing to the World, <u>see</u> **Exhibit A**

*"I came to complete not to refute. I came light to the World."* Jesus Christ

pages 88 – 96; see also **Exhibit A** pages 101 – 103; see also **Exhibit A** pages 104 – 111; and see **Exhibit G** pages 118 – 126.

71.     The IHRA definition calls good-evil, and evil-good; it calls light-darkness and darkness-light; it calls hate-love and love-hate.[30] Humanity has lost its path toward identifying *good* vs. *evil*. See **Exhibit A** pages 136 – 138, and see also **Exhibit A** pages 106 – 112.

72.     The first major issue with the IHRA definition is to claim that Jews did *not* kill Jesus Christ and that claiming so is anti-Semitic. Kenneth Marcus himself wrote a distorted paper on Anti-Semitism under the title "Jurisprudence of the New Anti-Semitism" by attacking everyone around the World starting with the followers of Jesus Christ who were all Jews and persecuted by other Jews for their faith in Jesus Christ, yet Kenneth Marcus never blamed himself once seeing himself as righteous person and no one is righteous.[31] Kenneth Marcus on page 24 wrote the following:

> The *advent of Christianity* radically altered the *place of Jews in the world*, establishing the basic themes of anti-Judaism that endure to the present. . . Early Christianity, however, developed a particular hostility for the Jews, based on a perception that Jews had *rejected Jesus as their savior* and been *complicit in his death*.

73     Kenneth Marcus by his own written words was seeking glory among the nations; Kenneth Marcus sought earthly glory but if he knew anything about the teachings of Jesus Christ, he would have learned that Christ came to save the multitudes, starting with the sinners (The tax collector was one example, and the Prostitute was another).[32] See **Exhibit G** pages 169 – 202; glory was already provided to the Jewish people and they have misused God's blessings.

74.     Even the foundation of the United States of America was built on the teachings of Jesus Christ in order to raise a healthy nation; a nation that loves, forgives, and gives chances for many to change; see **Exhibit G** pages 229 – 233.[33]

75.     Plaintiff in order to address Kenneth Marcus' distorted paper, started by addressing Kenneth Marcus' lies first by reaching out to him directly via e-mails in a hope for

---

[30] See the IHRA definition https://www.holocaustremembrance.com/working-definition-antisemitism
[31] See Kenneth Marcus paper https://brandeiscenter.com/wp-content/uploads/2017/10/jurisprudence.pdf vs. see https://youtu.be/w5GXnM_TxSQ
[32] See  https://youtu.be/0feZQkHbCkM?t=4378 and see https://youtu.be/0feZQkHbCkM?t=2256
[33] See Thomas Jefferson paper on the Doctrine of Jesus Christ compared with others April 21, 1803 https://founders.archives.gov/documents/Jefferson/01-40-02-0178-0002

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

him to backtrack his evil ways, and second by writing to former President Donald Trump and Congress showing and explaining that it was the Jews who persecuted the followers of Jesus Christ starting with the story of Saul of Tarsus who changed his name to Paul.[34] <u>See</u> **Exhibit G** pages 118-122 emphases added.

76.     History even showed that even during the Arab Conquest of Egypt, a Mizrahi Jew under the name *Jacob Ibn Killis,* a minister of finance*,* fearing a loss of his position, developed a plan to destroy the Coptic Community entirely by challenging a verse within the bible wherein, the Sultan demanded for such verse to be fulfilled or suffer the consequences of persecution.

If you have faith as small as a mustard seed, you can say to this mountain, `Move from here to there,' and it will move. Nothing will be impossible for you [Matthew 17:20].

This well established living miracle in Egypt "The Movement of Mokattam Mountain" came as a living proof to a clear reality. <u>See</u> **Exhibit A** pages 75 – 79; the story of the movement of Mokattam Mountain.



*Saint Tamer Monastery and Church where the miracle took place.*[226]

77.     Kenneth Marcus prior to being nominated the Secretary for OCR had the intent, backed by his own action to infiltrate the Federal Government on behalf of Israel and force the

---

[34] <u>See</u> true scene https://youtu.be/nBwcTDZRmkY?t=1222

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

United States of America to adopt the IHRA definition. In a series of leaked videos, Kenneth Marcus showed his intent with malice by saying the following:

> The goal is to have the *<u>federal government</u>* to establish a *<u>definition of anti-Semitism</u>* that is parallel to the *<u>State Department Definition</u>* [*sic*] said Kenneth Marcus in a leaked video under the title "the Lobby USA."[35]

78.     The creator of such documentary "the Lobby USA" is Qatar; however, Qatar themselves also has its own documentary for funding terrorism; see "Blood Money" documentary.[36] Plaintiff saw an evil of two sides; one which wishes to gain power through divide and conquer, and the other to gain power through destruction and terrorism. From that point on, Plaintiff started his journey by seeking to reform stubborn hearts which refuses to change by writing to many channels.



*The State Department didn't have an answer for OCR adoption of IHRA by Kenneth Marcus.*

79.     Kenneth Marcus in his first move after he gained the position for Secretary of OCR approved personally Zoa's appeal under *<u>OCR 2015 Manual</u>*; Zoa is a register foreign lobby for Israel.[37] Kenneth Marcus granted ZOA's appeal under the IHRA definition without congress

---

[35] See https://youtu.be/XytkI7afHcQ?t=2004
[36] See https://youtu.be/IFimy3QXqSc see also https://youtu.be/IFimy3QXqSc?t=381
[37] See https://www.israellobby.org/ZOA/DOJ-149-1603-ZOA/default.asp

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

intent violating Title VI and the equal protection clause by enforcing a definition that is exclusive for the Jewish people. However, with the Plaintiff Mark Bochra's complaint, equal protection was denied for him by OCR; raising up the Jews who did evil while stepping on the Coptic who tried to reform evil hearts.

## FACTS CONCERNING NAMED PLAINTIFF
### Mark Bochra

80.     Plaintiff Mark Bochra enrolled in a Jurist Doctor degree at Florida Coastal School of law (FCSL) starting in the year 2014 (summer program called Ample) then continued with an official admission in the year of 2015.

81.     Plaintiff, Mark Bochra, experienced a chain of discriminatory and retaliatory events at Florida Coastal School of Law and the truth became a burden first for the for-profit law school leadership and later for OCR senior leadership.

82.     Former Secretary Kenneth Marcus attempted to destroy Plaintiff's case more than once by allowing the manual to be applied differently on the Plaintiff compared to the respondent/recipient i.e., Florida Coastal School of Law. Every time the truth came out, OCR hated the truth and attempted to destroy the Plaintiff's case by enforcing the manual differently on the Plaintiff compare to the recipient i.e., Florida Coastal School of Law; see **Exhibit B** letter to Kenneth Marcus.

83.     Initially Plaintiff's case was handled by Secretary Candice Jackson, who instructed Deputy Enforcement Director Randolph Wills by saying "*I need this case to be handled properly*" The case initially was handled by OCR headquarter and OCR Atlanta Director Melanie Velez, however, the manual kept getting violated face on and applied differently on the Plaintiff while pleasing the recipient; Florida Coastal School of Law.

84.     Senator Richard Durbin who is currently the Chair of the Senate Judiciary Committee wrote letters to the Department of Education and OCR seeking a clear response to the pending status of the Plaintiff's complaint. However, Melanie Velez continued delay and excuses are shown through her 3 identical responses to Senator Durbin's office; see **Exhibit C**.

85.     Until, it came the day during Covid19 lock down when Melanie Velez saw it was her best opportunity to retaliate against the Plaintiff by tempering with witnesses and the evidence and issued a one side finding; destroying completely Plaintiff's file and produced evidence; something the Plaintiff told her over the phone that she will do a year before her taken

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

action. Plaintiff also pleaded via e-mail to Secretary Betsy DeVos chief of staff for OCR not to retaliate; but the senior leadership at OCR i.e., Kenneth Marcus was evil at its core.

86.     In a summary, Plaintiff's Complaint went from: OCR for nearly 2 years negotiating a resolution with a stubborn recipient to a dismissal rather than pass Plaintiff's case to the Justice Department for prosecution pursuant to the Manuel section 305 and 602; which Melanie Velez is very much aware of and discussed it with the Plaintiff over one of many phone conversations.[38]

Section 305 states the following in part:

When following the expiration of the 30 calendar day period or the 10 calendar day period referenced in CPM subsection 303(b) and the issuance of a letter of finding(s), the recipient refuses to make a commitment to voluntarily resolve the identified areas of noncompliance, OCR will prepare a Letter of <u>Impending Enforcement Action</u>. . . To resolve the case after issuance of the Letter of Impending Enforcement Action, any resolution agreement that the recipient proposes must be approved by OCR.

87.     Florida Coastal School of Law refused to agree to OCR resolution agreement which OCR spent more than a year trying to negotiate with the recipient, while stopping the investigation and allowing the recipient to disperse most of the witnesses from the school including most of the Plaintiff's law school professors; this was a clear violation of section 302 which only provided OCR with a 30 days to negotiate a resolution compare to a year. The next appropriate step was for OCR to refer the case to DOJ for prosecution or a resolution; see section 602 of OCR Manual.[39]

When post-Letter of Impending Enforcement Action negotiations do not result in a resolution agreement, OCR will where appropriate, issue a letter to the recipient stating that the <u>case will be referred to DOJ</u> in 10 days from the date of the letter.

88.     Several individuals inside the Department of Education tried to help the Plaintiff like the Communication Director Edgar Mayes, however, the leadership of Kenneth Marcus was too corrupt, wicked, and evil; see **Exhibit D** the 20th letter to President Trump; explains in detail some of the chain of events which took place concerning the Defendant, DOE.

---

[38] <u>See</u> copy of 2015 OCR manual
https://web.archive.org/web/20170317213147/https://www2.ed.gov/about/offices/list/ocr/docs/ocrcpm.pdf vs.
see a copy of 2020 OCR manual https://www2.ed.gov/about/offices/list/ocr/docs/ocrcpm.pdf
[39] <u>See</u> past cases resolved jointly by both OCR and DOJ https://www.justice.gov/crt/file/850401/download

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

RICHARD J. DURBIN

ILLINOIS

DEMOCRATIC WHIP

COMMITTEE ON APPROPRIATIONS

COMMITTEE ON THE JUDICIARY

COMMITTEE ON RULES
AND ADMINISTRATION

# United States Senate
### Washington, DC 20510-1304

May 15, 2018

Peter Oppenheim
Assistant Secretary for Legislative and Congressional Affairs
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202-3100

Dear Mr. Oppenheim,

My constituent, Mr. Mark Bochra, recently contacted my Chicago office regarding a pending matter with the U.S. Department of Education, Office for Civil Rights (OCR). I have enclosed additional information to provide you with a more detailed explanation.

I would appreciate the U.S. Department of Education looking into this matter at your earliest convenience. Please advise my staff, who assists me with these matters, of your findings.

If you require any further information in order to proceed, or have additional questions, please do not hesitate to contact my Chicago office at 312/353-4952.

Thank you for your cooperation and assistance.

Very truly yours,

Richard J. Durbin
United States Senator

230 South Dearborn St.
Suite 3892
Chicago, Illinois 60604
312/353-4952

RJD/jt

711 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510-1304
(202) 224-2152
VRS (202) 540-9782

230 SOUTH DEARBORN, 38TH FLOOR
CHICAGO, IL 60604
(312) 353-4952

525 SOUTH EIGHTH STREET
SPRINGFIELD, IL 62703
(217) 492-4062

1504 THIRD AVENUE
SUITE 227
ROCK ISLAND, IL 61201
(309) 786-5173

PAUL SIMON FEDERAL BUILDING
250 W. CHERRY STREET
SUITE 115-D
CARBONDALE, IL 62901

*Senator Durbin's letter to the Department of Education*

89.     Office for Civil Rights violated their own case processing manual, applied a different set of rules on the Plaintiff compare to another and caused injustice everywhere in the

way they handled many complaints by enforcing the federal civil right laws unequally. Here OCR failed its mission in becoming the gate keeper of protecting the civil rights of <u>*all*</u> students.

> The mission of the Office for Civil Rights is to ensure equal access to education and to promote educational excellence throughout the nation through <u>vigorous enforcement</u> of civil rights, <u>sic</u>.[40]

90. Plaintiff as an individual who has been or is being injured by the Defendants' failure to comply with the requirements of Chapter 5 of the federal APA. Defendants continued modification to the OCR Manuel without public notice and comments, is clearly shown when the appeal process was violated by OCR when handling the Plaintiff's appeal. In part, the Defendants did the following:

a) Any appeal is handled and ruled by OCR HQ i.e., the Deputy Enforcement director. In one of its kind, Defendants redirected another regional office, OCR Dallas to rule on the Plaintiff's appeal.

b) OCR Dallas through a series of trials to destroy Plaintiff's appeal, sought from him to rewrite his appeal by complying with a 10 page double space, in order to destroy as many evidence produced within the appeal. The Plaintiff complied with OCR Dallas demand by producing a 10 page double space appeal.

c) OCR Dallas refused to rule on the appeal, sending it back to OCR Atlanta based on Mr. Gregory McGhee own words to the Plaintiff "Mark if we find that OCR Atlanta mishandled your complaint, we will send the case back to them."

d) After Defendants received a copy of Plaintiff's letters to President Biden and Congress; letter 1 and letter 2. Secretary Suzanne Goldberg redirected OCR Dallas to respond to the Plaintiff, however, in the response, it showed a new name added onto the e-mail Aaron Romine without stating at that time who is Aaron Romine; Jewish name that is.

e) Finally, Defendants retaliated against the Plaintiff by denying the appeal without any justification or proper explanation. Furthermore, the appeal denial was written by Aaron Romine who claimed to be the Acting Director of OCR Dallas; however, Aaron Romine was always the director of OCR Denver.[41] <u>See</u> **<u>Exhibit E</u>**. Here, the Defendants brought

---

[40] <u>See</u> OCR Mission https://www2.ed.gov/about/offices/list/ocr/aboutocr.html
[41] <u>See</u> Aaron Romine LinkedIn profile for 10 years being OCR Denver Director https://www.linkedin.com/in/j-aaron-romine-58721316

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

in another director from another regional office to discriminate and retaliate against the Plaintiff; putting an end to 5 year saga of injustice by continuing to deny justice.



*In a bounced back auto e-mail, it shows to this day Aaron Romine is OCR Denver Director*



*What was said via e-mails was never their intention, for many years it was like that.*

91.     Defendants continued arbitrary and capricious behavior have not just injured the Plaintiff but many other Plaintiffs as well; see "Department of Education is stalling Complaints against race, sex segregation" citing OCR Denver as the worst of all OCR regional offices.[42]

---

[42] See https://thevirginiastar.com/2021/04/29/department-of-education-is-stalling-complaints-against-race-sex-segregation-critics-say/

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

"The Denver OCR is a notoriously bad actor, much worse than any other regional office from my experience (and others)," University of Michigan-Flint economist Mark Perry wrote in an email to Just the News, *sic*.

92.     After Plaintiff's first letter to President Biden and Congress, Catherine Lhamon was nominated that same day to take charge of Office for Civil Rights, in a hope of bringing reforms to OCR. However, can a new Secretary bring reforms to OCR while neglecting injustice committed by OCR predecessors? 'Urgent as it ever has been': Biden pick says she'll rebuild civil rights office at critical time.[43]



*Martin Luther King learned to speak with parables when he traveled to the <u>East</u>*

93.     Plaintiff seeks to reform the Department of Education and Office for Civil Rights on his own behalf and on behalf of others, while seeking justice for what happened to his life and legal career at the hands of some Jewish people. Justice heals and injustice feeds on hate. However, there is the sort of justice which brings love and peace to many. Plaintiff has shown this through his work when the Abraham Accord came to life; initially it was called "Deal of the Century" and it was a failure by Jared Kushner. <u>See</u> **Exhibit A** page 30; <u>see</u> also **Exhibit G** Plaintiff's 3rd letter to the White House, Congress, and President Biden's cabinet members.

"For there is another kind of violence, slower but just as deadly, destructive as the shot or the bomb in the night. This is the violence of institutions; indifference and inaction and slow decay."

> Robert F. Kennedy
> Cleveland City Club
> April 5, 1968

---

[43] <u>See</u> https://bit.ly/3nkwJCo

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

## <u>CLASS ACTION ALLEGATION</u>

94.     The named Plaintiff file this action on his own behalf and all other individuals similarly situated. Plaintiff seeks to represent a class §  706 (1) Class and § 706(2) Sub-Class that has been harmed by the new OCR Case Processing Manuel and the adoption of the IHRA definition by the Department of Education in term of causing disparate treatment discrimination to another race outside of the Jewish identity.

95.     The proposed class satisfies the requirements of Rule 23(a) of the Federal Rule of Civil Procedure.

a.     The Class is so numerous that joinder of all members is impracticable because the IHRA alone separates the Jewish people from the Gentiles, rendering Title VI on its own <u>moot</u>.

b.     There are questions of law and facts common to the class, including without limitation, whether the Department of Education can enforce the IHRA definition without congress intent, and whether the Department of Education's adoption of the IHRA definition violates the federal civil right act, and whether the IHRA definition is unlawful.

c.     The named Plaintiff is proceeding as a pro-se because no one in the United States so far came to challenge OCR adoption of the IHRA definition within the Federal Court systems. However at anytime this honorable court deems a legal representation is necessary for the said class action lawsuit and in order to protect the interests of the class, the court can appoint legal presentation to assist the Plaintiff.

96.     A class action is superior to other available means for the fair and efficient adjudication of the claims of Named Plaintiffs, and the class. The Plaintiff and others in the same situation have been damaged by reason of the Department of Education's persistent modification of their case processing manual without public notice and comment in the federal register; along with the adoption of the IHRA definition.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

97.     A class is appropriate under Federal Rule of Civil Procedure 23(b)(2) because the Defendants' action in refusing to adopt a fair manual, especially section 307 appeal process, after public notice and comment on the changes within the manual. Along with the Department's refusal to vacate the IHRA definition because it stands in contrary with OCR mission.[44]

> The mission of the Office for Civil Rights is to ensure *<u>equal access</u>* to education and to promote educational excellence throughout the nation through vigorous enforcement of civil rights.

98.     A class is also appropriate under Federal Rule of Civil Procedure 23(b)(1) because prosecuting separate actions could create inconsistent or varying adjudications that could establish incompatible standards of conduct for the Department. Similarly, the adjudication of one class member's claims would, as a practical matter, be dispositive of the interests of the other members not party of the adjudication.

## <u>CAUSES OF ACTION</u>

### COUNT I: Violation of 5 USC Chapter 5, §§ 551, *et seq.*: Adoption of a Rule that is Not in Accordance with Law (for Injunctive and Declaratory Relief)

99.     Plaintiff repeats and incorporate by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

100.     This Court is empowered by 5 U.S.C. § 702 to hold unlawful and set aside agency action that the Court finds to be not in accordance with law.

101.     This Court is empowered by 28 U.S.C. § 2201 to declare the rights of Plaintiff and other interested parties regarding the issues presented in this Complaint.

102.     OCR Manual changes without public notice and comments wholly and unequivocally contradict DOE regulation 34 C.F.R. § 100.7(c) and 34 C.F.R. § 104.61, which provide that DOE "*will* make a *<u>proper</u>* investigation" when it receives a complaint that "*indicates* a possible" illegal discriminatory action by a recipient of federal educational funds (emphasis added). Nothing in these regulations permits DOE or OCR to discriminate themselves against one class compare to another. Here, OCR has destroyed its own dictated mission by adopting the IHRA definition and weakening the appeal process of the Manuel in order to destroy as many

---

[44] See https://www2.ed.gov/about/offices/list/ocr/aboutocr.html

appeals as possible by means of deception and prejudice; backed up by how previously the Department removed the entire appeal section from the OCR manual.

103.    The Department passing Plaintiff's appeal from one regional office onto to the other and re-assigning regional directors with a stroke of a pen whenever they felt like it, does not only violate the 2020 manual but shows inconsistency in rulings when it is OCR headquarter deputy enforcement director who rules on the appeals. The Department does not have an independent body of individuals who rules on the appeals but rather passing appeals from the *Master* to the *Servant* does not render the appeal process a fair and just process because at the end of the day, the Master serves the Servant; in this parable OCR regional offices do comply with what OCR headquarter advises them to do.

104.    In addition, Congress appropriated an increase of $8.5 million for DOE OCR for fiscal year 2018, for a total annual budget of $117,000,000.[45] Followed by an increase for a total annual budget of $125,000,000 for the fiscal year 2020.[46] Department of Education Office for Civil Rights Fiscal Year 2018 and 2020 Budget Requests can be found at Z-7. This shows that OCR has the budged and the capacity to handle civil right complaints without the need to eliminate the appeal section or modify it to the point it can eliminate as many appeals as possible.

105.    Plaintiff on his own behalf and behalf of other similarly situated are entitled to a declaratory judgment that § 307 of the 2020 OCR Manual is not in accordance with law and violates Chapter 5 of the APA.

106.    Plaintiff on his own behalf and behalf of other similarly situated are entitled to an order vacating § 307 of the 2020 OCR Manual along with vacating the IHRA definition and enjoining the DOE and OCR officials, as named in this suit, from implementing it.

**COUNT II: Violation of 5 USC Chapter 5, §§ 551, et seq. Adoption of the IHRA definition that is Arbitrary or Capricious (for Injunctive and Declaratory Relief)**

107.    Plaintiff repeats and incorporate by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

108.    This Court is empowered by 5 U.S.C. § 702 to hold unlawful and set aside agency action that the Court finds to be arbitrary or capricious.

---

[45] See https://www2.ed.gov/about/overview/budget/budget18/justifications/z-ocr.pdf
[46] See https://www2.ed.gov/about/overview/budget/budget20/justifications/z-ocr.pdf

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

109.     This Court is empowered by 28 U.S.C. § 2201 to declare the rights of Plaintiff and other interested parties regarding the issues presented in this Complaint.

110.     On its face, the adopted IHRA definition without congress intent, public notice or comments in the Federal register by the DOE and OCR, are arbitrary or capricious, or both. Neither the DOE nor OCR has identified any evidence or rational to support their adoption of the IHRA definition.

111.     On its face, the amended appeal § 307 of the 2020 OCR Manual without public notice or comments in the Federal register by the DOE and OCR, are arbitrary or capricious, or both. The Department reducing the appeal process to a mere process by denying proper due process by means of using an appeal process that is unclear and inconsistent, when it fails to (1) recite who rules on the appeals, (2) setting a time frame for when an appeal would be ruled on, (3) and limiting the Complainants' appeals to 10 pages double space. Neither the DOE or OCR has identified any evidence or rational to support reducing the appeal process into a mere process. None of the essential terms used in § 307 to the 2020 OCR manual is defined, such as who rules on the appeal, the time frame covered to rule on any appeal, or who falls under the old appeal process of the 2015 OCR manual vs. the new adopted appeal process in the 2020 OCR manual i.e., unlimited pages or 10 pages double space.

112.     There is no rational basis for reducing the appeal process after it was previously eliminated other than to continue to deny many the rights to proper due process which is the essence of the Civil Right Laws. In addition to the adoption of the IHRA definition which treats one class of students with a set of rules and privileges that are different from the remaining classes of students. Because there is no rational basis for the assumptions underlying §307 of the 2020 OCR Manual and the IHRA definition, their adoption were arbitrary or capricious, or both.

113.     Plaintiff on his own behalf and behalf of other similarly situated are entitled to a declaratory judgment that § 307 of the 2020 OCR Manual, along with the IHRA definition is arbitrary and capricious and violates Chapter 5 of the APA. Plaintiff on his own behalf and behalf of other similarly situated are entitled to an order vacating §307 of the 2020 OCR Manual and the IHRA definition and enjoining the DOE and OCR officials, as named in this suit, from implementing or enforcing it.

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

**COUNT III: Violation of 5 U.S.C. Chapter 5, §§ 551, et seq.: Failure to comply with notice and comment requirements (for Injunctive and Declaratory Relief)**

114.     Plaintiff repeats and incorporate by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

115.     This Court is empowered by 5 U.S.C. §§ 702 and 706 to hold unlawful and set aside final agency action that the Court finds to have been adopted without observance of procedure required by law.

116.     This Court is empowered by 28 U.S.C. § 2201 to declare the rights of Plaintiff and other interested parties regarding the issues presented in this Complaint.

117.     DOE and OCR have violated the APA, 5 U.S.C. Chapter 5, §§ 551, *et seq*., by first eliminating the right to appeal in the 2018 OCR Manual without complying with the notice and comment requirements of the APA rule-making provisions. Then later adopting §307 of the 2020 OCR Manual and the IHRA definition without again complying with the notice and comment requirements of the APA rule-making provisions.

118.     None of the OCR Manual changes is merely an interpretative rule, a general statement of policy, or a rule of agency organization, procedure, or practice. The changes shift and affect rights and interests of complainants, and make substantive amendments to prior rules.

119.     No public notice of these new rules was provided to interested persons, and interested persons were given no opportunity to provide comment on them before they were adopted. No explanation, reason or rationale was provided for the unilateral adoption of these changes.

120.     Plaintiff on his own behalf and behalf of other similarly situated have been injured in that the DOE and OCR have adopts rules within the OCR Manual and a definition (the IHRA) which violates many complainants' rights and DOE's own non-discrimination statues.

121.     Plaintiff on his own behalf and behalf of other similarly situated are entitled to a declaratory judgment that the changes to the 2020 OCR Manual described in this Complaint along with the IHRA definition were adopted without compliance with Chapter 5 of the APA, and are, therefore, illegal.

122.     Plaintiff are entitles to an order vacating § 307 of the 2020 OCR Manual, along with the IHRA definition, reinstating the appeal process adopted in the 2015 OCR manual, enjoining the DOE and OCR officials, as named in this suit, from implementing those changes,

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

and requiring them, before attempting to adopt any similar provisions, to comply with the notice and comments requirements of the APA, 5 U.S.C. Chapter 5, §§ 551, et seq.

### COUNT IV: Unlawfully Withheld and Unreasonably Delayed Agency Action
### APA § 706(1)

123.     Plaintiff repeats and incorporate by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

124.     Defendants have violated the APA, 5 U.S.C. § 706(1) because they have refused to grant applications from members of the proposed class by failing to adopt a fair appeal process after public notice and comments in the Federal Register and refuse to vacate the IHRA definition which conflicts with OCR mission and Title VI of the Civil Right Act.

125.     Pursuant to the APA, a court "shall [] compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(1).

126.     The Department has not brought to conclusion the applications presented to it within a reasonable time, as required by the APA. The Department left the appeal process with no time frame to rule on the appeals, as shown in this complaint, Defendants used a year switching between different regional offices to rule on Plaintiff's appeal; to the Department, it was a power with no boundaries.

127.     Defendants' inaction has harmed and prejudiced Named Plaintiff and members of the protected class, including by violating their protected civil rights and the right to a fair due process.

128.     The Department has acted in repeated bad faith in denying individuals their right to due process and a fair appeal.

129.     The Court should declare that the Department has violated the APA and compel the Department to start granting Class Members' individual appeal applications based on the 2015 OCR Manuel for an independent appeal review free from any conflict of interest.

### COUNT V: Arbitrary and Capricious Final Agency Action
### APA § 706(2)

130.     Plaintiff repeats and re-alleges the foregoing paragraphs as if fully set forth herein.

131.     The Defendants amended appeal process and adopted IHRA definition is arbitrary and capricious and not otherwise in accordance with the law because Defendants have the legal

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

obligation to protect the rights of every student; clearly OCR has set a standard of different application of laws between the Jewish people vs. the Gentiles.

132.    Defendants' adopted policies runs counter to its own mission. The Court should declare that the Department's final agency action is unlawful and vacate the IHRA definition and § 307 of the 2020 OCR Manual or alternatively after public notice and comments in the Federal Register, amend § 307 of the 2020 OCR Manual while restoring current dismissed complainants' appeals under the 2020 OCR Manual.

### COUNT VI: PROCEDURAL DUE PROCESS – U.S. CONST. AMEND. 5

133.    Plaintiff repeats and incorporate by reference each and every allegation contained in the preceding paragraphs as if fully set forth herein.

134.    The Defendants have deprived the Plaintiff and others of their constitutionally protected civil rights without due process of law by failing to satisfy their obligation under OCR mission to <u>vigorous enforcement</u> of civil rights; the violations and amendments to the OCR manual without public notice and comments, and the adoption of the IHRA definition renders this vigorous enforcement moot.

135.    The Defendants have deprived the Plaintiff and others of their constitutionally protected civil rights without due process of law by failing to satisfy their obligation to provide complainants with a neutral decision-maker on their complaints. The adoption of the IHRA definition by itself renders OCR mission statement meaningless because each race will seek a definition by that same standard and ask a simple question "Why not me too?"

### PRAYERS FOR RELIEF

WHEREFORE, Plaintiff on his own behalf and behalf of other similarly situated respectfully request that this Court enter a judgment in their favor, and against Defendants, and:

a) Certify the class and sub-class as defined in this complaint, pursuant to Rule 23 of the Federal Rules of Civil Procedure;

b) Declare that Defendants' adoption of § 307 of the 2020 OCR Manual and the IHRA definition was not in accordance with law and was beyond statutory and regulatory authority, in violation of the Administrative Procedure Act;

c) Declare that Defendants' first eliminating of the 2015 OCR Manual § 307 appeal right in the 2018 OCR Manual without complying with notice and comment requirements and then again bringing back the appeal process but under obscure

"*I came to complete not to refute. I came light to the World.*" <u>Jesus Christ</u>

terms in the 2020 OCR Manual under section 307 again without a public notice and comment requirements violated the Administrative Procedure Act;

d) Vacate and set aside the challenged provisions of the 2020 OCR Manual, pursuant to 5 U.S.C. § 702;

e) Vacate and set aside the IHRA definition, pursuant to 5 U.S.C. § 702;

f) Preliminarily and permanently enjoin Defendants, their agents, servants, employees, attorneys, and all persons in active concert or participation with them, from acting in accordance with implementing § 307 of the 2020 OCR Manual and the IHRA definition, and from denying the rights to a proper appeal and due process;

g) Preliminarily and permanently enjoin Defendants to comply with DOE regulations and the notice and comment requirements of the Administrative Procedure Act in the development of any provisions replacing the vacated provisions of the Manual;

h) Retain Jurisdiction as appropriate; and

i) Order such other and further relief that this Court may deem just and proper.

Dated: <u>September 10, 2021</u>

Respectfully submitted,

/s/ Mark Bochra
*Plaintiff, Pro Se*
5757 North Sheridan Road, Apt 13B
Chicago, IL 60660

*"I came to complete not to refute. I came light to the World."* <u>Jesus Christ</u>

# **<u>EXHIBITS</u>**

| Exhibits # | Description |
|---|---|
| A | Copy of Letter 1 to President Joseph Biden and Congress |
| B | Copy of Letter 1 to former secretary of OCR Kenneth Marcus |
| C | Copy of 3 Letters from OCR Atlanta Director Melanie Velez to Senator Durbin |
| D | Copy of Letter 20 to Former President Donald J Trump and Congress |
| E | Copy of Denver OCR Director Aaron Romine |
| F | Copy of Letter from former Secretary Kenneth Marcus to Zoa personally granting their appeal under the IHRA definition |
| G | Copy of Letter 3 to President Joseph Biden and Congress |